AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| United States of America | ) | Case: 1:22-mj-00031 |
| v. | ) | Assigned to: Judge Faruqui, Zia M. |
| Vincent Gillespie | ) | Assign Date: 2/16/2022 |
| DOB: XXXXXX | ) | Description: COMPLAINT W/ ARREST WARRANT |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __January 6, 2021__ in the county of _____ in the _____ in the District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 111(a)(1)- Assaulting, Resisting, or Impeding Certain Officers | |
| 18 U.S.C. § 231(a)(3)- Civil Disorder | |
| 18 U.S.C. § 1752(a)(1)- Entering and Remaining in a Restricted Building or Grounds | |
| 18 U.S.C. § 1752(a)(2)- Disorderly and Disruptive Conduct in a Restricted Building or Grounds | |
| 18 U.S.C. § 1752(a)(4)- Engaging in Physical Violence in a Restricted Building or Grounds | |
| 40 U.S.C. § 5104(e)(2)(D)- Disorderly Conduct in a Capitol Building | |
| 40 U.S.C. § 5104(e)(2)(E)- Impeding Passage Through the Capitol Grounds or Buildings | |
| 40 U.S.C. § 5104(e)(2)(F)- Act of Physical Violence in the Capitol Grounds or Buildings | |
| 40 U.S.C. § 5104(e)(2)(G)- Parading, Demonstrating, or Picketing in a Capitol Building | |

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

*Complainant's signature*

Raymond Adams, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: 02/17/2022

*Judge's signature*

City and state: Washington, D.C.

Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*