UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | DOCKET NO. 1:22-CR-00060-BAH |
| ) | |
| VINCENT GILLESPIE ) | |

## NOTICE OF APPERANCE

Assistant Federal Public Defender Forest O'Neill-Greenberg hereby files her appearance on behalf of Mr. Gillespie, the defendant in the above-entitled matter.

Respectfully submitted,
Vincent Gillespie,
By his Attorney,

*/s/ Forest O'Neill-Greenberg*
Forest O'Neill-Greenberg
BBO # 674760
Assistant Federal Public Defender
Federal Defender Office
51 Sleeper Street, 5th Floor
Boston, MA  02210
Tel: 617-223-8061

## CERTIFICATE OF SERVICE

I, Forest O'Neill-Greenberg, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on August 31, 2022.

*/s/ Forest O'Neill-Greenberg*
Forest O'Neill-Greenberg