UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Case No: 22-CR-60 (BAH) |
| | : | |
| v. | : | |
| | : | |
| **VINCENT GILLESPIE,** | : | |
| | : | |
| Defendant. | : | |

## VERDICT FORM

**Count One:** Assaulting, Resisting, or Impeding Certain Officers
18 U.S.C. § 111(a)(1)

_____          _____
Guilty                                                Not Guilty

**Count Two:** Civil Disorder
18 U.S.C. § 231(a)(3)

_____          _____
Guilty                                                Not Guilty

**Count Three:** Entering and Remaining in a Restricted Building or Grounds
18 U.S.C. § 1752(a)(1)

_____          _____
Guilty                                                Not Guilty

**Count Four:** Disorderly and Disruptive Conduct in a Restricted Building or Grounds
18 U.S.C. § 1752(a)(2)

_____          _____
Guilty                                                Not Guilty

**Count Five:** Engaging in Physical Violence in a Restricted Building or Grounds
18 U.S.C. § 1752(a)(4)

_____                               _____
Guilty                                       Not Guilty


**Count Six:** Disorderly Conduct in a Capitol Building
40 U.S.C. § 5104(e)(2)(D)

_____                               _____
Guilty                                       Not Guilty


**Count Seven:** Act of Physical Violence in the Capitol Grounds or Buildings
40 U.S.C. § 5104(e)(2)(F)

_____                               _____
Guilty                                       Not Guilty


**Count Eight:** Obstruction of an Official Proceeding and Aiding and Abetting
18 U.S.C. § 1512(c)(2) and 2

_____                               _____
Guilty                                       Not Guilty



Date:        December ____, 2022             _____
                                             Signature of Foreperson