UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 22-00060-BAH |
| ) | |
| VINCENT GILLESPIE ) | |

### DEFENDANT'S RESPONSE TO COURT ORDER
### RE: AUTHENTICATION OF VIDEO EVIDENCE

Mr. Vincent Gillespie, the defendant in the above-captioned matter, hereby responds to the Court's November 22, 2022, Minute Order regarding the issue of video evidence authentication. Mr. Gillespie will not challenge the admission at trial of the videos cited in the government's motion [D.E. 26] on authentication grounds. *See* Fed. R. Evid. 901.

MR. VINCENT GILLESPIE
By his attorneys,

*/s/ Timothy G. Watkins*
Timothy G. Watkins
Forest O'Neill-Greenberg
Federal Defender Office
51 Sleeper Street, Fifth Floor
Boston, MA 02210
Tel: 617-223-8061

CERTIFICATE OF SERVICE

I, Timothy G. Watkins, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on November 23, 2022.

*/s/ Timothy G. Watkins*
Timothy G. Watkins