1

| | | UNITED STATES OF AMERICA | | | |
|---|---|---|---|---|---|
| Government | ☐ | VS. | | Civil/Criminal No. | 22-cr-60-BAH |
| Plaintiff | ☐ | | | | |
| Defendant | ☐ | VINCENT GILLESPIE | | | |
| Joint | ☐ | | | | |
| Court | ☐ | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 100 Series | *"Official Proceeding" Documentary/Video evidence* | | | | |
| 101 | U.S. Constitution Amendment XII (PDF) | | | | |
| 102 | 3 U.S.C. Section 15 (PDF) | | | | |
| 103 | 3 U.S.C. Section 16 (PDF) | | | | |
| 104 | 3 U.S.C. Section 17 (PDF) | | | | |
| 105 | 3 U.S.C. Section 18 (PDF) | | | | |
| 106 | Senate Concurrent Resolution (PDF) | | | | |
| 107 | House and Senate Compilation Video | | | | |
| 107.1 | Still from Exhibit 107 | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 107.2 | Still from Exhibit 107 | | | | |
| 108 | Certificate of Authenticity - Senate Recording Studio (Diego Torres) | | | | |
| 109 | Certificate of Authenticity - House Recording Studio (Douglas Massengale) | | | | |
| 110 | Congressional Record - Senate (Vol. 167, No. 4, S13, S14, S18) | | | | |
| 111 | Congressional Record - House (Vol. 167, No. 4, H75, H76, H84, H85) | | | | |
| 112 | Placeholder for Additional Exhibits | | | | |
| 113 | Placeholder for Additional Exhibits | | | | |
| 200 Series | *General Evidence of the Capitol Grounds and the Riot on January 6th* | | | | |
| 201 | Compilation video with radio runs (see 901) | | | | |
| 202 | Area Closed Signs and Barricades | | | | |
| 203 | Aerial Photo of the Capitol Building and Grounds | | | | |
| 204 | Map of Restricted Perimeter | | | | |
| 205 | Area Closed Sign | | | | |
| 206.1 | Drawing of Capitol Building and Grounds | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 206.2 | Drawing of Capitol Building First Floor | | | | | |
| 206.3 | Drawing of Capitol Building Second Floor | | | | | |
| 207 | Area Closed Sign and Barricades | | | | | |
| 208 | Photo of Capitol with Snow Fencing in Forefront and Signs in Background | | | | | |
| 209 | Area Closed Sign and Barricades | | | | | |
| 210 | Map - First Floor of Capitol Building | | | | | |
| 211 | Three-Dimensional Depiction of Capitol | | | | | |
| 211.1 | Exhibit 211 with red markings | | | | | |
| 211.2 | Exhibit 211 with red markings | | | | | |
| 212 | West Front of the Capitol | | | | | |
| 213 | Map - First Floor of Capitol Building (Poster) | | | | | |
| 214 | Map - Second Floor of Capitol Building (Poster) | | | | | |
| 215 | Map – Second Floor of Capitol Building | | | | | |
| 216 | Map - Basement Floor of Capitol Building | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 217 | Placeholder for Additional Exhibits | | | | |
| 218 | Area Closed Sign | | | | |
| | | | | | |
| 300 Series | ***Secret Service Exhibits*** | | | | |
| 301 | HOS Notification – Visit of Vice President Michael Pence Mrs. Pence and Charlotte Pence to the U.S. Capitol (S-214_House and Senate Floors) on Wednesday January 6 (PDF) | | | | |
| 302 | USSS HOS Notification – Vice President Pence 01.06.21 9 (REDACTED) (PDF) | | | | |
| 303 | USSS-3 – VP Pence departing Senate members staircase (public version).mp4 | | | | |
| 304 | USSS-2 – East Side of the Capitol  VP vehicles moving | | | | |
| 305 | USSS Radio Traffic | | | | |
| 306 | Placeholder for Additional Exhibits | | | | |
| 400 Series | ***U.S. Capitol CCTV Footage*** | | | | |
| 401 | CCTV Time Lapse Video | | | | |
| 401.1 | Still from Exhibit 401 | | | | |
| 401.2 | Still from Exhibit 401 | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 402 | CCTV footage - 0074 LWT Tunnel 410-427pm | | | | | |
| 402.1 | Still from Exhibit 402 | | | | | |
| 402.2 | Still from Exhibit 402 | | | | | |
| 403 | CCTV footage -0074 LWT Tunnel Gillespie with Yellow Circle | | | | | |
| 403.1 | Still from Exhibit 403 | | | | | |
| 403.2 | Still from Exhibit 403 | | | | | |
| 404 | CCTV footage –Rooftop camera | | | | | |
| 404.1 | Still from Exhibit 404 | | | | | |
| 404.1 | Still from Exhibit 404 | | | | | |
| 405 | CCTV footage –Rooftop camera | | | | | |
| 405.1 | Still from Exhibit 405 | | | | | |
| 405.2 | Still from Exhibit 405 | | | | | |
| 406 | CCTV footage –Rooftop camera | | | | | |
| 500 Series | ***Business Records And Certifications of Authenticity*** | | | | | |
| 501 | Safeway Certificate of Authentication | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 502 | Email re: Early Closure of DC Safeway Stores | | | | | |
| 503 | Mid-Atlantic Sales Report | | | | | |
| 504 | Pennsylvania Shipment | | | | | |
| 505 | Placeholder for Additional Exhibits | | | | | |
| 600 Series | *Open-Source Video/Photographs* | | | | | |
| 601 | Associated Press Video | | | | | |
| 601.1 | Still from 601 | | | | | |
