|  | | |
|---|---|---|
| Government | ☐ | |
| Plaintiff | ☐ | |
| Defendant | ☒ X | |
| Joint | ☐ | |
| Court | ☐ | |

UNITED STATES OF AMERICA

VS.

VINCENT GILLESPIE

Civil/Criminal No. **22-cr-060-BAH**

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 1101 | CCTV Footage - 0908 Capital Dome West 3:44 p.m. | | | | |
| 1102a | CCTV Footage - 3187 Peace Circle 12:20 p.m. | | | | |
| 1102b | CCTV Footage - 3187 Peace Circle 3:30 p.m. | | | | |
| 1103 | CCTV Footage - 0514 Peace Circle (facing West) 3:15 p.m. | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |