UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA



**FILED**

DEC 22 2022

Clerk, U.S. District and
Bankruptcy Courts

UNITED STATES OF AMERICA )
)
Plaintiff, )
)
V. ) CRIMINAL CASE NO. 22-60 (BAH)
)
VINCENT GILLESPIE )
)
Defendant )

## JOINT ACKNOWLEDGMENT CONCERNING TRIAL EXHIBITS

Counsel acknowledge that they have jointly reviewed with the courtroom deputy the exhibits that were admitted into evidence and have agreed on what exhibits will be submitted to the jury during deliberations.

**Plaintiff:**

Exhibits: _SEE ATTACHED_

_____
Attorney for the plaintiff

Date: _12/22/2022_

**Defendants:**

Exhibits: _SEE ATTACHED_

_____
Attorney for the defendant

Date: _12/22/2022_