Government ☐
Plaintiff ☐
Defendant ☒ (X)
Joint ☐
Court ☐

**UNITED STATES OF AMERICA**

VS.

**VINCENT GILLESPIE**

Civil/Criminal No. __22-cr-060-BAH__

**FILED**

DEC 22 2022

Clerk, U.S. District and Bankruptcy Courts

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 1101 | CCTV Footage - 0908 Capital Dome West 3:44 p.m. | 12/20/2022 | 12/20/2022 | CAPT T. SUMMERS SP. AGENT ADAMS | 1:25 PM 12/22/2022 |
| 1102a | CCTV Footage - 3187 Peace Circle 12:20 p.m. | 12/20/2022 | 12/20/2022 | CAPT T. SUMMERS | |
| 1102b | CCTV Footage - 3187 Peace Circle 3:30 p.m. | 12/20/2022 | 12/20/2022 | CAPT T. SUMMERS | |
| 1103 | CCTV Footage - 0514 Peace Circle (facing West) 3:15 p.m. | | | | |
| GOV'S 601.3 | STILL FROM GOV'S 601 | 12/21/2022 | 12/21/2022 | SP. AGENT ADAMS | |
| GOV'S 601.1 | | 12/21/2022 | 12/21/2022 | | |
| GOV'S 601.2 | | 12/21/2022 | | | |
| GOV'S 601.4 | | 12/21/2022 | | | |
| GOV'S 607 | PHOTO OF GILLESPIE | 12/20/2022 | 12/21/2022 | VINCENT GILLESPIE | |
| GOV'S 608 | PHOTO OF GILLESPIE | 12/21/2022 | 12/21/2022 | | |
| GOV'S 403 | CCTV FOOTAGE - TUNNEL GILLESPIE W/ YELLOW CIRCLE | 12/20/2022 | 12/20/2022 | | |