CO 109A - Rev. 3/2010

## UNITED STATES DISTRICT AND BANKRUPTCY COURTS
### FOR THE DISTRICT OF COLUMBIA

**FILED**

DEC 22 2022

Clerk, U.S. District and
Bankruptcy Courts

UNITED STATES OF AMERICA

vs.

VINCENT GILLESPIE

Civil/Criminal No.: 22CR60 (BAH)

### NOTE FROM JURY

Does the Defendant need to know he was on "restricted grounds" per the definition?

Count 3: Does he have to know why it's restricted? (e.g. Because VP Pence is there?)

Count 4: Same question

P.S. Will we go home or stay late?

Thank you.

Date: 12/22/2022

Time: 3:31 p.m.