CO 109A - Rev. 3/2010

## UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA



**FILED**

DEC 23 2022

Clerk, U.S. District and Bankruptcy Courts

UNITED STATES OF AMERICA

vs.

VINCENT GILLESPIE

Civil/Criminal No.: 22CR60 (BAH)

### NOTE FROM JURY

We have a question on Count five:
Does an act involving "intent to harm" also apply to "infliction of bodily harm?" That is, does he need to have intended to commit bodily harm to be found guilty? And does "bodily harm" include emotional trauma?
Update: We are unanimous on three charges. Should we send these charges / decisions? (Included here)

Date: 12/23/2022

Time: 10:47 Am

FOREPERSON

CO 109A - Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

**FILED**

UNITED STATES OF AMERICA

DEC 23 2022

Clerk, U.S. District and Bankruptcy Courts

vs.

Civil/Criminal No.: 22CR60 (BAH)

VINCENT GILLESPIE

## NOTE FROM JURY

An update on our progress:
- We have unanimous agreement on 4 counts (enclosed)
- We are deadlocked on four other counts at a vote of 11/12
  - We have deliberated + re-deliberated many times

Date: 12/23/2022  1:26 p.m

Time: 1:26 p.m

FOREPERSON