UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA



**FILED**
DEC 23 2022
Clerk, U.S. District and
Bankruptcy Courts

UNITED STATES OF AMERICA

v.

VINCENT GILLESPIE,

Defendant.

Criminal Case No. 22-60 (BAH)

Chief Judge Beryl A. Howell

### VERDICT FORM

**COUNT ONE:** Assaulting, Resisting, or Impeding Certain Officers, 18 U.S.C. § 111(a)(1)

With respect to the offense of Assaulting, Resisting, or Impeding Certain Officers, we, the members of the jury, unanimously find defendant Vincent Gillespie:

_____ NOT GUILTY        \_\_✓\_\_ GUILTY

**COUNT TWO:** Civil Disorder, 18 U.S.C. § 231(a)(3)

With respect to the offense of Civil Disorder, we, the members of the jury, unanimously find defendant Vincent Gillespie:

_____ NOT GUILTY        \_\_✓\_\_ GUILTY

If you find defendant Vincent Gillespie GUILTY of Count Two, answer the following questions:

On Count Two, do we, the members of the jury, unanimously agree that the civil disorder obstructed, delayed, or adversely affected commerce or the movement of any article or commodity in commerce?        _____ YES   \_\_✓\_\_ NO

On Count Two, do we, the members of the jury, unanimously agree that the civil disorder obstructed, delayed, or adversely affected the conduct or performance of a federally protected function?        \_\_✓\_\_ YES   _____ NO

**COUNT THREE:** Entering and Remaining in a Restricted Building or Grounds, 18 U.S.C. § 1752(a)(1)

With respect to the offense of Entering and Remaining in a Restricted Building or Grounds, we, the members of the jury, unanimously find defendant Vincent Gillespie:

_____ NOT GUILTY        _____ GUILTY

**COUNT FOUR:** Disorderly and Disruptive Conduct in a Restricted Building or Grounds, 18 U.S.C. § 1752(a)(2)

With respect to the offense of Disorderly and Disruptive Conduct in a Restricted Building or Grounds, we, the members of the jury, unanimously find defendant Vincent Gillespie:

_____ NOT GUILTY        _____ GUILTY

**COUNT FIVE:** Engaging in Physical Violence in a Restricted Building or Grounds, 18 U.S.C. § 1752(a)(4)

With respect to the offense of Engaging in Physical Violence in a Restricted Building or Grounds, we, the members of the jury, unanimously find defendant Vincent Gillespie:

_____ NOT GUILTY        ✓ GUILTY

**COUNT SIX:** Disorderly Conduct in a Capitol Building, 40 U.S.C. § 5104(e)(2)(D)

With respect to the offense of Disorderly Conduct in a Capitol Building, we, the members of the jury, unanimously find defendant Vincent Gillespie:

_____ NOT GUILTY        _____ GUILTY

**COUNT SEVEN:** Act of Physical Violence in the Capitol Grounds or Buildings, 40 U.S.C. § 5104(e)(2)(F)

With respect to the offense of Act of Physical Violence in the Capitol Grounds or Buildings, we, the members of the jury, unanimously find defendant Vincent Gillespie:

_____ NOT GUILTY        ✓ GUILTY

**COUNT EIGHT:** Obstruction of an Official Proceeding and Aiding and Abetting, 18 U.S.C. §§ 1512(c)(2), 2

With respect to the offense of Obstruction of an Official Proceeding and Aiding and Abetting, we, the members of the jury, unanimously find defendant Vincent Gillespie:

_____ NOT GUILTY        _____ GUILTY

DATE/TIME: 12/23/2020 2:10 pm

FOREPERSON'S SIGNATURE