UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Case No. 22-cr-60 (BAH) |
| : | |
| VINCENT GILLESPIE, : | |
| : | |
| Defendant. : | |

### NOTICE OF INTENT

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby notifies the Court that is does not intend to retry the counts on which the trial jury hung, in the above-captioned matter.

Defendant Gillespie was charged by Superseding Indictment with eight federal offenses. (ECF No. 18.) Trial by jury commenced December 19, 2022. On December 23, 2022, the jury returned unanimous guilty verdicts against Defendant Gillespie on counts one, two, five, and seven. The jury indicated it was deadlocked 11 to 1 and could not reach a unanimous verdict of either conviction or acquittal on counts three, four, six, and eight. (ECF Nos. 69 and 71.)

The decision to retry deadlocked counts is at the discretion of the prosecutor. Here, in the interest of judicial economy, and recognizing Defendant Gillespie likely faces a substantial sentence on the four counts of conviction, the government requests leave to dismiss the outstanding counts of the Superseding Indictment without prejudice, pursuant to Federal Rule of Criminal Procedure 48(a).

Dismissal without prejudice of the outstanding counts allows the parties and court to move forward with Defendant Gillespie's sentencing as scheduled on March 17, 2023, achieving justice without delay.

                                        Respectfully submitted,

                                        Matthew M. Graves
                                        United States Attorney
                                        D.C. Bar No. 481052

By:        */s/*
                    JACQUELINE SCHESNOL
                    Assistant United States Attorney
                    Arizona Bar No. 016742
                    Capitol Riot Detailee
                    jacqueline.schesnol@usdoj.gov
                    (602) 514-7500

                    */s/ Carolina Nevin*
                    CAROLINA NEVIN
                    Assistant United States Attorney
                    New York Bar No. 5226121
                    601 D Street, NW
                    Washington, DC 20001
                    carolina.nevin@usdoj.gov
                    (202) 803-1612