| 601.2 | Still from 601 | | | | | |
| 601.3 | Still from 601 | | | | | |
| 601.4 | Still from 601 | | | | | |
| 601.5 | Still from 601 | | | | | |
| 601.6 | Still from 601 | | | | | |
| 601.7 | Still from 601 | | | | | |
| 602 | Gillespie Near Tunnel | | | | | |
| 602.1 | Still from 602 | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 603 | Video Gillespie Near Tunnel with Yellow Square | | | | |
| 604 | Photo of Gillespie getting water poured in his eyes outside the Tunnel with Yellow Circle | | | | |
| 605 | Video of Gillespie on Ledge of West Terrace with Yellow Square | | | | |
| 605.1 | Still from 605 | | | | |
| 606 | Photo of Gillespie on Scaffolding with Yellow Circle | | | | |
| 607 | Photo of Gillespie | | | | |
| 608 | Photo of Gillespie | | | | |
| 609 | Photo of Gillespie | | | | |
| 610 | Photo of Gillespie | | | | |
| 611 | Selfie of Office Ak | | | | |
| 700 Series | ***Body Worn Camera (BWC) Footage*** | | | | |
| 701 | BWC footage of MPD Officer Mustafa Ak | | | | |
| 701.1 | Still from Exhibit 701 | | | | |
| 701.2 | Still from Exhibit 701 | | | | |
| 701.3 | Still from Exhibit 701 | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 701.4 | Still from Exhibit 701 | | | | |
| 701.5 | Still from Exhibit 701 | | | | |
| 701.6 | Still from Exhibit 701 | | | | |
| 701.7 | Still from Exhibit 701 | | | | |
| 701.8 | Still from Exhibit 701 | | | | |
| 701.9 | Still from Exhibit 701 | | | | |
| 701.10 | Still from Exhibit 701 | | | | |
| 701.11 | Still from Exhibit 701 | | | | |
| 701.12 | Still from Exhibit 701 | | | | |
| 702 | BWC footage of MPD Officer Mustafa Ak with Yellow Circle | | | | |
| 702.1 | Still from Exhibit 702 | | | | |
| 702.2 | Still from Exhibit 702 | | | | |
| 702.3 | Still from Exhibit 702 | | | | |
| 702.4 | Still from Exhibit 702 | | | | |
| 702.5 | Still from Exhibit 702 | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 702.6 | Still from Exhibit 702 | | | | | |
| 702.7 | Still from Exhibit 702 | | | | | |
| 702.8 | Still from Exhibit 702 | | | | | |
| 702.9 | Still from Exhibit 702 | | | | | |
| 702.10 | Still from Exhibit 702 | | | | | |
| 703 | BWC footage of MPD Officer Jason Mastony | | | | | |
| 703.1 | Still from Exhibit 703 | | | | | |
| 703.2 | Still from Exhibit 703 | | | | | |
| 704 | BWC footage of MPD Officer Henry Foulds | | | | | |
| 704.1 | Still from Exhibit 704 | | | | | |
| 704.2 | Still from Exhibit 704 | | | | | |
| 705 | BWC footage of MPD Sergeant Riley | | | | | |
| 705.1 | Still from Exhibit 705 | | | | | |
| 705.2 | Still from Exhibit 705 | | | | | |
| 705.3 | Still from Exhibit 705 | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 705.4 | Still from Exhibit 705 | | | | |
| 706 | BWC of Officer Spooner shows Sgt. Riley | | | | |
| 707 | BWC of Sgt. Bogner shows Sgt. Riley | | | | |
| 800 Series | ***Physical Items Recovered During Search of Vincent Gillespie's Home*** | | | | |
| 801 | Sweatshirt | | | | |
| 802 | Backpack | | | | |
| 803 | Folder and contents | | | | |
| 803.1 | Contents of Exhibit 803 | | | | |
| 803.2 | Contents of Exhibit 803 | | | | |
| 803.3 | Contents of Exhibit 803 | | | | |
| 803.4 | Contents of Exhibit 803 | | | | |
| 804 | Search Photo - Sweatshirt | | | | |
| 805 | Search Photo - Backpack | | | | |
| 806 | Search Photo – Folder and Contents | | | | |
| 807 | Placeholder for Additional Exhibits | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 808 | Placeholder for Additional Exhibits | | | | |
| 809 | Search Photo | | | | |
| 810 | Placeholder for Additional Exhibits | | | | |
| 811 | Placeholder for Additional Exhibits | | | | |
| 812 | Placeholder for Additional Exhibits | | | | |
| 900 Series | *900 Series - Multi Platform Video, Audio, and Photos from USCP, MPD, BWC, and Open Source* | | | | |
| 901 | Compilation video with radio runs (note: same as Ex. 201) | | | | |
| 902 | 0074 and Ak BWC side by side | | | | |
| 903 | 0074 and Ak BWC side by side with yellow square | | | | |
| 904 | Placeholder for Additional Exhibits | | | | |
| 905 | Placeholder for Additional Exhibits | | | | |
| 906 | Placeholder for Additional Exhibits | | | | |
| 1000 Series | *Stipulations* | | | | |
| 1001 | AP Video | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1002 | Chain of Custody | | | | |
| 1003 | Official Duties | | | | |
| 1004 | Official Proceeding | | | | |
| 1005 | House/Senate Compilation Video | | | | |
| 1006 | USCP CCTV | | | | |
| 1007 | Altered Videos are Accurate | | | | |
| 1008 | Placeholder | | | | |
| 1009 | Placeholder | | | | |
| 1010 | Placeholder | | | | |
| 1011 | Placeholder | | | | |
| 1012 | Placeholder | | | | |
| 1013 | Placeholder | | | | |
| 1014 | Placeholder | | | | |
| 1015 | Placeholder | | | | |