UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

\* \* \* \* \* \* \* \* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Criminal Action |
| | ) No. 22-60 |
| vs. | ) |
| | ) December 19, 2022 |
| VINCENT GILLESPIE, | ) 9:01 a.m. |
| Defendant. | ) Washington, D.C. |

\* \* \* \* \* \* \* \* \* \* \* \*

**TRANSCRIPT OF JURY SELECTION and TRIAL**
**BEFORE THE HONORABLE BERYL A. HOWELL,**
**UNITED STATES DISTRICT COURT CHIEF JUDGE**

**<u>APPEARANCES</u>:**

FOR THE UNITED STATES: CAROLINA NEVIN
                       United States Attorney's Office
                       601 D Street NW
                       Washington, DC 20001
                       (202) 803-1612
                       Email: carolina.nevin@usdoj.gov

                       JACQUELINE N. SCHESNOL
                       DOJ-USAO
                       40 North Central Avenue, Suite 1800
                       Phoenix, AZ 85004-4449
                       (602) 514-7689
                       Email: jacqueline.schesnol@usdoj.gov

FOR THE DEFENDANT:  TIMOTHY G. WATKINS
                    AZIZA HAWTHORNE
                    FOREST O'NEILL-GREENBERG
                    Federal Defender Office
                    District of Massachusetts
                    51 Sleeper Street
                    Boston, MA 02210
                    (617) 223-8061
                    Email: timothy_watkins@fd.org

ALSO PRESENT:       RAYMOND ADAMS, Special Agent FBI
                    SHIRINE ROUHI, U.S. Attorney's Office
                    JOSEPHINE ROBERTS, U.S. Attorney's Office

Court Reporter:     Elizabeth Saint-Loth, RPR, FCRR
                    Official Court Reporter

Proceedings reported by machine shorthand.
Transcript produced by computer-aided transcription.

## INDEX

| WITNESS | PAGE |
|---------|------|
| Tia Summers | 248 |

## EXHIBITS

| EXHIBIT | PAGE |
|---------|------|
| Government 211 | 252 |
| Government 211.1 | 254 |
| Government 211.2 | 255 |
| Government 212 | 256 |
| Government 206.1 | 257 |
| Government 206.2 | 258 |
| Government 206.3 | 259 |
| Government 1006 | 263 |
| Government 402 | 265 |
| Government 402.1 and 402.2 | 266 |

```
1                    P R O C E E D I N G S
2            THE COURT:  For the record, this is United States
3    of America versus Vincent Gillespie; the number is 22-CR-60.
4            I would like the government to introduce
5    themselves for the record.
6            MS. SCHESNOL:  Good morning, Your Honor.
7    Jacqueline Schesnol, Assistant United States Attorney,
8    representing the United States.
9            With me at counsel table is Assistant United
10   States Attorney Carolina Nevin.  Also with us at counsel
11   table is Raymond Adams, Special Agent FBI.  On the other
12   side of the counsel table are two paralegals from our
13   office, Shirine Rouhi and Josephine Roberts.
14           THE COURT:  All right.  Thank you.
15           For the defense.
16           MR. WATKINS:  Good morning, Your Honor.
17           Tim Watkins, Federal Public Defender Office,
18   District of Massachusetts, on behalf of Vincent Gillespie
19   who is here with us at counsel table in court.
20           Also with me is Forrest O'Neill-Greenberg of the
21   Federal Public Defender Office --
22           THE COURT:  Which one is O'Neill-Greenberg?
23           MS. O'NEILL-GREENBERG:  Good morning, Your Honor.
24           THE COURT:  Okay.  Thank you.
25           MR. WATKINS:  -- and Aziza Hawthorne, also of the
```

```
 1    Federal Public Defender Office in Massachusetts.
 2              THE COURT:  Okay.  Good.
 3              Are we ready to bring the venire in?
 4              MR. WATKINS:  I'm sorry?
 5              THE COURT:  Are we ready to bring the venire in?
 6              MR. WATKINS:  Yes, I believe so.
 7              THE COURT:  All right.
 8              MS. SCHESNOL:  Yes, Your Honor.
 9              THE COURT:  I think all counsel have a copy of the
10    venire list.
11              Is that correct for the government?
12              MS. SCHESNOL:  Yes, Your Honor.
13              THE COURT:  For the defense?
14              (No audible response was heard.)
15              THE COURT:  If you are a member of the public,
16    please sit in the back row on the right.
17              Please bring the prospective jurors in.
18              (Prospective jurors enter the courtroom.)
19              THE COURT:  All right.  Good morning, ladies and
20    gentlemen.
21              Welcome to Courtroom 22A.  I am giving you that
22    number in case, during the course of this jury selection
23    process, you get lost and you want to know where the
24    courtroom is.  You are in courtroom 22A.
25              I am Chief Judge Beryl Howell.  I am going to be
```

1    presiding over this trial for which we are selecting a jury

2    today.

3            You have been called to court this morning for

4    possible selection as a juror in a criminal case brought by

5    the United States against Vincent Gillespie.  On behalf of

6    the Court, I want to begin by thanking you all for being

7    here this morning.

8            We are all very thankful, I know, to be returning

9    to some normal operations after the last few years of the

10   COVID pandemic.  At the same time, I realize that some of

11   you may have continuing concerns about your participation on

12   a jury and the risk of potential exposure to the virus.  So

13   I want to begin this morning to assure you that the Court

14   has taken a number of safety and health precautions to keep

15   us all safe with the guidance of medical experts,

16   epidemiologists, air-flow dynamics experts, experts I have

17   never heard of before the pandemic -- all of which are to

18   keep us all safe during the jury selection process this

19   morning and, for those of you selected to serve on this

20   jury, to keep you safe during the course of the trial.

21           Some of those precautions are, first and foremost,

22   to wear your mask.  The only people in the courtroom who

23   will not be wearing masks are people who are speaking,

24   either testifying -- or when I am speaking or when the

25   lawyers are asking questions or speaking.  The rest of us,

1    wear your mask.  You can double mask if you want.  And the

2    court will provide masks to you should you need them.

3             When we're speaking, we're going to take our masks

4    off to make sure you can hear us.

5             We have also improved the air circulation,

6    upgraded our air filters.  We have plexiglass that is

7    strategically placed to guide the air where it shouldn't be

8    going.  You are going to hear some noise, background noise,

9    and that's because of the air filter and air flow that we

10   have going; it makes it imperative that I and the lawyers

11   speak up and the witnesses speak up and use our microphones.

12   But all of that increased air flow, air filtration, and so

13   on, is also just to keep the air in this courtroom fresh and

14   flowing in the right directions, away from all of us.  But,

15   nonetheless, keep your masks on for extra safety.

16            For those of you who are selected as jurors this

17   morning, we have a special filter, industrial size, that's

18   been set up in the jury room, which is smaller than the

19   courtroom, to keep the air flow there and remove

20   particulates from the air.  So we have worked very hard to

21   keep this -- the courthouse safe for everybody, members of

22   the public, the staff, judges, everybody who works here, at

23   the same time that we must continue with the very important

24   task of having jury trials.

25            If at any time during your jury service you have

1    any questions or concerns about your health and safety,

2    don't hesitate to reach out to Ms. Gumiel, who is my

3    courtroom deputy, who you've met already, so that we can

4    address them.

5              I am now going to proceed with some introductions,

6    then I will describe the process we are going to be using

7    today.

8              So just so you know, seated -- I am Beryl Howell,

9    the Chief Judge here of this court.

10             Seated on the bench in front of me to my left,

11   your right, is Elizabeth Saint-Loth.  She is the court

12   reporter here.  She takes down everything that's said to

13   keep a record of these proceedings.

14             And to my right is Ms. Teresa Gumiel, my courtroom

15   deputy who you have met.  She keeps all of you in order on

16   the venire list that we have.  So that's why -- you might

17   have felt like you were transported back to elementary

18   school, being lined up in a particular order; but that's

19   because we have a randomly selected list of you, and we

20   operate based off of that randomly generated list for each

21   of you.

22             To my right is Gabriella Ravida; she is one of my

23   law clerks.  And she's going to be assisting me during the

24   course of the trial.  I am going to introduce the lawyers

25   and everyone else seated at counsel table in just a minute.

1              Let me explain the jury selection process first.

2      You're here because we must select, from among you, 14

3      people to serve as jurors to hear this criminal case.  12 of

4      the jurors will deliberate, and 2 additional jurors will

5      serve as alternates in case they are needed during the

6      course of the trial.  You will not be told who the alternate

7      jurors are.

8              The purpose of jury selection is to select jurors

9      who have no prior knowledge of this case and no bias toward

10     either side in this case.  Your role as jurors is

11     fundamental to our criminal justice system; it dates back to

12     medieval England where trial by jury provided a method to

13     blunt the power of the king or the queen.

14             Over 200 years ago, when the framers of our

15     Constitution designed our judicial system, they guaranteed

16     the right to a jury trial in criminal cases.  This right is

17     so important it's mentioned twice in our Constitution, first

18     in Article III's provision that the trial of all crimes

19     shall be by jury and, again, in the Bill of Rights in the

20     Sixth Amendment.

21             Our system of justice is designed so that the

22     decision of guilt or innocence is to be made by fair and

23     impartial citizens in the community based upon the evidence

24     presented in this courtroom and the law as the judge

25     instructs.

1          Serving on the jury is, to my mind, one of the

2    most important civic duties and services that we perform as

3    citizens, in addition to voting, serving in the military,

4    and paying taxes.  So thank you, all, for being here.

5          The lawyers and I, as I have mentioned, have

6    lists; it shows your name, your address, your juror number,

7    your age, and occupation.

8          To help the parties learn more about you so they

9    are able to select the jurors who will hear this case, I am

10    going to be asking you a series of question.

11          There are no right or wrong answers to any

12    questions, only truthful ones that we expect from you.  You

13    should all now have a sheet of paper and a pencil.  If

14    anybody does not have a sheet of paper with numbers on it,

15    and a pencil, raise your hand.

16          All right.  Ms. Gumiel, one person needs a piece

17    of paper and a pencil.

18          We have a broken pencil, so we need more of those.

19          For those of you who have your piece of paper and

20    your pencil, please write the last three digits of your

21    juror number in the upper right-hand corner of the paper.

22    And it's not your participant number, it's your juror number

23    on your jury notice.  Last three digits from your jury

24    number on the upper right-hand corner.

25          All right.  I am going to be asking you a series

1    of questions that can be answered with a simple yes or no.

2              If you have a "yes" answer to a question I ask,

3    put a mark next to the number of the question on your paper.

4    You do not have to put down why you have a yes answer.  I am

5    going to follow up with the reason for any yes answer after

6    I finish asking all of the questions collectively to all of

7    you.

8              After I have completed asking all of these

9    questions collectively to all of you together, I am going to

10   follow up with each of you individually and outside the

11   hearing of the other prospective jurors in this case.  I

12   will then ask you about any yes answer you have marked on

13   your sheet of paper, and you will have an opportunity then

14   to explain what your yes answer is for.

15             We're going to be asking you some questions that

16   may appear to you to be somewhat personal; and it is

17   important that you be entirely straightforward in your

18   response so that we may more easily and expeditiously select

19   the jury in this case.

20             We are going to be calling you by your jury

21   number, not by your name.  Many jurors prefer to have their

22   number used in open court to protect their privacy, and it's

23   easier for the lawyers and for me to keep track of answers

24   by using your jury number rather than your name.

25             When the questioning of each individual juror

1    ends, I will determine -- the lawyers will have an

2    opportunity to determine which jurors they want to hear the

3    case; and, after that, we will empanel the jury, swear it

4    in, and we will then begin the trial.

5            For those of you who are not selected to serve as

6    a juror, you will be excused and asked to return to the jury

7    lounge that is on the fourth floor.  So before we begin

8    questioning, I will administer the oath.

9            Could all of the prospective jurors please rise

10   and raise your right hand.

11           (Whereupon, the prospective jury panel was sworn.)

12           THE COURT:  Thank you.  You may be seated.

13           Now that you have been sworn, we are about to

14   begin the procedure, it's called "voir dire," which is a

15   legal term that comes from the French language, and it means

16   to speak truthfully.

17           As I mentioned, I am going to be asking you

18   questions that the lawyers and I think will be helpful to us

19   in selecting a fair and impartial jury.  You are bound by

20   the oath you have just taken to speak truthfully in response

21   to those questions.

22           As I mentioned before, some of the questions may

23   sound somewhat personal to you.  Please understand it is not

24   my intention, it is not the intention of the lawyers for the

25   government or the defendant to invade your privacy or to

1    embarrass you in any way.  Our only wish is to select the

2    fairest and most impartial jury possible.

3           Each of the parties has a vital interest and wants

4    to be assured that jurors will have no biases or prejudices

5    about this case, and that the verdict will be based only on

6    the law and the evidence presented in this courtroom.  It's

7    important you be entirely straightforward in your responses

8    so that we may more easily select the jury to hear this

9    case.

10          Now, I am going to be speaking to you in the order

11   of your jury number that appears on a list that has been

12   randomly selected.  And through the course of this process,

13   Ms. Gumiel -- one of her jobs is to make sure you are in the

14   right order.

15          Now, for those of you -- after I finish asking the

16   collective questions, some of you will be excused to wait in

17   another courtroom, Courtroom 6, so you can relax.  Half of

18   you will be seated in chairs behind this courtroom, in a

19   hallway, so that I can quickly bring you in to speak to you

20   individually.

21          Feel free, while you are waiting, if you wish, to

22   read any book or magazine that you may have brought with

23   you.  Do not talk about the case.  Do not talk with anybody

24   else about the voir dire questions that I am about to ask

25   you.

1    Unfortunately, there will be times during today --

2    and if you are selected as a juror during the trial -- when

3    you will spend some time waiting.  I try my best to be

4    punctual and not to keep you waiting and not to keep you

5    waiting and not to waste your time during your service as a

6    jury, but sometimes it cannot be helped.

7    I am going to begin briefly by describing the case

8    to you.

9    This is a criminal case.  The United States has

10   charged defendant Vincent Gillespie with violating eight

11   separate federal criminal laws based on his conduct at the

12   United States Capitol Building on January 6, 2021.

13   Specifically, Mr. Gillespie is charged with

14   unlawfully assaulting, resisting or impeding officers and

15   acting to obstruct, impede, and interfere with officers

16   lawfully performing their duties incident to and during a

17   civil disorder; unlawfully entering, remaining, and engaging

18   in disorderly, disruptive, and violent conduct in a

19   restricted building or grounds, namely the U.S. Capitol

20   Building; and unlawfully obstructing an official proceeding.

21   Mr. Gillespie denies each charge.

22   Now I am going to begin asking you questions, so

23   please get your paper and pencil ready.

24   As a reminder, if you answer "yes" to any

25   question, just put a mark on your sheet of paper.  I am

1    going to give you the number of each question before I ask

2    it so you can keep track of where we are.

3         And if at any time you-all need me to repeat a

4    question, raise your hand.  Okay?  And if I don't see your

5    hand say, "Excuse me."  Because I am not planning on

6    repeating the questions, but sometimes people need to hear

7    them a second time.  You can also mark the question for

8    repeat if you don't want to do that; and, when you speak to

9    me individually, I will repeat the question for you then and

10   you can have an opportunity to listen to it again, and mark

11   your -- and tell me if you have a yes answer.

12        Question No. 1:  Would it be difficult for you to

13   pay attention or otherwise to serve as a juror in this case

14   because you feel so uncomfortable being in a room with other

15   jurors and trial participants due to the COVID-19 pandemic?

16        Question 2:  Are you currently caring for a

17   relative or a close friend who has been infected by or

18   exposed to persons infected with COVID-19 such that it would

19   be difficult for you to pay attention or otherwise serve as

20   a juror in this case?

21        Question 3:  The United States is represented in

22   this case by Assistant United States Attorney Jacqueline

23   Schesnol and Assistant United States Attorney Carolina

24   Nevin.

25        Could Ms. Schesnol stand.  And could Ms. Nevin

```
 1    stand.

 2              They are being assisted by paralegals Shirine

 3    Rouhi and Josephine Roberts, who also work at the U.S.

 4    Attorney's Office here in Washington, D.C.

 5              Could you two please stand.  Thank you.

 6              Also at counsel table is FBI Agent Raymond Adams.

 7              Agent Adams, please stand.

 8              Do you know or have you had any contact with these

 9    individuals?

10              Please mark question 3 if you have.

11              Thank you.  You may be seated.

12              Question 4:  The defendant at trial is Vincent

13    Gillespie.

14              Mr. Gillespie, please stand and face the jury.

15              Do you know or have you had any contact with

16    Vincent Gillespie?  If you do, mark Question No. 4.

17              Please be seated.

18              Mr. Gillespie is represented in this case by

19    attorneys Timothy Watkins, Forrest O'Neill-Greenberg, and

20    Aziza Hawthorne.

21              Could you all please stand.

22              Do you know or have you had any contact with these

23    individuals?

24              Thank you.  You may be seated.

25              During the course of the trial, you may hear
```

1    testimony from or about a number of people.  The attorneys

2    will now identify for you the names of people who may

3    testify or about whom you may hear testimony.  Listen

4    carefully.  And if you recognize or know any of the people

5    named, please mark your paper beside No. 6.

6              Government's counsel, please go first; and then

7    defense counsel may list any additional names.

8              MS. SCHESNOL:  Thank you, Your Honor.

9              THE COURT:  It's on.

10             Let me just tell counsel.  See that black box up

11   there in the sky.  This is my high-tech telecommunications

12   equipment that only works with that lapel mic if it can have

13   uninterrupted direction with that black box; that's what I

14   have noticed.  So if you put the black box on the podium, it

15   will have direct contact, I think, and it will work.

16             MS. SCHESNOL:  Can you hear me now?

17             THE COURT:  And that's much better.  There you go.

18             Ms. Schesnol.

19             MS. SCHESNOL:  Witnesses the government expects

20   for you to hear from in this trial are Raymond Adams, Paul

21   Riley -- would you like me to include their title?

22             THE COURT:  Yes.  That will help people know if

23   they know them.

24             MS. SCHESNOL:  FBI Special Agent Raymond Adams;

25   Metropolitan Police Department Sergeant Paul Riley;

1    Metropolitan Police Officer Mustafa Ak; United States

2    Capitol Police Captain Tia Summers; United States Capitol

3    Police Officer Mark Gazelle; United States Secret Service

4    Agent Lanelle Hawa, and Safeway Manager Edgar Tippet.

5                 THE COURT:  Thank you.

6                 Mr. Watkins.

7                 MR. WATKINS:  Thank you, Your Honor.  That list is

8    complete.  Those will be the witnesses at trial.

9                 THE COURT:  Thank you.

10                Question 7:  Please look around you, and feel free

11   to stand up to do that.

12                Do you recognize or know any other member of the

13   prospective juror panel, any member of the courtroom staff,

14   or me?

15                Thank you.

16                Question 8:  During the course of this trial, you

17   will hear about a certain location in Washington, D.C., the

18   United States Capitol.

19                Do you, a member of your family or a close friend

20   live, work near, or have any special familiarity with the

21   immediate area of the U.S. Capitol?  If yes, put a mark next

22   to No. 8.

23                Question 9:  Were you, any member of your family

24   or a close friend present at the U.S. Capitol on January 6,

25   2021?

1    Question 10:  Based on the information I have

2    given you about this case, have you received, heard or seen

3    any information from any source that you recall being

4    specifically about the defendant in this case, Vincent

5    Gillespie?

6    Question 11:  If you're selected as a juror in

7    this case, I will instruct you to avoid and not seek out

8    media coverage about this case, the defendant Vincent

9    Gillespie, or any hearings held by the House Select

10   Committee concerning events at the U.S. Capitol on

11   January 6, 2021, including radio, television, podcasts,

12   social media, and the internet.  I will instruct you not to

13   Google or search for information about Vincent Gillespie.

14   Would you have difficulty following this

15   instruction?

16   Question 12:  The lawyers have predicted that the

17   presentation of evidence in this trial should last about

18   three days, but could run longer.

19   The jury will sit Monday through Friday generally

20   9 a.m. to 5 p.m., although the starting and ending times may

21   vary.  The length of jury deliberations following the

22   presentation of evidence at trial will be determined by the

23   jury itself.

24   Do you have an urgent or extremely important

25   matter to attend to this week such that you could be faced

1    with a hardship if selected to serve on the jury in this

2    case?

3            Question 13:  Do you have any vision, language or

4    hearing issues or conditions or any other physical or

5    medical issues or conditions that might interfere with your

6    ability to hear or understand what the witnesses say in this

7    case, to view exhibits and photographs, or to give your full

8    attention to this case?

9            Question 14:  Have you, any member of your family

10   or close friend ever studied law or been employed by a

11   lawyer or a law firm, worked in a courthouse, been a

12   paralegal or legal secretary, or performed legal

13   investigative work?

14           Question 15:  Have you, any member of your family

15   or any close friend ever been employed by any local, state,

16   or federal law enforcement agency or a private security

17   company?

18           Law enforcement agencies include, for example, the

19   D.C. Metropolitan Police Department, the Federal Bureau of

20   Investigation, the Drug Enforcement Administration, the

21   Bureau of Alcohol, Tobacco, Firearms, and Explosives, and

22   the U.S. Capitol Police.

23           Question 16:  Have you, any member of your family

24   or any close friend had any experiences with any law

25   enforcement agency or the government that might cause you to

1    favor or disfavor the government or law enforcement?

2              Question 17:  Have you ever filed a complaint

3    against a police officer or anyone in law enforcement?

4              Question 18:  Have you, any member of your family

5    or any close friend ever been the subject of a criminal

6    investigation, accused of criminal conduct, or arrested or

7    prosecuted for a crime?

8              Question 19:  Have you, any member of your family

9    or any close friend ever been a victim of a crime, a witness

10   to a crime, or testified in court or before a grand jury as

11   a witness to a crime?

12             THE PROSPECTIVE JUROR:  Can you repeat that,

13   please?

14             THE COURT:  I will.

15             Question 19:  Have you, any member of your family

16   or any close friend ever been a victim of a crime, a witness

17   to a crime, or testified in court or before a grand jury as

18   a witness to a crime?

19             Question 20:  If you have ever served before as a

20   juror at a civil or a criminal trial or on a grand jury, was

21   there anything about your service that might affect your

22   ability to serve fairly and impartially as a juror at this

23   trial?

24             Question 21:  Do you have any opinions about

25   prosecutors or defense attorneys that might affect your

1    ability to serve fairly and impartially at this trial?

2            Question 22:  Do you, any member of your family or

3    any close friend belong to a group or organization that is

4    active in law enforcement or crime victim prevention

5    matters?

6            Some examples of such organizations include the

7    Fraternal Order of Police, CRIMEWATCH, Neighborhood Watch,

8    Crime Stoppers, Orange Hats, or other organizations

9    including groups online that monitor or discuss neighborhood

10   crime issues?

11           23:  In this case, law enforcement officers will

12   be witnesses.  Would you tend to believe or not believe the

13   testimony of a law enforcement officer simply because he or

14   she is a law enforcement officer?

15           In other words, would you tend to give more or

16   less weight to the testimony of a law enforcement officer

17   than to the testimony of any other witness?

18           Question 24:  The prosecution has the burden of

19   proof.  This means that the jury cannot return a guilty

20   verdict against a defendant unless the prosecution has

21   proven beyond a reasonable doubt that the defendant is

22   guilty of the crime charged.

23           Would you have any difficulty accepting and

24   applying this legal instruction?

25           Question 25:  Every defendant in a criminal trial

1    is presumed innocent and, therefore, has no obligation to

2    testify or present any evidence in the case.

3              Would you have any difficulty accepting and

4    applying this legal instruction?

5              26:  To reach a verdict on a particular charge,

6    every juror must agree on the verdict; that is, any verdict

7    must be unanimous.  In deliberations, you must consider the

8    opinions and points of your fellow jurors, but you must also

9    follow your own conscience and be personally satisfied with

10   any verdict.

11             Would you have difficulty expressing your own

12   opinions and thoughts about this case to your fellow jurors?

13             Question 27:  Is there anything about the nature

14   of the case or about the parties involved that would make it

15   difficult for you to render a verdict based solely upon the

16   evidence presented and the law as I instruct you?

17             Question 28:  Do you have any moral, religious, or

18   ethical beliefs that prevent you from sitting in judgment of

19   another person?

20             Question 29:  Do you believe your political views

21   or those of your spouse, partner or significant other will

22   affect your ability to serve as a fair and impartial juror

23   in this case?

24             Question 30:  Do you know of any reason or has

25   anything occurred to you during this questioning that might

1    in any way prevent you from following my instructions on the

2    law and being completely fair and impartial as a juror in

3    this case?

4         All right.  Ladies and gentlemen, that completes

5    the questions.  I will now ask that the left half of the

6    room be reseated in chairs, both in the jury room and in the

7    hallway behind this courtroom so that I can bring you in

8    individually to speak to me.

9         Those prospective jurors on the right-hand side of

10   the courtroom will be escorted out to Courtroom No. 6 since

11   you are going to have a little bit more of a long wait.

12        I am going to ask -- you can relax in Courtroom 6.

13   You can get an early lunch to avoid the crowds at the

14   cafeteria on our first floor, or get coffee.

15        I would ask that you be back in Courtroom 6 by

16   1:30 because it's probably going to take me the morning to

17   speak individually to all of the jurors on the left-hand

18   side of the courtroom; and I don't want you to feel like you

19   are glued to a seat somewhere.

20        At 1:30, I will probably be ready to turn to talk

21   to each of you on the right-hand side of the courtroom

22   individually, so please be back in Courtroom 6 so that you

23   can be brought into this courtroom shortly thereafter.

24        I think another one of my law clerks is going to

25   take everybody on the right-hand side of the courtroom and

1    escort you to Courtroom 6 -- so you know where that is --

2    until 1:30.  Be there a little early, if you can, and relax.

3    Do not talk about the voir dire questions or about this case

4    while you are waiting.

5            Those of you on the left-hand side of the

6    courtroom, please follow Ms. Gumiel's directions because we

7    have to keep you -- talk to you individually in the random

8    order on our list.  Just follow her directions about where

9    you will be seated, and then we'll get through the

10   individual questions as expeditiously as possible.

11           (Whereupon, the proceeding pauses.)

12           THE COURT:  All right.  Could the juror just sit

13   in that very first seat in the jury box.

14           (Whereupon, the Court and staff confer.)

15           THE COURT:  Good morning Juror 332.  We're going

16   to give you a microphone so we can hear everything you have

17   to say.

18           How are you today, Juror No. 332?

19           THE PROSPECTIVE JUROR:  I am well.  Yourself?

20           THE COURT:  I'm good.

21           I see you've marked Question 18, which asked

22   whether you, a member of your family or any close friend

23   have ever been the subject of a criminal investigation,

24   accused of criminal conduct, or arrested or prosecuted for a

25   crime.

```
 1                   Can you explain that?

 2                   THE PROSPECTIVE JUROR:  My brothers have been --

 3      both have been prosecuted for a crime.  I don't know the

 4      crime though, I was younger.

 5                   THE COURT:  Okay.  And it's one brother.

 6                   THE PROSPECTIVE JUROR:  Two.

 7                   THE COURT:  Okay.  Two brothers?

 8                   THE PROSPECTIVE JUROR:  Yes, brothers.  Two

 9      brothers.

10                   THE COURT:  And did they serve time?

11                   THE PROSPECTIVE JUROR:  Yes, I believe so.

12                   THE COURT:  Okay.  And do you know what they were

13      prosecuted for?

14                   THE PROSPECTIVE JUROR:  No.  I was younger.

15                   THE COURT:  Was it in the same case or different

16      cases?

17                   THE PROSPECTIVE JUROR:  No.  Different cases.

18                   THE COURT:  And how long ago was this?

19                   THE PROSPECTIVE JUROR:  Years.  At least 10 to 15.

20                   THE COURT:  All right.  And do you know how much

21      time in prison they served?

22                   THE PROSPECTIVE JUROR:  I think one brother was

23      like a year; maybe the other one was a year and a half.

24      Like I said, I was younger so I don't know.

25                   THE COURT:  I see.  Okay.
```

1          And is there anything about the fact that you have

2      had such close relatives, your brothers, who were in prison

3      that you think would affect your ability to be fair and

4      impartial in this case?

5          THE PROSPECTIVE JUROR:  No.

6          THE COURT:  Okay.  Juror No. 332, how long have

7      you lived in Washington, D.C.?

8          THE PROSPECTIVE JUROR:  All my life.

9          THE COURT:  Okay.  What do you do for a living?

10         THE PROSPECTIVE JUROR:  I am a teacher.

11         THE COURT:  What grade?

12         THE PROSPECTIVE JUROR:  Early childcare.

13         THE COURT:  Okay.  Early childcare.

14         And how long have you done that?

15         THE PROSPECTIVE JUROR:  About seven to eight years

16     now.

17         THE COURT:  Okay.  Thank you.

18         Let me see if the lawyers have follow-up

19     questions.

20         (A bench conference was held as follows:)

21         THE COURT:  Any follow-up from the government?

22         MS. SCHESNOL:  No, Your Honor.

23         THE COURT:  Thank you.

24         And from the defense?

25         I can't hear you.  You have to press the center

```
1    button.
2              MS. O'NEILL-GREENBERG:  No, Your Honor.
3              (Whereupon, the bench conference concludes.)
4              THE COURT:  All right.  Juror No. 332, you may
5    return to your seat.  Thank you.
6              THE PROSPECTIVE JUROR:  You're welcome.
7              (Whereupon, the prospective juror was excused.)
8              THE COURT:  Good morning, Juror No. 470.  If you
9    could just take a seat right there.  You can hold that
10   little microphone.
11             All right.  How are you this morning?
12             THE PROSPECTIVE JUROR:  I'm good.  How are you?
13             THE COURT:  I am good.
14             I see you haven't marked anything on your sheet.
15   So could you just let me know, what do you do for a living?
16             THE PROSPECTIVE JUROR:  I am a physical therapist.
17             THE COURT:  Okay.  And do you work independently
18   or at a particular -- for a particular organization?
19             THE PROSPECTIVE JUROR:  National Rehab Hospital.
20             THE COURT:  Oh.  At a hospital?
21             THE PROSPECTIVE JUROR:  Yes.
22             THE COURT:  Okay.  And how long have you worked
23   there?
24             THE PROSPECTIVE JUROR:  Eight years now.
25             THE COURT:  And how long have you lived in D.C.?
```

1          THE PROSPECTIVE JUROR:  Since 2014.

2          THE COURT:  All right.  Thank you.

3          I am going to check and see if the lawyers have

4    follow-up questions.

5          (A bench conference was held as follows:)

6          THE COURT:  Any follow-up from the government?

7          MS. SCHESNOL:  No, Your Honor.

8          THE COURT:  And from the defense?

9          MS. O'NEILL-GREENBERG:  No, Your Honor.

10         (Whereupon, the bench conference concludes.)

11         THE COURT:  Thank you.  You may take your seat

12   outside.

13         THE PROSPECTIVE JUROR:  Okay.

14         (Whereupon, the prospective juror was excused.)

15         THE COURT:  Juror No. 136, please just have a seat

16   right there.

17         THE PROSPECTIVE JUROR:  Hi there.

18         THE COURT:  Hi.  How are you today?

19         THE PROSPECTIVE JUROR:  Good.  How are you?

20         THE COURT:  I am good.  Just hold the microphone

21   up to you.  Thank you.

22         I see you haven't marked anything on your sheet.

23   Could you just let me know -- what do you do for a living?

24         THE PROSPECTIVE JUROR:  I work for a nonprofit.  I

25   am the director of meetings.

```
 1                    THE COURT:  Director of?

 2                    THE PROSPECTIVE JUROR:  Meetings, and like of

 3      conferences.

 4                    THE COURT:  Oh, I see.

 5                    And what is the nonprofit?

 6                    THE PROSPECTIVE JUROR:  The Association For

 7      Molecular Pathology.  I am not a scientist.

 8                    THE COURT:  And you're not a scientist.  That was

 9      going to be my next question.

10                    How long have you worked at that association?

11                    THE PROSPECTIVE JUROR:  About ten years.  Just

12      over ten years.

13                    THE COURT:  And how long have you lived in D.C.?

14                    THE PROSPECTIVE JUROR:  Technically, I was born in

15      D.C., so my whole life -- but mostly in Maryland.

16                    THE COURT:  Okay.  Let me see if the lawyers have

17      follow-up.

18                    (A bench conference was held as follows:)

19                    THE COURT:  Any follow-up from the government?

20                    MS. SCHESNOL:  No, Your Honor.

21                    THE COURT:  From the defense?

22                    MS. O'NEILL-GREENBERG:  No, Your Honor.

23                    (Whereupon, the bench conference concludes.)

24                    THE COURT:  All right.  Juror No. 136, you may

25      resume your seat.
```

```
1                    (Whereupon, the prospective juror was excused.)
2                    THE COURT:  Good morning, Juror 551.
3                    How are you this morning?
4                    THE PROSPECTIVE JUROR:  Good.  How are you?
5                    THE COURT:  I'm good.  Thank you for asking.
6                    I see that you haven't marked anything on your
7           sheet for voir dire questions.  So could you just let me
8           know, what do you do for a living?
9                    THE PROSPECTIVE JUROR:  I am a graphic designer.
10                    THE COURT:  Do you work on your own, or do you
11          work for a particular company?
12                    THE PROSPECTIVE JUROR:  Freelance, and I work for
13          a company in D.C.
14                    THE COURT:  And how long have you been doing that?
15                    THE PROSPECTIVE JUROR:  Six years.
16                    THE COURT:  And do you have any special training
17          for it?
18                    THE PROSPECTIVE JUROR:  College.
19                    THE COURT:  College?
20                    THE PROSPECTIVE JUROR:  Yes.
21                    THE COURT:  That's what you studied in college?
22                    THE PROSPECTIVE JUROR:  Yes.
23                    THE COURT:  I see.
24                    And how long have you lived in D.C.?
25                    THE PROSPECTIVE JUROR:  Four years.
```

```
 1              THE COURT:  Let me see if the lawyers have
 2      questions.
 3                   (A bench conference was held as follows:)
 4              THE COURT:  Any follow-up from the government?
 5              MS. SCHESNOL:  No, Your Honor.
 6              THE COURT:  From the defense?
 7              MS. O'NEILL-GREENBERG:  No, Your Honor.
 8                   (Whereupon, the bench conference concludes.)
 9              THE COURT:  All right.  Juror No. 551, you may
10      resume your seat.  Thank you.
11                   (Whereupon, the prospective juror was excused.)
12              THE COURT:  Juror 907, be seated right there.  And
13      just -- there is a little microphone, if you can just hold
14      that up.  Leave the box where it is -- it seems to be
15      working in its communication with black box on the
16      ceiling -- so I can hear you.
17              I see you have marked Questions 8, 14, 18, and 19.
18      I am just going to review those with you in order.
19              Question 8 asks whether you, a member of your
20      family or a close friend live, work near, or have special
21      familiarity with the immediate area of the U.S. Capitol.
22              Could you explain that?
23              THE PROSPECTIVE JUROR:  Yeah.  My wife and I live
24      at Eastern Market, it's like a mile-ish away from the
25      Capitol.  In my old job, I used to bike to the Capitol on my
```

 1    commute route.  So I don't -- that's about it.  I don't have

 2    any special opinion, you know, on it or anything.  It's kind

 3    of near where we live.

 4            THE COURT:  I see.  Were you living there on

 5    January 6, 2021?

 6            THE PROSPECTIVE JUROR:  No.  We often leave D.C.

 7    as much as possible, so we were actually in South Carolina

 8    in January.  I don't like to be in D.C. too much, so yeah.

 9            THE COURT:  Okay.  And so any of the security

10    precautions that were taken after January 6, 2021, in the

11    area around the Capitol, was that something that you missed

12    because you weren't here or -- did you experience any of

13    that?

14            THE PROSPECTIVE JUROR:  We -- I didn't experience

15    any of that.  Yeah.  By the time we came back, my commute

16    route was different, so I didn't bike by the Capitol anymore

17    because it was a brief job, yeah.

18            THE COURT:  All right.  And Question 14 asks

19    whether you, a member of your family or a close friend ever

20    studied law, has been employed by a lawyer or a law firm,

21    worked in a courthouse, as a paralegal, or performed legal

22    investigative work.

23            Could you explain your answer to that?

24            THE PROSPECTIVE JUROR:  My wife is an attorney for

25    the Federal Trade Commission.  And I am not sure of the

 1    exact department, but competition law basically.

 2              THE COURT:  Okay.  And where does she work?

 3              THE PROSPECTIVE JUROR:  Federal Trade Commission.

 4              THE COURT:  FTC.  I see.

 5              And does she litigate in court?

 6              THE PROSPECTIVE JUROR:  She -- no.  She's one of

 7    the lawyers that does, like, the research work but never

 8    goes in.  She is not like the one that goes in the court,

 9    not like the fancy people or anything.  She is, I guess, a --

10              THE COURT:  Well, the trial lawyers in the room

11    appreciate being called "fancy people."

12              Do you talk to your wife about her legal work?

13              THE PROSPECTIVE JUROR:  No.  I mean, not really.

14    I mean, I -- I guess in passing, but it doesn't come up all

15    the time or in specifics.

16              THE COURT:  Okay.  Well, is there -- let me put it

17    to you this way:  Is there anything about the fact that your

18    wife is a lawyer, you live with a lawyer, you may hear about

19    the law that would impede your ability to follow my

20    instructions on the law as I give them to you in this case?

21              THE PROSPECTIVE JUROR:  Definitely not.

22              THE COURT:  All right.  So you also marked

23    Question 18 which asks whether you, a member of your family

24    or a close friend has ever been the subject of a criminal

25    investigation, accused of criminal conduct, or arrested or

1    prosecuted for a crime.

2              Could you explain that?

3              THE PROSPECTIVE JUROR:  Yes.  My brother was

4    convicted of something.  I can't remember exactly what it

5    was, but he was in prison for a while, on probation.  This

6    was like 20 years ago.

7              THE COURT:  Did you say 20 or 28?

8              THE PROSPECTIVE JUROR:  Okay.  I am 39, so about

9    20 years ago; 2-0.

10             THE COURT:  And you don't know what he was

11   convicted of?

12             THE PROSPECTIVE JUROR:  I do not.  We're not -- I

13   am not close to my brother.  It was after -- he moved out

14   when he was 15.  I moved out when I was 18, so it was -- you

15   know, I don't know.

16             THE COURT:  All right.  Did you ever visit him in

17   prison?

18             THE PROSPECTIVE JUROR:  Yes, one time.  I visited

19   him before I went to Afghanistan for a job, so I think that

20   was in 2006.  Yeah.  My parents wanted me to go see him

21   before going because they thought I was going to get killed.

22             THE COURT:  Luckily, for everybody, you were not.

23             THE PROSPECTIVE JUROR:  I am here, yeah.

24             THE COURT:  Well, is there anything about the fact

25   that your brother was in prison, and you visited him there,

1    that you think would affect your ability to be fair and

2    impartial in this case?

3                    THE PROSPECTIVE JUROR:  No.

4                    THE COURT:  And question 19 asked whether you, a

5    member of your family or any close friend has ever been the

6    victim of a crime, witness to a crime, or testified in court

7    or before a grand jury as a witness to a crime.

8                    THE PROSPECTIVE JUROR:  I have been a victim of a

9    crime many times.  Our window was smashed recently.  I have

10   had wallets stolen.  In other countries, you know, I was

11   pushed down and assaulted and choked in Sudan, Afghanistan.

12                   THE COURT:  Okay.  I have to ask:  What do you do

13   for a living that you are going to all of those places?

14                   THE PROSPECTIVE JUROR:  Well, that was my previous

15   career; I was working for a nonprofit.

16                   THE COURT:  What was that nonprofit doing in Sudan

17   and Afghanistan and those kind of places?

18                   THE PROSPECTIVE JUROR:  Well, in Afghanistan I

19   worked for a couple different nonprofits there.  But the

20   latter one, we mainly worked with resettling Pakistani

21   refugees.  So people living in Pakistan and Afghanistan

22   wanted to move back.

23                   In Sudan, it was kind of like we were in the

24   Darfur phase, so it was kind of, like, the civil war going

25   on.  So there was, like, this different humanitarian

1   response work that was happening.

2            THE COURT:  And when did you stop doing that

3   international humanitarian work?

4            THE PROSPECTIVE JUROR:  2012, when I moved to D.C.

5            THE COURT:  Okay.  And what do you do now?

6            THE PROSPECTIVE JUROR:  I work in technology,

7   sales force.  Like the platform I work on, it's a large

8   technology company; and I work for a nonprofit here in D.C.

9            THE COURT:  Okay.  And is there anything about

10   what sounds like a number of instances where you were the

11   victim of a crime that you think would affect your ability

12   to be fair and impartial in this case?

13            THE PROSPECTIVE JUROR:  No, definitely not.

14            THE COURT:  Okay.  All right.  Let me see if the

15   lawyers have follow-up questions.

16            (A bench conference was held as follows:)

17            THE COURT:  Any follow-up from the government?

18            MS. O'NEILL-GREENBERG:  I do, Your Honor.

19            THE COURT:  Yes.

20            MS. SCHESNOL:  Since he's been the victim of a

21   crime a few times, I'm curious if he feels like he was

22   treated fairly by the police and the justice system.

23            And then, on a totally different --

24            THE COURT:  Thank you.  I usually ask that; I

25   forgot.

```
 1              MS. SCHESNOL:  That's okay.
 2              And then I also noticed that this juror and juror
 3      whose last three digits are 597 both work at Pew, and he
 4      didn't check that he knew any other people on the panel.
 5      Just to make sure, since the room was crowded, maybe he
 6      didn't see that person.
 7              THE COURT:  Okay.  I will check on that.
 8              Any follow-up from the defense?
 9              MS. O'NEILL-GREENBERG:  Nothing from the defense.
10              THE COURT:  Okay.  Thank you.
11              (Whereupon, the bench conference concludes.)
12              THE COURT:  All right.  Juror No. 907, is -- in
13      any of the instances when you were in Washington, D.C. where
14      you were the victim of a crime, did you contact the police
15      in those instances?
16              THE PROSPECTIVE JUROR:  So the one time I was a
17      victim of a crime in D.C., I did contact the police when my
18      window smashed.  And they didn't -- they just were, like,
19      okay, you can file a police report; but they didn't do
20      anything.
21              THE COURT:  And how long ago was that?
22              THE PROSPECTIVE JUROR:  Actually, that was
23      recently; late October, early November.
24              There was one other time as well that's come to
25      mind I should say; so probably, like, 2015, 2016.  Someone
```

1    jumped our back gate.

2              Is this still on?

3              THE COURT:  Yes, the mic keeps going in and out.

4              (Whereupon, the Court and staff confer.)

5              THE COURT:  But continue.

6              THE PROSPECTIVE JUROR:  Okay.  In 2016, someone

7    jumped our back gate and tried our back door.  I thought it

8    was our maintenance person coming in.  They opened the door.

9    I saw the guy jumping the back gate, out, so I called the

10   police.  The police actually did come that time, but they

11   couldn't find the guy.  It was, like, early 2016 I would

12   say.

13             THE COURT:  Okay.  And was there anything about

14   your interactions with law enforcement on both of those

15   occasions, in late October and also in 2015, 2016, when the

16   person jumped your back gate, that left a good or a negative

17   impression about the police response?

18             THE PROSPECTIVE JUROR:  No, just indifferent.  I

19   guess it's kind of what I would expect.  With window

20   smashing, they don't really care.  And if someone is like

21   physically there, they send someone to look into it.

22             THE COURT:  And would that affect your ability to

23   listen impartially to the testimony of any police officer or

24   law enforcement officer who testified in this case?

25             THE PROSPECTIVE JUROR:  No.

```
1          THE COURT:  Did you look around the jury panel and
2     did you recognize anybody else that you might know?
3          And I know that everybody is wearing masks so
4     sometimes it's a little hard.  But was there anybody who you
5     thought you might know?
6          THE PROSPECTIVE JUROR:  No.
7          THE COURT:  I will see if there is any further
8     follow-up.
9          (A bench conference was held as follows:)
10          THE COURT:  Any follow-up?
11          MS. SCHESNOL:  No, Your Honor.
12          THE COURT:  From the defense?
13          MS. O'NEILL-GREENBERG:  No, Your Honor.
14          (Whereupon, the bench conference concludes.)
15          THE COURT:  All right.  Juror No. 907, you may
16     return to your seat.
17          (Whereupon, the prospective juror was excused.)
18          THE COURT:  Good morning, Juror No. 639.  You can
19     just hold that mic up so we can hear you.
20          How are you?
21          THE PROSPECTIVE JUROR:  I am fine.  How are you?
22          THE COURT:  I am good.  Thank you for asking.
23          I see that you have marked Question 14; circled
24     Question 16, so I will just review that with you.
25          THE PROSPECTIVE JUROR:  Yeah.
```

1          THE COURT:  And checked Question 19.

2          Starting with 14, which asks:  Have you, any

3     member of your family or a close friend ever studied law or

4     been employed by a lawyer or law firm, worked in a

5     courthouse, been a paralegal, legal secretary, or performed

6     legal investigative work.

7          Could you explain that?

8          THE PROSPECTIVE JUROR:  I am a lawyer.

9          THE COURT:  And where do you work?

10         THE PROSPECTIVE JUROR:  The U.S. Department of

11    Education, Office of the General Counsel.

12         THE COURT:  And how long have you worked at DoE?

13         THE PROSPECTIVE JUROR:  Just about three years.

14         THE COURT:  Three years, I see.  Okay.

15         And before that, where did you work?

16         THE PROSPECTIVE JUROR:  I worked for a nonprofit

17    as a student assessment.

18         THE COURT:  I could not hear you.

19         (Whereupon, the Court and staff confer.)

20         THE COURT:  Could you try that again?

21         THE PROSPECTIVE JUROR:  A nonprofit that does

22    student assessment, like, testing.

23         THE COURT:  Student assessment.  I see.

24         And in your legal career as a practicing lawyer,

25    have you ever done any criminal -- handled any criminal law

1    matters?

2              THE PROSPECTIVE JUROR:  No.

3              THE COURT:  Okay.  And is there anything about

4    your being a practicing lawyer that you think would impede

5    your ability to follow my instructions on the law as I give

6    them to you here?

7              THE PROSPECTIVE JUROR:  No.

8              THE COURT:  Okay.  Thank you.

9              Let me just see if there are follow-up questions.

10             Did everybody hear that since the microphone was

11   going in and out?

12             (A bench conference was held as follows:)

13             THE COURT:  Any follow-up from the government?

14             MS. SCHESNOL:  Not with regard to those questions.

15   I wasn't sure if Your Honor said there were other questions

16   that he marked.

17             THE COURT:  Oh, thank you.  I'm sorry.  I am --

18   thank you.  I am going to go through the rest of the card.

19             MS. SCHESNOL:  Of course.

20             (Whereupon, the bench conference concludes.)

21             THE COURT:  You also circled Question 16, which

22   asked whether you, a member of your family or any close

23   friend had any experiences with any law enforcement agency

24   or government that might cause you to favor or disfavor the

25   government or law enforcement.

1          Could you explain that?

2          THE PROSPECTIVE JUROR:  My spouse previously

3     worked for a criminal defense firm while he was in law

4     school.  And I think -- I heard stories of a couple of

5     experiences where the police officers were not entirely

6     truthful in those cases, but that was a number of years ago.

7          THE COURT:  And was that in Washington, D.C.?

8          THE PROSPECTIVE JUROR:  Yes, D.C. Superior Court.

9          THE COURT:  And is your wife [sic] still

10    practicing in the criminal law arena?

11         THE PROSPECTIVE JUROR:  No, he does not.  He is a

12    lobbyist now.

13         THE COURT:  Lobbyist.  And how long ago do you

14    think -- would you estimate was the last time you heard

15    stories about law enforcement officers not testifying fully

16    or truthfully?

17         THE PROSPECTIVE JUROR:  Six or seven years ago.

18         THE COURT:  And would that affect your ability to

19    evaluate the testimony of each individual witness who may be

20    a law enforcement officer fairly in this case?

21         THE PROSPECTIVE JUROR:  No, I don't think it would

22    be a problem.

23         THE COURT:  Okay.  And then Question 19 asks

24    whether you, a member of your family or any close friend has

25    ever been a victim of a crime, a witness to a crime or

```
 1    testified in court or before a grand jury as a witness to a
 2    crime.
 3              THE PROSPECTIVE JUROR:  Well, I had a package
 4    stolen off my front porch last week.
 5              THE COURT:  I'm sorry.
 6              THE PROSPECTIVE JUROR:  That's all right.
 7              THE COURT:  Very frustrating.
 8              THE PROSPECTIVE JUROR:  But my friend's house was
 9    burglarized a few years ago.
10              THE COURT:  And did you have conversations with
11    your friend about that burglary?
12              THE PROSPECTIVE JUROR:  I did at the time, yes.
13              THE COURT:  And do you know whether your friend
14    contacted the police about that?
15              THE PROSPECTIVE JUROR:  He did.
16              THE COURT:  And did you have conversations with
17    your friend about whether your friend had views of the
18    police response?
19              THE PROSPECTIVE JUROR:  Not that I remember, no.
20              THE COURT:  And did you contact the police about
21    your stolen package?
22              THE PROSPECTIVE JUROR:  I did, yes.
23              THE COURT:  And did the police respond?
24              THE PROSPECTIVE JUROR:  Yes.
25              THE COURT:  And was there anything about the
```

1    police response that you think would affect your ability to

2    be fair and impartial in this case?

3              THE PROSPECTIVE JUROR:  No.

4              THE COURT:  Okay.  Let me see if there are

5    follow-up.

6              (A bench conference was held as follows:)

7              THE COURT:  Any follow-up from the government?

8              MS. SCHESNOL:  No, Your Honor.  Thank you.

9              THE COURT:  And from the defense?

10             MS. O'NEILL-GREENBERG:  No, Your Honor.

11             (Whereupon, the bench conference concludes.)

12             THE COURT:  Okay.  Juror No. 639, you may return

13   to your seat.

14             (Whereupon, the prospective juror was excused.)

15             THE COURT:  Good morning, Juror 976.  How are you

16   this morning?

17             THE PROSPECTIVE JUROR:  I am doing well.

18   How are you?

19             THE COURT:  I am good.

20             I see you have marked Questions 12 and 19, so I'll

21   review those with you in order.

22             Question 12 asks whether you have an urgent or

23   extremely important matter to attend this week such that you

24   could be faced with a hardship if selected to serve on a

25   jury in this case.

1          Could you explain that?

2          THE PROSPECTIVE JUROR:  Yes.  So I am closing on

3    my home.  I'm buying a place sometime between the 22nd or

4    the 23rd of this week, and so I am having to do that and

5    prioritize that.

6          THE COURT:  Okay.  And that's not something you

7    can do after hours, like after five o'clock?

8          THE PROSPECTIVE JUROR:  No.

9          THE COURT:  Okay.  Let me just talk to the

10   lawyers.

11          (A bench conference was held as follows:)

12          THE COURT:  All right.  We have a house closing;

13   that's a surprise.

14          MS. SCHESNOL:  I haven't heard that one before.  I

15   thought some of those documents could be signed

16   electronically on one's phone.

17          THE COURT:  Well, I could follow up, but he seemed

18   pretty emphatic.

19          MS. SCHESNOL:  Yeah.  I don't want to mess with

20   something as important as --

21          THE COURT:  Do you want me to ask about that?  I

22   mean, I could.  I don't know.  I can ask about that.

23          Does the defense want to ask him anything about

24   that?

25          MS. O'NEILL-GREENBERG:  I mean, he seemed pretty

1     clear, but we could ask if there is any way he could submit

2     things after hours.

3              THE COURT:  Okay.  Let's see.

4              (Whereupon, the bench conference concludes.)

5              THE COURT:  All right.  And for this house

6     closing, do you have to be present in person?

7              THE PROSPECTIVE JUROR:  Yes.

8              THE COURT:  You can't sign things electronically?

9              THE PROSPECTIVE JUROR:  No.

10             THE COURT:  Do you understand why that is?

11             THE PROSPECTIVE JUROR:  That's how I understand it

12    to be.  I have to be there to sign papers physically.

13             THE COURT:  Okay.  And they haven't given you a

14    specific date for that?

15             THE PROSPECTIVE JUROR:  No.  It's either the 22nd

16    or the 23rd.  It's kind of a complicated situation, but...

17             THE COURT:  I see.

18             THE PROSPECTIVE JUROR:  Yeah.

19             (A bench conference was held as follows:)

20             THE COURT:  I can't think of anything else to ask

21    about that.

22             Do I have a motion?

23             MS. O'NEILL-GREENBERG:  He also answered 19 -- or

24    he circled 19, I believe.

25             THE COURT:  Yes.  But I don't know if I have to

1    waste time going into 19 if I could get a motion to strike

2    him for cause because he is not going to be available.

3              Do I have a motion?

4              Or you guys can use your preemptory strikes; it

5    doesn't matter to me.  Or we can keep him and see what

6    happens.  I mean, no one wants to strike him?

7              MS. O'NEILL-GREENBERG:  The defense will move to

8    strike him.

9              THE COURT:  Okay.  What's the government's view on

10   that?

11             MS. SCHESNOL:  There's no objection.

12             THE COURT:  All right.  The motion is granted.

13             (Whereupon, the bench conference concludes.)

14             THE COURT:  Okay.  Juror No. 986, good luck with

15   your closing.  I am going to excuse you.  Please return to

16   the jury lounge.

17             THE PROSPECTIVE JUROR:  Thank you.

18             (Whereupon, the prospective juror was excused.)

19             THE COURT:  Good morning, Juror 581.

20             THE PROSPECTIVE JUROR:  Good morning, Your Honor.

21             THE COURT:  Be seated.  And there is a little

22   microphone at the top of the shelf there.  If you could just

23   hold that.  Excellent.

24             How are you this morning?

25             THE PROSPECTIVE JUROR:  I'm very well.  Thank you.

```
 1                  THE COURT:  Good.

 2                  I see you have marked Questions 14 and 19, which I

 3      will review with you.

 4                  Question 14 asks whether you, a member of your

 5      family or a close friend ever studied law, has been employed

 6      by a lawyer or law firm, worked in a courthouse, been a

 7      paralegal or legal secretary or performed legal

 8      investigative work.

 9                  Could you explain that?

10                  THE PROSPECTIVE JUROR:  Yes.  I am a lawyer, my

11      husband is a lawyer.  We both have been in practice for --

12      we're retired, both of us.

13                  THE COURT:  Okay.  And what kind of law did you

14      practice?

15                  THE PROSPECTIVE JUROR:  Private practice,

16      different -- I sort of had a checkered career; in and out.

17      I started off doing some litigation, civil litigation; then

18      I worked for a university in-house.  Then, I ended up doing

19      some food and drug work overseas.

20                  THE COURT:  Okay.  And is there anything about --

21      and did you ever practice criminal law?

22                  THE PROSPECTIVE JUROR:  No.

23                  THE COURT:  Did you ever handle any criminal law

24      matters?

25                  THE PROSPECTIVE JUROR:  No.
```

1          THE COURT:  What kind of law did -- does your

2     husband practice?

3          THE PROSPECTIVE JUROR:  Food and drug.  He did

4     work for the FDA early on, and then was in private practice

5     for like 40-some years.

6          THE COURT:  Okay.  And did he ever handle criminal

7     matters?

8          THE PROSPECTIVE JUROR:  Early on at FDA, 50 years

9     ago; he was a prosecutor in some cases.  Yeah.

10         THE COURT:  And is there anything about your

11    familiarity with the law that you think would impede your

12    ability to follow my instructions on the law as I give them

13    to you in this case?

14         THE PROSPECTIVE JUROR:  No.

15         THE COURT:  You also marked Question 19 which asks

16    whether you, a member of your family or a close friend has

17    ever been a victim of a crime, witness to a crime or

18    testified in court or before a grand jury as a witness to a

19    crime.

20         Could you explain that?

21         THE PROSPECTIVE JUROR:  Specifically, our home was

22    burglarized a few years ago, so...

23         THE COURT:  And do you know how many years ago?

24         THE PROSPECTIVE JUROR:  I think it was 2011.

25         THE COURT:  And did you call the police?

```
1            THE PROSPECTIVE JUROR:  Absolutely.

2            THE COURT:  Was the person responsible ever found?

3            THE PROSPECTIVE JUROR:  Yes.  He was arrested in

4     our house.

5            THE COURT:  Oh.  Arrested in your house?

6            THE PROSPECTIVE JUROR:  Yes.

7            THE COURT:  So you called the police while the

8     burglary was under --

9            THE PROSPECTIVE JUROR:  We were not in the house.

10    We got notified by a house sitter at the time; she called

11    the police.

12           THE COURT:  I see.

13           And were you a witness at any kind of trial for

14    that burglary?

15           THE PROSPECTIVE JUROR:  No.

16           THE COURT:  Okay.  And do you know what happened

17    after the arrest?

18           THE PROSPECTIVE JUROR:  He pled guilty.

19           THE COURT:  And was there anything about the

20    police response to that burglary that you think would affect

21    your ability to be fair and impartial in this case?

22           THE PROSPECTIVE JUROR:  No.

23           THE COURT:  Okay.  Let me see if there is

24    follow-up.

25           (A bench conference was held as follows:)
```

1           THE COURT:  Anything from the government?

2           MS. SCHESNOL:  No, Your Honor.

3           THE COURT:  From the defense?

4           MS. O'NEILL-GREENBERG:  No, Your Honor.

5           (Whereupon, the bench conference concludes.)

6           THE COURT:  Okay.  Thank you, Juror No. 581.  You

7    may return to your chair.

8           (Whereupon, the prospective juror was excused.)

9           THE COURT:  Good morning, Juror No. 763.  How are

10   you?

11          THE PROSPECTIVE JUROR:  Well, thank you.

12          THE COURT:  I see you have marked Questions 14 and

13   26, which I will review with you.

14          14 asks whether you, a member of your family or a

15   close friend has ever studied law, been employed by a lawyer

16   or a law firm.

17          Could you explain that?

18          THE PROSPECTIVE JUROR:  I have a close friend who

19   works as a lawyer.  I have known her since high school, and

20   all through her law school years.

21          THE COURT:  And how often do you see your friend?

22          THE PROSPECTIVE JUROR:  Lately, I have not seen

23   very much of her.  Only every couple of months.

24          THE COURT:  Okay.  And do you talk to your friend

25   about her work?

1          THE PROSPECTIVE JUROR:  I have not lately.  We

2     used to talk more, and we talked about her work.  But it's

3     been a year or two since we talked about her work very much.

4          THE COURT:  Okay.  And do you know what kind of

5     law your friend practices?

6          THE PROSPECTIVE JUROR:  She works in international

7     trade.

8          THE COURT:  All right.  And to the best of your

9     knowledge, has your friend ever handled criminal matters?

10         THE PROSPECTIVE JUROR:  In law school she worked

11    for the D.C. Office of the Attorney General.

12         THE COURT:  All right.  And is there anything

13    about any conversations you may have had with your friend

14    who is a lawyer about the law that you think would impede

15    your ability to follow my instructions on the law as I give

16    them to you in this case?

17         THE PROSPECTIVE JUROR:  No.  I don't think so.

18         THE COURT:  Okay.  You have also marked

19    Question 26, which asks whether you would have difficulty

20    expressing your own opinions and thoughts about this case to

21    your fellow jurors.

22         Could you explain that?

23         THE PROSPECTIVE JUROR:  Mostly just that I am soft

24    spoken.  And if I felt differently than many of the other

25    jurors, I might -- I might not want to speak up about it.

1    But I -- you know, I don't know how exactly I would be in

2    that situation.

3            THE COURT:  Well, do you -- would you be able to

4    listen carefully to what other jurors say?

5            THE PROSPECTIVE JUROR:  Certainly, yes.  Yes.

6            THE COURT:  And would you be able to make up your

7    own mind independently about the evidence and the testimony

8    in this case?

9            THE PROSPECTIVE JUROR:  Yes.

10           THE COURT:  Are you saying you are a bit shy in a

11   larger group?

12           THE PROSPECTIVE JUROR:  Yes.

13           THE COURT:  But being shy doesn't mean that you

14   can't hold fast to your own views, right?

15           THE PROSPECTIVE JUROR:  Right.  Right.  I just --

16   I don't know if I would -- how well I would express myself

17   if I felt I had something different to say about it than

18   several other jurors, for example.

19           THE COURT:  Okay.  And what do you do for a

20   living, Juror No. 763?

21           THE PROSPECTIVE JUROR:  I work in theater.  I am a

22   theater technician.

23           THE COURT:  For any particular theater in town?

24           THE PROSPECTIVE JUROR:  The Shakespeare Theater

25   Company.

```
 1              THE COURT:  Okay.  How long have you done that?
 2              THE PROSPECTIVE JUROR:  I have been full-time with
 3      them for five years, but I have worked part time in theater
 4      in D.C. for more than ten years.
 5              THE COURT:  All right.  Let me see if there is
 6      follow-up.
 7                  (A bench conference was held as follows:)
 8              THE COURT:  Any follow-up?
 9              MS. SCHESNOL:  Not from the government, Your
10      Honor.
11              THE COURT:  And from the defense?
12              MS. O'NEILL-GREENBERG:  Not from the defense.
13              THE COURT:  Okay.  Thank you.
14                  (Whereupon, the bench conference concludes.)
15              THE COURT:  All right.  Juror No. 763, you can
16      return to your chair.  Thank you so much.
17              THE PROSPECTIVE JUROR:  Thank you.
18                  (Whereupon, the prospective juror was excused.)
19              THE COURT:  Good morning, Juror No. 052.  How are
20      you this morning?
21              THE PROSPECTIVE JUROR:  I am well, thanks.
22      How are you?
23              THE COURT:  I'm good.
24              So I see you have marked Questions 1, 6, 8, 11,
25      13, 14, 16, 22, 23, 24, 27, and 29.  So I am just going to
```

1    review those with you in order.

2            THE PROSPECTIVE JUROR:  Sure.

3            THE COURT:  Starting with Question 1, which asks

4    whether you feel so uncomfortable being in a room with other

5    jurors due to the COVID-19 pandemic that it would be

6    difficult for you to pay attention.

7            Can you explain that?

8            THE PROSPECTIVE JUROR:  Yeah, that question; and I

9    think I put yes or maybe there.

10           THE COURT:  You marked "maybe."  But whether it's

11   a maybe or full-blown yes, I ask about it.

12           THE PROSPECTIVE JUROR:  Well, you said COVID-19.

13   I think there are other things going around right now.  I

14   have a five-and-a-half-month-old at home, so I am just a

15   little extra sensitive to bringing things home.

16           THE COURT:  Of course.

17           THE PROSPECTIVE JUROR:  Flu, or otherwise.

18           THE COURT:  Well, with the procedures that we have

19   in place here with everybody remaining masked, unless

20   they're speaking --

21           THE PROSPECTIVE JUROR:  Understood.

22           THE COURT:  -- do you think that -- do you think

23   that you would be able to pay attention, or would you be so

24   worried about it that you would find it hard?

25           THE PROSPECTIVE JUROR:  I am here today paying

1    attention, so I will make it work.

2         THE COURT:  Okay.  You also marked Question 6,

3    which asked whether you recognized any of the people named.

4         Could you explain that?

5         THE PROSPECTIVE JUROR:  I think I heard a name

6    "Gazelle," or something like that.  I don't recall exactly.

7    It just -- that name just -- I read it in the news

8    somewhere, or something like that.

9         THE COURT:  Okay.  Did somebody have the name

10   Gazelle?

11        MS. SCHESNOL:  Yes, Your Honor.  The government

12   has a witness, United States Capitol Police Officer Mark

13   Gazelle, M-A-R-K.  He's worked with the Capitol Police for

14   about 32 years, if that helps ring any bells.

15        THE COURT:  Do you know a Capitol Police officer

16   named Mark Gazelle?

17        THE PROSPECTIVE JUROR:  I apologize if I didn't

18   get the question.  The question is:  Do you recognize the

19   name?  That's a name I just recognized having just read new

20   stories about -- about January 6th, I suppose.

21        The name just rang a bell.

22        THE COURT:  I see.  But you don't know that person

23   personally?

24        THE PROSPECTIVE JUROR:  Personally, no.  No.

25        THE COURT:  Okay.  And then Question 8 asked

1    whether you, a member of your family or a close friend live,

2    work near, or have any special familiarity with the

3    immediate area of the U.S. Capitol.

4           Could you explain that?

5           THE PROSPECTIVE JUROR:  I believe this was the

6    question -- well, I will say my wife's cousin's husband

7    works at the Capitol, and he was on the floor of the House

8    on January 6.  I can add more detail, if you like.

9           THE COURT:  Yes.

10           THE PROSPECTIVE JUROR:  I believe his role

11    was something like -- he is not a member.  One of the staff

12    people who kind of helps run the proceedings of the House.

13    And he was in the news and got a commendation from the new

14    President for, like, securing the -- it's like a

15    200-year-old blotter, or something like that, on the -- I

16    don't know up, like up on the top.  So when people were

17    storming in, he was one of the guys who, like, grabbed the

18    thing and left.

19           So, anyway, that's the family member who I would

20    say is -- who worked at the Capitol and was involved.

21           THE COURT:  Have you spoken directly to this

22    family member about his experience on January 6, 2021, at

23    the Capitol?

24           THE PROSPECTIVE JUROR:  Oh, yes.  Yeah, he was

25    over for, like, dinner at my in-laws' house within a couple

1    months; and we were chatting about it because it's a notable

2    story.

3              THE COURT:  And is there -- and having a family

4    member from whom you heard directly about his experiences on

5    that day, do you think that that would make it difficult for

6    you to be fair and impartial in this case?

7              THE PROSPECTIVE JUROR:  I think that contributes

8    to the overall mosaic of things that are in my head about

9    that particular event.

10             THE COURT:  Could you just speak a little bit more

11   slowly?  I am having difficulty hearing you.

12             THE PROSPECTIVE JUROR:  I'm sorry.  I'm sorry.

13             I said that I think would contribute to the

14   overall mosaic of things in my head about the way -- I

15   forgot your phrasing, the way I perceive or would approach

16   something about that particular date.

17             THE COURT:  Well, I think the key is whether

18   having heard that story and directly from a person who

19   experienced the events on January 6, 2021, whether that

20   would make it difficult for you to keep an open mind about

21   hearing the testimony presented in this case about that day

22   on the Capitol, or not?

23             THE PROSPECTIVE JUROR:  Yes.  It would make it

24   difficult.

25             THE COURT:  And do you think it would make it

1   difficult for you to be a fair and impartial juror in

2   evaluating the evidence against the defendant in this case?

3           THE PROSPECTIVE JUROR:  Absolutely.

4           THE COURT:  All right.  Let me just speak to the

5   lawyers.

6           (A bench conference was held as follows:)

7           THE COURT:  All right.  I am not sure we have to

8   go through all of the rest of his questions.

9           Do I have a motion from the defense?

10          MS. O'NEILL-GREENBERG:  The defense would move to

11  strike.

12          THE COURT:  And the government's position?

13          MS. SCHESNOL:  The government will not object to

14  that motion.

15          THE COURT:  All right.  Motion granted.  I will

16  excuse this juror.

17          (Whereupon, the bench conference concludes.)

18          THE COURT:  All right.  Juror No. 052, you are

19  excused, and you may return to the jury lounge.  If you have

20  all of your things, you can go out the back door and just go

21  to the jury lounge on the fourth floor.

22          (Whereupon, the prospective juror was excused.)

23          THE COURT:  Good morning, Juror 862.  If you could

24  take a seat right there.  Feel free to put your bag down so

25  you can be more comfortable.

```
 1                        How are you today?

 2              THE PROSPECTIVE JUROR:  Good.  Thank you.

 3              THE COURT:  Thank you.  Just hold that microphone

 4     up.  That would be great.

 5              I see you have marked Questions 10, 22, 23, and

 6     29, which I will review with you.

 7              29 asks whether you believe you have received,

 8     heard, or seen any information about the defendant in this

 9     case, Vincent Gillespie.

10              THE PROSPECTIVE JUROR:  Correct.

11              THE COURT:  And have you?

12              THE PROSPECTIVE JUROR:  Just through the media.

13              THE COURT:  And his name is familiar to you?

14              THE PROSPECTIVE JUROR:  Yes.

15              THE COURT:  And what have you read?

16              THE PROSPECTIVE JUROR:  It's mostly just what I

17     have seen online through newspapers, different TV shows.  I

18     follow this event very closely.

19              THE COURT:  And it's not just any defendant

20     charged in connection with January 6, 2021.  You have heard

21     about Vincent Gillespie himself?

22              THE PROSPECTIVE JUROR:  I am pretty sure that I

23     have.

24              THE COURT:  Okay.  Do you remember anything you

25     have heard about him?
```

```
1                 THE PROSPECTIVE JUROR:  No, I don't.

2                 THE COURT:  Okay.  And do you think -- if you

3       follow what happened on January 6, 2021, very closely, do

4       you think that that would affect your ability to be fair and

5       impartial in this case?

6                 THE PROSPECTIVE JUROR:  I'll just be very honest.

7       I am very much a big supporter of law enforcement, and I

8       totally disagree with the events of January 6th.

9                 THE COURT:  You totally disagree with what?

10                THE PROSPECTIVE JUROR:  The events on that day.

11                THE COURT:  So would it be hard for you to keep an

12      open mind, to listen to the testimony and witnesses in this

13      case?

14                THE PROSPECTIVE JUROR:  I would hope not.  But

15      I just -- I am being very honest.  I just -- I have very

16      strong feelings about it.

17                THE COURT:  And you have strong feelings about the

18      conduct of people who engaged in illegal conduct on

19      January 6, 2021?

20                THE PROSPECTIVE JUROR:  Correct.  The way they

21      treated the Capitol, the way they treated our system, yes,

22      and the way they treated law enforcement.

23                THE COURT:  All right.  Let me just talk to the

24      lawyers.

25                (A bench conference was held as follows:)
```

1          THE COURT:  Okay.  Do I need to proceed through

2     all of the rest of the questions?

3          MS. O'NEILL-GREENBERG:  No, Your Honor.  The

4     defense would move to strike this juror.

5          THE COURT:  And the government's position?

6          MS. SCHESNOL:  No objection.

7          THE COURT:  All right.  The motion is granted.

8          (Whereupon, the bench conference concludes.)

9          THE COURT:  Okay.  Juror No. 862, you are excused.

10         THE PROSPECTIVE JUROR:  Thank you.

11         THE COURT:  You can return to the jury lounge.

12    You can leave right through that door of the courtroom.

13         (Whereupon, the prospective juror was excused.)

14         THE COURT:  And Juror No. 75, 075, if you could

15    take that first seat.  Have a seat.

16         And how are you today?

17         THE PROSPECTIVE JUROR:  Okay.  I am fine.

18    Thank you.

19         THE COURT:  I see you have marked Questions 9, 10,

20    12, 14, 15, 19, 27, 29.

21         So I am going to begin with Question 9 which asks

22    whether you, a member of your family or a close friend were

23    present at the U.S. Capitol on January 6, 2021.

24         Could you explain that?

25         THE PROSPECTIVE JUROR:  Yeah.  I put a little

```
1    question mark there because I have two not close friends but

2    friends that are Adam Schiff staffers.

3              THE COURT:  And have you spoken to them about what

4    happened on January 6, 2021?

5              THE PROSPECTIVE JUROR:  No.

6              THE COURT:  And is there anything about -- have

7    you -- the fact that you have acquaintances, shall we say,

8    who work for a member of the House of Representatives who

9    might have been there on January 6, 2021, that you think

10   would affect your ability to be fair and impartial in this

11   case?

12             THE PROSPECTIVE JUROR:  Probably not.  I mean --

13             THE COURT:  Or are there other things?

14             THE PROSPECTIVE JUROR:  There are other things,

15   yeah.

16             THE COURT:  Okay.  So why don't we just jump to

17   those other things.

18             THE PROSPECTIVE JUROR:  Yes.

19             THE COURT:  What other things?

20             THE PROSPECTIVE JUROR:  I think if you go down the

21   questions, they're --

22             THE COURT:  Okay.  I will just do it that way.

23             And you have marked Question 10.  Have you

24   received, heard, or seen information specifically about the

25   defendant in this case, Vincent Gillespie?
```

```
 1            THE PROSPECTIVE JUROR:  Yeah.  I have actually

 2      seen both the indictment and statement of facts.

 3            THE COURT:  How is that?

 4            THE PROSPECTIVE JUROR:  I saw it online.

 5            THE COURT:  It was the indictment in this case?

 6            THE PROSPECTIVE JUROR:  Yes.

 7            THE COURT:  How long ago did you see that?

 8            THE PROSPECTIVE JUROR:  So when I had jury duty --

 9      you know, I saw that I had jury duty, I looked at the

10      docket.  So I wanted to see what the cases --

11            THE COURT:  What you might be coming for?

12            THE PROSPECTIVE JUROR:  Yes.  And so, then, when I

13      saw what it was, I just Googled it.

14            THE COURT:  Okay.  You know, if you are selected

15      to serve as a juror on this case you would be told not to do

16      such research at all.

17            Would you be able to follow that instruction

18      because you seem to be -- have great facility at doing your

19      own research?

20            THE PROSPECTIVE JUROR:  I mean, I would not do

21      further research; but I already have seen what I have seen,

22      you know.

23            THE COURT:  I see.

24            And do you think -- having seen what you saw about

25      this particular case and the charges -- that it would be
```

1    difficult for you to be fair and impartial in this case?

2                THE PROSPECTIVE JUROR:  Yes.

3                (A bench conference was held as follows:)

4                THE COURT:  All right.  Welcome to a D.C. jury.

5                Okay.  Do I have a motion?

6                MS. O'NEILL-GREENBERG:  Yes.  The government --

7    I'm sorry -- the defense would move to strike.

8                THE COURT:  All right.  Any objection from the

9    government?

10                MS. SCHESNOL:  No objection.

11                THE COURT:  Okay.  The motion is granted.

12                (Whereupon, the bench conference concludes.)

13                THE COURT:  Juror No. 075, I am going to excuse

14    you.  You may go out the front door of the courtroom and go

15    to the fourth-floor jury lounge.

16                THE PROSPECTIVE JUROR:  Okay.  Thank you.

17                THE COURT:  Thank you.

18                (Whereupon, the prospective juror was excused.)

19                THE COURT:  Juror No. 767.

20                THE PROSPECTIVE JUROR:  Hello.

21                THE COURT:  Please be seated.

22                How are you today?

23                THE PROSPECTIVE JUROR:  I am good.  How are you?

24                THE COURT:  I am good.

25                If you could just hold that little mic up, that

1    would be helpful.

2            I see you have marked Question 19, which asked

3    whether you, a member of your family or a close friend has

4    ever been a victim of a crime, witness to a crime, or

5    testified in court or before grand jury as a witness to a

6    crime.

7            Could you explain that?

8            THE PROSPECTIVE JUROR:  Yes, I was assaulted.  I

9    had somebody pull a knife on me when I was traveling in

10   Spain; traveling abroad.

11           THE COURT:  So it didn't happen in the

12   United States, only in Spain?

13           THE PROSPECTIVE JUROR:  Only in Spain.

14           THE COURT:  And how long ago was that?

15           THE PROSPECTIVE JUROR:  I was 20, so it was --

16   yeah.  20, 23 years ago.

17           THE COURT:  Okay.  And did you report it to the

18   police?

19           THE PROSPECTIVE JUROR:  I did, yeah.

20           THE COURT:  And is there anything about the police

21   response to that event that you think would affect your

22   ability to be fair and impartial as you're listening to the

23   police testimony in this case?

24           THE PROSPECTIVE JUROR:  No.  I don't think so, no.

25           THE COURT:  Okay.  Juror No. 767, what do you do

1    for a living?

2              THE PROSPECTIVE JUROR:  I am a union organizer.

3              THE COURT:  And how long have you done that?

4              THE PROSPECTIVE JUROR:  For around ten years.

5              THE COURT:  Ten years?

6              THE PROSPECTIVE JUROR:  Yeah.

7              THE COURT:  Do you work for any particular union?

8              THE PROSPECTIVE JUROR:  I do.  Communication

9    Workers of America.

10             THE COURT:  All right.  Let me see if the lawyers

11   have follow-up.

12             (A bench conference was held as follows:)

13             THE COURT:  Any follow-up from the government?

14             MS. SCHESNOL:  No, Your Honor.

15             THE COURT:  Defense?

16             MS. O'NEILL-GREENBERG:  We have one follow-up.  If

17   her experience -- I know it was a long time ago -- but being

18   the victim of an assault would make it -- would impede her

19   ability to be a fair and impartial juror in this case now.

20             THE COURT:  Okay.

21             (Whereupon, the bench conference concludes.)

22             THE COURT:  So you may hear testimony in this case

23   about an assault.  Do you think that -- your prior

24   experience living through an assault with a knife -- do you

25   think that that would make it difficult for you to listen to

```
1    that testimony?

2              THE PROSPECTIVE JUROR:  I don't think so, no.

3    It's been -- yeah.  I have had some time to process it and,

4    yeah, I don't believe so.

5              THE COURT:  Okay.

6              (A bench conference was held as follows:)

7              THE COURT:  Any other follow-up?

8              MS. O'NEILL-GREENBERG:  None from the defense.

9              THE COURT:  Okay.

10             (Whereupon, the bench conference concludes.)

11             THE COURT:  All right.  Juror No. 1767, you can

12   return to your seat.

13             THE PROSPECTIVE JUROR:  Okay.

14             (Whereupon, the prospective juror was excused.)

15             THE COURT:  Good morning, Juror No. 642.  If you

16   could have a seat there, and hold that little, tiny mic up.

17   That would be great.

18             How are you this morning?

19             THE PROSPECTIVE JUROR:  Okay.

20             THE COURT:  And you haven't marked anything on

21   your sheet.  So let me just ask you, Juror 642, what do you

22   do for a living?

23             THE PROSPECTIVE JUROR:  I am a senior executive at

24   the Environmental Protection Agency.

25             THE COURT:  And how long have you worked at EPA?
```

1          THE PROSPECTIVE JUROR:  28 and a half years.

2          THE COURT:  And as a senior executive, is there

3    one particular area at EPA where you focus your attention?

4          THE PROSPECTIVE JUROR:  I have been in multiple

5    offices.  But for the past -- since 2006, in the Office of

6    Pollution, Prevention, and Toxics.  So we deal with

7    chemicals, assessment, and management.

8          THE COURT:  And for that position, how -- do you

9    have to have a scientific degree?

10          THE PROSPECTIVE JUROR:  You don't have to; the SES

11    doesn't require that.  But I do have a Ph.D. in

12    pharmacology.

13          THE COURT:  Okay.  Let me see if there are

14    follow-up questions.

15          (A bench conference was held as follows:)

16          THE COURT:  Any follow-up from the government?

17          MS. SCHESNOL:  No, Your Honor.

18          THE COURT:  And from the defense?

19          MS. O'NEILL-GREENBERG:  No, Your Honor.

20          (Whereupon, the bench conference concludes.)

21          THE COURT:  All right.  Juror No. 642, you can

22    resume your seat.

23          THE PROSPECTIVE JUROR:  Okay.  Thank you.

24          (Whereupon, the prospective juror was excused.)

25          (Whereupon, the Court and staff confer.)

1          THE COURT:  Good morning, Juror No. 634.  If you

2    could just pick that microphone up.

3          How are you today?

4          THE PROSPECTIVE JUROR:  Good.  Thank you.

5          How are you?

6          THE COURT:  I am good.  Thanks for asking.

7          I see you have marked Questions 8, 12, 13, 19, and

8    30.  I am just going to review those with you in order.

9          THE PROSPECTIVE JUROR:  Okay.

10          THE COURT:  Question 8 asked whether you, a member

11    of your family or a close friend live, work near, or have

12    any special familiarity with the immediate area of the U.S.

13    Capitol.

14          Could you explain that?

15          THE PROSPECTIVE JUROR:  Yeah.  I have a contract

16    lobbying business, so I spend a lot of time on Capitol Hill

17    and working with members of Congress, working with

18    leadership.  You know, I'm working on trying to get

19    something in the omnibus spending bill that they're working

20    on right now.  So I spend a lot of time on Capitol Hill;

21    know the area well.

22          THE COURT:  And were you there on January 6, 2021?

23          THE PROSPECTIVE JUROR:  I was not.  I was in town,

24    but across town where I live and work.

25          THE COURT:  I see.  And if you're working on the

1    omnibus, is this a particularly intense time for your work?

2          THE PROSPECTIVE JUROR:  I'm sorry?

3          THE COURT:  If you're working on the omnibus, is

4    this a particularly intense time for your work?

5          THE PROSPECTIVE JUROR:  This is a particularly

6    intense time for my work, and I have marked that on my

7    questionnaire.  I am a sole proprietor.  My work is very --

8    it's dependent on the congressional calendar and what

9    they're working on at any given time, and this happens to be

10   a problem.

11         THE COURT:  Okay.  Is what is going on on Capitol

12   Hill right now going to be a distraction for you from paying

13   attention to this trial during this week?

14         THE PROSPECTIVE JUROR:  When they cut that bill

15   off and say:  Okay, we're done, it's going to the floor;

16   we're going to pass it, and we're going to adjourn, then I'm

17   fine.  But I have no idea when that is going to be.

18         THE COURT:  Okay.  So until that time, you are

19   going to be very preoccupied with that?

20         THE PROSPECTIVE JUROR:  Yes.  It's a big provision

21   I am working on trying to get in; something I have worked on

22   for 25 years, dealing with immigration policy.

23         THE COURT:  Okay.  Well, let me just talk to the

24   lawyers.

25              (A bench conference was held as follows:)

```
 1              THE COURT:  Do you want me to pursue this anymore
 2     with this particular juror?
 3              But, I mean, he is a sole proprietor and his
 4     whole -- I mean, I don't know what -- do you have follow-up
 5     questions?  Do you want me to go through all of the rest of
 6     the questions he's marked?
 7              MS. SCHESNOL:  No, Your Honor.  I'd like to get
 8     paid, so I am all for him helping get the omnibus bill
 9     passed.
10              THE COURT:  Exactly.
11              Does the defense have any follow-up questions
12     they'd want to ask, or do they have a motion?
13              MS. O'NEILL-GREENBERG:  No.  We would move to
14     strike.  We're in agreement with the government.
15              THE COURT:  Okay.  And the government has no
16     objection to the motion?
17              MS. SCHESNOL:  That's correct, Your Honor.
18              THE COURT:  Okay.  I am going to put him out of
19     his misery and let him go back to work.
20              (Whereupon, the bench conference concludes.)
21              THE COURT:  Okay.  I am going to excuse you.  You
22     can return to the fourth-floor jury lounge, and they'll
23     excuse you from there.
24              (Whereupon, the prospective juror was excused.)
25              THE COURT:  Good morning, Juror No. 703.
```

```
 1                 THE PROSPECTIVE JUROR:  Good morning.

 2                 THE COURT:  And how are you today?

 3                 THE PROSPECTIVE JUROR:  Fine.  And yourself?

 4                 THE COURT:  Good.

 5           I see you have marked Questions 6, 8, 9, 15, 16,

 6      and 22, so I am just going to review those with you.

 7                 THE PROSPECTIVE JUROR:  Yes.

 8                 THE COURT:  Did I say "4"?  I see a little check

 9      next to 4.

10           Question 4 asks whether you know or have had any

11      contact with Vincent Gillespie.

12                 THE PROSPECTIVE JUROR:  Well, that -- is Mr. -- I

13      guess I would ask:  Is Mr. Gillespie being housed at the --

14      in the D.C. jail?  Is he being housed there?

15           Because, if so, I am a correctional officer which

16      would subject me to having interactions with him.

17                 THE COURT:  I see.  No.  He is not at the D.C.

18      jail.

19                 THE PROSPECTIVE JUROR:  Okay.  I'm sorry.

20      Disregard.

21                 THE COURT:  But thank you for being careful about

22      that.

23           And Question 6 asks whether you recognize or know

24      any of the people whose names were listed by the government

25      counsel.
```

```
1              And do you know any of the potential witnesses in
2    this case?
3              THE PROSPECTIVE JUROR:  Yes.  One in particular
4    that stood out to me was Sergeant Paul Riley, Metropolitan
5    Police Department, which I have worked with for at least
6    five or so years.
7              THE COURT:  Are you friends with Officer Riley?
8              THE PROSPECTIVE JUROR:  No.  I wouldn't -- just
9    professionally.
10             THE COURT:  I see.  Okay.
11             Since you know him professionally, would that make
12   it difficult for you to listen to his testimony here
13   impartially?
14             THE PROSPECTIVE JUROR:  No.
15             THE COURT:  You would still be able to do that?
16             THE PROSPECTIVE JUROR:  Yes.
17             THE COURT:  Okay.  You say you are a corrections
18   officer.
19             THE PROSPECTIVE JUROR:  Yes.
20             THE COURT:  How long have you been a corrections
21   officer?
22             THE PROSPECTIVE JUROR:  I have been a correctional
23   officer for seven years.  But prior to me being a
24   correctional officer, I also worked for the Metropolitan
25   Police Department.
```

1           THE COURT:  Could you just say that again?

2           THE PROSPECTIVE JUROR:  I'm sorry.  I said I have

3   been a correctional officer for seven years.  Prior to being

4   with DOC, I was employed by the Metropolitan Police

5   Department prior to.

6           THE COURT:  Okay.  You were an MPD officer?

7           THE PROSPECTIVE JUROR:  No.  I was a civilian with

8   the Metropolitan Police Department.

9           THE COURT:  Okay.  And what did you do as a

10  civilian for MPD?

11          THE PROSPECTIVE JUROR:  Various assignments.  I

12  started off as a cadet there.  I was a -- I also did

13  firearms registration, criminal history checks.  Things of

14  that nature.

15          THE COURT:  Why did you leave MPD?

16          THE PROSPECTIVE JUROR:  I just wanted to progress

17  my law enforcement career.

18          THE COURT:  Okay.  There are going to be a number

19  of law enforcement officers testifying here today, and it

20  sounds as if you have spent your career in law enforcement.

21          THE PROSPECTIVE JUROR:  Yes.

22          THE COURT:  Do you think that that would affect

23  your ability to be fair and impartial in this case?

24          THE PROSPECTIVE JUROR:  In this case in

25  particular, as it does pertain to January 6, 2021, which I

1    was present for.  I mean, I am not going to say -- I can't

2    just say it didn't affect me because it did, you know.

3             THE COURT:  And what were you doing on January 6,

4    2021?

5             THE PROSPECTIVE JUROR:  As part of my

6    responsibilities at the Department of Corrections, I do -- I

7    am involved with the high-volume processing.  So every time

8    there is a high-volume demonstration here in the city, I am

9    activated to do the live scanning and fingerprinting for all

10   of those individuals who -- that the police arrest during

11   those demonstrations.

12            THE COURT:  And were you busy on January 6, 2021?

13            THE PROSPECTIVE JUROR:  Very.  Very busy.

14            THE COURT:  Okay.  And having participated in

15   that, do you think that that would affect your ability to be

16   fair and impartial in this case?

17            THE PROSPECTIVE JUROR:  I have a problem --

18   exactly.

19            THE COURT:  All right.

20            (A bench conference was held as follows:)

21            THE COURT:  Do I have a motion?

22            MS. O'NEILL-GREENBERG:  We would move to strike,

23   Your Honor.

24            THE COURT:  And the government's view?

25            MS. SCHESNOL:  No objection.

```
1              THE COURT:  Okay.  Hearing no objection, the
2      motion will be granted.  I will excuse this juror.
3              (Whereupon, the bench conference concludes.)
4              THE COURT:  All right.  Juror No. 703, you are
5      excused.  You can return to the jury lounge on the fourth
6      floor.
7              THE PROSPECTIVE JUROR:  Okay.  Thank you.
8              THE COURT:  Thank you.
9              (Whereupon, the prospective juror was excused.)
10             THE COURT:  And we'll take a short break after
11     this next juror.
12             Good morning, Juror 185.  How are you this
13     morning?
14             THE PROSPECTIVE JUROR:  Okay.  Good.
15             THE COURT:  Okay.  I see you have marked
16     Questions 8 and 14, which I will just review with you.
17             Question 8 asks whether you, a member of your
18     family or close friend live, work near, or have a special
19     familiarity with the U.S. Capitol area.
20             THE PROSPECTIVE JUROR:  Yes, Your Honor.
21             THE COURT:  And could you explain that?
22             THE PROSPECTIVE JUROR:  So when -- this was about
23     six -- well, roughly about five, six, seven years ago.  I
24     worked for a scientific nonprofit and I was the scientific
25     nonprofit's representative to the U.S. government, which
```

1    included interactions with the U.S. appropriation staff on

2    the Senate floor -- on both the House and Senate side.

3            But my special -- the reason why I marked yes is

4    because I have spent a bit of time talking to the

5    appropriation staffers on the House appropriations committee

6    which is housed in the U.S. Capitol, which is why I marked

7    yes.

8            THE COURT:  I see.

9            And have you talked to people you know in the

10   House appropriations committee staff who were there at the

11   Capitol on January 6th?

12           THE PROSPECTIVE JUROR:  No.  I have not,

13   Your Honor.

14           THE COURT:  Okay.  And is there anything about

15   your familiarity with the Capitol Building, having gone

16   there to talk to staff, that you think would make it

17   difficult for you to be fair and impartial in this case?

18           THE PROSPECTIVE JUROR:  No, Your Honor.

19           THE COURT:  Okay.  Now, you have also marked

20   Question 14, which asked whether you, a member of your

21   family or a close friend has ever studied the law or been

22   employed by a lawyer or a law firm.

23           Could you explain that?

24           THE PROSPECTIVE JUROR:  Yes.  So I have taken an

25   introductory course in environmental law.  It's one of these

1    Coursera things.  So I do have just that bit of background

2    in U.S. statutory law as it -- as it relates to the

3    environment.  But, also, a little bit of U.S. regulatory law

4    and, therefore, some bits of U.S. administrative law.  And

5    so that was why I marked yes in response to that question.

6              THE COURT:  Okay.  Well, thank you for doing that.

7              Is there anything about the study of the law that

8    you have undertaken yourself that would impede your ability

9    to follow my instructions on the law as I give them to you

10   in this case?

11             THE PROSPECTIVE JUROR:  No, Your Honor.

12             THE COURT:  Now, what do you do for a living,

13   Juror No. 185?

14             THE PROSPECTIVE JUROR:  Currently?

15             THE COURT:  Yes.

16             THE PROSPECTIVE JUROR:  I am retired.

17             THE COURT:  And how long have you been retired?

18             THE PROSPECTIVE JUROR:  Since February of this

19   year.  February 2022.

20             THE COURT:  Okay.  And are you having a nice time

21   in your retirement?

22             THE PROSPECTIVE JUROR:  Very much so, Your Honor.

23             THE COURT:  Okay.  Let me see if there's follow-up

24   questions.

25             (A bench conference was held as follows:)

1              THE COURT:  Any follow-up from the government?

2              MS. SCHESNOL:  Your Honor, he marked he was a

3    scientist prior to retiring.  I am just curious sort of what

4    area of science he --

5              THE COURT:  I will follow up.

6              And from the defense?

7              MS. O'NEILL-GREENBERG:  Nothing from the defense.

8              (Whereupon, the bench conference concludes.)

9              THE COURT:  And, Juror No. 185, how far did you go

10   in school?

11             THE PROSPECTIVE JUROR:  I have Ph.D. in ecology.

12             THE COURT:  In pharmacology?

13             THE PROSPECTIVE JUROR:  Ecology.

14             THE COURT:  Ecology?

15             THE PROSPECTIVE JUROR:  Ecology.  Yes, ma'am.

16             THE COURT:  Okay.  And when did you -- where did

17   you get your Ph.D.?

18             THE PROSPECTIVE JUROR:  I got my Ph.D. in -- at

19   the University of Texas in 2004.  2004.

20             THE COURT:  Okay.  Let me see if there is any

21   follow-up.

22             (A bench conference was held as follows:)

23             THE COURT:  Ph.D.  any follow-up?

24             MS. SCHESNOL:  No, Your Honor.

25             THE COURT:  All right.

```
1                    (Whereupon, the bench conference concludes.)

2                    THE COURT:  Juror No. 185, you may resume your

3        seat.

4                    THE PROSPECTIVE JUROR:  Okay.  Thank you.

5                    THE COURT:  Thank you.

6                    (Whereupon, the prospective juror was excused.)

7                    THEE COURT:  Okay.  Teresa, we're just going to

8        take a very short break.

9                    (Whereupon, a recess was taken.)

10                   THE COURT:  Good morning, Juror No. 233.

11                   How are you this morning?

12                   THE PROSPECTIVE JUROR:  I am good.  How are you?

13                   THE COURT:  I am good.

14                   I see that you have marked Questions 14 and 29, so

15       I will review those with you.

16                   14 asks whether you, a member of your family or a

17       close friend has ever studied the law or been employed by a

18       lawyer or law firm.

19                   Could you explain that?

20                   THE PROSPECTIVE JUROR:  My brother is a lawyer.

21       Worked in West Virginia, now works in D.C.; not currently

22       for a law firm, but...

23                   THE COURT:  Okay.  Do you know whether your

24       brother has ever practiced or handled cases involving

25       criminal matters?
```

1          THE PROSPECTIVE JUROR:  I couldn't tell you.  I

2    don't believe so, but I couldn't say for sure.

3          THE COURT:  All right.  And do you talk to your

4    brother about his work?

5          THE PROSPECTIVE JUROR:  No.

6          THE COURT:  Okay.  Well, is there anything that

7    you might have learned from your brother about the law that

8    you think would impede your ability to follow my

9    instructions on the law as I give them to you in this case?

10          THE PROSPECTIVE JUROR:  No.

11          THE COURT:  Okay.  You have also marked

12    Question 29, which asks whether you believe your political

13    views, or those of your spouse, partner or significant other

14    will affect your ability to serve as a fair and impartial

15    juror in this case.

16          Could you explain that?

17          THE PROSPECTIVE JUROR:  Yeah.  I marked that as

18    yes mostly so I could get you to repeat the question and

19    hear it again, and really think about it.

20          THE COURT:  Do you want me to say it again more

21    slowly?

22          THE PROSPECTIVE JUROR:  That would be great.

23          THE COURT:  Okay.  Do you believe your political

24    views, or those of your spouse, partner or significant other

25    will affect your ability to serve as a fair and impartial

1   juror in this case?

2            THE PROSPECTIVE JUROR:  No.  I would like to

3   remove my "yes," I guess.

4            THE COURT:  Okay.  It can sometimes be a hard

5   thing to tell about ourselves and -- but were your reactions

6   very strong to what happened on January 6, 2021?

7            THE PROSPECTIVE JUROR:  They were.  As a resident

8   of D.C., you know, regardless of -- in my opinion,

9   regardless of my political views, it was -- I feel like I

10  had a strong reaction to it.

11           THE COURT:  And will you be able to listen

12  carefully to the evidence in this case that the government

13  has to evaluate whether or not the government has borne its

14  burden of proof to prove that this defendant engaged in the

15  conduct charged beyond a reasonable doubt?

16           THE PROSPECTIVE JUROR:  I think so, yes.

17           THE COURT:  Would you be able to do that fairly

18  and impartially, no matter what your strong reactions to

19  January 6 overall were?

20           THE PROSPECTIVE JUROR:  Yes.

21           THE COURT:  And what do you do for a living, Juror

22  No. 233?

23           THE PROSPECTIVE JUROR:  I work in the organizing

24  department of the American Federation of Teachers as an

25  assistant to the director of the organizing department.

```
1              THE COURT:  Are you a teacher yourself?
2              THE PROSPECTIVE JUROR:  No.
3              THE COURT:  Okay.  How long have you worked there?
4              THE PROSPECTIVE JUROR:  Eight years, with a sort
5      of one-year hiatus.
6              THE COURT:  Okay.  And what -- what did you do
7      during your one-year hiatus?
8              THE PROSPECTIVE JUROR:  I worked at the other
9      teachers' union in D.C.
10             THE COURT:  Okay.  Let me see if there are
11     follow-up questions.
12             (A bench conference was held as follows:)
13             THE COURT:  Any follow-up from the government?
14             MS. SCHESNOL:  None from the government.
15             THE COURT:  And from the defense?
16             MS. O'NEILL-GREENBERG:  Nothing from the defense.
17             (Whereupon, the bench conference concludes.)
18             THE COURT:  Okay.  Thank you, Juror No. 233.
19             You may either resume your chair or go to an early
20     lunch, and then go to Courtroom 6, which is on this same
21     floor in the Prettyman building.
22             THE PROSPECTIVE JUROR:  Thank you.
23             (Whereupon, the prospective juror was excused.)
24             THE COURT:  And good morning, Juror 609.
25             THE PROSPECTIVE JUROR:  Good morning.
```

1          THE COURT:  How are you this morning?

2          THE PROSPECTIVE JUROR:  Great.  How are you?

3          THE COURT:  I'm good.

4          I see you have marked Questions 8, 11, 14, 15, 19,

5    22, 27, and 29.

6          Question 8 asks whether you, a member of your

7    family or a close friend live, work near, have special

8    familiarity with the U.S. Capitol Building area.

9          THE PROSPECTIVE JUROR:  That's right.

10          THE COURT:  And could you explain that?

11          THE PROSPECTIVE JUROR:  Sure.  I am a local

12    elected official whose commission area includes the Capitol.

13    We have worked with not necessarily Capitol Police but, in

14    general, mostly with the Architect of the Capitol.  In

15    general, we work with Capitol employees on a regular basis

16    through that local --

17          THE COURT:  And you are an elected official?

18          THE PROSPECTIVE JUROR:  An ANC commissioner.  So

19    it's sort of a hyper-local [sic] elected official for D.C.

20          THE COURT:  Right.  Now that I understand you are

21    an ANC commissioner for the Capitol area --

22          THE PROSPECTIVE JUROR:  For -- our commission

23    area -- so my -- where I live is a little bit further away,

24    but the entire commission area includes the Capitol -- well,

25    one-quarter of the Capitol.  It's sort of cut right down the

1    middle.

2              THE COURT:  I see.

3              And in connection with your duties as an ANC

4    commissioner, have you talked to a lot of people in the

5    area regarding what happened?

6              THE PROSPECTIVE JUROR:  Yeah.  For sure.  Both

7    local residents, neighbors, as well as -- again, it's mostly

8    Architect of the Capitol employees, not necessarily folks

9    who were there on January 6; but in general.

10             THE COURT:  Is there anything about all of those

11   communications and conversations that you have had with

12   people about January 6, 2021 -- do you think that would make

13   it difficult for you to be fair and impartial in this case?

14             THE PROSPECTIVE JUROR:  I want to say no, but I

15   think it would.  It hurts a little -- it hurts to say that,

16   and to not -- to use that as a way to get out of service,

17   and it is not all my intent.  But, yeah, I mean, the

18   immediate aftermath we did a lot of sort of community

19   meetings and discussions and small talk with -- with

20   neighbors who lived directly adjacent to the Capitol.

21             THE COURT:  I can imagine they were pretty upset

22   by what was going on in their neighborhood.

23             THE PROSPECTIVE JUROR:  Yeah, for sure.  Upset,

24   scared, you know, sort of questioning the whole thing.  You

25   know, questioning the whole thing.  You know, just sort

 1    of -- yeah.  I think scared.  Scared and upset.  Confused,

 2    really.

 3                THE COURT:  All right.  Let me just talk to the

 4    lawyers.

 5                (A bench conference was held as follows:)

 6                THE COURT:  I can continue querying him about

 7    everything else, but -- anybody want me to continue querying

 8    him?

 9                MS. O'NEILL-GREENBERG:  No, Your Honor.  The

10    defense would move to strike time.

11                MS. SCHESNOL:  No objection.

12                THE COURT:  All right.  The motion is granted.

13                (Whereupon, the bench conference concludes.)

14                THE COURT:  All right.  Juror No. 609, you are

15    excused.  You may go to the jury lounge on the 4th floor.

16                THE PROSPECTIVE JUROR:  Thank you.

17                (Whereupon, the prospective juror was excused.)

18                THE COURT:  Juror No. 148, if you can just take a

19    seat right there in the jury box.

20                How are you today?

21                THE PROSPECTIVE JUROR:  I am doing well.

22    How are you?

23                THE COURT:  I am good.  Thanks for asking.

24                I see you have marked Question 14, so let me just

25    review that with you.  It asks whether you, a member of your

```
 1    family or a close friend studied law, has been employed by a

 2    lawyer or a law firm.

 3              Could you explain that?

 4              THE PROSPECTIVE JUROR:  My dad is a lawyer, my

 5    grandfather is a lawyer.  One of my best friends is a

 6    lawyer.  And I did work as a, like, paralegal analyst as

 7    part of a contractor for the U.S. Attorney's Office in

 8    Boston.  It was through -- CACI International is the

 9    contractor.

10              THE COURT:  I see.

11              Okay.  So let me start with you.

12              THE PROSPECTIVE JUROR:  Yeah.

13              THE COURT:  So did -- when you worked for the U.S.

14    Attorney's Office in Boston, did you work there in person or

15    were you doing remote work?

16              THE PROSPECTIVE JUROR:  No.  It was in person.

17              THE COURT:  It was in person.

18              THE PROSPECTIVE JUROR:  It was in the federal

19    courthouse.

20              THE COURT:  How long did you work at the Boston

21    U.S. Attorney's Office in person?

22              THE PROSPECTIVE JUROR:  I think it was just shy of

23    two years.  So maybe like one year, ten or 11 months;

24    something like that.

25              THE COURT:  And how long ago was that?
```

1          THE PROSPECTIVE JUROR:  That was in -- it was up

2     until 2017.  So I think 2015 to 2017.

3          THE COURT:  I see.  And did you ever go to court?

4          THE PROSPECTIVE JUROR:  No, I never went to court.

5          THE COURT:  You were just doing paralegal work?

6          THE PROSPECTIVE JUROR:  Yes.  Correct.

7          THE COURT:  Was it on criminal or civil matters?

8          THE PROSPECTIVE JUROR:  It was on civil matters.

9          THE COURT:  Okay.  And having worked at a U.S.

10    Attorney's Office, even though it was in a different city,

11    do you think that would make you feel partial, in favor of

12    the prosecutors, in this case?

13         THE PROSPECTIVE JUROR:  I don't think it would

14    necessarily.  You know, I think there's an obvious

15    understanding of it; but I don't think that would, you know,

16    impede the judgment.

17         THE COURT:  Could you say that again?

18         THE PROSPECTIVE JUROR:  I don't think that would

19    necessarily, you know, change how I would perceive the case.

20         THE COURT:  Okay.  And your grandfather and your

21    father who worked as attorneys, did they handle criminal

22    matters?

23         THE PROSPECTIVE JUROR:  They work in personal

24    injury law, so a different side of things.

25         THE COURT:  Did they work together in personal

1    injury law?

2                   THE PROSPECTIVE JUROR:  They did -- or they do,

3    rather.

4                   THE COURT:  Okay.  And is there anything about

5    conversations you may have had with your father or

6    grandfather about their work that you think would impede or

7    make it difficult for you to follow my instructions on the

8    law as I give them to you in this case?

9                   THE PROSPECTIVE JUROR:  No, not that I -- not that

10   I believe.

11                  THE COURT:  Okay.  What do you do for a living,

12   Juror No. 148?

13                  THE PROSPECTIVE JUROR:  I work as an analyst

14   for -- it's the Greater Economist Group, and it's a team

15   called Economist Impact.  So it's a lot of policy research

16   relating to things such as, like, financial inclusion and a

17   lot of, like, technology research.  So it's research writing

18   on these kind of -- a variety of topics.

19                  THE COURT:  Okay.  Does your employer do this

20   work -- is it contracted to do this work by government

21   contracts, for example?

22                  THE PROSPECTIVE JUROR:  No.  We work with, like,

23   companies.  So, for example, one of the clients is, like,

24   Bates Foundation, another is JP Morgan, but it's not --

25   they're not U.S. government clients.  There is one, like,

1    government client from an international -- international

2    sciences for, like, economic research.

3              THE COURT:  I see.

4              And how far did you go in school?

5              THE PROSPECTIVE JUROR:  I have an MBA from George

6    Washington.

7              THE COURT:  And how long ago did you get your MBA?

8              THE PROSPECTIVE JUROR:  I graduated in 2019.

9              THE COURT:  Okay.  Were you living in the city on

10   January 6, 2021?

11             THE PROSPECTIVE JUROR:  Yes.  Yes, I was.

12             THE COURT:  But not in the area around the Capitol

13   Building?

14             THE PROSPECTIVE JUROR:  No.  I live over in the

15   Georgetown area.

16             THE COURT:  I see.  Okay.

17             Let me see if there is follow-up.

18             (A bench conference was held as follows:)

19             THE COURT:  Any follow-up from the government?

20             MS. SCHESNOL:  No, Your Honor.

21             THE COURT:  From the defense?

22             MS. O'NEILL-GREENBERG:  No, Your Honor.

23             (Whereupon, the bench conference concludes.)

24             THE COURT:  All right.  Juror No. 148, you can

25   either go to Courtroom 6, get an early lunch and be in

1  Courtroom 6 by 1:30, or you can resume your chair here.

2  It's up to you.

3           THE PROSPECTIVE JUROR:  Perfect.  Thanks so much.

4           (Whereupon, the prospective juror was excused.)

5           THE COURT:  Juror No. 873, just have a seat.  Hold

6  the microphone up to you.

7           How are you today?

8           THE PROSPECTIVE JUROR:  Fine.

9           THE COURT:  Good.

10           I see you have marked Questions 14, 15, and 20, so

11  I am just going to review those with you.

12           Question 14 asks whether you, a member of your

13  family or a close friend ever studied law or was employed by

14  a lawyer or a law firm.

15           Could you explain that?

16           THE PROSPECTIVE JUROR:  My sister is employed at a

17  law firm.

18           THE COURT:  Okay.  And what does she do for the

19  law firm?

20           THE PROSPECTIVE JUROR:  I don't know her exact

21  title, but I know she works for a law firm.

22           THE COURT:  Okay.  And does she have a degree?  Is

23  she a practicing lawyer, or is she -- or does she have

24  another role at the law firm?

25           THE PROSPECTIVE JUROR:  She has another role,

1    yeah.  But she does have a degree, actually.

2              THE COURT:  She has a JD degree?

3              THE PROSPECTIVE JUROR:  No.

4              THE COURT:  Okay.  And do you talk to your sister

5    about her work at the law firm?

6              THE PROSPECTIVE JUROR:  Sometimes.  We talk every

7    day, so sometimes.

8              THE COURT:  I see.

9              Well, is there anything about conversations you

10   may have had with your sister about her work at the law firm

11   that you think would impede your ability to follow my

12   instructions on the law as I give them to you in this case?

13             THE PROSPECTIVE JUROR:  No.

14             THE COURT:  Okay.  You have also marked

15   Question 15, which asks whether you, a member of your family

16   or a close friend has ever been employed by a local, state,

17   or federal law enforcement agency or a private security

18   firm.

19             Could you explain that?

20             Do you -- why did you mark that?

21             THE PROSPECTIVE JUROR:  My boyfriend is -- he

22   works for Secret Service, and he have friends that were

23   affected at the Capitol attacks, so...

24             THE COURT:  And how long have you been with your

25   boyfriend?

```
 1                THE PROSPECTIVE JUROR:  Almost five years.

 2                THE COURT:  Okay.  And was your boyfriend working

 3     on any matters connected to what happened on January 6,

 4     2021?

 5                THE PROSPECTIVE JUROR:  I am sure he was.

 6                THE COURT:  Okay.  But did you ever have

 7     conversations with him about that?

 8                THE PROSPECTIVE JUROR:  No.  I didn't.

 9                THE COURT:  Okay.  And you said that some of his

10     Secret Service agent friends --

11                THE PROSPECTIVE JUROR:  Um-hum.

12                THE COURT:  -- were involved in what happened on

13     January 6, 2021.

14                THE PROSPECTIVE JUROR:  Yes.

15                THE COURT:  Did I understand that correctly?

16                THE PROSPECTIVE JUROR:  Yes.

17                THE COURT:  And did you have conversations

18     directly with those friends about their experiences on

19     January 6, 2021?

20                THE PROSPECTIVE JUROR:  No.

21                THE COURT:  No.  Okay.

22                And is there anything about the fact that your

23     boyfriend or his friends may have had work in connection

24     with what happened on January 6, 2021, that you think would

25     affect your ability to be fair and impartial in this case?
```

```
 1                THE PROSPECTIVE JUROR:  Absolutely.

 2                THE COURT:  Could you explain that?

 3                THE PROSPECTIVE JUROR:  I mean, he had coworkers

 4      that died in that attack, so...

 5                THE COURT:  He had coworkers who died on

 6      January 6, 2021?

 7                THE PROSPECTIVE JUROR:  Yes.

 8                THE COURT:  People he knew who died?

 9                THE PROSPECTIVE JUROR:  People he knew, yes.

10                THE COURT:  Okay.  And that would affect your

11      ability to listen to the evidence in this case and be

12      impartial?

13                THE PROSPECTIVE JUROR:  Yes, ma'am.

14                THE COURT:  Okay.

15                (A bench conference was held as follows:)

16                THE COURT:  Okay.  Any follow-up?

17                MS. SCHESNOL:  No, Your Honor.

18                MS. O'NEILL-GREENBERG:  No, Your Honor.  The

19      government -- sorry -- the defense would move to strike.

20                THE COURT:  And the government's position?

21                MS. SCHESNOL:  No objection.

22                THE COURT:  All right.  The motion is granted.

23                (Whereupon, the bench conference concludes.)

24                THE COURT:  All right.  Juror No. 873, thank you

25      very much.  I am going to excuse you.
```

1          THE PROSPECTIVE JUROR:  Thank you.

2          THE COURT:  That means you can go to the

3    fourth-floor jury lounge, and they will see if they need

4    you.

5          THE PROSPECTIVE JUROR:  Okay.

6          THE COURT:  Thank you.

7          (Whereupon, the prospective juror was excused.)

8          THE COURT:  Good morning, Juror No. 996.  Feel

9    free to put all your things down so you can sit comfortably.

10   There is a microphone, if you could just hold that up.

11         How are you this morning?

12         THE PROSPECTIVE JUROR:  I am good, Your Honor.

13         THE COURT:  Good.

14         I see you have marked Questions 10, 14, 15, 18,

15   19, and 22, so let me just review those with you in order.

16         Question 10 asks whether you have heard or seen

17   information from any source about the defendant in this

18   case, Vincent Gillespie.

19         Could you explain that?

20         THE PROSPECTIVE JUROR:  I follow a lot of the

21   January 6 cases on various Twitter feeds, or whatever.  I

22   have read the charging documents in this case, and then

23   seen --

24         THE COURT:  How did that come about?

25         THE PROSPECTIVE JUROR:  Reporters link to it.

```
1                  THE COURT:  And how recently did you read that?

2                  THE PROSPECTIVE JUROR:  I would say a couple of

3         months ago, maybe.

4                  THE COURT:  And you are sure it was about this

5         case.

6                  THE PROSPECTIVE JUROR:  Yes.

7                  THE COURT:  Based on having read the charging

8         documents in this case, do you think that would affect your

9         ability to be fair and impartial?

10                 THE PROSPECTIVE JUROR:  I mean, I -- I know that I

11        already have prior knowledge of them.  I would -- I would

12        hope that as an officer of the court, basically, like I

13        would be able to, you know, weigh the evidence as it's

14        presented to me.

15                 THE COURT:  And did you look at the charging

16        document when you knew you had a jury summons, so you wanted

17        to see what was coming up?

18                 THE PROSPECTIVE JUROR:  I've looked at -- I looked

19        at the court schedule, the calendar, but I had already read

20        those previously.

21                 THE COURT:  I see.  Okay.

22                 Okay.  And you hope you can be fair and just make

23        a decision based on the evidence presented in the case and

24        the law as I instruct you, but are you -- do you have

25        confidence in yourself about that?
```

1          THE PROSPECTIVE JUROR:  Yes.

2          THE COURT:  Okay.  Question 14 asks if you, a

3     member of your family or a close friend ever studied law or

4     been employed by a lawyer or a law firm.

5          Could you explain that?

6          THE PROSPECTIVE JUROR:  I am an attorney.  I

7     practice in D.C. doing mostly construction-related civil

8     litigation.

9          THE COURT:  And have you ever handled, through the

10    course of your law school or career as a lawyer, any

11    criminal matters?

12         THE PROSPECTIVE JUROR:  I have never done criminal

13    matters at all.

14         THE COURT:  And how long have you been practicing?

15         THE PROSPECTIVE JUROR:  I was admitted to the bar

16    initially in 2005; and in D.C. in 2006.

17         THE COURT:  And is there anything about your

18    knowledge of the law that you think would impede your

19    ability to follow my instructions on the law as I give them

20    to you in this case?

21         THE PROSPECTIVE JUROR:  No, Your Honor.

22         THE COURT:  Okay.  And just to go back to the fact

23    that you have read the charging documents in this case --

24    you said it was a few months ago?

25         THE PROSPECTIVE JUROR:  I believe so.

1          THE COURT:  And what charging documents did you

2     read in particular?

3          THE PROSPECTIVE JUROR:  I am not really sure, just

4     whatever I saw the link to.  I am not -- I'm not super

5     familiar with how the federal criminal justice system works,

6     but it -- whatever the link said.

7          THE COURT:  I see.

8          THE PROSPECTIVE JUROR:  It was, like, charging

9     documents so probably a proffer.  I am not really sure of

10    the terminology.

11         THE COURT:  Okay.  Did you -- do you remember any

12    of the details that you read, since it was a few months ago?

13         THE PROSPECTIVE JUROR:  Not super clearly.  Just,

14    I mean, I knew it was a January 6th criminal defendant

15    involving, like, actions with -- involved with law

16    enforcement officers, I believe.

17         THE COURT:  So, in some ways, the statement of the

18    case I read to you this morning gave you as much detail

19    about the case as you might remember?

20         THE PROSPECTIVE JUROR:  Yeah.

21         THE COURT:  Okay.  All right.

22         Question 15 asks whether you, a member of your

23    family or a close friend has ever been employed by any

24    local, state, or federal law enforcement agency or a private

25    security firm.

1          Can you explain that?

2          THE PROSPECTIVE JUROR:  Yes.  We have a -- like, a

3    family friend who is the sheriff of the county where I am

4    from.

5          THE COURT:  And where is that?

6          THE PROSPECTIVE JUROR:  Story County, Iowa.

7          THE COURT:  And is -- when you say a "family

8    friend," have you known that person for a very long time?

9          THE PROSPECTIVE JUROR:  I have probably known him

10   for, I don't know, 25 years; something like that.  Probably

11   longer, actually.

12         THE COURT:  And do you socialize with him?

13         THE PROSPECTIVE JUROR:  Personally, not

14   frequently.  I don't get home very often, so...

15         THE COURT:  But is there anything about the fact

16   that you have this long-term family friend, who is in law

17   enforcement, that you think would make you partial to law

18   enforcement officers who will be testifying in this case?

19         THE PROSPECTIVE JUROR:  No, Your Honor.

20         THE COURT:  Okay.  Question 18 asks whether you, a

21   member of your family or a close friend has ever been the

22   subject of a criminal investigation, accused of criminal,

23   conduct, or arrested or prosecuted for a crime.

24         Could you explain that?

25         THE PROSPECTIVE JUROR:  Yeah.  I have a conviction

1    for driving while intoxicated.

2              THE COURT:  When did you get the DUI conviction?

3              THE PROSPECTIVE JUROR:  1996.

4              THE COURT:  Okay.  And what was the penalty?

5              THE PROSPECTIVE JUROR:  I had six months of

6    probation, I think.

7              THE COURT:  And is there anything about you being

8    the subject of a charge that you think would affect your

9    ability to be fair and impartial in this case?

10             THE PROSPECTIVE JUROR:  No, Your Honor.

11             THE COURT:  And Question 19 asks whether you, a

12   member of your family or any close friend has ever been a

13   victim of a crime, a witness to a crime, or testified in

14   court or before a grand jury as a witness to a crime.

15             Can you explain that?

16             THE PROSPECTIVE JUROR:  Yeah.  I was -- myself and

17   several -- or a couple of my friends, I guess, were robbed

18   at gunpoint.

19             THE COURT:  And where did that occur?

20             THE PROSPECTIVE JUROR:  The Bloomingdale

21   neighborhood, in D.C.

22             THE COURT:  And how long ago was that?

23             THE PROSPECTIVE JUROR:  When was -- I would say it

24   was probably, like, eight years ago, maybe.

25             THE COURT:  And did you report that to the police?

1    THE PROSPECTIVE JUROR:  Yeah.  There was,

2    actually, a really quite large police response, I would say;

3    like six police cars, and a detective.

4    THE COURT:  And was anybody ever -- the person who

5    held you up at gunpoint, was that person ever arrested that

6    you know of?

7    THE PROSPECTIVE JUROR:  Not that I know of, yeah.

8    Very brief follow-up, and then never heard anything else.

9    THE COURT:  And is there anything about the police

10   reaction or response to that event that you think would

11   affect your ability to be fair and impartial in this case?

12   THE PROSPECTIVE JUROR:  No, Your Honor.

13   THE COURT:  Okay.  And let's see.  Let me see if

14   there is follow-up.

15   (A bench conference was held as follows:)

16   THE COURT:  Any follow-up from the government?

17   MS. SCHESNOL:  No, Your Honor.

18   THE COURT:  And from the defense?

19   MS. O'NEILL-GREENBERG:  Could you follow-up as to

20   whether her experience being a victim of a crime in the past

21   would impede her ability now to be fair and impartial in

22   this case?

23   THE COURT:  Okay.

24   (Whereupon, the bench conference concludes.)

25   THE COURT:  Juror No. 996, having been held up at

1    gunpoint -- I think you said about eight years ago -- do you

2    think that would affect your ability to be fair and

3    impartial in this case since you might hear testimony about

4    an assault in this case?

5              THE PROSPECTIVE JUROR:  I don't think it would

6    affect that.  No, Your Honor.

7              THE COURT:  You don't think so?  Do you have

8    confidence in that answer?

9              THE PROSPECTIVE JUROR:  Yeah.  Yes, Your Honor.

10             THE COURT:  Okay.  Thank you.

11             You may return to -- you can follow the directions

12   of Ms. Gumiel.  You can go sit in Courtroom 6 -- I am sure

13   you are tired of sitting in the hallway -- or get an early

14   lunch.  Just be back to Courtroom 6 by 1:30.

15             THE PROSPECTIVE JUROR:  Thank you, Your Honor.

16             THE COURT:  Thank you.  And you can leave through

17   that door.

18             (Whereupon, the prospective juror was excused.)

19             THE COURT:  Juror No. 805, good morning.

20             THE PROSPECTIVE JUROR:  Good morning.

21             THE COURT:  Have a seat.  And just hold that

22   little microphone up, if you would.

23             THE PROSPECTIVE JUROR:  Can you hear me now?

24             THE COURT:  Yes.  We can hear you.

25             How are you this morning?

1          THE PROSPECTIVE JUROR:  Just fine.  Thank you.

2          THE COURT:  Okay.  I see you have marked

3     Questions 8, 14, and 18.

4          Question 8 asks whether you, a member of your

5     family or a close friend live, work near, or have any

6     special familiarity with the area around the U.S. Capitol.

7          Could you explain that?

8          THE PROSPECTIVE JUROR:  Yeah.  I think I may have

9     answered, perhaps, incorrectly.  I don't live or work near

10    there, nor do any of my family members.  But I live in D.C.,

11    so I have been around the Capitol area off and on.  I have

12    lived here, on and off, for 30 years.

13         THE COURT:  All right.  And were you -- but you

14    weren't living anywhere near the Capitol on January 6, 2021?

15         THE PROSPECTIVE JUROR:  No.  I lived near

16    Van Ness-UDC.

17         THE COURT:  And is there anything about what

18    happened on January 6, 2021, just as a D.C. resident, that

19    you think would make it difficult for you to be fair and

20    impartial in this case?

21         THE PROSPECTIVE JUROR:  No.  I don't think so.

22         THE COURT:  Okay.  Question 14 asks whether you, a

23    member of your family or a close friend ever studied law,

24    been employed by a lawyer or a law firm.

25         THE PROSPECTIVE JUROR:  My sister and my

1    brother-in-law are both attorneys.  They're both retired,

2    but worked for various departments of the federal government

3    as lawyers.  And my daughter went to law school.

4            THE COURT:  And is your daughter practicing?

5            THE PROSPECTIVE JUROR:  No, she is not.

6            THE COURT:  Okay.  And do you know whether your

7    sister and brother-in-law ever practiced criminal law?

8            THE PROSPECTIVE JUROR:  Yes, because they both

9    prosecuted -- I think they were criminal cases, I don't

10   know.  My brother-in-law worked for the Superfund

11   prosecution for the Justice Department, and my sister worked

12   in the Medicare fraud in the Department of Health and Human

13   Services.  So I don't know whether those were criminal or

14   civil cases.

15           THE COURT:  Well, in conversations you may have

16   had with your daughter, who is a lawyer -- has a law degree,

17   and your sister and brother-in-law -- conversations you may

18   have had about the law, do you think that would impede your

19   ability to follow my instructions on the law as I give them

20   to you in this case?

21           THE PROSPECTIVE JUROR:  No.  I don't think so.

22           THE COURT:  Question 18 asks whether you, a member

23   of your family or a close friend has ever been the subject

24   of a criminal investigation, accused of criminal conduct or

25   arrested or prosecuted for a crime.

1          Could you explain that?

2          THE PROSPECTIVE JUROR:  So my daughter has -- was

3     arrested twice for possession of marijuana when she was

4     under 18.  They have both -- both of those have been

5     expunged, but that's the only case that I have.

6          THE COURT:  Okay.  And how old was she at the time

7     of those arrests?

8          THE PROSPECTIVE JUROR:  16 and 17.

9          THE COURT:  Did you accompany her to court on any

10    occasion?

11         THE PROSPECTIVE JUROR:  She doesn't actually go to

12    court.  It went to the juvenile department; and they

13    assigned other activities, as opposed to her going to court.

14         THE COURT:  I see.

15         And do you think that your daughter was treated

16    fairly in her interactions with the justice system on those

17    occasions?

18         THE PROSPECTIVE JUROR:  Yes.

19         THE COURT:  Okay.

20         THE PROSPECTIVE JUROR:  I had a question about the

21    law itself, but in terms of the -- the justice being served

22    for the laws that existed, yes, I think she was treated

23    fairly.

24         THE COURT:  Okay.  Juror No. 805, what do you do

25    for a living?

1    THE PROSPECTIVE JUROR:  I work in international

2    development in evaluation of -- mostly with contracts for

3    the United States Agency for International Development.

4    THE COURT:  And how long have you done that?

5    THE PROSPECTIVE JUROR:  About 35 years.

6    THE COURT:  Okay.  Let me see if the lawyers have

7    follow-up.

8    (A bench conference was held as follows:)

9    THE COURT:  Any follow-up from the government?

10    MS. SCHESNOL:  No, Your Honor.

11    THE COURT:  And from the defense?

12    MS. O'NEILL-GREENBERG:  No, Your Honor.

13    THE COURT:  Okay.

14    (Whereupon, the bench conference concludes.)

15    THE COURT:  Thank you, Juror No. 805.

16    You can go to Courtroom 6 to rest and get out of

17    the hallway, or you can get an early lunch to avoid the

18    lines.

19    THE PROSPECTIVE JUROR:  Okay.  Thank you.

20    THE COURT:  Thank you.  And you can leave through

21    the back door.

22    (Whereupon, the prospective juror was excused.)

23    THE COURT:  Good morning, Juror No. 348.

24    How are you this morning?

25    THE PROSPECTIVE JUROR:  I am doing well.  How are

1    you guys?

2              THE COURT:  Good.

3              I see you have marked Questions 8, 14, and 22,

4    which I will review with you.

5              THE PROSPECTIVE JUROR:  Okay.

6              THE COURT:  Question 8 asks whether you, a member

7    of your family or a close friend live, work near, or have

8    special familiarity with the Capitol Building.

9              Could you explain that?

10             THE PROSPECTIVE JUROR:  One of my best friends

11   works for the House of Representatives, but he doesn't work

12   in the Capitol Building.

13             THE COURT:  He works in one of the House office

14   buildings?

15             THE PROSPECTIVE JUROR:  He is in one of the House

16   office buildings, yeah.  He actually works from home.

17             THE COURT:  Okay.  And was he working from home or

18   at the Capitol on January 6, 2021?

19             THE PROSPECTIVE JUROR:  From home.

20             THE COURT:  Okay.  Is there anything about the

21   fact that your friend works on the Hill that you think would

22   affect your ability to be fair and impartial in this case?

23             THE PROSPECTIVE JUROR:  No.

24             THE COURT:  And Question 14 asks whether you, a

25   member of your family or a close friend ever studied the

 1    law, been employed by a lawyer or a law firm.

 2              Could you explain that?

 3              THE PROSPECTIVE JUROR:  Yes.  I am a lawyer,

 4    technically.

 5              THE COURT:  Technically.

 6              And are you practicing?

 7              THE PROSPECTIVE JUROR:  No.  I haven't practiced

 8    in almost 20 years.

 9              THE COURT:  Okay.  What do you do for a living?

10              THE PROSPECTIVE JUROR:  I am a strategic

11    consultant for tech companies.

12              THE COURT:  And do you do that as a freelancer or

13    do you work for a company?

14              THE PROSPECTIVE JUROR:  I work for myself.

15              THE COURT:  Okay.  And during -- did you ever

16    practice law?

17              THE PROSPECTIVE JUROR:  I practiced law for two

18    years after law school, so from '03 to '05.

19              THE COURT:  Okay.  What kind of law did you

20    practice?

21              THE PROSPECTIVE JUROR:  Big tech litigation.  I

22    never saw a courtroom.  This is my first courtroom.

23              THE COURT:  Finally.

24              So is there anything about your study of the law,

25    practice of the law, knowledge of the law that you think

1    would impede your ability to follow my instructions on the

2    law as I give them to you in this case?

3              THE PROSPECTIVE JUROR:  Not at all.

4              THE COURT:  Okay.  You have also marked

5    Question 22, which asked whether you, a member of your

6    family or a close friend belong to a group or organization

7    active in law enforcement or crime victim prevention

8    matters.

9              THE PROSPECTIVE JUROR:  I didn't know totally what

10   this meant.  But I'm -- like my neighborhood block has a

11   Google group where they literally talk about everything that

12   happens on our block, which includes -- we are at 14 and U;

13   so sometimes that's crime.  But that's it.

14             THE COURT:  Okay.  And is there anything about

15   keeping up to date through your list -- neighborhood

16   Listserv that you think would make -- make it difficult for

17   you to be fair and impartial in this case?

18             THE PROSPECTIVE JUROR:  No.  It's mostly stolen

19   packages.

20             THE COURT:  Right.  Okay.  Thank you.

21             Let me see if the lawyers have follow-up.

22             (A bench conference was held as follows:)

23             THE COURT:  Any follow-up from the government?

24             MS. SCHESNOL:  No, Your Honor.

25             THE COURT:  Defense?

 1          MS. O'NEILL-GREENBERG:  No, Your Honor.

 2          (Whereupon, the bench conference concludes.)

 3          THE COURT:  Okay.  Juror No. 348, you can leave

 4   through the back door and you can go to Courtroom 6 to

 5   relax, get an early lunch; you can take it to Courtroom 6.

 6   But please be there by 1:30.

 7          (Whereupon, the prospective juror was excused.)

 8          THE COURT:  Good morning, Juror No. 223.  Just

 9   have a seat, and hold that little microphone up.

10          How are you this morning?

11          THE PROSPECTIVE JUROR:  I'm good.  And you?

12          THE COURT:  Good.

13          I see you have circled Question 15, so I am just

14   going to review that with you.

15          THE PROSPECTIVE JUROR:  All right.

16          THE COURT:  15 asks whether you -- have you, any

17   member of your family or any close friend ever been employed

18   by any local, state, or federal law enforcement agency or

19   private security company.

20          Could you explain that?

21          THE PROSPECTIVE JUROR:  My brother is a school

22   resource officer in a small community about 600 miles away,

23   so I wasn't sure if that would count or not.

24          THE COURT:  And what does he do as a school

25   resource officer?

1          THE PROSPECTIVE JUROR:  He's a -- he works for the

2     local police department, and he is seated into the -- into

3     the high school.

4          THE COURT:  Oh, I see.

5          THE PROSPECTIVE JUROR:  Yeah.  On a daily basis

6     during the school year.

7          THE COURT:  Okay.  And how long has he done that,

8     do you know?

9          THE PROSPECTIVE JUROR:  Going on 33 years.

10         THE COURT:  And is there anything about the fact

11    that you're -- you have a brother who is in law enforcement

12    that you think would make you partial to the law enforcement

13    witnesses who testify in this case?

14         THE PROSPECTIVE JUROR:  I can remain completely

15    impartial.  We never talk shop.

16         THE COURT:  Okay.  And what do you do for a

17    living, Juror No. 223?

18         THE PROSPECTIVE JUROR:  I work in the energy

19    efficiency field as a trades manager.

20         THE COURT:  What does that mean you do?

21         THE PROSPECTIVE JUROR:  I do a lot of talking with

22    contractors, distributors, manufacturers with promoting the

23    most energy-efficient technologies for the marketplace.

24         THE COURT:  All right.  And do you do this as a

25    freelancer or do you work for a particular company?

1          THE PROSPECTIVE JUROR:  I am a full-time employee

2      of a company.

3          THE COURT:  I see.

4          And how long have you done that?

5          THE PROSPECTIVE JUROR:  I have been in the energy

6      efficiency world for almost 36 years.

7          Okay.  Let me see if there is any follow-up.

8          (A bench conference was held as follows:)

9          THE COURT:  Any follow-up from the government?

10         MS. SCHESNOL:  No, Your Honor.

11         THE COURT:  Defense?

12         MS. O'NEILL-GREENBERG:  No, Your Honor.

13         (Whereupon, the bench conference concludes.)

14         THE COURT:  Thank you, Juror No. 223.

15         You can leave through the back door -- front door

16     of the courtroom.  And you can get an early lunch, and then

17     go to Courtroom 6.

18         THE PROSPECTIVE JUROR:  Courtroom 6.

19         (Whereupon, the prospective juror was excused.)

20         THE COURT:  And good morning, Juror 711.

21         How are you this morning?

22         THE PROSPECTIVE JUROR:  Good.  Thank you.

23         THE COURT:  I see you have marked Questions 8, 12,

24     22, and 27, which I will review with you in order.

25         Question 8 asks whether you, a member of your

 1    family or a close friend live, work near, or have a special

 2    familiarity with the U.S. Capitol area.

 3                 Could you explain that?

 4                 THE PROSPECTIVE JUROR:  I live near the

 5    U.S. Capitol.

 6                 THE COURT:  Okay.  And were you living there on

 7    January 6, 2021?

 8                 THE PROSPECTIVE JUROR:  Yes.

 9                 THE COURT:  And were -- did you experience some of

10    the events and security reaction on January 6, 2021?

11                 THE PROSPECTIVE JUROR:  Only from the comfort of

12    my home.

13                 THE COURT:  Okay.  And is there anything about

14    living through that that you think would make it difficult

15    for you to be fair and impartial in this case?

16                 THE PROSPECTIVE JUROR:  Perhaps.

17                 THE COURT:  Could you explain that?

18                 THE PROSPECTIVE JUROR:  Just overwhelming to watch

19    on TV.  I got a lot of phone calls and text messages that

20    day of people who were very worried about my safety.  As I

21    was making my way home, the events were beginning to unfold.

22    It was emotional.

23                 THE COURT:  And did you live close enough to the

24    Capitol Building that you were -- that there was any impact

25    on your commute or -- or your neighborhood from the security

 1    precautions that were taken?

 2              THE PROSPECTIVE JUROR:  Yes.  After the event.

 3              THE COURT:  How long did that last for your -- for

 4    where you live?

 5              THE PROSPECTIVE JUROR:  Immediate impact, a few

 6    weeks.  And then, for several months after that, more --

 7    getting across town was more difficult for quite some time.

 8              THE COURT:  And do you think, having lived through

 9    that, it's going to be difficult for you to listen to the

10    evidence of what occurred that day and see videotapes and

11    photographs of what occurred that day?

12              THE PROSPECTIVE JUROR:  No.

13              THE COURT:  Okay.  And will you be able to base

14    any decision that you reach here, based on the evidence

15    presented in this case, as opposed to what you may have seen

16    or heard in different spots in the area around the Capitol

17    Building?

18              THE PROSPECTIVE JUROR:  Can you repeat that

19    question?

20              THE COURT:  I said:  Are you going to be able to

21    base any decision you reach in this case based on the

22    evidence presented here against this defendant, rather than

23    what you may have seen in other parts of the area around the

24    Capitol?

25              THE PROSPECTIVE JUROR:  I think so.

1          THE COURT:  Okay.  Question 12 that you also

2     marked asks whether you have an urgent or extremely

3     important matter to attend to this week, such that you would

4     be faced with a hardship if selected to serve on the jury in

5     this case.

6          Could you explain that?

7          THE PROSPECTIVE JUROR:  Yeah.  I am an hourly paid

8     employee; if I don't work, I don't get paid.  So not getting

9     paid means I won't make rent.

10          THE COURT:  What do you do?

11          THE PROSPECTIVE JUROR:  Group fitness.  I coach

12     group fitness, paid by the hour for -- per person in the

13     class.

14          THE COURT:  Okay.  And so will it be a distraction

15     to you if you were --

16          THE PROSPECTIVE JUROR:  No.  I think I will be

17     able to focus.  It will just be -- come January 1st, I am

18     not really sure if I will be able to pay rent.

19          THE COURT:  Okay.  Let me just talk to the

20     lawyers.

21          (A bench conference was held as follows:)

22          THE COURT:  Okay.  I am not sure how much further

23     I need to go.

24          Do the lawyers have follow-up or do you want me to

25     continue?

1          MS. SCHESNOL:  I don't have any other follow-up.

2     I am concerned about someone who is going to be thinking

3     about whether or not they can pay their rent.

4          THE COURT:  Do you have a motion?

5          MS. SCHESNOL:  The government moves to strikes.

6          MS. O'NEILL-GREENBERG:  We are in agreement.

7          THE COURT:  All right.  The motion is granted.

8          (Whereupon, the bench conference concludes.)

9          THE COURT:  Okay.  Juror No. 711, I am going to

10    excuse.  You should just go to the fourth-floor jury lounge,

11    and they will excuse you from there if they don't need you

12    anymore.  Thank you.

13         (Whereupon, the prospective juror was excused.)

14         THE COURT:  Good morning, Juror No. 798.  If you

15    could just take that microphone that's right in front of you

16    and pick it up.

17         THE PROSPECTIVE JUROR:  Testing.

18         THE COURT:  Perfect.

19         How are you today?

20         THE PROSPECTIVE JUROR:  Doing all right.

21         THE COURT:  Good.

22         I see you have marked Questions 12, 18, and 19.

23         Question 12 asks whether you have an urgent or an

24    extremely important matter to attend to this week such that

25    it would be -- you would be faced with a hardship if

1    selected to serve as a juror.

2             Could you explain that?

3             THE PROSPECTIVE JUROR:  Last night we called off

4    our company Christmas party because, all of a sudden, we had

5    a little outbreak of COVID; a couple of people were supposed

6    to attend.  And we are -- frequent with them all the time.

7    So I wasn't sure whether that would be -- I tested and I am

8    okay.  I wasn't sure if that would be an implication that

9    you would be concerned about.

10            THE COURT:  Well, if you tested negative, that's

11   fine.  And I think we tell all prospective jurors coming in,

12   you know, if they're feeling anything or feeling ill, or

13   they have a fever they should alert the jury office and not

14   come in.

15            But you are feeling fine today?

16            THE PROSPECTIVE JUROR:  As far as I can tell,

17   sure.  But...

18            THE COURT:  And were you exposed to COVID or did

19   they call off the Christmas party before you all got

20   exposed?

21            THE PROSPECTIVE JUROR:  Well, I don't know what

22   the definition of "exposed" really is.  But the answer is

23   maybe; I mean, I don't know.  I mean, I was with people

24   that, you know, were with people, okay -- let's call it once

25   removed -- that were definitely exposed to COVID.

1          THE COURT:  Right.  Okay.

2          All right.  But other than that, you have no

3    problems serving this week?

4          THE PROSPECTIVE JUROR:  No.  I have no problems

5    other than that.

6          THE COURT:  Okay.  You also marked Question 18,

7    which asked whether you, a member of your family or a close

8    friend has ever been the subject of a criminal

9    investigation, accused of criminal conduct, or arrested or

10   prosecuted for a crime.

11         Could you explain?

12         THE PROSPECTIVE JUROR:  I answered that question

13   wrong.  I got -- the next question, after that, was the

14   question I intended to answer, unfortunately.

15         THE COURT:  Okay.  And the next question is:  Have

16   you, a member of your family or any close friend been a

17   victim of a crime, witness to a crime, or testified in court

18   or before a grand jury as a witness to a crime?

19         THE PROSPECTIVE JUROR:  A witness to a crime would

20   be the specific situation.  I operated a chain of clothing

21   stores that were over in Maryland and worked at these places

22   and have cameras that were visible at these places.  And

23   over the course of time, I've seen countless amounts of

24   thievery and some violence, et cetera, that have occurred.

25   Nothing that you would call newsworthy, or anything like

1    that.

2              THE COURT:  And did you -- were you ever

3    personally a victim of a crime?

4              THE PROSPECTIVE JUROR:  No.  Not as -- of a

5    violent crime, or something like that?  No, absolutely --

6              THE COURT:  Any type of crime.

7              THE PROSPECTIVE JUROR:  Any type of crime?  It all

8    depends on what you call "ownership."  If you own something

9    and somebody takes that, are you the victim of a crime?

10             THE COURT:  And so --

11             THE PROSPECTIVE JUROR:  The answer to that

12   question would be, yes.  Okay.  But it's very far removed in

13   reality.

14             THE COURT:  Okay.  And you operated a clothing

15   store chain.  This was your clothing store chain?

16             THE PROSPECTIVE JUROR:  Yes.

17             THE COURT:  I see.

18             And how many stores did you have?

19             THE PROSPECTIVE JUROR:  I don't know, 28.

20             THE COURT:  And what was the name of your clothing

21   store chain?

22             THE PROSPECTIVE JUROR:  Up Against the Wall, Rocky

23   Wear [sic], Commander Salamander.

24             THE COURT:  Are you still the owner of that store

25   chain?

1          THE PROSPECTIVE JUROR:  No.  Currently, I guess,

2     I'm an owner of a company called Reddz Trading, which is

3     another.  I should have mentioned that as well.

4          THE COURT:  Is that another clothing store?

5          THE PROSPECTIVE JUROR:  Yes.

6          THE COURT:  Okay.  When you were -- saw on cameras

7     the thievery and other crime at various clothing stores that

8     you owned, did you contact the police in various areas?

9          THE PROSPECTIVE JUROR:  Directly, or instruct

10    somebody to contact the police?

11         THE COURT:  Either way.

12         THE PROSPECTIVE JUROR:  Instruct somebody to

13    contact the police, yes.

14         THE COURT:  Okay.  And were -- on, approximately,

15    how many occasions would you say this occurred?

16         THE PROSPECTIVE JUROR:  This week?

17         Well, one happened this week, for example, okay.

18    So, you know, we're -- it's minor, though -- I mean, it

19    wasn't -- in the scope of things.  Somebody came in, got

20    angry, hit the cash register rather hard, knocked it over.

21    You know...

22         THE COURT:  And is there anything about the police

23    response, when you would contact the police, about various

24    events that happened in your stores that you think would

25    affect your ability to be fair and impartial in this case?

1           THE PROSPECTIVE JUROR:  Anything about the police

2      response, no.  I mean, sometimes it takes long; sometimes

3      they come shortly.  They all intend to have good purposes.

4           THE COURT:  Okay.  And let me see if there is

5      follow-up from the lawyers.

6           (A bench conference was held as follows:)

7           THE COURT:  Any follow-up from the government?

8           MS. SCHESNOL:  No, Your Honor.

9           THE COURT:  And from the defense?

10          MS. O'NEILL-GREENBERG:  No, Your Honor.

11          (Whereupon, the bench conference concludes.)

12          THE COURT:  All right.  Juror No. 798, you may

13     resume your chair or go to Courtroom 6.

14          THE PROSPECTIVE JUROR:  Okay.

15          THE COURT:  And if you wanted to get a quick

16     lunch, you could go to the cafeteria to get that.  But just

17     be back in Courtroom 6 by 1:30.

18          THE PROSPECTIVE JUROR:  1:30.

19          (Whereupon, the prospective juror was excused.)

20          THE COURT:  Good afternoon, Juror 771.

21          How are you today?

22          THE PROSPECTIVE JUROR:  Fine.

23          THE COURT:  And there should be a microphone.  No.

24     The box you can just leave there.  There should be a little

25     microphone.  Yes, if you could just hold that.  Thank you.

1          I see you have marked Question 12, which asks

2     whether you have an urgent or extremely important matter to

3     attend to this week, such that you could be faced with a

4     hardship if selected to serve on this jury.

5          Could you explain that?

6          THE PROSPECTIVE JUROR:  Yeah.  I just was

7     traveling for Christmas.  And I am supposed to leave town on

8     Wednesday, which I did put on my questionnaire.  So I was

9     surprised I wasn't deferred, but that's -- that's -- I have

10    travel plans.

11         THE COURT:  All right.  And are you flying?

12         THE PROSPECTIVE JUROR:  No, driving.

13         THE COURT:  And are you driving with other people?

14         THE PROSPECTIVE JUROR:  Yes, my husband.

15         THE COURT:  Your husband.

16         And there's -- it's difficult for you to postpone

17    that trip --

18         THE PROSPECTIVE JUROR:  Well, I mean --

19         THE COURT:  -- if you are selected to serve on the

20    jury?

21         THE PROSPECTIVE JUROR:  I mean, if I was selected

22    to serve, I would have to postpone it.  You know, it's just

23    traveling for the holidays to visit family.

24         THE COURT:  Okay.  And Juror No. 771, what do you

25    do for a living?

```
1                THE PROSPECTIVE JUROR:  Marketing.

2                THE COURT:  And how far are you traveling?

3                THE PROSPECTIVE JUROR:  To New York.  It's a

4      seven-hour drive.

5                THE COURT:  And would it be -- if you can't travel

6      until, let's say, Friday, would that be -- would that

7      disrupt the plans of other family members?

8                THE PROSPECTIVE JUROR:  It would just make me

9      late.  You know, people who are there are there.  It would

10     just make me not be there.

11               THE COURT:  I can't hear you.

12               THE PROSPECTIVE JUROR:  It would just make me not

13     be there.  Everyone else who -- who was there would be fine,

14     you know.

15               THE COURT:  Okay.  All right.  Let me just...

16               (A bench conference was held as follows:)

17               THE COURT:  Do you want me to do any more

18     follow-up?

19               MS. SCHESNOL:  Maybe like if there is a paid hotel

20     reservation where they would lose a deposit?

21               THE COURT:  Anything else?

22               MS. SCHESNOL:  No.

23               MS. O'NEILL-GREENBERG:  No, Your Honor.

24               (Whereupon, the bench conference concludes.)

25               THE COURT:  All right.  Do you have hotel
```

1    reservations that you would lose the deposit or something if

2    you -- if your trip was postponed?

3            THE PROSPECTIVE JUROR:  No.  I am staying with

4    family.

5            THE COURT:  Okay.  Juror No. 771, I think you said

6    you were in marketing.  And what do you do in marketing?

7            THE PROSPECTIVE JUROR:  I work for an E-commerce

8    business so, you know, digital and direct mail marketing to

9    sell products.

10           THE COURT:  And how long have you done that?

11           THE PROSPECTIVE JUROR:  Twenty years, plus.

12           THE COURT:  All right.  Let me see if there is any

13   other follow-up.

14           (A bench conference was held as follows:)

15           THE COURT:  Any other follow-up?

16           MS. SCHESNOL:  No, Your Honor.

17           MS. O'NEILL-GREENBERG:  I am just wondering if her

18   not being with her family until, hypothetically, Friday

19   would just be distracting for her so that she wouldn't be

20   able to pay attention to the case as much as she should.

21           THE COURT:  Okay.  I will ask that follow-up.

22           (Whereupon, the bench conference concludes.)

23           MS. SCHESNOL:  If you -- if this case goes past

24   Wednesday so that you have to postpone your trip, will that

25   affect -- will that make it difficult for you to focus on

1    this case and distract your attention?

2              THE PROSPECTIVE JUROR:  No.

3              THE COURT:  And if you are selected to serve as a

4    juror on this case and you have to postpone your trip by a

5    day or two, will that create hard feelings that you have for

6    any of the parties in this case?

7              THE PROSPECTIVE JUROR:  No.

8              THE COURT:  Okay.

9              (A bench conference was held as follows:)

10             THE COURT:  Any other follow-up?

11             MS. SCHESNOL:  No, Your Honor.

12             MS. O'NEILL-GREENBERG:  No, Your Honor.

13             THE COURT:  Thank you.

14             (Whereupon, the bench conference concludes.)

15             THE COURT:  Okay.  Juror No. 771, you can go to

16   Courtroom 6.  You can just leave through the back door.

17             You can go to the cafeteria and get your lunch, if

18   you wanted.  You could take it to the courtroom to eat it or

19   you could have it in the cafeteria.  Just be in Courtroom 6

20   at 1:30.  Thank you.

21             (Whereupon, the prospective juror was excused.)

22             THE COURT:  Just doing a double check, I have 19

23   qualified.  Is everybody there, too, for the government?

24             MS. SCHESNOL:  Yes.

25             THE COURT:  For the defense?

1          MS. O'NEILL-GREENBERG:  Yes, we do.

2          THE COURT:  Good afternoon, Juror No. 268.

3          THE PROSPECTIVE JUROR:  Good afternoon.

4          THE COURT:  How are you today?

5          THE PROSPECTIVE JUROR:  I am alive.  Thank you.

6          THE COURT:  Well, thank you for your patience.

7          THE PROSPECTIVE JUROR:  No problem.

8          THE COURT:  I know it's been a long morning.

9          I see you have marked Questions 14 and 22.

10         14 asks whether you, a member of your family or a

11    close friend has ever studied law, been employed by a lawyer

12    or a law firm.

13         Could you explain that?

14         THE PROSPECTIVE JUROR:  I am an attorney.

15         THE COURT:  And what kind of law do you practice?

16         THE PROSPECTIVE JUROR:  Right now I do CJA, which

17    is mostly neglect cases.

18         THE COURT:  Okay.  So -- and do you -- do you work

19    in superior court mostly?

20         THE PROSPECTIVE JUROR:  Yes.

21         THE COURT:  Okay.  And when you say "neglect

22    cases," do you mean child custody kinds of cases?

23         THE PROSPECTIVE JUROR:  Yes.  More like, you know,

24    neglect and abuse.

25         THE COURT:  I see.

1           THE PROSPECTIVE JUROR:  Okay.  So we are the

2    plaintiff for that, CCAN, which is called child -- Counsel

3    For Child Abuse and Neglect.

4           THE COURT:  I see.

5           And how long have you had that practice of law?

6           THE PROSPECTIVE JUROR:  I would say over -- in

7    D.C., I would say about ten years.  In Philadelphia, I would

8    say about five years.

9           THE COURT:  I see.

10           Okay.  And have you ever practiced criminal law?

11           THE PROSPECTIVE JUROR:  Yes.

12           THE COURT:  Do you consider doing the neglect work

13    criminal law?

14           THE PROSPECTIVE JUROR:  No.

15           THE COURT:  Okay.  And what kind of criminal law

16    work have you done?

17           THE PROSPECTIVE JUROR:  Basically, I was on the

18    CJA list in Philadelphia.  And, I mean, I do private

19    criminal practice, too, when I was there.  When I came to

20    D.C. in 2000, I didn't do much of any criminal work at all;

21    I just focus on neglect and abuse.

22           THE COURT:  I see.

23           And since you are familiar with criminal law, did

24    you practice in federal court or local court, or both, in

25    Philadelphia?

1          THE PROSPECTIVE JUROR:  Both.  I was on the panel

2     in the federal court, but that was on the local panel in the

3     superior court.

4          THE COURT:  I see.

5          Okay.  Well, is there anything about your own

6     knowledge of criminal law that would impede your ability to

7     follow my instructions on the law as I give them to you in

8     this case?

9          THE PROSPECTIVE JUROR:  I don't think so.

10          THE COURT:  Do you have confidence in that?

11          THE PROSPECTIVE JUROR:  I said I don't think so.

12     I don't think it's something that would impede my ability to

13     follow your instructions.

14          THE COURT:  Okay.  Well, you say you don't think

15     so, but are you sure?

16          THE PROSPECTIVE JUROR:  Yeah.

17          THE COURT:  Okay.  Some people say they don't

18     think so and they mean no or yes; but I have to just make

19     sure.

20          THE PROSPECTIVE JUROR:  I think -- I think I

21     picked the wrong word.

22          THE COURT:  Okay.  I just want to make sure.

23          Okay.  Question 22 asks whether you, a member of

24     your family or a close friend belong to a group or

25     organization active in law enforcement or crime victim

1    prevention matters.

2            Could you explain that?

3            THE PROSPECTIVE JUROR:  About six or seven years

4    ago I joined the Maryland National Capitol Park Police as a

5    volunteer.  We call it PPVA, Park Police Volunteer

6    Association.  And what we do, we just assist when they have

7    events.  And we have a uniform, and then we just go out; put

8    things in order.  Or, like, when somebody get lost in the

9    park and they need extended search, and then they will call

10   on us; and then we will go out and try to look for them.

11   That's basically what we do.

12           THE COURT:  I see.

13           And you do that in Maryland?

14           THE PROSPECTIVE JUROR:  Yes.  In P.G. County.

15           THE COURT:  In P.G. County.  Okay.

16           But you live in D.C.?

17           THE PROSPECTIVE JUROR:  Yes.

18           THE COURT:  Okay.  And is there anything about the

19   fact that you do this volunteer work with this police force

20   that you think would make you partial to law enforcement

21   officers testifying in this trial?

22           THE PROSPECTIVE JUROR:  Not at all.

23           THE COURT:  All right.  Let me see if there is

24   follow-up.

25           (A bench conference was held as follows:)

 1          THE COURT:  Any follow-up from the government?

 2          MS. SCHESNOL:  No, Your Honor.

 3          THE COURT:  And defense?

 4          MS. O'NEILL-GREENBERG:  No, Your Honor.

 5          THE COURT:  Okay.

 6          (Whereupon, the bench conference concludes.)

 7          THE COURT:  All right.  Juror No. 268, you can

 8   leave through the back door.  You can go get your lunch and

 9   bring it to Courtroom 6 to eat.  And just be in Courtroom 6

10   at 1:30.

11          THE PROSPECTIVE JUROR:  Thank you.

12          THE COURT:  Thank you.

13          (Whereupon, the prospective juror was excused.)

14          THE COURT:  Good afternoon, Juror No. 391.  If you

15   could just have a seat there --

16          THE PROSPECTIVE JUROR:  Good afternoon.

17          THE COURT:  -- where you have your bag; you can

18   move that over one, and have a seat.

19          How are you this afternoon?

20          THE PROSPECTIVE JUROR:  Very well, thank you.

21   I hope you are.

22          THE COURT:  I am.  Thanks for asking.

23          I see you have marked Question 19.

24          THE PROSPECTIVE JUROR:  I did.

25          THE COURT:  So let me -- let me just review that

1    with you.  Question 19 asks whether you, a member of your

2    family or a close friend has ever been a victim of a crime,

3    witness to a crime or testified in court or before a grand

4    jury as a witness to a crime.

5         Could you explain that?

6         THE PROSPECTIVE JUROR:  Perhaps I shouldn't have

7    checked it.  My father was attacked in his home and gravely

8    harmed.

9         THE COURT:  I'm sorry to hear that.

10        THE PROSPECTIVE JUROR:  Years ago.  But that's

11   what I was referring to.  I did not testify.  The suspect

12   was never --

13        THE COURT:  That's fine.

14        When you say "years ago," how many years ago?

15        THE PROSPECTIVE JUROR:  Probably around 20.

16        THE COURT:  And did he have to be hospitalized?

17        THE PROSPECTIVE JUROR:  Yes.

18        THE COURT:  Okay.  And did he survive the attack?

19        THE PROSPECTIVE JUROR:  Yes, he did.

20        THE COURT:  Did you talk to the police about the

21   attack?

22        THE PROSPECTIVE JUROR:  No, I did not.

23        THE COURT:  Do you know if the police were called

24   in response to the attack?

25        THE PROSPECTIVE JUROR:  Yes, indeed.  Yes.

1          THE COURT:  Do you know if the person who

2    committed the attack was ever caught?

3          THE PROSPECTIVE JUROR:  He was arraigned on other

4    drug charges because there was no witness; neither my mother

5    nor my father could identify the witness.  But it was fairly

6    understood who it was, and he was arraigned on other

7    unrelated charges.

8          THE COURT:  And was there anything about the

9    police response to that event against your father that you

10   think would make it difficult for you to be fair and

11   impartial in this case?

12         THE PROSPECTIVE JUROR:  No.  I think everything

13   was handled appropriately.

14         THE COURT:  Okay.  Juror No. 391, what do you do

15   for a living?

16         THE PROSPECTIVE JUROR:  Well, I am not gainfully

17   employed.  But I do farm, and generally invest --

18         THE COURT:  Did you say "farm"?

19         THE PROSPECTIVE JUROR:  Yes.  Yes.  I farm in

20   the -- at the farm; and I live in D.C. at other times.

21         THE COURT:  Okay.  And how far away is your farm?

22         THE PROSPECTIVE JUROR:  Three hours.

23         THE COURT:  What do you -- and raise plants or

24   animals?

25         THE PROSPECTIVE JUROR:  Cattle.

```
1                    THE COURT:  Cattle.

2                    THE PROSPECTIVE JUROR:  Cows.

3                    THE COURT:  Okay.  How long have you been farming?

4                    THE PROSPECTIVE JUROR:  We have had the farm for

5       about 40 years.

6                    THE COURT:  Did you say 4-0?

7                    THE PROSPECTIVE JUROR:  4-0.

8                    THE COURT:  All right.  Okay.  And how often do

9       you go out to your farm?

10                   THE PROSPECTIVE JUROR:  Generally, I spent half a

11      year there the first year of COVID, for example.  But just

12      periodically to check, make sure things are operating

13      properly.

14                   THE COURT:  Okay.  Let me see if there is

15      follow-up.

16                   (A bench conference was held as follows:)

17                   THE COURT:  Any follow-up?

18                   MS. SCHESNOL:  No, Your Honor.

19                   MS. O'NEILL-GREENBERG:  No, Your Honor.

20                   THE COURT:  Okay.  Thanks.

21                   (Whereupon, the bench conference concludes.)

22                   THE COURT:  Okay.  Juror No. 13 -- 1391, you can

23      go to Courtroom 6 or you can go get your lunch in the

24      cafeteria, if you wish.  And just be back in Courtroom 6 by

25      1:30.
```

1              THE PROSPECTIVE JUROR:  Thank you.

2              (Whereupon, the prospective juror was excused.)

3              THE COURT:  And good afternoon, Juror 389.  If you

4     could, just hold that little microphone up.

5              THE PROSPECTIVE JUROR:  Yes.

6              THE COURT:  How are you today?

7              THE PROSPECTIVE JUROR:  Fine.

8              THE COURT:  Okay.  I see you have marked

9     Questions 14 and 18.

10             Question 14 asks whether you, a member of your

11    family or a close friend has ever studied law or been

12    employed by a lawyer or a law firm.

13             Could you explain that?

14             THE PROSPECTIVE JUROR:  Yes.  My sister works for

15    a law firm.

16             THE COURT:  And what does your sister do at the

17    law firm?

18             THE PROSPECTIVE JUROR:  She was a secretary.

19             THE COURT:  And how long has she worked there?

20             THE PROSPECTIVE JUROR:  Five years.

21             THE COURT:  Okay.  And do you talk to your sister

22    about the work she does?

23             THE PROSPECTIVE JUROR:  No, not necessarily.

24             THE COURT:  And is there anything about any

25    conversations you may have had with your sister about the

1    law that you think would impede or make it difficult for you

2    to follow my instructions on the law as I give them to you

3    in this case?

4              THE PROSPECTIVE JUROR:  No.

5              THE COURT:  Okay.  And question 18 asks whether

6    you, a member of your family or a close friend has ever been

7    the subject of a criminal investigation, accused of criminal

8    conduct, or arrested or prosecuted for a crime.

9              Could you explain that?

10             THE PROSPECTIVE JUROR:  Yes.  Ex-husband.

11             THE COURT:  And was your ex-husband charged with a

12   crime?

13             THE PROSPECTIVE JUROR:  Yes.

14             THE COURT:  Okay.  And was he convicted?

15             THE PROSPECTIVE JUROR:  Drug possession.

16             THE COURT:  Okay.  And did he serve time?

17             THE PROSPECTIVE JUROR:  Yes.

18             THE COURT:  And how long did he serve?

19             THE PROSPECTIVE JUROR:  Like three, four years, I

20   think.

21             THE COURT:  And how long ago was this?

22             THE PROSPECTIVE JUROR:  Like ten years ago.

23             THE COURT:  And were you married to him at the

24   time he was charged and convicted?

25             THE PROSPECTIVE JUROR:  Yes.  Yes.

1          THE COURT:  And did you accompany him to court?

2          THE PROSPECTIVE JUROR:  Yes.

3          THE COURT:  And is there anything about that

4     experience that you think would affect your ability to be

5     fair and impartial in this case?

6          THE PROSPECTIVE JUROR:  No.

7          THE COURT:  Okay.  What do you do for a living,

8     Juror No. 389?

9          THE PROSPECTIVE JUROR:  I work at Children's

10    National Hospital.

11         THE COURT:  What do you there?

12         THE PROSPECTIVE JUROR:  Direct observer.  I sit

13    with suicidal patients, eating disorders.

14         THE COURT:  And I heard director -- of what?

15         THE PROSPECTIVE JUROR:  Direct observer.  I sit

16    with suicidal patients, eating disorders, and other sick

17    patients.  COVID patients.

18         THE COURT:  I see.  Okay.

19         And how long have you done that?

20         THE PROSPECTIVE JUROR:  Ten years.

21         THE COURT:  Okay.  Let me see if the lawyers have

22    follow-up.

23         (A bench conference was held as follows:)

24         THE COURT:  Any follow-up from the government?

25         MS. SCHESNOL:  No, Your Honor.

1          THE COURT:  From the defense?

2          MS. O'NEILL-GREENBERG:  I am just wondering what

3    her educational background is, if she's a social worker or...

4          THE COURT:  Okay.  I will ask.

5          (Whereupon, the bench conference concludes.)

6          THE COURT:  Juror No. 389, how far did you go in

7    school?

8          THE PROSPECTIVE JUROR:  I completed.  Twelfth

9    grade, I'm sorry.

10          THE COURT:  You have your high school degree?

11          THE PROSPECTIVE JUROR:  Say that again.

12          THE COURT:  You have your high school degree?

13          THE PROSPECTIVE JUROR:  Yes.

14          THE COURT:  Okay.  Thank you.

15          Okay.  Juror No. 389, you can go to Courtroom 6 or

16    you can go down to the cafeteria for lunch.  Bring your

17    lunch to Courtroom 6, if you wish; but just be there at

18    1:30.

19          THE PROSPECTIVE JUROR:  Okay.  Thank you.

20          THE COURT:  And you can leave through the front

21    door of the courtroom.

22          (Whereupon, the prospective juror was excused.)

23          THE COURT:  Good afternoon, Juror No. 140.

24          How are you afternoon?

25          THE PROSPECTIVE JUROR:  Doing well.  Thank you.

1          THE COURT:  I see you have marked Questions 7, 8,

2     14, and 16.

3          Question 7 asks whether you recognize any other

4     member of the prospective jury panel.

5          THE PROSPECTIVE JUROR:  So, actually, it was in

6     response to whether I recognized a juror, one of the

7     attorneys, or Your Honor.

8          THE COURT:  Okay.  And do you recognize me?

9          THE PROSPECTIVE JUROR:  I do.  I was formerly a

10    senior official at an executive branch agency, and we had

11    matters pending before this Court.

12         THE COURT:  Okay.  Did you appear in front of me?

13         THE PROSPECTIVE JUROR:  I did not.

14         THE COURT:  Okay.  All right.  But we don't know

15    each other?

16         THE PROSPECTIVE JUROR:  Correct.

17         THE COURT:  Okay.  And is that the -- is that the

18    only person in the courtroom --

19         THE PROSPECTIVE JUROR:  Outside of -- yeah.

20         THE COURT:  And what -- what was your job?

21         THE PROSPECTIVE JUROR:  I was an assistant

22    secretary of Housing and Urban Development.

23         THE COURT:  Okay.  And was there a particular

24    matter that HUD had in front of me?

25         THE PROSPECTIVE JUROR:  Yes.

1           THE COURT:  And what year was that?

2           THE PROSPECTIVE JUROR:  2017 through 2020.

3           THE COURT:  Did you ever come to Court?

4           THE PROSPECTIVE JUROR:  I did not.

5           THE COURT:  You just heard about it?

6           THE PROSPECTIVE JUROR:  Yes.

7           THE COURT:  Got it.

8           Okay.  And is there anything about that experience

9      or what happened in that case that you think would make it

10     difficult for you to follow my instructions on the law as I

11     give them to you in this case?

12          THE PROSPECTIVE JUROR:  No.

13          THE COURT:  And is there anything about your

14     experience in that case -- your knowledge of that case that

15     you think would make it difficult for you to be fair and

16     impartial --

17          THE PROSPECTIVE JUROR:  No.

18          THE COURT:  -- if you were chosen to serve as a

19     juror in this case?

20          THE PROSPECTIVE JUROR:  No.  Not at all.

21          THE COURT:  Okay.  Then Question 8 asked whether

22     you, a member of your family or a close friend live, work

23     near, or have a special familiarity with the U.S. Capitol

24     area.

25          THE PROSPECTIVE JUROR:  Yes.  Before I worked with

1    HUD, I spent 13 years as a staffer in the House of

2    Representatives in various capacities.  I live about a mile

3    away from the Capitol still, and have for like the last nine

4    years or so.

5            THE COURT:  And were you living around the

6    Capitol -- you weren't working as a staffer on January 6,

7    2021?

8            THE PROSPECTIVE JUROR:  Correct.

9            THE COURT:  And were you living around the Capitol

10   on January 6, 2021?

11           THE PROSPECTIVE JUROR:  Yes.

12           THE COURT:  And were you affected by the security

13   steps that were taken in reaction to what happened on

14   January 6, 2021?

15           THE PROSPECTIVE JUROR:  Yes.

16           THE COURT:  And did that affect your daily commute

17   or the other things that you do in your neighborhood?

18           THE PROSPECTIVE JUROR:  Yes.

19           THE COURT:  For how long?

20           THE PROSPECTIVE JUROR:  For several months, at

21   least.  I mean, there are still a number of enhanced

22   security measures in the immediate area, but -- but things

23   are generally back to normal in the wider area.

24           THE COURT:  And having experienced that during the

25   period around January 6, 2021, do you think that would

 1    affect your ability to be fair and impartial in this case?

 2             THE PROSPECTIVE JUROR:  No.

 3             THE COURT:  Okay.  14 asks whether you, a member

 4    of your family or a close friend ever studied law, been

 5    employed by a lawyer or a law firm.

 6             Can you explain that?

 7             THE PROSPECTIVE JUROR:  Yeah.  My father is a

 8    practicing attorney and my mother is a law professor.

 9             THE COURT:  And what kind of law does your mother

10    teach?

11             THE PROSPECTIVE JUROR:  Conflicts, family law.  I

12    think she's previously taught criminal law, but I -- I am

13    not sure.

14             THE COURT:  And where does she teach?

15             THE PROSPECTIVE JUROR:  Washington University in

16    St. Louis.

17             THE COURT:  Wash U.

18             And your father is a practicing attorney?

19             THE PROSPECTIVE JUROR:  Yes.

20             THE COURT:  And does he handle criminal matters?

21             THE PROSPECTIVE JUROR:  Yeah.  He is a general

22    practitioner.

23             THE COURT:  And is there anything about

24    conversations you may have had with your father or your

25    mother about the law that you think would impede your

1    ability to follow my instructions on the law as I give them

2    to you in this case?

3                THE PROSPECTIVE JUROR:  No.

4                THE COURT:  Question 16 asks whether you, a member

5    of your family or a close friend had any experiences with

6    any law enforcement agency or the government that might

7    cause you to favor or disfavor the government or law

8    enforcement.

9                Could you explain that?

10               THE PROSPECTIVE JUROR:  Yeah.  I think it's just a

11   general reaction to kind of working for two different

12   branches of government for nearly 20 years that would,

13   perhaps, predispose me to look favorably upon the

14   government's presentation.

15               THE COURT:  And do you think that that partiality,

16   favoring the government, would make it -- make you a juror

17   that shouldn't serve on this criminal case?

18               THE PROSPECTIVE JUROR:  No.  I mean, I don't -- I

19   don't think it's -- I don't think that I would be partial.

20   I just have a -- based on my previous work experience, you

21   know, have a favorable impression of the government kind of

22   coming into this.

23               THE COURT:  But you understand that if you are

24   sworn to be a juror in this case, that your job will be to

25   listen impartially without favor to one side or the other --

```
 1                  THE PROSPECTIVE JUROR:  Certainly.
 2                  THE COURT:  -- to the evidence presented and then
 3       make an assessment of whether the government, which has the
 4       burden, proved its case beyond a reasonable doubt?
 5                  THE PROSPECTIVE JUROR:  Yes.
 6                  THE COURT:  Do you understand that?
 7                  THE PROSPECTIVE JUROR:  I do.
 8                  THE COURT:  And do you think that you could
 9       fulfill your duty and obligation as a juror in this case?
10                  THE PROSPECTIVE JUROR:  I do.
11                  THE COURT:  And what do you do for a living now?
12                  THE PROSPECTIVE JUROR:  I work at a trade
13       association.
14                  THE COURT:  I didn't understand that.
15                  THE PROSPECTIVE JUROR:  Sorry.  I work in a trade
16       association.
17                  THE COURT:  A trade association.  Okay.
18                  And what's the trade association's topic, or what
19       does it do?
20                  THE PROSPECTIVE JUROR:  Real estate finance.
21                  THE COURT:  And how long have you worked there?
22                  THE PROSPECTIVE JUROR:  For two years.
23                  THE COURT:  Two years.  All right.
24                  Let me see if the lawyers have follow-up.
25                  (A bench conference was held as follows:)
```

1          THE COURT:  Any follow-up from the government?

2          MS. SCHESNOL:  I think he said he was a house

3     staffer for a long time.

4          THE COURT:  Oh, yes.  I could ask him about that.

5          MS. SCHESNOL:  Just if he still knows people at

6     the Capitol, maybe people he knew were there.

7          THE COURT:  Okay.  Good point.  I will do

8     follow-up.

9          MS. O'NEILL-GREENBERG:  Nothing.  Thank you.

10         (Whereupon, the bench conference concludes.)

11         THE COURT:  And, Juror No. 140, you said you were

12    a House staffer for some time; like 13 years, I think you

13    said.

14         THE PROSPECTIVE JUROR:  Yes.

15         THE COURT:  And do you still know people who work

16    on the House or Senate side?

17         THE PROSPECTIVE JUROR:  Yes.

18         THE COURT:  And were any of those people who you

19    still know who work there present on January 6, 2021?

20         THE PROSPECTIVE JUROR:  Yes, many of them.

21         THE COURT:  Many of them.

22         And have you spoken to them about their

23    experiences on January 6, 2021?

24         THE PROSPECTIVE JUROR:  Yes.

25         THE COURT:  And have you had multiple

1    conversations with people about it?

2              THE PROSPECTIVE JUROR:  Yes.

3              THE COURT:  And when you were a House staffer,

4    what specifically did you do on the House?  Who did you work

5    for?

6              Were you on a committee staff or personal office

7    staff?

8              THE PROSPECTIVE JUROR:  So I was on a personal

9    office staff for two different members of Congress.  The

10   first one is Sam Graves from Missouri.  I started there as a

11   staff assistant, and kind of was successively promoted to

12   legislative assistant.  The second of which was Blaine

13   Luetkemeyer, also of Missouri.  I started as legislative

14   director, and then served as chief of staff to him as well.

15             Actually, I should have mentioned to you, my wife

16   and I met working in the House; she is a former staffer as

17   well.

18             THE COURT:  And having heard -- how would you

19   describe the stories that you heard from your friends who

20   were present in the house on January 6, 2021?

21             THE PROSPECTIVE JUROR:  You know, I think

22   they all -- depending on where they were located had

23   different experiences.  But everybody was generally shocked

24   and scared and kind of had never -- in many years of working

25   there had never witnessed kind of a similar breach in

1    security.

2           THE COURT:  And based on these conversations --

3    when is the last time, for example, that you had a

4    conversation about one of your friends' experiences on

5    January 6, 2021?

6           THE PROSPECTIVE JUROR:  Probably within the last

7    six months.

8           THE COURT:  And having -- and how many people

9    would you say that you have talked to about their

10    experiences that day?

11           THE PROSPECTIVE JUROR:  I would say at least a

12    dozen.

13           THE COURT:  And is the tone from all dozen of

14    those people pretty much the same that you have described?

15           THE PROSPECTIVE JUROR:  I mean, all of their

16    experiences were kind of different based on, again, where

17    they were; but the -- the general tone is pretty consistent.

18           THE COURT:  And having heard these stories, do you

19    think it's going to make it difficult for you to be fair and

20    impartial in this case with a person who is charged with

21    offense conduct on that day at the Capitol?

22           THE PROSPECTIVE JUROR:  I mean, it's -- I

23    certainly -- based on my personal experience and personal

24    relationships -- have a lot -- you know, have heard a lot

25    about the events that took place that day.  I think I can be

1    impartial in this matter.  But I certainly, obviously, know

2    a lot about it coming into it.

3         THE COURT:  And have you been following closely,

4    for example, the House Select hearings and other news media

5    coverage of activity in this courthouse?

6         THE PROSPECTIVE JUROR:  I wouldn't say extremely

7    closely, but I have certainly followed kind of the

8    proceedings that have taken place in the House.

9         THE COURT:  And are you -- both sides in this case

10   want to be assured that, with your own self-knowledge, you

11   can be fair and impartial in this case.

12        Could you?

13        THE PROSPECTIVE JUROR:  I do think I could.

14        THE COURT:  All right.  Let me see if there is

15   follow-up.

16        (A bench conference was held as follows:)

17        THE COURT:  Any follow-up from the government?

18        MS. SCHESNOL:  No, Your Honor.

19        THE COURT:  From the defense?

20        MS. O'NEILL-GREENBERG:  No, Your Honor.

21        THE COURT:  Thank you.

22        (Whereupon, the bench conference concludes.)

23        THE COURT:  Juror 140, you can leave through the

24   front door of the courtroom.  I am going to excuse you until

25   1:30 so that you can go get lunch.

```
 1              THE PROSPECTIVE JUROR:  Thank you.

 2              THE COURT:  You can take your lunch, eat it in the

 3     cafeteria or take it to Courtroom 6 to have it there because

 4     I don't want people to be late.  If you could be back in

 5     that courtroom by about 1:30.

 6              THE PROSPECTIVE JUROR:  Okay.  Thank you.

 7              (Whereupon, the prospective juror was excused.)

 8              (Whereupon, the Court and staff confer.)

 9              THE COURT:  We're going to do this last person

10     before we break.

11              Good afternoon, Juror No. 2800.

12              How are you today?

13              THE PROSPECTIVE JUROR:  I am very good.

14              How are you?

15              THE COURT:  I am good.  Thank you for asking.

16              I see you have marked Questions 8, 14, and 18.  I

17     am just going to review those with you.

18              THE PROSPECTIVE JUROR:  Okay.

19              THE COURT:  Are you comfortable there?

20              THE PROSPECTIVE JUROR:  Sorry.  I'm just putting

21     my bag down.  Yes.

22              THE COURT:  That looks very heavy.

23              Question 8 asks whether you, a member of your

24     family or a close friend live, work near, or have any

25     special familiarity with the Capitol area.
```

1          Could you explain that?

2          THE PROSPECTIVE JUROR:  So I live in Washington,

3     D.C.  And I -- I have briefed senators for my job, so I have

4     been inside of -- I am not sure exactly what building it

5     was, but it was in the Capitol area.  It was the Senate

6     staff that I briefed there.

7          THE COURT:  I see.

8          Were you around the Capitol Building on January 6,

9     2021?

10         THE PROSPECTIVE JUROR:  No.

11         THE COURT:  Do you -- have you talked to people

12    who were in the building on that day?

13         THE PROSPECTIVE JUROR:  No.

14         THE COURT:  Okay.  And what precisely is your job

15    where you brief senators or staff?

16         THE PROSPECTIVE JUROR:  Well, when I briefed

17    senators, I was working as a structural engineer.  And --

18    and I work for the Nuclear Regulatory Commission.  But,

19    since then, I have just become a manager and not an engineer

20    per se.  I have gotten promoted a few times since I have

21    briefed Senate staff.

22         THE COURT:  I see.

23         How long ago was that?

24         THE PROSPECTIVE JUROR:  I briefed Senator

25    Capito -- or, no.  She is not a senator -- excuse me --

1    she's the chief of staff there.  Maybe 2016.

2         THE COURT:  Okay.  So when was the last time, as

3    part of your job duties, that you went to Capitol Hill?

4         THE PROSPECTIVE JUROR:  That was the last time.

5         THE COURT:  So it was some time ago?

6         THE PROSPECTIVE JUROR:  Yes.

7         THE COURT:  Okay.  And how long have you worked at

8    the Nuclear Regulatory Agency?

9         THE PROSPECTIVE JUROR:  It will be 13 years coming

10   up in February.

11        THE COURT:  Okay.  How far did you go in school?

12        THE PROSPECTIVE JUROR:  I have a master's degree

13   in structural engineering.

14        THE COURT:  In structural engineering?

15        THE PROSPECTIVE JUROR:  Yes, in structural

16   engineering.

17        THE COURT:  Did you "constructional" or --

18        THE PROSPECTIVE JUROR:  No.  Structural

19   engineering.

20        THE COURT:  Structural, okay.  I just wanted to

21   make sure.  I know nothing about engineering, so I wanted to

22   make sure I understood what the word was.

23        THE PROSPECTIVE JUROR:  "S," structural.

24        THE COURT:  Okay.  Got it.  I think I understand

25   it now.

1          Question 14 asks whether you, a member of your

2     family or a close friend ever studied law, been employed by

3     a lawyer or a law firm.

4          THE PROSPECTIVE JUROR:  Yes.  One of my good

5     friends is a lawyer.

6          THE COURT:  Does your good friend who is a lawyer

7     practice criminal law?

8          THE PROSPECTIVE JUROR:  No.  She works for an

9     insurance company.

10         THE COURT:  Okay.  And is there anything about any

11    conversations you may have had with your friend who is a

12    lawyer that you think would impede your ability to follow my

13    instructions on the law as I give them to you in this case?

14         THE PROSPECTIVE JUROR:  No.  I don't.

15         THE COURT:  Okay.  Question 18 asked whether you,

16    a member of your family or any close friend has ever been

17    the subject of a criminal investigation, accused of criminal

18    conduct, or arrested or prosecuted for a crime.

19         Could you explain that?

20         THE PROSPECTIVE JUROR:  Yeah.  I have a family

21    member who got a DUI -- or, no.  Actually, they got arrested

22    but not convicted.

23         THE COURT:  And how long ago was that?

24         THE PROSPECTIVE JUROR:  Maybe eight years ago, or

25    nine now.

1          THE COURT:  Okay.  And was there anything about

2    that experience that your friend had that you think would

3    affect your ability to be fair and impartial in this case?

4          THE PROSPECTIVE JUROR:  No.

5          THE COURT:  Okay.  Let me see if there is any

6    follow-up.

7               (A bench conference was held as follows:)

8          THE COURT:  Any follow-up from the government?

9          MS. SCHESNOL:  No, Your Honor.

10         THE COURT:  And from the defense?

11         MS. O'NEILL-GREENBERG:  No, Your Honor.

12              (Whereupon, the bench conference concludes.)

13         THE COURT:  All right.  Juror No. 2800, you are

14   welcome to go get your lunch and then go to Courtroom 6,

15   which is right around the corner.

16         THE PROSPECTIVE JUROR:  Okay.  What time do I have

17   to be at Courtroom 6?

18         THE COURT:  Be in Courtroom 6 by 1:30.  You can

19   get your lunch, and you can take it there, if you like.

20         THE PROSPECTIVE JUROR:  I'm sorry.  Say that

21   again.

22         THE COURT:  You can get your lunch, eat it in the

23   cafeteria, or you can take your lunch and eat it in

24   Courtroom 6, if you'd like.

25         THE PROSPECTIVE JUROR:  Okay.  And I am not

```
 1     allowed to leave the building.
 2                 THE COURT:  No.
 3                 THE PROSPECTIVE JUROR:  Okay.  Understood.
 4                 THE COURT:  Well, I guess you could if you don't
 5     want our cafeteria food.  But be back at Courtroom 6 by
 6     about 1:30.
 7                 THE PROSPECTIVE JUROR:  6, at 1:30.  Understood.
 8                 THE COURT:  Okay.  Thank you.
 9                 (Whereupon, the prospective juror was excused.)
10                 THE COURT:  All right.  I am at 24 qualified
11     jurors.  Is everybody -- are we all at the same number?
12                 MS. SCHESNOL:  Yes, Your Honor.
13                 MS. O'NEILL-GREENBERG:  24?
14                 THE COURT:  24.
15                 MS. O'NEILL-GREENBERG:  Yes.
16                 THE COURT:  Okay.  Good.  So you are all excused
17     for lunch, just be back at 1:30.  I will see you then.
18                 (Whereupon, a luncheon recess was taken.)
19                 THE COURT:  While we're waiting, why don't we take
20     up this matter submitted by letter.  I can't remember when,
21     over the weekend, it arrived, about the protocol.
22                 And I know you wanted to file that under seal and
23     *ex parte*.  I see no reason for it to be under seal since --
24     I want to know what the parties have to say to deal with
25     this situation.
```

```
 1              MR. WATKINS:  I'm sorry?

 2              THE COURT:  The letter that you submitted, dated

 3     December 16, 2022, that you submitted and requested that it

 4     be filed under seal.  And you requested also that it be

 5     submitted *ex parte*, which -- I haven't looked at the docket

 6     this morning, but I can see why you might want it under

 7     seal, perhaps.  I don't know why.  You can explain why.

 8     But, certainly, *ex parte*, I'd need to hear from the

 9     government about it.

10              Have you shared this with the government?

11              MR. WATKINS:  I have shared it with the government

12     as per the Court --

13              THE COURT:  Okay.  And why does this have to be

14     under seal?

15              MR. WATKINS:  Your Honor, the two things go

16     together.  It did, in some senses, reveal defense strategy

17     and, therefore, perhaps one can file something *ex parte* but

18     not under seal.  But, either way, it would have -- it does

19     reveal defense strategy.  The Court's ordered it, and I --

20              THE COURT:  Yeah.  And, quite frankly, I need to

21     know what everybody's idea is to deal with this.  You've

22     already heard there are people who are nervous, you know,

23     who have vulnerable people.  They are already nervous from,

24     you know, being in a crowd.

25              So what do you suggest doing about it?
```

1          And, quite frankly, almost every J6 defendant has

2    testified at trial.  It's really no secret that -- you know,

3    he might change his mind and not.  But the fact that he's

4    thinking about testifying -- I don't think there is such a

5    significant defense strategy that would be unknown to the

6    government here, since it's happened in virtually every J6

7    case.  People want to take the stand and say whatever they

8    want to say.

9          So what do you suggest doing about it?

10         MR. WATKINS:  Your Honor, I suggest that

11   Mr. Gillespie be permitted to testify.  There are, of

12   course, partitions there where he is -- which seal him off

13   both from, really, the entire room.  I think in this case --

14   I don't know of any alternative.  He needs to testify.  He

15   needs to get up there on the stand.

16         THE COURT:  And he really thinks that nasal

17   swabbing is an unacceptable health risk to humans?

18         MR. WATKINS:  Judge, I can't add to anything

19   more to --

20         THE COURT:  I got it.  I got it, Mr. Watkins.

21         I am learning a lot about this defendant as this

22   trial proceeds, as in every case where a defendant chooses

23   to go to trial.

24         So does he believe that taking his temperature is

25   dangerous and an unacceptable health risk to humans?

1          MR. WATKINS:  No.

2          THE COURT:  Well, he will take his temperature at

3     a minimum.

4          MR. WATKINS:  We can do that.

5          THE COURT:  Because I don't want him testifying

6     without -- without a mask.

7          Would you suggest we tell the jurors to double

8     mask on the day that he testifies?

9          MR. WATKINS:  Your Honor, we don't -- on the day

10    he testifies, we don't want to have him masked either.  It's

11    important for the jury to be able to see him, of course, as

12    he testifies.  That's what the --

13         THE COURT:  Agreed.  I agree.

14         So the question is, if he is going to be

15    testifying without a mask, I am going to be double masking.

16         Should we be alerting the jury that they might

17    want to double mask when he's testifying?

18         MR. WATKINS:  Your Honor, obviously, we'd prefer

19    not to because that introduces something -- I don't know how

20    we ask the jurors to double mask without bringing some kind

21    of adverse inference to Mr. Gillespie's testimony where,

22    when he testifies, it's going to be different from everyone

23    else.  So we prefer not.

24         THE COURT:  Have you inquired of him what he

25    thinks is the unacceptable health risk to humans from a

1    nasal swab?

2              MR. WATKINS:  I'm sorry.  Inquired of him as to?

3              THE COURT:  Have you inquired of him what he

4    thinks the unacceptable health risk is to humans --

5              MR. WATKINS:  I'm sorry, Your Honor.  I'm still --

6    my hearing is never good; and with the partitions, it's very

7    difficult.

8              THE COURT:  Have you inquired of your client what

9    the nature of the unacceptable health risk to humans is from

10   a nasal swab?

11             MR. WATKINS:  We have had discussions about his

12   position, yes.

13             THE COURT:  Is there scientific material on this?

14             MR. WATKINS:  Your Honor, I am concerned now we

15   are getting into attorney-client communications.  I will

16   tell the Court we have discussed it on multiple occasions.

17   And we have tried to find methods by which his health

18   concerns would be addressed; we have been unable to.

19             I will tell the Court we have looked into,

20   perhaps, rapid spit testing, saliva testing, which some

21   organizations use.  The closest we could find was Malaysia

22   had a kit that would do that.  But we did not believe we

23   could get that here in time for him to be able to testify on

24   Wednesday, which is when I believe that he is likely to

25   testify.  So I don't know that I can tell the Court anything

```
1    else.
2              THE COURT:  Okay.  Well, let me hear from the
3    government.
4              Do you have any ideas about what to do with this?
5              MS. SCHESNOL:  Your court, your rules, Your Honor.
6    Whatever you say goes.  I have racked my brain of some other
7    type of test that could be taken, and I certainly do not
8    know of any.
9              THE COURT:  Fine.
10             All right.  Are we ready to proceed?
11             MS. SCHESNOL:  Yes, Your Honor.
12             THE COURT:  All right.
13             (Whereupon, a prospective juror enters.)
14             THE COURT:  Good afternoon, Juror No. 41.
15   How are you this morning?
16             THE PROSPECTIVE JUROR:  I am okay.  Thank you.
17             THE COURT:  Okay.  Good.
18             I see you have marked Questions 1, 12, 14, 19, 21,
19   25, 27, and 29.
20             THE PROSPECTIVE JUROR:  Yes.
21             THE COURT:  So let me start with Question 1, which
22   is whether it would be difficult for you to pay attention
23   during the course of this trial because of your concerns
24   about COVID-19.
25             Could you explain that?
```

1          THE PROSPECTIVE JUROR:  I have diagnosed OCD and

2    anxiety and, as part of COVID-19, my germaphobia has gotten

3    exceedingly worse.

4          THE COURT:  So is it very uncomfortable for you to

5    be sitting in a closed room with people?

6          THE PROSPECTIVE JUROR:  Yes.  Yeah.

7          THE COURT:  And will it be difficult for you to

8    sit in the jury room with people?

9          THE PROSPECTIVE JUROR:  It would be exponentially

10   harder to sit in the small quarters.

11         THE COURT:  Okay.  And when that jury box is full

12   with jurors, if you're selected to serve, would you find it

13   distracting from the evidence to be sitting close to people

14   like that?

15         THE PROSPECTIVE JUROR:  I would.

16         THE COURT:  And are you -- are you employed?

17         THE PROSPECTIVE JUROR:  I am.

18         THE COURT:  And are you working in an office or

19   are you working remotely from home?

20         THE PROSPECTIVE JUROR:  I work from home.

21         THE COURT:  Okay.  Let me just talk to the

22   lawyers.

23         (A bench conference was held as follows:)

24         THE COURT:  Any other thoughts?

25         Does the defense want to proceed?

1          MS. O'NEILL-GREENBERG:  The defense would move to

2     strike, Your Honor.

3          THE COURT:  And the government's view?

4          MS. SCHESNOL:  No objection.

5          THE COURT:  Okay.  Hearing no objection, I will

6     grant the motion.

7          (Whereupon, the bench conference concludes.)

8          THE COURT:  All right.  Juror No. 41, I am going

9     to excuse you.  Please return to the jury lounge on the

10    fourth floor of the Prettyman building, the other

11    courthouse, just to see if they need you or whether they

12    will excuse you.

13         THE PROSPECTIVE JUROR:  Okay.  Thank you.

14         THE COURT:  Thank you very much for coming today.

15         (Whereupon, the prospective juror was excused.)

16         THE COURT:  And good afternoon, Juror No. 597.

17    How are you today?

18         THE PROSPECTIVE JUROR:  Good.  How are you?

19         THE COURT:  I'm good.

20         I see you have marked Questions 7, 8, 9, 14, 18,

21    19, 22, 27, and 29.

22         Starting with Question 7, do you recognize other

23    people in the jury panel or members of the courtroom staff,

24    or me?

25         THE PROSPECTIVE JUROR:  Not the panel, but there

1     was one other juror that I think works at the same location

2     as me; but I don't know him by name.

3               THE COURT:  I see.

4               And where do you work?

5               THE PROSPECTIVE JUROR:  The Pew Charitable Trusts.

6               THE COURT:  Okay.  And do you not -- you just

7     recognize the person; but have you ever spoken to the

8     person?

9               THE PROSPECTIVE JUROR:  No.

10              THE COURT:  And is there anything about -- so do

11    you know what job that person has at your --

12              THE PROSPECTIVE JUROR:  I don't.  I only know

13    because he always wears a hat, so he's familiar.  But I

14    don't know what he does, and I have never spoken to him.

15              THE COURT:  Well, is there anything about the fact

16    that you both work at the same organization that you think

17    would affect -- give him undue influence or affect your

18    deliberations as a juror if you were both selected to serve

19    on the same jury?

20              THE PROSPECTIVE JUROR:  No.

21              THE COURT:  Okay.  And with respect to Question 8,

22    which asked whether you, a member of your family or a close

23    friend live, work near, or have a special familiarity with

24    the U.S. Capitol Building area.

25              Could you explain that?

1          THE PROSPECTIVE JUROR:  Yes.  My boyfriend is a

2    photographer for the House of Representatives.

3          THE COURT:  And how long has he been your

4    boyfriend?

5          THE PROSPECTIVE JUROR:  About a year and a half.

6          THE COURT:  And was he your boyfriend on

7    January 6, 2021?

8          THE PROSPECTIVE JUROR:  No.

9          Sorry.  We were dating the summer of August '21.

10   Yeah.  July, August of '21 is when we started dating.

11         THE COURT:  I see.  Okay.  And have you -- was

12   your boyfriend working in the House on January 6, 2021?

13         THE PROSPECTIVE JUROR:  Yes.

14         THE COURT:  And have you spoken to him about his

15   experiences that day?

16         THE PROSPECTIVE JUROR:  Yes.

17         THE COURT:  Have you met friends of his who also

18   worked in the House that were there on January 6, 2021?

19         THE PROSPECTIVE JUROR:  Yes.

20         THE COURT:  And about approximately how many

21   people have you spoken to who were in the Capitol Building

22   on January 6, 2021?

23         THE PROSPECTIVE JUROR:  I would say about ten, but

24   not spoken directly about January 6th.  Just have, like,

25   been in group settings together for, like, movie nights.

1          THE COURT:  And about how many have you -- have

2     you spoken to directly about the events of January 6th who

3     were there on January 6th?

4          THE PROSPECTIVE JUROR:  Three.

5          THE COURT:  Presumably, your boyfriend is number

6     one.

7          THE PROSPECTIVE JUROR:  Yeah.  I would say like

8     three.  Yeah.

9          THE COURT:  Okay.  And could you generally

10    describe your boyfriend's experience on that day?

11         THE PROSPECTIVE JUROR:  I would say somewhat like

12    nervous and traumatized.

13         THE COURT:  And how about the other people you

14    have spoken to directly about their experience on January 6?

15         THE PROSPECTIVE JUROR:  I would say similarly

16    because they're in the -- I think it's called the Rayburn

17    Office.  So it's not the Congress building, but it's one, I

18    think, fairly adjacent.  So I think they were just very

19    nervous of what was going to happen that day.

20         THE COURT:  But was your boyfriend in one of the

21    House office buildings, or was he actually in the Capitol

22    Building itself?

23         THE PROSPECTIVE JUROR:  I believe the Capitol

24    Building itself that day to, like, sort of, like, take

25    photos of the certification.  But I would say knowing it was

1    somewhat traumatic for him, I have tried not to ask too

2    much.

3              THE COURT:  And having interactions with people

4    who shared, to use your word, the trauma from that day, do

5    you think you are going to be able to be fair and impartial

6    in hearing evidence in this case?

7              THE PROSPECTIVE JUROR:  I want to say yes, but I

8    think there would be some bias knowing someone close to me

9    was there that day.

10             THE COURT:  And how they felt about what was going

11   on?

12             THE PROSPECTIVE JUROR:  Yes.

13             THE COURT:  Would it be hard for you to put that

14   out of your mind as you focused on the evidence presented in

15   this case?

16             THE PROSPECTIVE JUROR:  Yes.

17             (A bench conference was held as follows:)

18             THE COURT:  Okay.  Does anybody want to continue

19   and follow up on the rest of the questions, or do I have a

20   motion?

21             MS. O'NEILL-GREENBERG:  No.  The defense would

22   move to strike this juror, Your Honor.

23             THE COURT:  And the government's position?

24             MS. SCHESNOL:  No objection.

25             THE COURT:  Okay.  The motion is granted.

1          (Whereupon, the bench conference concludes.)

2          THE COURT:  Okay.  Juror No. 597, I am going to

3    excuse you.  You can return to the jury lounge.  The jury

4    office will decide whether they need you or whether you can

5    be excused.

6          THE PROSPECTIVE JUROR:  Okay.  Thank you.

7          THE COURT:  Okay.

8          (Whereupon, the prospective juror was excused.)

9          THE COURT:  And good afternoon, Juror 879.

10          THE PROSPECTIVE JUROR:  Good afternoon.

11          THE COURT:  How are you?

12          THE PROSPECTIVE JUROR:  Doing well.

13          THE COURT:  Okay.  Thank you very much for your

14    patience.  I know it's been a long day.

15          I see you have checked Questions 8, 9, 15, 16, 17,

16    and 22.

17          So let me start with Question 8, which asks

18    whether you, a member of your family or a close friend live,

19    work near, or have a special familiarity with the Capitol

20    Building area.

21          THE PROSPECTIVE JUROR:  Yes.

22          THE COURT:  And could you explain that?

23          THE PROSPECTIVE JUROR:  I have a friend that works

24    at the Capitol.

25          THE COURT:  And was your friend working at the

1    Capitol on January 6th, 2021?

2                THE PROSPECTIVE JUROR:  I think so.  I had a bout

3    of COVID around that time, so I was a little out of it; but

4    I think she was at the building.

5                THE COURT:  Okay.  And you have never had a

6    conversation with your friend about it?

7                THE PROSPECTIVE JUROR:  Yes.

8                THE COURT:  You have had conversations with your

9    friend about it?

10               THE PROSPECTIVE JUROR:  Yes.

11               THE COURT:  Okay.  And what's been the general

12   tenor of that conversation?

13               THE PROSPECTIVE JUROR:  Just that she was locked

14   in a basement, that was it.

15               THE COURT:  Could you say that again?

16               THE PROSPECTIVE JUROR:  That she was locked in a

17   basement.

18               THE COURT:  She was locked in a basement?

19               THE PROSPECTIVE JUROR:  Yeah.

20               THE COURT:  So she was there on January 6, 2021?

21               THE PROSPECTIVE JUROR:  Yes.  Yes.

22               THE COURT:  And is there anything about the

23   conversations you have had with your friend about that

24   experience -- well, let me put it to you this way:  How many

25   conversations have you had with your friend about that day?

1          THE PROSPECTIVE JUROR:  I would probably say maybe

2     two, at the most.

3          THE COURT:  Okay.  And when was the last one?

4          THE PROSPECTIVE JUROR:  Probably -- let's see.  I

5     had COVID that day; I got over my COVID the 11th.

6          Probably within that week.  I'd probably say two

7     times via texts.

8          THE COURT:  Could you just speak up?  I'm --

9          THE PROSPECTIVE JUROR:  I said probably two times

10    that week, via text.

11         THE COURT:  Two times that week, I see.

12         MR. WATKINS:  Judge, we're having a lot of trouble

13    hearing.

14         THE PROSPECTIVE JUROR:  Is that better?

15         THE COURT:  Yes.  If you could just keep it close.

16         Okay.  So let me see if I can repeat for

17    everybody's hearing.  Correct me if I'm wrong, if I heard

18    incorrectly.

19         But you spoke to your friend who was locked in the

20    basement on January 6, 2021, in the House -- it was the

21    House side?

22         THE PROSPECTIVE JUROR:  I am not sure what side it

23    was.

24         THE COURT:  Okay.  But in the Capitol?

25         THE PROSPECTIVE JUROR:  Yes.

1          THE COURT:  You spoke to your friend twice by

2     text, not in person, and in the week following January 6,

3     2021.  But you haven't spoken to her about it since then; is

4     that right?

5          THE PROSPECTIVE JUROR:  No.  Exactly.  You are

6     correct.

7          THE COURT:  Okay.  So is there anything about the

8     text communications you had with your friend that you think

9     would make it difficult for you to be fair and impartial

10    listening to the evidence in this case?

11         THE PROSPECTIVE JUROR:  I do not.

12         THE COURT:  Okay.  Question 9 asks whether you, a

13    member of your family or a close friend was present at the

14    U.S. Capitol on January 6, 2021.

15         Is the answer to that the same as the answer you

16    just gave to the other question?

17         THE PROSPECTIVE JUROR:  Yes.  Yes.

18         THE COURT:  Okay.  No additional information?

19         THE PROSPECTIVE JUROR:  Correct.

20         THE COURT:  Okay.  Question 15 asked whether you,

21    any member of your family or a close friend has ever been

22    employed by a local, state, or federal law enforcement

23    agency or private security company.

24         Could you explain that?

25         THE PROSPECTIVE JUROR:  Yes.  I have two friends

1    that are detectives, and a sergeant in D.C. police.

2              THE COURT:  At the Metropolitan Police Department?

3              THE PROSPECTIVE JUROR:  Correct.

4              THE COURT:  Okay.  And how often do you see those

5    friends?

6              THE PROSPECTIVE JUROR:  Often.

7              THE COURT:  Do you talk to them about their work?

8              THE PROSPECTIVE JUROR:  Sorry?

9              THE COURT:  Do you talk to them about their work?

10             THE PROSPECTIVE JUROR:  No.

11             THE COURT:  Do you know whether any of these

12    friends were working on January 6, 2021?

13             THE PROSPECTIVE JUROR:  I am not sure.

14             THE COURT:  You have never had a conversation with

15    them about it?

16             THE PROSPECTIVE JUROR:  No.  We never had a

17    conversation about them working on January 6.

18             THE COURT:  Well, with these friends, do you think

19    that -- since you have friends who were Metropolitan Police

20    Department detectives and sergeant, do you think that would

21    make you favor the testimony of police officers who will be

22    testifying?

23             THE PROSPECTIVE JUROR:  No.

24             THE COURT:  And Question 16 asks whether you, a

25    member of your family or a close friend have had any

1    experiences with any law enforcement agency or the

2    government that might cause you to favor or disfavor the

3    government or law enforcement.

4                Could you explain that?

5                THE PROSPECTIVE JUROR:  I had -- back in 1991, I

6    had a cousin that was murdered by a police officer, so

7    that's why I answered that question.

8                THE COURT:  Okay.  Was that in Washington, D.C.?

9                THE PROSPECTIVE JUROR:  No.  It was in

10   Prince George's County.

11               THE COURT:  And was the police officer prosecuted

12   for murder?

13               THE PROSPECTIVE JUROR:  No.

14               THE COURT:  Was there any action taken with

15   respect to the death of your cousin?

16               THE PROSPECTIVE JUROR:  It was a settlement.

17               THE COURT:  It was settled with Prince George's

18   County?

19               THE PROSPECTIVE JUROR:  Correct.

20               THE COURT:  I see.

21               And do you think that that process -- certainly

22   not the murder of your cousin -- but the process in getting

23   a remedy for that awful situation was a fair process?

24               THE PROSPECTIVE JUROR:  No.

25               THE COURT:  And would that experience make it

1    difficult for you to be fair and impartial when you are

2    listening to testimony of law enforcement officers?

3                THE PROSPECTIVE JUROR:  It's hard for me to answer

4    that question because I don't know the nature of the case.

5    But I do say if it was very similar to what I experienced

6    and my family experienced, more than likely, yes.

7                THE COURT:  Okay.  And then you also have marked

8    Question 17:  Have you ever filed a complaint against a

9    police officer or anyone in law enforcement?

10               Could you explain that?

11               THE PROSPECTIVE JUROR:  I didn't -- the reason why

12   I checked that one was because I had -- was in a car

13   accident, and I felt that the police officer didn't

14   correctly evaluate the scene; and it was like a fender

15   bender.

16               THE COURT:  Okay.  And how long ago was that?

17               THE PROSPECTIVE JUROR:  I probably was like 17.

18   17, 18 years old.

19               THE COURT:  It was 17 or 18 years ago?

20               THE PROSPECTIVE JUROR:  No.  17 or 18 years old.

21               THE COURT:  I see.

22               THE PROSPECTIVE JUROR:  I was a teenager.

23               THE COURT:  Okay.  And I can't tell how old you

24   are.  I am terrible at figuring that out.

25               How many years ago would that have been?

```
 1                    THE PROSPECTIVE JUROR:  Oh, my gosh.  I am 43 now.
 2         So it was -- it was some years ago.
 3                    THE COURT:  Some years ago?
 4                    THE PROSPECTIVE JUROR:  Yes.
 5                    THE COURT:  Okay.  And is there anything about
 6         that experience that you think would make you skeptical
 7         about police officer's testimony about how they dealt with
 8         the scene of a crime?
 9                    THE PROSPECTIVE JUROR:  No.
10                    THE COURT:  Okay.  You also marked Question 22,
11         which asked whether you, a member of your family or any
12         close friend belong to a group or organization active in law
13         enforcement or crime victim prevention matters.
14                    Could you explain that?
15                    THE PROSPECTIVE JUROR:  I erased that one.
16                    THE COURT:  It does look a little erased.
17                    THE PROSPECTIVE JUROR:  I had erased that one once
18         I heard the examples.
19                    THE COURT:  I see.
20                    Well, do you follow a group or organization
21         involved in law enforcement or crime victim prevention?
22                    THE PROSPECTIVE JUROR:  No.
23                    THE COURT:  Okay.  What made you think that you
24         needed to check that?
25                    THE PROSPECTIVE JUROR:  I didn't hear you finish
```

1   the sentence, that's what it was.

2         THE COURT:  I see.

3         Okay.  And what do you do for a living?

4         THE PROSPECTIVE JUROR:  I work for the AAMC,

5   Association of American Medical Colleges; and I am in

6   constituent engagement.  So I work for a nonprofit.  And we

7   have members from medical school or teaching hospitals that

8   create groups where we can support them depending on, you

9   know, the situations that they have at their teaching

10  hospitals or medical schools.

11        THE COURT:  And how long have you done that?

12        THE PROSPECTIVE JUROR:  I have been there for two

13  [sic] years.

14        THE COURT:  And how far did you go in school?

15        THE PROSPECTIVE JUROR:  I just graduated from

16  Trinity University, with my associate's degree, in 2021.

17        THE COURT:  Okay.  Let me just see if the lawyers

18  have follow-up.

19        (A bench conference was held as follows:)

20        THE COURT:  Any follow-up from the government?

21        MS. SCHESNOL:  If maybe you could just explore a

22  little bit more -- when she said with her cousin's murder, I

23  think she said she didn't think it was handled fairly.

24  Maybe that could be explored a little bit.

25        THE COURT:  No.  She said she might have

1    difficulty if this case involved a similar kind of set of

2    facts, but it doesn't.  So I don't know what else -- I mean,

3    I don't know if I want to start telling her what the

4    evidence in this case is going to be, which I don't know

5    precisely.

6            But, I mean, I could tell her this case doesn't

7    involve the murder of anybody, but I don't think I really

8    want to go there.

9            MS. SCHESNOL:  No, that's fine.  I just was having

10    trouble hearing her, but you have clarified it for me.

11    Thank you.

12            THE COURT:  Okay.  Any other follow-up?

13            MS. SCHESNOL:  No, Your Honor.

14            MS. O'NEILL-GREENBERG:  Nothing from the defense.

15            (Whereupon, the bench conference concludes.)

16            THE COURT:  Juror No. 879, you can resume your

17    seat or go to Courtroom 6.

18            I think -- Teresa, should we have people go to

19    Courtroom 6?

20            THE COURTROOM DEPUTY:  Yes, Your Honor.

21            THE COURT:  Okay.  Just go to Courtroom 6.

22    Thank you.

23            (Whereupon, the prospective juror was excused.)

24            THE COURT:  Good afternoon, Juror No. 610.  How

25    are you this afternoon?

1          THE PROSPECTIVE JUROR:  Good.  How are you?

2          Should I take my mask off?

3          THE COURT:  Are you fully vaccinated?

4          THE PROSPECTIVE JUROR:  Yeah.

5          THE COURT:  You can when you are using the

6     microphone, or you can keep it on -- you can keep it on.  We

7     can hear you.

8          THE PROSPECTIVE JUROR:  Okay.  Good.

9          THE COURT:  I see you have marked Questions 9, 14,

10    16, and 29.  I am just going to review those with you in

11    order.

12         THE PROSPECTIVE JUROR:  Sure.

13         THE COURT:  Question 9 asks whether you, any

14    member of your family or a close friend was present at the

15    Capitol on January 6th.

16         Could you explain that?

17         THE PROSPECTIVE JUROR:  Sure.  So a coworker, but

18    also a friend -- I work at a very small company, so the

19    senior staff is very close -- at the time of the incident

20    was Senator Klobuchar's chief of staff, so she was at the

21    Capitol.

22         THE COURT:  Okay.  And have you spoken -- have you

23    spoken to your friend about her experiences that day?

24         THE PROSPECTIVE JUROR:  I have, yes.

25         THE COURT:  And when was the last time you spoke

1    to her about it?

2              THE PROSPECTIVE JUROR:  Maybe six months ago.

3              THE COURT:  About six months ago?

4              THE PROSPECTIVE JUROR:  Yeah.

5              THE COURT:  And what was the general tone of what

6    she described?

7              THE PROSPECTIVE JUROR:  I mean, it was very

8    traumatic for her.  So she talked to me about -- you know, I

9    think maybe at the time she didn't quite realize it; but,

10   having left that job, she had to seek therapy.  And it

11   was -- I think it was pretty emotional when she spoke about

12   it.

13             THE COURT:  And having talked to your friend

14   about, to use your words, a traumatic experience, do you

15   think that would affect your ability to be fair and

16   impartial listening to the evidence in this case?

17             THE PROSPECTIVE JUROR:  No.  I think I could

18   listen to the evidence impartially, but I wouldn't be able

19   to take how she spoke about it -- I wouldn't be able to

20   forget that, I guess.

21             THE COURT:  Well, we can't forget things that we

22   know.

23             THE PROSPECTIVE JUROR:  Sure, yes.

24             THE COURT:  But we can still put it enough out of

25   our minds --

1          THE PROSPECTIVE JUROR:  Absolutely.

2          THE COURT:  -- to listen carefully to the

3    evidence.

4          THE PROSPECTIVE JUROR:  Yes.

5          THE COURT:  And understanding the duty of a juror,

6    with the oath that you are going to take if you are selected

7    to serve on the jury, to listen carefully to the evidence,

8    apply the law as I instruct you, and make the assessment

9    whether the government has proven its case beyond a

10   reasonable doubt, do you think that it would be difficult

11   for you to carry out that duty and fulfill your oath as a

12   juror knowing what you have heard from your friend?

13         THE PROSPECTIVE JUROR:  No.

14         THE COURT:  Okay.  Question 14 asks:  Have you,

15   any member of your family or a close friend ever studied law

16   or been employed by a lawyer or a law firm?

17         Could you explain that?

18         THE PROSPECTIVE JUROR:  Sure.  My father is a

19   lawyer, and has been so for, I guess, 40 years.

20         THE COURT:  And where does your father practice?

21         THE PROSPECTIVE JUROR:  In New Jersey.

22         THE COURT:  And does your father handle criminal

23   matters?

24         THE PROSPECTIVE JUROR:  He does not.  He is an

25   employment lawyer.

1          THE COURT:  Okay.  And is there anything about any

2     conversations you may have had with your father about the

3     law that you think would impede your ability to apply the

4     law as I give it to you in this case?

5          THE PROSPECTIVE JUROR:  No.

6          THE COURT:  Okay.  Question 16 asks whether you, a

7     member of your family or a close friend have had experiences

8     with any law enforcement agency or the government that might

9     cause you to favor or disfavor the government or law

10    enforcement.

11          Could you explain that?

12          THE PROSPECTIVE JUROR:  Sure.  So I worked for the

13    federal government.  I was an Obama appointee at the

14    White House during both his first and second term.  And so I

15    just felt like, you know, I needed to say "yes" to that

16    question given that -- you know, I didn't just work for the

17    federal government, but I was also a political appointee.

18    So I just feel like that is relevant.

19          THE COURT:  Because you feel favorably towards the

20    government because you have worked for the government at the

21    highest levels?

22          THE PROSPECTIVE JUROR:  Yes.  Yes.

23          THE COURT:  Okay.  So having that general feeling

24    of being positive about your government, would that make it

25    difficult for you to be fair and impartial in this case?

1              THE PROSPECTIVE JUROR:  I mean, I want to tell

2     you that I could be -- again, I'm sorry.  I don't want to

3     make this too complicated.

4              I want to tell you I could be completely impartial

5     but, you know, I believe very strongly in the institution of

6     the federal government and the Congress.  So an attack --

7     an attack on that institution, I think, yes -- yes, it would

8     be difficult.

9              THE COURT:  And so you just don't -- you think

10    that coming in here and hearing just the statement of the

11    case that I have given, you are already feeling partial in

12    favor of the government here?

13             THE PROSPECTIVE JUROR:  I want to do my civic duty

14    here, but I also want to answer the question honestly.

15    And -- yes.  The truth is yes.

16             THE COURT:  All right.  Thank you.  Let me just

17    talk to the lawyers.

18             (A bench conference was held as follows:)

19             THE COURT:  Okay.

20             MS. O'NEILL-GREENBERG:  We would move to strike,

21    Your Honor.

22             THE COURT:  And the government's position?

23             MS. SCHESNOL:  No objection.

24             THE COURT:  Okay.  I am going to strike her.

25             (Whereupon, the bench conference concludes.)

1          THE COURT:  Okay.  Juror 610, I am going to excuse

2     you.  You can go to the jury lounge on the fourth floor to

3     see if they need your services in another case; otherwise,

4     you are excused.  Thank you.

5          THE PROSPECTIVE JUROR:  Thank you very much.

6          THE COURT:  You can go out the front door of the

7     courtroom.

8               (Whereupon, the prospective juror was excused.)

9          THE COURT:  Good afternoon, Juror 129.

10          Once you settle in -- you can put your things down

11     so you can feel more comfortable.  You came well prepared

12     for a long day.

13          THE PROSPECTIVE JUROR:  Yes.

14          THE COURT:  How are you this afternoon?

15          THE PROSPECTIVE JUROR:  I am good.  Thank you.

16          How are you?

17          THE COURT:  I am good.

18          I see you have put marks next to Questions 8, and

19     15.

20          So let me just turn to Question 8, which asks

21     whether you, a member of your family or a close friend live,

22     work near, or have any special familiarity with the Capitol

23     area.

24          THE PROSPECTIVE JUROR:  Yeah.  I have -- I was not

25     sure because I live in First and Mass [sic], so I don't know

1     if it's close enough or not.

2           THE COURT:  Okay.  Well, were you affected by any

3     of the security precautions that were taken after January 6,

4     2021?

5           THE PROSPECTIVE JUROR:  Yeah.

6           THE COURT:  And how did those security precautions

7     affect you?

8           THE PROSPECTIVE JUROR:  Not that much.  It was

9     just like -- it was on First Street after Mass, so it was

10    like one block away from my place.

11          THE COURT:  And is there anything about the

12    security precautions that were taken after January 6, 2021,

13    that you think would make it difficult for you to be fair in

14    this case?

15          THE PROSPECTIVE JUROR:  No.

16          THE COURT:  Okay.  Question 15 asked whether you,

17    any member of your family or any close friend have been

18    employed by any local, state, or federal law enforcement

19    agency or private security company.

20          Could you explain that?

21          THE PROSPECTIVE JUROR:  So my husband was retired

22    from NCIS, and he started to work as a Capitol contractor.

23          THE COURT:  He works now as a what?

24          THE PROSPECTIVE JUROR:  No, he was.  He passed

25    away last year.

1        THE COURT:  Oh, I'm sorry.

2        THE PROSPECTIVE JUROR:  Thank you.

3        THE COURT:  And what precisely does NCIS do?

4        THE PROSPECTIVE JUROR:  Sorry?

5        THE COURT:  What did he do at NCIS?

6        THE PROSPECTIVE JUROR:  It is Naval Criminal

7    Investigative Service; so he did investigation.  But his

8    last position was -- he was assistant director.

9        THE COURT:  He was the assistant director?

10       THE PROSPECTIVE JUROR:  Yes.

11       THE COURT:  I see.

12       Okay.  And how long did he work for NCIS?

13       THE PROSPECTIVE JUROR:  Twenty-nine years.

14       THE COURT:  And given the fact that your husband

15   worked in -- basically, doing criminal investigations for

16   such a long time, do you think that that would make you

17   partial, in favor, to law enforcement officers testifying

18   during this trial?

19       THE PROSPECTIVE JUROR:  Yeah.  I don't think it

20   change anything on what I think because we didn't speak

21   about that.

22       THE COURT:  Okay.  Good.

23       And what do you do for a living?

24       THE PROSPECTIVE JUROR:  I work at the French

25   Embassy, accounting.

1          THE COURT:  Doing accounting?

2          THE PROSPECTIVE JUROR:  Um-hum.

3          THE COURT:  Okay.  How long have you worked there?

4          THE PROSPECTIVE JUROR:  Eight years.

5          THE COURT:  Okay.  Let me see if the lawyers have

6    follow-up.

7          (A bench conference was held as follows:)

8          THE COURT:  Any follow-up from the government?

9          MS. SCHESNOL:  No, Your Honor.

10         THE COURT:  From the defense?

11         MS. O'NEILL-GREENBERG:  No, Your Honor.

12         (Whereupon, the bench conference concludes.)

13         THE COURT:  Juror 129, you can go to Courtroom 6.

14         THE PROSPECTIVE JUROR:  Where?

15         THE COURT:  Courtroom 6, which is around the

16   corner, and just wait there.

17         THE PROSPECTIVE JUROR:  Okay.

18         (Whereupon, the prospective juror was excused.)

19         THE COURT:  And good afternoon, Juror No. 152.

20   How are you this afternoon?

21         THE PROSPECTIVE JUROR:  I am good.  Thank you.

22         THE COURT:  Good.

23         I see you have marked Question 14, which asked

24   whether you, a member of your family or a close friend ever

25   studied law or have been employed by a lawyer or a law firm.

1          Could you explain that?

2          THE PROSPECTIVE JUROR:  My sister studied law; she

3    is an environmental law attorney.

4          THE COURT:  Okay.  And where does she practice?

5          THE PROSPECTIVE JUROR:  She works for EPA in

6    Chicago.

7          THE COURT:  And is there anything about any

8    conversations you may have or have had with your sister

9    about the law that you think would impede your ability to

10   follow my instructions on the law as I give them to you in

11   this case?

12         THE PROSPECTIVE JUROR:  No.

13         THE COURT:  And what -- Juror No. 152, what do you

14   do for a living?

15         THE PROSPECTIVE JUROR:  I am a pharmaceutical

16   quality assurance representative.

17         THE COURT:  And do you work for a particular

18   pharmaceutical company?

19         THE PROSPECTIVE JUROR:  I do.

20         THE COURT:  Okay.  How long have you done that?

21         THE PROSPECTIVE JUROR:  I have been working for my

22   current company for five months.

23         THE COURT:  And what did you do before that?

24         THE PROSPECTIVE JUROR:  I worked for another

25   pharmaceutical company.

1            THE COURT:  Okay.  And how far did you go in your

2     education?

3            THE PROSPECTIVE JUROR:  I have a master's degree.

4            THE COURT:  In what?

5            THE PROSPECTIVE JUROR:  Environmental science.

6            THE COURT:  Okay.  Let me see if the lawyers have

7     follow-up.

8            (A bench conference was held as follows:)

9            THE COURT:  Any follow-up from the government?

10           MS. SCHESNOL:  Nothing, Your Honor.

11           THE COURT:  And from the defense?

12           MS. O'NEILL-GREENBERG:  No, Your Honor.

13           (Whereupon, the bench conference concludes.)

14           THE COURT:  Okay.  Juror No. 152, you can go to

15     Courtroom 6 just to wait.

16           THE PROSPECTIVE JUROR:  Thank you.

17           THE COURT:  Thank you.

18           (Whereupon, the prospective juror was excused.)

19           THE COURT:  Good afternoon, Juror No. 134.  If

20     you'd just take that very first seat.  There should be a

21     little microphone that you can hold up so we can hear you.

22           How are you this afternoon?

23           THE PROSPECTIVE JUROR:  I am doing well.

24     How are you?

25           THE COURT:  I am good.

1          I see you have marked Questions 14, 15, 18, 27,

2     and 29, so let me just start with those in order.

3          14 asks whether you, a member of your family or a

4     close friend ever studied law, been employed by a lawyer or

5     a law firm.

6          Could you explain that?

7          THE PROSPECTIVE JUROR:  Yes.  A good friend of

8     mine whom I work with is a lawyer, and several of our family

9     friends are lawyers.

10         THE COURT:  Okay.  Do any of your friends handle

11    criminal matters?

12         THE PROSPECTIVE JUROR:  No.

13         THE COURT:  Okay.  And is there anything about any

14    conversations you may have had with your friends who are

15    lawyers about the law that would impede your ability to

16    follow my instructions on the law as I give them to you in

17    this case?

18         THE PROSPECTIVE JUROR:  I don't believe so.

19         THE COURT:  You don't believe so, or do you know?

20         THE PROSPECTIVE JUROR:  I know.  I -- no, it -- it

21    wouldn't.

22         THE COURT:  Okay.  Question 15 asked whether you,

23    any member of your family or a close friend has ever been

24    employed by any local, state, or federal law enforcement

25    agency or private security company.

1          Could you explain that?

2          THE PROSPECTIVE JUROR:  Yes.  My stepmother was an

3    officer on the police force in Norman, Oklahoma, as her

4    brother was also highway patrol in Oklahoma.

5          THE COURT:  Okay.  And is there anything about the

6    fact that you have family members who are members of law

7    enforcement that you think would make you favor the

8    testimony of law enforcement officers in this case?

9          THE PROSPECTIVE JUROR:  No.

10         THE COURT:  And question 18 asks whether you, any

11   member of your family or any close friend has ever been the

12   subject of a criminal investigation, accused of criminal

13   conduct, or arrested or prosecuted for a crime.

14         Could you explain that?

15         THE PROSPECTIVE JUROR:  Yes.  30-some-odd years

16   ago my older sister got into a little bit of trouble with

17   the law.

18         THE COURT:  And was she convicted of a crime?

19         THE PROSPECTIVE JUROR:  No.  She had been

20   arrested, but she wasn't convicted.

21         THE COURT:  Okay.  And do you know what she was

22   arrested for?

23         THE PROSPECTIVE JUROR:  Yes.  Drug possession.

24         THE COURT:  Drug possession?

25         THE PROSPECTIVE JUROR:  Yes.

1          THE COURT:  And based on what you know about that

2     case, do you think she was treated fairly by the system?

3          THE PROSPECTIVE JUROR:  I do.  I do.

4          THE COURT:  And how many years ago was that?

5          THE PROSPECTIVE JUROR:  Thirty-five.  I am trying

6     to do the math in my head.

7          THE COURT:  Okay.  Question 27 asked if there is

8     anything about the nature of this case or about the parties

9     involved that would make it difficult for you to render a

10     verdict based solely upon the evidence presented and the law

11     as I instruct you.

12          Could you explain that?

13          THE PROSPECTIVE JUROR:  I would say the nature of

14     the case is challenging for me.

15          THE COURT:  Why is that?

16          THE PROSPECTIVE JUROR:  I watched that day unfold

17     on TV.  And the area in which I lived in D.C. at the time

18     was an area where many of those people were staying, and so

19     everything that was happening around my neighborhood sort of

20     was moving towards that direction.

21          THE COURT:  When you say "those people" --

22          THE PROSPECTIVE JUROR:  The supporters that were

23     marching towards the Capitol -- sorry about that.

24          The supporters that were marching towards the

25     Capitol were kind of staying in the area in which I lived at

1    the time.  And it was a very intense time frame and kind of,

2    you know, unsettling in that area.

3              THE COURT:  And what area was that?

4              THE PROSPECTIVE JUROR:  I lived in Logan Circle,

5    Thomas Circle area.

6              THE COURT:  And do you think that based on the

7    feelings that you had that day, and perhaps after that

8    day -- do you think it's going to be hard for you to be a

9    fair and impartial juror in this case?

10             THE PROSPECTIVE JUROR:  I would love to be able to

11   say "no," but I just -- I don't know if I can answer that

12   honestly to say, "I would not be able to be impartial," just

13   given my feelings about it.  I want to be able to say, "I am

14   open, completely impartial."  But can I do it with an open

15   mind?  I just don't know if I can honestly say that.

16             THE COURT:  Let me just talk to the lawyers.

17             (A bench conference was held as follows:)

18             MS. SCHESNOL:  Do you have any follow-up?

19             MS. O'NEILL-GREENBERG:  No follow-up, Your Honor.

20   We would move to strike.

21             THE COURT:  And what's the government's position?

22             MS. SCHESNOL:  No objection.

23             THE COURT:  All right.  The motion is granted.

24             (Whereupon, the bench conference concludes.)

25             THE COURT:  Okay.  Juror No. 134, I am going to

1    excuse you and ask that you return to the jury lounge to

2    check out or see if they need your services.  Thank you very

3    much for coming here today.

4              And you can go out the back door -- or the front

5    door of the courtroom.

6              (Whereupon, the prospective juror was excused.)

7              THE COURT:  Juror No. 249, if you would just take

8    that very first seat.  There is a little microphone that

9    should be easy for you to hold.  There we go.

10             How are you this afternoon?

11             THE PROSPECTIVE JUROR:  Okay.

12             THE COURT:  And I see that you have marked

13    Questions 14, 15, 18, 19, and 22.

14             Starting with 14, which asks whether you, any

15    member of your family or a close friend has ever studied the

16    law or been employed by a lawyer or a law firm.

17             Could you explain that?

18             THE PROSPECTIVE JUROR:  I, myself, have worked in

19    law firms for over 30 years.  I have --

20             THE COURT:  Excuse me.  What have you done at law

21    firms?

22             THE PROSPECTIVE JUROR:  Primarily in IT, but also

23    as a legal secretary.

24             THE COURT:  Okay.

25             THE PROSPECTIVE JUROR:  I have a lot of friends

1    who are lawyers and work in law firms.  I have a brother who

2    is a lawyer, and a family friend who is a judge.

3                THE COURT:  Okay.  In any of your conversations

4    with your family members or based on your experience working

5    with lawyers in a law firm, is there anything about those

6    experiences or what you have learned about the law that you

7    think would impede your ability to follow my instructions on

8    the law as I give them to you in this case?

9                THE PROSPECTIVE JUROR:  No.

10                THE COURT:  And are any of the friends or your

11    relative who is a judge -- do they handle criminal matters?

12                THE PROSPECTIVE JUROR:  I am not sure about the

13    judge, I think he works in the superior court; he is a

14    family friend.  But not my sibling, no.

15                THE COURT:  Okay.  And then you have also marked

16    Question 15, which asks whether you, a member of your family

17    or any close friend have ever been employed by a local,

18    state, or federal law enforcement agency or a private

19    security company.

20                THE PROSPECTIVE JUROR:  I have a few friends who

21    work at the FBI and a friend who works for DEA.

22                THE COURT:  And do you ever talk to your friends

23    at the FBI or DEA about their work?

24                THE PROSPECTIVE JUROR:  No.

25                THE COURT:  There will be law enforcement agents

1    testifying during the course of this trial, including a

2    special agent from the FBI.

3             Do you think because you have friends from federal

4    law enforcement agencies that you are going to be partial to

5    believing those agents' testimony?

6             THE PROSPECTIVE JUROR:  No.

7             THE COURT:  Question 18 asks whether you, any

8    member of your family or a close friend has ever been the

9    subject of a criminal investigation, accused of criminal

10   conduct, or arrested or prosecuted for a crime.

11            Could you explain that?

12            THE PROSPECTIVE JUROR:  I had a brother who, when

13   I was much younger -- I don't know many of the details --

14   was incarcerated for a time.

15            THE COURT:  And do you know what he was

16   incarcerated for?

17            THE PROSPECTIVE JUROR:  I believe it was sexual

18   misconduct.

19            THE COURT:  And have you ever -- did you visit

20   your brother when he was incarcerated?

21            THE PROSPECTIVE JUROR:  No.

22            THE COURT:  And are you in touch with this brother

23   now?

24            THE PROSPECTIVE JUROR:  He's currently deceased.

25            THE COURT:  I see.

1          And is there anything -- do you know for how long

2     he was incarcerated?

3          THE PROSPECTIVE JUROR:  I don't recall.

4          THE COURT:  Okay.  And is there anything about the

5     fact that you had a brother who was incarcerated that you

6     think would make it difficult for you to be fair and

7     impartial in this case?

8          THE PROSPECTIVE JUROR:  No.

9          THE COURT:  You marked Question 19, about whether

10    you, a member of your family or a close friend has ever been

11    a victim of a crime, a witness to a crime, or testified in

12    court or before a grand jury as a witness to a crime.

13         THE PROSPECTIVE JUROR:  I have been the victim of

14    a crime; attempted robbery, robbery, and vandalism.

15         THE COURT:  And what was the last word?

16         THE PROSPECTIVE JUROR:  Vandalism.

17         THE COURT:  Vandalism, okay.

18         And when was the last occasion when you were a

19    victim of a crime?

20         THE PROSPECTIVE JUROR:  It's been a while.  More

21    than five years; my wallet was stolen.

22         THE COURT:  And did you contact the police for the

23    attempted robbery, the robbery, and the vandalism?

24         THE PROSPECTIVE JUROR:  Yes.

25         THE COURT:  And were you -- was anybody caught in

1    connection with any of those crimes?

2            THE PROSPECTIVE JUROR:  No.

3            THE COURT:  And were you satisfied with the police

4    response in those instances?

5            THE PROSPECTIVE JUROR:  Yes.

6            THE COURT:  22 asked whether you, any member of

7    your family or a close friend belong to a group or

8    organization active in law enforcement or crime victim

9    prevention matters.

10           Could you explain that?

11           THE PROSPECTIVE JUROR:  I have a friend who is now

12    retired, but was very active in FOP; I think you mentioned

13    that as an example.

14           THE COURT:  Yes.  And is your friend still active

15    in FOP?

16           THE PROSPECTIVE JUROR:  He is retired now, so I

17    don't think -- not as much.  I haven't been to a couple of

18    events there, but it's been many years since that happened.

19           THE COURT:  Was your friend who was active in FOP

20    a police officer himself?

21           THE PROSPECTIVE JUROR:  Yes.  With MPD.

22           THE COURT:  Oh, with MPD.  I see.

23           And is there anything about -- any warm feelings

24    you might have about FOP?  And do you think that that's

25    going to affect your ability to be fair and impartial in

1   this case?

2             THE PROSPECTIVE JUROR:  No.

3             THE COURT:  Okay.  And let's see.  I think you

4   have already told me that you have worked in law firms for a

5   number of years; is that correct?

6             THE PROSPECTIVE JUROR:  Yes.

7             THE COURT:  Are you still working in a law firm?

8             THE PROSPECTIVE JUROR:  I am currently looking for

9   a new job.  I am in between jobs at the moment.

10            THE COURT:  I see.  Let me talk to the lawyers.

11            (A bench conference was held as follows:)

12            THE COURT:  Any follow-up from the government?

13            MS. SCHESNOL:  No, Your Honor.

14            THE COURT:  And from the defense?

15            MS. O'NEILL-GREENBERG:  No, Your Honor.

16            (Whereupon, the bench conference concludes.)

17            THE COURT:  Okay.  Juror No. 249, you can go to

18   Courtroom 6 and just wait there.  Thank you.

19            (Whereupon, the prospective juror was excused.)

20            THE COURT:  Juror No. 426, if you could just take

21   the very first seat, and hold the microphone close to you.

22            THE PROSPECTIVE JUROR:  How is that?

23            THE COURT:  Perfect.  Good afternoon.

24            THE PROSPECTIVE JUROR:  How are you?

25            THE COURT:  Good.  Thank you very much for your

 1    patience.

 2              I see you have marked Question 8.  And 15 looks

 3    like it's got a scribble next to it, so I am just going to

 4    ask you about that.

 5              THE PROSPECTIVE JUROR:  Yes.

 6              THE COURT:  Okay.  So Question 8 asks whether you,

 7    a member of your family or a close friend live, work near,

 8    or have any special familiarity with the Capitol Building

 9    area.

10              THE PROSPECTIVE JUROR:  Yes.

11              THE COURT:  Could you explain that?

12              THE PROSPECTIVE JUROR:  I live in Stanton Park.

13              THE COURT:  I can't hear you.

14              THE PROSPECTIVE JUROR:  How is that?

15              THE COURT:  Better.

16              THE PROSPECTIVE JUROR:  I think the wiring is your

17    problem.

18              THE COURT:  You think that's what it is?

19              THE PROSPECTIVE JUROR:  Yeah.  I do AV stuff.

20              THE COURT:  You do.  Oh, my gosh.  Can I just keep

21    you?

22              THE PROSPECTIVE JUROR:  Sure.

23              THE COURT:  This has been crazy.

24              THE PROSPECTIVE JUROR:  Yeah.  The wiring that's

25    turned away from it doesn't work.  Sorry for adding more

1    stuff to your --

2              THE COURT:  Okay.  You're going to have to show my

3    courtroom deputy what your secret recipe is.

4              THE PROSPECTIVE JUROR:  So, yeah, I live in

5    Stanton Park.  So I'm at the corner of Sixth and Mass, so

6    I'm just -- that's my neighborhood.

7              THE COURT:  I see.

8              And were you affected by the security precautions

9    taken after January 6, 2021?

10             THE PROSPECTIVE JUROR:  I was.  They were across

11   the street from me.  So I was the first row outside --

12             THE COURT:  The security perimeter.

13             THE PROSPECTIVE JUROR:  I saw them all, but wasn't

14   inside of it.

15             THE COURT:  Okay.  Well, is there anything about

16   the fact that you live right there and you could see it that

17   you think would affect your ability to be fair and impartial

18   in this case?

19             THE PROSPECTIVE JUROR:  No.  None whatsoever.

20             THE COURT:  Okay.  Question 15 asked whether you,

21   any member of your family or a close friend has ever been

22   employed by a local, state, or federal law enforcement

23   agency or a private security company.

24             THE PROSPECTIVE JUROR:  So I put yes because a

25   good friend of mine is a motorcycle cop in Vancouver, BC,

1    but -- which I didn't know if that mattered.  But I wanted

2    to say that.

3                    THE COURT:  No, that's good.

4                    And do you talk to your friend about his work?

5                    THE PROSPECTIVE JUROR:  No, not very much.  Other

6    than, you know -- he was hit by a car, so we talk about the

7    accident.  But other than -- his work, not so much.

8                    THE COURT:  Okay.  And is there anything about

9    having a friend who is in law enforcement that you think

10   will make you partial to favor law enforcement witnesses

11   when they testify here?

12                   THE PROSPECTIVE JUROR:  No.  Not at all.

13                   THE COURT:  And what do you do for a living,

14   Juror No. 426?

15                   THE PROSPECTIVE JUROR:  At the moment I am sort

16   of -- I do consulting, and photography.

17                   THE COURT:  Do you do professional photography or

18   is that a hobby?

19                   THE PROSPECTIVE JUROR:  I am working on it.

20   Trying to.  But I have been -- my background is in more IT,

21   change management, communications consulting.

22                   THE COURT:  Okay.  Let me see if there is any

23   follow-up from the government.

24                   (A bench conference was held as follows:)

25                   THE COURT:  From the government?

```
1              MS. SCHESNOL:  Nothing, Your Honor.

2              THE COURT:  Defense?

3              MS. O'NEILL-GREENBERG:  No, Your Honor.

4              (Whereupon, the bench conference concludes.)

5              THE COURT:  All right.  Juror No. 426, could you

6   go wait in Courtroom 6, which is down the hall to the left.

7              THE PROSPECTIVE JUROR:  Sound great.

8              THE COURT:  Thank you.  Thank you for your help.

9              THE PROSPECTIVE JUROR:  Have a great day.

10  Thank you.

11             (Whereupon, the prospective juror was excused.)

12             THE COURT:  And good afternoon, Juror No. 272.

13  Please feel free to put your things down so you can be more

14  comfortable.  And I am going to ask you to hold that

15  microphone up.

16             All right.  And how are you this afternoon?

17             THE PROSPECTIVE JUROR:  Fine.

18             THE COURT:  Good.  I see you have marked

19  Questions 8 and 9.  And for 14 you want me to repeat it,

20  which I will.  You have also marked Question 27.

21             Starting with Question 8, which asked whether you,

22  a member of your family or a close friend live, work near,

23  or have any special familiarity with the Capitol Building

24  area.

25             THE PROSPECTIVE JUROR:  Yes, that is true.
```

1          THE COURT:  And could you explain that?

2          THE PROSPECTIVE JUROR:  I work at the Library of

3    Congress.  I was there that day.  And I was one that -- we

4    were escorted out of the building because of what was

5    happening.  And then, afterwards, they had fenced everything

6    up, so -- so I couldn't go back to work for a couple of

7    weeks, until all of the fences were up.

8          THE COURT:  I see.  So you lived through the

9    experience on January 6, 2021?

10         THE PROSPECTIVE JUROR:  Yes.

11         THE COURT:  And how would you describe that

12   experience?

13         THE PROSPECTIVE JUROR:  Very traumatic.  It was

14   very unsettling.  And it was just -- bringing it up now is a

15   little bit disconcerting.

16         THE COURT:  Do you think that it's going to be

17   hard for you to sit through this trial and see videotapes

18   and photographs of what was happening that day?

19         THE PROSPECTIVE JUROR:  Yes.

20         THE COURT:  And do you think that that would make

21   it difficult for you to be fair and impartial in this case?

22         THE PROSPECTIVE JUROR:  Yes.

23         THE COURT:  Okay.  Thank you.  Just a second.

24         (A bench conference was held as follows:)

25         THE COURT:  Do I have a motion?

1          MS. O'NEILL-GREENBERG:  The defense would move to

2     strike, Your Honor.

3          THE COURT:  The government's position?

4          MS. SCHESNOL:  No objection.

5          THE COURT:  The motion is granted.

6          (Whereupon, the bench conference concludes.)

7          THE COURT:  Juror No. 272, thank you so much for

8     coming today.  I am going to excuse you.  You can go to the

9     jury lounge on the fourth floor just to check out and see if

10    they need your services.

11         THE PROSPECTIVE JUROR:  Thank you.

12         THE COURT:  Thank you.

13         (Whereupon, the prospective juror was excused.)

14         THE COURT:  And good afternoon, Juror No. 512.

15    How are you this afternoon?

16         THE PROSPECTIVE JUROR:  Very well, thank you.

17         THE COURT:  All right.  I see you have marked

18    Questions 8, 16, and 27.

19         Starting with Question 8:  Do you, a member of

20    your family or a close friend live, work near, or have any

21    special familiarity with the area around the U.S. Capitol?

22         THE PROSPECTIVE JUROR:  I, both, have familiarity

23    because I have given testimony on the Hill several times.  I

24    have close friends who live nearby as well.  And I know

25    several Hill staffers who are close friends.

1          THE COURT:  And were any -- were you present on

2     the Hill on January 6, 2021?

3          THE PROSPECTIVE JUROR:  No.

4          THE COURT:  Do you have friends who were?

5          THE PROSPECTIVE JUROR:  Yes, nearby.

6          THE COURT:  And do you -- have you spoken to your

7     friends who were there on January 6, 2021, about their

8     experiences that day?

9          THE PROSPECTIVE JUROR:  Yes.

10          THE COURT:  And when was the last time you had a

11     conversation with one of your friends about that experience?

12          THE PROSPECTIVE JUROR:  Probably not for about a

13     year.

14          THE COURT:  Okay.  And how would you generally

15     describe your friends' experience that day?

16          THE PROSPECTIVE JUROR:  Most were traumatized.

17          THE COURT:  And based on hearing from your friends

18     about their experiences that day, do you think it would be

19     difficult for you to be fair and impartial listening to the

20     evidence in this case?

21          THE PROSPECTIVE JUROR:  Unfortunately, yes.

22          THE COURT:  Okay.  And what did you testify on the

23     Hill about?

24          THE PROSPECTIVE JUROR:  I work in foreign policy,

25     so U.S./India relations, U.S. policy in the Indo-Pacific.

1          THE COURT:  Let me just talk to the lawyers.

2          (A bench conference was held as follows:)

3          THE COURT:  Okay.  Do I have a motion?

4          MS. O'NEILL-GREENBERG:  The defense would move to

5     strike, Your Honor.

6          THE COURT:  And the government's position?

7          MS. SCHESNOL:  No objection.

8          THE COURT:  Okay.  Motion is granted.

9          (Whereupon, the bench conference concludes.)

10         THE COURT:  Juror No. 512, I am going to excuse

11    you.  Please go back to the jury lounge on the fourth floor

12    and check in with them; they will tell you whether they need

13    you or whether you are excused.

14         Thank you very much for coming today.

15         THE PROSPECTIVE JUROR:  Thank you.

16         (Whereupon, the prospective juror was excused.)

17         THE COURT:  Good afternoon, Juror 511.  How are

18    you this afternoon?

19         THE PROSPECTIVE JUROR:  Good.  How are you?

20         THE COURT:  I am good.

21         You can feel free to put your coat down, if that

22    would be more comfortable for you.

23         I see you have marked Questions 8 and 14, which I

24    will review with you now.

25         Question 8 asks whether you, any member of your

1    family or a close friend live, work near, or have any

2    special familiarity with the Capitol Building area.

3              Could you explain that?

4              THE PROSPECTIVE JUROR:  I live on Capitol Hill,

5    specifically 14th and C Southeast.

6              THE COURT:  And do you still live there?

7              THE PROSPECTIVE JUROR:  I live there now, yes.

8              THE COURT:  You live there now.

9              And did you live there on January 6, 2021?

10             THE PROSPECTIVE JUROR:  I lived in Navy Yard at

11   that time, Fourth and M Southeast.

12             THE COURT:  And I don't remember how far the

13   security perimeter around the Capitol went, but it didn't

14   reach the Navy Yard where you were living at the time, or

15   did it?

16             THE PROSPECTIVE JUROR:  It did.  I saw police from

17   my window on the -- on the street I lived on.

18             THE COURT:  I see.  Okay.  And how long did you --

19   how long after January 6, 2021, did you observe the security

20   precautions being taken after January 6th?

21             THE PROSPECTIVE JUROR:  A couple of days.  I

22   didn't really -- it was still peak COVID.  I didn't really

23   leave my apartment that frequently, but a couple of days at

24   least.

25             THE COURT:  Okay.  And is there anything about

1    that experience of observing the security precautions that

2    were taken and knowing about the events on January 6, 2021,

3    that you think would make it difficult for you to be fair

4    and impartial in this case?

5              THE PROSPECTIVE JUROR:  No.

6              THE COURT:  Question 14 asks whether you, any

7    member of your family or a close friend ever studied law or

8    was employed by a lawyer or a law firm.

9              Could you explain that?

10             THE PROSPECTIVE JUROR:  My mother is a Deputy

11   Attorney General for the State of New Jersey.

12             THE COURT:  And how long has she had that job?

13             THE PROSPECTIVE JUROR:  Past five or six years.

14             THE COURT:  Any other friends or family members

15   who are lawyers?

16             THE PROSPECTIVE JUROR:  No.  Just her.

17             THE COURT:  Okay.  And has your mother -- has your

18   ever handled criminal matters?

19             THE PROSPECTIVE JUROR:  No.  Just civil for the --

20   her main client is the Board of Education, I believe.  And,

21   before that, she did workplace injury.

22             THE COURT:  Okay.  And is there anything about any

23   conversations you may have had with your mother about the

24   law that you think would impede your ability to follow my

25   instructions on the law as I give them to you in this case?

```
1                THE PROSPECTIVE JUROR:  No, I don't believe so.

2                THE COURT:  Okay.  Juror No. 511, what do you do

3      for a living?

4                THE PROSPECTIVE JUROR:  I am a technical program

5      manager in security.  Computer security, specifically.

6                THE COURT:  And do you work freelance or do you

7      work for a particular company or agency?

8                THE PROSPECTIVE JUROR:  A particular company,

9      Amazon Web Services.

10               THE COURT:  How long have you done this kind of

11     work?

12               THE PROSPECTIVE JUROR:  This kind of work, for

13     about six years.  And specifically at Amazon, for the past

14     two and a half.

15               THE COURT:  And how far did you go in school?

16               THE PROSPECTIVE JUROR:  Bachelor's degree.

17               THE COURT:  Okay.  Let me see if the lawyers have

18     follow-up questions.

19               (A bench conference was held as follows:)

20               THE COURT:  Any follow-up from the government?

21               MS. SCHESNOL:  No, Your Honor.

22               THE COURT:  And from the defense?

23               MS. O'NEILL-GREENBERG:  No, Your Honor.

24               (Whereupon, the bench conference concludes.)

25               THE COURT:  Okay.  Juror No. 511, you can go to
```

1    Courtroom 6 and just wait there until I call you back.

2    Thank you.

3              You can go out the front door of the courtroom.

4              (Whereupon, the prospective juror was excused.)

5              THE COURT:  Good afternoon, Juror No. 234.  How

6    are you this afternoon?

7              THE PROSPECTIVE JUROR:  Good.  Thank you.

8              THE COURT:  I see you have marked Question --

9    well, you have a question mark next to Question 8, so I'm

10   going to go over that with you.  You have marked Question 14

11   and Question 19.

12             Question 8 asks whether you, a member of your

13   family or a close friend live, work near, or have any

14   special familiarity with the immediate area of the U.S.

15   Capitol.

16             Could you explain that?

17             THE PROSPECTIVE JUROR:  Yeah.  I used to live

18   maybe a mile and a half from there.  In terms of like

19   specialized knowledge, absolutely not.  But I just wanted to

20   make sure I was being honest about that, I suppose.

21             THE COURT:  Thank you.

22             Were you living in that area on January 6, 2021?

23             THE PROSPECTIVE JUROR:  I had recently moved away

24   from that area to a little bit further north in D.C., so no.

25             THE COURT:  Okay.  And Question 14 asked whether

1    you, a member of your family or a close friend ever studied

2    law, been employed by a lawyer or a law firm.

3          Could you explain that?

4          THE PROSPECTIVE JUROR:  Sure.  I have an uncle who

5    is a defense lawyer in Michigan, and a cousin who currently

6    is an attorney at the IMF.

7          THE COURT:  And have you ever seen your uncle in

8    court?

9          THE PROSPECTIVE JUROR:  No.

10          THE COURT:  And is there anything about your

11    relatives who are attorneys and conversations you may have

12    had with them about their work or the law that you think

13    would impede your ability to follow my instructions on the

14    law as I give them to you in this case?

15          THE PROSPECTIVE JUROR:  No.  I really have never

16    had conversations with those individuals about their work.

17          THE COURT:  Okay.  Question 19 asks whether you,

18    any member of your family or a close friend has ever been a

19    victim of a crime, witness to a crime, or testified in court

20    or before a grand jury as a witness to a crime.

21          Could you explain that?

22          THE PROSPECTIVE JUROR:  I have been robbed before.

23          THE COURT:  How many times?

24          THE PROSPECTIVE JUROR:  Twice.  I lived in South

25    America for a while, and during that time was robbed at

1    knifepoint twice.

2            THE COURT:  Were both the robberies that you were

3    the victim of, did those take place in South America?

4            THE PROSPECTIVE JUROR:  Correct.

5            THE COURT:  Were you ever the victim of a crime in

6    Washington, D.C.?

7            THE PROSPECTIVE JUROR:  No.

8            THE COURT:  Okay.  And did you report both the

9    robberies in South America to the police?

10           THE PROSPECTIVE JUROR:  Neither of them, no.

11           THE COURT:  Okay.  And is there anything about

12   having been a victim of a crime that you think would make it

13   difficult for you to be fair and impartial in this case?

14           THE PROSPECTIVE JUROR:  No.

15           THE COURT:  Okay.  What do you do for a living?

16           THE PROSPECTIVE JUROR:  I am a statistician.

17           THE COURT:  Who do you work for?

18           THE PROSPECTIVE JUROR:  I work for a company

19   called NORC.  We're a nonpartisan research company.

20           THE COURT:  Is there any particular type of

21   statistics you work on?

22           THE PROSPECTIVE JUROR:  Econometrics.  It's,

23   basically, measuring the effectiveness of different policies

24   perhaps or trying to obtain public opinion sort of

25   information that might help either private companies or the

1    government to make decisions.

2              THE COURT:  But do you focus in any way on any

3    kind of criminal justice-related statistics.

4              THE PROSPECTIVE JUROR:  Occasionally, in the past,

5    I have worked on projects related to criminal justice

6    reform; never in the United States, only in Central and

7    South America.

8              THE COURT:  Okay.  How far did you go in school?

9              THE PROSPECTIVE JUROR:  I have a master's degree.

10             THE COURT:  Okay.  In what?

11             THE PROSPECTIVE JUROR:  Economics.

12             THE COURT:  Okay.  Let me see if the lawyers have

13   follow-up.

14             (A bench conference was held as follows:)

15             THE COURT:  Any follow-up from the government?

16             MS. SCHESNOL:  No, Your Honor.

17             THE COURT:  Defense?

18             MS. O'NEILL-GREENBERG:  Nothing, Your Honor.

19             (Whereupon, the bench conference concludes.)

20             THE COURT:  All right.  Juror No. 234, if you

21   could wait in Courtroom 6.  So you can leave through the

22   front door of the courtroom.

23             (Whereupon, the prospective juror was excused.)

24             THE COURT:  And I am at 31.

25             Juror No. 196, if you could just take a seat in

1    that first juror chair.

2            How are you this afternoon?

3            THE PROSPECTIVE JUROR:  Very well.  Thank you.

4            THE COURT:  Thank you very much for your patience.

5    And I think you have to hold that microphone pretty close.

6            THE PROSPECTIVE JUROR:  Close.  Okay.  Perfect.

7            THE COURT:  You haven't marked anything on your

8    sheet.  There is a little dot next to 12.  What I am going

9    to do is I am just going to review 12 with you.

10            THE PROSPECTIVE JUROR:  Okay.

11            THE COURT:  And it asks whether you have an urgent

12    or extremely important matter to attend to this week such

13    that you could be faced with a hardship if selected to serve

14    on the jury in this case.

15            THE PROSPECTIVE JUROR:  No.  I mean, I have a job

16    interview this week.  But at this point I don't know even if

17    I have anymore because I couldn't schedule -- they couldn't

18    schedule -- I tried to anticipate last week, it didn't work.

19    So I don't know if it's going to even -- if I am going to

20    have this week.  So I am not sure what is happening.  But I

21    just wanted to -- but I wasn't -- it's not a big -- it is,

22    but it is not at this point.

23            THE COURT:  Okay.  Juror No. 196, what do you do

24    for a living?

25            THE PROSPECTIVE JUROR:  Engineer.  I mean, working

1      as a consultant at the World Bank in disaster recovery.

2      Yeah, this is what I am currently doing.

3              THE COURT:  Okay.  And how long have you worked at

4      the World Bank?

5              THE PROSPECTIVE JUROR:  Since the end of 2012.

6              THE COURT:  And how far did you go in school?

7              THE PROSPECTIVE JUROR:  I have a Ph.D. in

8      engineering.

9              THE COURT:  Okay.  And how long have you lived in

10     D.C.?

11             THE PROSPECTIVE JUROR:  Since 2004.

12     Before that -- yeah, since 2004.

13             THE COURT:  All right.  Let me just see if the

14     lawyers have follow-up.

15             (A bench conference was held as follows:)

16             THE COURT:  Any questions -- follow-up questions

17     from the government?

18             MS. SCHESNOL:  No, Your Honor.

19             THE COURT:  And from the defense?

20             MS. O'NEILL-GREENBERG:  No, Your Honor.

21             THE COURT:  All right.  And so that means we have

22     reached our 32 with this -- 32 qualified jurors.

23             Do you all have the same number?

24             MS. SCHESNOL:  Yes, Your Honor.

25             THE COURT:  Okay.  My plan then will be to send

```
1    all the rest of the jurors who are waiting to wait in

2    Courtroom 6.

3              I am going to bring the 32 qualified jurors in.  I

4    am going to seat them -- as many as I -- I think I can only

5    fit 30 on the left-hand side, and then the rest on the

6    right-hand side, just a few more; and then we'll move to

7    peremptory challenges.

8              MS. SCHESNOL:  Yes, Your Honor.

9              THE COURT:  Okay.

10             (Whereupon, the bench conference concludes.)

11             THE COURT:  Thank you.  Juror No. 196, if you

12   could just wait in the hallway.

13             And then, Ms. Gumiel, I want to speak to you.

14             (Whereupon, the prospective juror was excused.)

15             THE COURT:  All right.  We have our 32 qualified

16   jurors.  So at this point I think, with the help of my law

17   clerk, you can take the jurors who are sitting in the

18   hallway --

19             THE COURTROOM DEPUTY:  There are only a few.

20             THE COURT:  There are only a few.

21             Take them back to Courtroom 6.  And then bring the

22   32 qualified jurors back and seat them in the left-hand row.

23   The rest will just stay in Courtroom 6 until we finish

24   peremptories.  Okay.

25             All right.  And why don't we take -- it's going to
```

1    take her about ten minutes, with all of the people shuffling

2    around.  We'll take a ten-minute break.  Because then -- we

3    will move through peremptories and see if we can move right

4    to openings.

5              (Whereupon, a recess was taken.)

6              THE COURT:  All right.  Ladies and gentlemen,

7    thank you so much for your patience today.  We're now at the

8    stage of the jury selection process where we sit quietly,

9    you and me.  The lawyers are going to be working very hard

10   making their final selections of the jurors who will hear

11   this case.  This is done in rounds, and we just sit here

12   quietly.  The lawyers are going to be working very hard

13   though.

14             (Whereupon, counsel exercise their challenges.)

15             THE COURT:  Just so you know where we are, ladies

16   and gentlemen, we're about halfway through the rounds.

17             (Counsel continue to exercise their challenges.)

18             THE COURT:  Okay.  Ladies and gentlemen, now

19   Ms. Gumiel and I have to make sure we understand what the

20   parties have done.  Give us one more minute.

21             (Whereupon, the Court and staff confer.)

22             THE COURT:  Counsel, could you pick up the

23   walkie-talkies.

24             (A bench conference was held as follows:)

25             THE COURT:  We didn't discuss this beforehand but,

1    typically, I have the seats -- the last two seats in the

2    back row as the alternates, 13 and 14.  That's where we're

3    going to seat the alternates.

4              Any objection?  No?

5              MS. SCHESNOL:  No, no.

6              MS. O'NEILL-GREENBERG:  No.  Is it the back two

7    seats?

8              THE COURT:  The back two seats.

9              MS. O'NEILL-GREENBERG:  Okay.

10             (Whereupon, the bench conference concludes.)

11             THE COURT:  All right.  Ms. Gumiel.

12             Okay.  Ladies and gentlemen, now listen carefully

13    for your number, and follow Ms. Gumiel's seating chart.  She

14    is going to seat the jury in the jury box.

15             THE COURTROOM DEPUTY:  Okay.  As I call your

16    numbers, please come forward.

17             Juror No. 1, is Juror No. 2332.  2332 is Juror

18    No. 1.

19             2470.

20             0136.

21             Juror No. 2551, Chair No. 4.

22             0907, Chair No. 5.

23             1767, Chair No. 6.

24             1805, Chair No. 7.

25             2348, Chair No. 8.

```
1                    Juror No. 0268, Chair No. 9.

2                    1391.  1391, Chair No. 10.

3                    2800, Chair No. 11.

4                    0152, Chair No. 12.

5                    0426, Chair No. 13.

6                    And 1196.  1196, Chair No. 14.  All the way in the

7       back.

8                    THE COURT:  Those of you in the front row can sit

9       down; I think you will be fine.

10                   Okay.  Counsel, let me just speak to you on the

11      phone.

12                   (A bench conference was held as follows:)

13                   THE COURT:  Is the government satisfied with the

14      jury?

15                   MS. SCHESNOL:  Yes, Your Honor.

16                   THE COURT:  And is the defense satisfied with the

17      jury?

18                   MS. O'NEILL-GREENBERG:  Yes, Your Honor.

19                   THE COURT:  Okay.  I am going to swear them in and

20      give them preliminary instructions.  And then we'll move

21      into openings, depending on how much we have left.

22                   MS. SCHESNOL:  Thank you.

23                   (Whereupon, the bench conference concludes.)

24                   THE COURT:  Okay.  Please be seated.

25                   (Whereupon, the Court and staff confer.)
```

1          THE COURT:  I am going to administer the oath to

2     you, so please stand and raise your right hand.

3              (Whereupon, the selected jurors were sworn.)

4          THE COURT:  Okay.  Ladies and gentlemen, I am now

5     going to excuse all the rest of you.  Thank you very much

6     for your service and your patience today.

7              Let me just check one thing.

8              (Whereupon, the Court and staff confer.)

9          THE COURT:  Ladies and gentlemen, if you could go

10    back to the jury lounge, on the fourth floor, and let them

11    know you have been excused from this panel for this trial --

12    just to make sure that you can now be excused, and your

13    services are not needed for any other trial going on in the

14    courthouse.

15             Thank you very much for your service today.

16             (Whereupon, the unselected jurors were excused.)

17         THE COURT:  Ladies and gentlemen, now that you

18    have all been sworn, I am going to give you some preliminary

19    instructions in this case.

20             I am going to tell you a little bit about how the

21    trial is going to work, about some of the legal rules that

22    are important for you-all as jurors, and about your job as

23    jurors and my job as the judge.  These remarks are not a

24    substitute for the instructions that I will give to you at

25    the end of the trial before you start your deliberations.

1    These are what we call "preliminary instructions"; they're

2    intended to give you a sense for what is going to be going

3    on in the courtroom and what your responsibilities as jurors

4    will be.

5           Now, when you -- at some point, shortly, you are

6    all going to be given envelopes.  Inside the envelopes are a

7    pad of paper and a pen.  I will give those to you because I

8    do permit jurors to take notes during the trial if they want

9    to; and you can have your notes with you during

10   deliberations when this case is finally turned over to you

11   for the final decision.

12          None of you are required to take notes.  Indeed,

13   you should not take notes if you think that note-taking

14   might distract you -- your attention from listening to the

15   witnesses or hearing the testimony or watching the

16   videotapes, and other things that are going to come in as

17   evidence.

18          On the other hand, if you think that taking notes

19   might better focus your attention on the witnesses and the

20   evidence or might help you to remember better what went on

21   during the trial, you are free to take notes.  I leave the

22   decision of whether or not to take notes up to each juror

23   individually.

24          In my experience, some people have different ways

25   of learning; and some people learn better by taking notes

1   and some people remember and learn more -- and learn better

2   by not taking notes.  I really leave it up to each of you

3   individually to decide whether you want to take notes or

4   not.  If your notebook is more of a hindrance than a help

5   during the trial, you can just put it under your chair and

6   forget about it.

7          You should remember that your notes are only an

8   aid to help your own memory.  They are not evidence, and

9   they should not replace your own memory of the evidence.

10          Those jurors who do not take notes should rely on

11  their own memory of the evidence and should not be

12  influenced by the fact that another juror has taken notes.

13  The notes are only for the note-taker's personal use in

14  refreshing his or her memory of the evidence.

15          Whenever there is a recess in the trial, you can

16  leave your notebook and the pens in the envelope on your

17  seats; and Ms. Gumiel will collect them.  And she certainly

18  will keep them secure overnight and during any other

19  recesses of the court.  No one, including myself, will ever

20  look at your notes.

21          You will not be able to take your notebooks home

22  with you overnight or at the end of the trial.  I am

23  sometimes asked about that; you will not be able to do that.

24          At the end of the trial, after you have finished

25  your deliberations, returned to the courtroom, rendered your

1    verdict, the notebooks will be collected; your notes will be

2    destroyed.  Again, neither I nor anyone will ever look at

3    the notes you have taken, so you should feel free to write

4    what you wish.

5              Now, during the trial you are going to hear me use

6    a few terms; and I want to explain what I mean.

7              I will refer to the "government" or "government

8    counsel" and to the "defense counsel."  When I mention the

9    "government counsel," I am referring to Assistant United

10   States Attorney Jacqueline Schesnol and Carolina Nevin.

11   When I reference the "defense counsel," I am referring to

12   the attorneys Timothy Watkins, Forrest O'Neill-Greenberg,

13   and Aziza Hawthorne, who are counsel to the defendant,

14   Vincent Gillespie, in this case.  "Counsel" is just another

15   way of saying "lawyer."

16             When I "sustain" an objection that a lawyer has

17   made to testimony or evidence, I am excluding that testimony

18   or evidence from the trial for a good reason.

19             When you hear that I have "overruled" an

20   objection, I am permitting that evidence to be admitted.

21   When I say "admitted into evidence" or "received into

22   evidence," I mean that the particular statement or exhibit

23   may be considered by you in making the decisions you must

24   make at the end of this case.

25             In the event that the government and the defendant

1    stipulate, that is, agree to certain facts, you should

2    consider any "stipulation of fact" to be undisputed

3    evidence.

4         The government and the defendant may also

5    stipulate, or agree, to the testimony a particular witness

6    would have given if he or she had testified in the case; and

7    you should consider "stipulated" testimony to be exactly

8    what this witness would have said if he or she had actually

9    testified here.

10        Now I'm going to briefly describe what the case is

11   about, some of the procedures we are going to use, and the

12   rules of law that will be important.

13        As I mentioned to you earlier today during the

14   voir dire, this is a criminal case.  The United States has

15   charged Vincent Gillespie with violating eight separate

16   federal criminal laws based on his conduct at the

17   United States Capitol Building on January 6, 2021.

18        Specifically, Mr. Gillespie is charged with:

19   Unlawfully assaulting, resisting, or impeding officers and

20   acting to obstruct, impede, and interfere with officers

21   lawfully performing their duties incident to and during a

22   civil disorder; unlawfully entering, remaining, and engaging

23   in disorderly, disruptive, and violent conduct in a

24   restricted building or grounds, namely the U.S. Capitol

25   Building, and unlawfully obstructing an official proceeding.

1          Mr. Gillespie denies each charge.

2          Every defendant in a criminal case is presumed to

3  be innocent.  This presumption of innocence remains with the

4  defendant throughout the trial unless and until he is proven

5  guilty beyond a reasonable doubt.

6          The burden is on the government to prove the

7  defendant guilty beyond a reasonable doubt, and that burden

8  of proof never shifts throughout the trial.  The law does

9  not require a defendant to prove his innocence or to produce

10  any evidence.

11          If you find that the government has proven beyond

12  a reasonable doubt every element of the offense with which

13  the defendant is charged, it is your duty to find him guilty

14  of that offense.  On the other hand, if you find that the

15  government has failed to prove any element of the offense

16  beyond a reasonable doubt, you must find the defendant not

17  guilty of that offense.

18          Now, as the first step in the trial, counsel for

19  the government and the defendant will have an opportunity to

20  make opening statements.  The defendant may make an opening

21  statement immediately after the government's opening

22  statement or he may choose not to make an opening statement

23  at all.

24          You should understand that the opening statements

25  are not evidence; they're only intended to help you

224

1    understand the evidence that the lawyers expect will be

2    introduced during the course of the trial.

3           After the opening statements, the government

4    attorneys, Ms. Schesnol and Ms. Nevin, will put on what is

5    called the government's case in chief.  This means that the

6    government will call witnesses to the witness stand, to my

7    left, between you and -- between me and you all.  They will

8    ask each witness questions, and this is called "direct

9    examination."  When the government is finished, then defense

10   counsel may ask questions, and this is called "cross

11   examination."  When the defense is finished, the government

12   counsel may have "redirect examination."

13          After the government presents its evidence, the

14   defendant may present evidence, but he is not required to do

15   so.  The law does not require a defendant to prove his

16   innocence or to produce any evidence because he is presumed

17   to be innocent.

18          If the defendant does put on evidence,

19   Mr. Gillespie's lawyers, Mr. Watkins, Ms. O'Neill-Greenberg

20   or Ms. Hawthorne will call witnesses to the stand and ask

21   questions on direct examination; the government attorneys

22   will cross-examine, and the defense attorney may have brief

23   redirect examination.  When the defense is finished, the

24   government may offer a rebuttal case which will operate

25   along the same lines as its case in chief.

1          At the end of all of the evidence, the lawyers for

2     the government and the defendant will have an opportunity to

3     make closing arguments in support of its case.  The lawyers'

4     closing arguments, just like their opening statements, are

5     not evidence in this case; they are only intended to help

6     you understand the evidence.

7          Finally, at the end of the evidence, after both

8     sides have finished closing arguments, I will tell you in

9     detail about the rules of law that you must follow when you

10    consider what your verdict shall be.  You should pay careful

11    attention to the witnesses.

12         At the beginning of the jury selection process,

13    names of possible witnesses were read to you to determine if

14    you recognize the name.  If at any time during this trial

15    you suddenly realize that you recognize or might know any

16    witness, lawyer or someone who is mentioned in the testimony

17    or the evidence or anyone else connected to the case, you

18    should raise your hand immediately and let me know; I will

19    speak to you privately.

20         Fourteen jurors have been selected to hear the

21    evidence in the case, but only 12 of you will deliberate.

22    Before you entered the courtroom, we randomly selected the

23    alternates' seats.  I will not disclose to you who the

24    alternates are until the very end of my final instructions

25    before you begin your deliberations.

1        As any seat might turn out to be an alternate

2   seat, it is important that each of you think of yourselves

3   as regular jurors during this trial, and that all of you

4   give this case your fullest and most serious attention.

5        I want to briefly describe my responsibilities as

6   the judge and your responsibilities as the jury.

7        My responsibilities are to conduct this trial in

8   an orderly, fair and efficient manner, to rule on legal

9   questions that may come up during the trial, and to instruct

10  you about the law that applies to this case.

11       It is your sworn duty, as jurors, to determine the

12  facts in this case.  You, and only you, are the judges of

13  the facts.  You alone determine the weight, the effect, and

14  the value of the evidence, as well as the credibility or

15  believability of the witnesses.  You must consider and weigh

16  the testimony of all witnesses who appear before you.  You

17  alone must decide the extent to which you believe any

18  witness.

19       You must pay very careful attention to the

20  testimony of all the witnesses.  You will not have

21  transcripts or summaries of the testimony available to you

22  during your deliberations.  You will have to rely entirely

23  on your memory and your notes, if you choose to take any.

24       Now, during this trial, I may rule on motions and

25  objections by the lawyers; I may make comments; I may

1    question some of the witnesses, and my job is to instruct

2    you on the law.  You should not take any of my statements or

3    actions as any indication of my opinion about how you should

4    decide the facts in this case.  If you think that somehow I

5    have expressed or even hinted at any opinion as to the facts

6    in this case, you should disregard it.

7         The verdict in this case is your sole and

8    exclusive responsibility.  You may consider only the

9    evidence properly admitted in this case, and that evidence

10   includes the sworn testimony of witnesses and the exhibits

11   admitted into evidence.  Sometimes a lawyer's question

12   suggests the existence of a fact, but the lawyer's question

13   alone is not evidence.

14        If the evidence includes anything other than

15   testimony and exhibits, I will instruct you about any other

16   types of evidence when they are admitted during the trial.

17        Now, during the trial, if the Court, meaning me,

18   or the lawyer makes a statement or asks a question that

19   refers to evidence that you remember differently, you should

20   rely on your own memory of the evidence during your

21   deliberations.

22        Now, the lawyers may object when the other side

23   asks a question, makes an argument or offers evidence that

24   the objecting lawyer believes is not properly admissible.

25   You must not hold objections against the lawyer who makes

1    them or the party he represents.  It is the lawyer's

2    responsibility to object to evidence that the lawyer

3    believes is not admissible.

4         If I sustain an objection to a question asked by a

5    lawyer, the question must be withdrawn, and you must not

6    guess or speculate what the answer to the question would

7    have been.  If a question is asked and answered and then I

8    rule that the answer should be stricken from the record, you

9    must disregard both the question and the answer in your

10   deliberations.  You should follow this same rule if any of

11   the exhibits are stricken.

12        Now, to ensure fairness, you must follow certain

13   rules about your conduct as jurors.

14        First, you are not permitted to discuss this case

15   with anyone until this case is submitted to you for your

16   decision at the end of my final instructions.  This means

17   that until the case is submitted to you, you may not talk

18   about it even with your fellow jurors.  This is because we

19   don't want you making decisions mid-trial when you haven't

20   heard all of the evidence and the instructions of law.

21        After I submit the case to you, you may discuss it

22   only when I instruct you to do so and only in the jury room,

23   and only in the presence of all your fellow jurors.

24        It is important you keep an open mind and not

25   decide any issue in the case until after I submit the entire

1    case to you with my final instructions.

2            In addition, you may not talk about this case with

3    anyone else.  It should go without saying, you may also not

4    write about the case electronically through any blog,

5    posting or other communication, including social networking

6    sites such as Facebook or Twitter, until you have delivered

7    your verdict and the case is over.  This is because you must

8    not decide the case based on what happens outside the

9    courtroom, but only on what evidence is presented during the

10   course of the trial.

11           I am sure, when we take our first recess when you

12   go home tonight, you are going to be asked by friends,

13   family members, What happened today?  What kind of case is

14   it?  You may tell people you have been selected as a juror

15   on a criminal case, nothing else.

16           Between now and when you are discharged from jury

17   duty, you must not provide to or receive from anyone,

18   including friends, coworkers, and family members any

19   information about your jury service.

20           You may tell those who need to know where you are,

21   that you have been picked for the jury, it's a criminal

22   case, and how long the case may take.  You must not give

23   them any information about the case itself or the people

24   involved, and that's because people -- it will provoke a

25   reaction.  People might say things to you, share things with

1    you, and that is not acceptable.

2          You have to decide this case without influence of

3    anybody outside the jurors -- your fellow jurors who you are

4    going to talk to because they have all shared the same

5    experiences as you, seeing the same evidence, hearing the

6    same witnesses.

7          In this age of electronic communications, I want

8    to stress you must not use electronic devices or computers

9    to talk about this case, including Tweeting, texting,

10   blogging, emailing, posting information on a website or

11   chat room, or any other means at all.  Do not send or accept

12   messages, including email and text messages about your jury

13   service.

14         You must not disclose your thoughts about your

15   jury service or ask for advice about how to decide this

16   case.  When the case is over, you may discuss any part of it

17   with anyone you wish, but until then you may not do so.

18         Second, although it is a natural human tendency to

19   talk with people with whom you come in contact, you must not

20   talk to any of the parties, their attorneys or any witnesses

21   in this case during the time you serve on this jury.

22         If you encounter people connected with this case

23   outside the courtroom, you should avoid having any

24   conversation with them, overhearing their conversation, or

25   having any contact with them at all.  For example, if you

1    find yourself in the courthouse corridor, the elevator, the

2    cafeteria where this case is being discussed by attorneys,

3    parties or witnesses, you should immediately leave the area

4    to avoid hearing such discussions.

5          If you see any of the attorneys or witnesses or

6    parties involved in the case and they turn and walk away

7    from you, they are not being rude.  They're merely following

8    this instruction not to have any contact with the jurors in

9    this case.

10          If you do happen to overhear a discussion about

11   the case, you should report that to me as soon as possible,

12   and I will speak privately with you about it.

13          Third, it is unlikely, but if someone tries to

14   talk to you about the case, you should refuse to engage in

15   any conversation about the case and immediately let me know

16   by telling Ms. Gumiel; and I will talk to you privately

17   about it.  Do not tell the other jurors.  I will discuss it

18   with you privately.

19          Fourth, in some cases there may be reports in the

20   newspapers or on the radio, internet, or television

21   concerning the case while the trial is going on.  If there

22   should be such media courage in this case, you may be

23   tempted to read, listen to, or watch it.  Do not do so.  You

24   must not read, listen to, or watch such reports because you

25   must decide this case based solely on the evidence presented

1  in the courtroom.  Your focus must be on the evidence

2  presented here regarding the charges brought by the

3  government about this defendant at trial.

4      If you have been exposed to any press coverage

5  about the case, you must tell me about it immediately by

6  telling Ms. Gumiel, and I will speak to you privately.

7  Don't tell any of your fellow jurors.  You should only

8  discuss it with me and Ms. Gumiel.

9      Now, fifth, because you must decide this case

10  based only on what occurs in the courtroom, you may not

11  conduct any independent investigation of the law or the

12  facts in this case or consult with anybody about the case.

13  This means you may not conduct any research in books or

14  newspapers.  It means you cannot conduct any kind of

15  electronic research, for example, Googling people involved

16  in the case, researching any issue on the internet, or

17  asking anybody questions via emails or texts.

18      "Research" includes something even as simple and

19  seemingly harmless as using the internet to look up a legal

20  term or view a satellite view or a map of things that you

21  are going to be hearing about during the testimony.

22      I want to explain the reasons why you should not

23  conduct your own investigation or do any research.

24      All parties have a right to have this case decided

25  only on evidence and legal rules that they know about and

1    that they have had a chance to respond to.  Relying on

2    information you get outside of the courtroom is unfair

3    because the parties would not have a chance to refute it, to

4    correct it, or explain it.

5            Unfortunately, information we get over the

6    internet or from other sources may be incomplete,

7    misleading, or just plain wrong.  It is up to you to decide

8    whether to credit any evidence presented in court, and only

9    the evidence presented in Court may be considered.

10           If evidence or legal information has not been

11   presented in court, you cannot rely on it.  Moreover, if you

12   do any research on your own about the facts or the law, this

13   may result in different jurors basing their decisions on

14   different information.  Each juror must make his or her

15   decision based on the same evidence and under the same

16   rules.

17           Six, as I have already mentioned, after I submit

18   the case to you, you may then discuss the case in the jury

19   room in the presence of all your fellow jurors.  It is

20   important you keep an open mind and not decide any issue in

21   the case until after I submit the entire case to you with my

22   final instructions.

23           Your verdict must be unanimous; that is, all 12

24   jurors who deliberate on this case must agree on the

25   verdicts.

1          Now, I am going to tell you very briefly about

2     what the schedule is that we're going to keep in this trial.

3          We're going to try and start promptly at 9 a.m. in

4     the morning and take a short break at 11 a.m., and a lunch

5     break between 12:30 and 1:30 p.m.  We'll take a short break

6     in the afternoon, around 3, 3:30.  And we'll end at about 5.

7          We will meet every day this week until the trial

8     is concluded and you have returned your verdict.  You are

9     going to spend most of your time during the trial either in

10    the courtroom or in the jury room.  I urge you not to leave

11    valuables in the jury room; just bring them with you into

12    the courtroom.

13         Thank you very much for your patience and your

14    attention during the course of this day.  I think what we're

15    going to do now is we're going to take a short, 5-,

16    10-minute break so that Ms. Gumiel can send you back to the

17    jury room.  And you can -- for those of you who haven't seen

18    the jury room, you will be able to see it; and she can

19    distribute the notebooks to you.  I give it to you in an

20    envelope because, otherwise, the pens start flying all over

21    the floor; it's just easier to keep it all together in the

22    envelope.

23         We're going to take a short break before we

24    proceed to opening statements.  You are all excused.  Follow

25    Ms. Gumiel.

```
1              (Whereupon, the jury was excused.)

2              THE COURT:  We're going to take a short break.

3              You can get organized, both sides, for your

4    opening statements because I think we can fit that in today.

5    And I am going to get some water so I can stop choking.

6              MS. SCHESNOL:  Your Honor, we do have a witness

7    here.  If we get far enough, the government is prepared to

8    put on its first witness.

9              THE COURT:  Okay.  Well, we'll see how much time

10   we have.

11             MS. SCHESNOL:  Great.

12             THE COURT:  But given the nature of coming up on

13   the holidays, I don't want to waste a second.  Okay.

14             (Whereupon, a recess was taken.)

15             THE COURT:  Is the government ready for me to call

16   the jury in?

17             MS. SCHESNOL:  Yes, Your Honor.

18             THE COURT:  And is the defense going to give an

19   opening statement, or no?

20             MS. O'NEILL-GREENBERG:  Yes, we are, Your Honor.

21             THE COURT:  Okay.

22             (Whereupon, the jury returns to the courtroom.)

23             THE COURT:  All right.  Ladies and gentlemen, you

24   have your envelopes with your notepads and your pens that

25   you can use.
```

1          And who is going to give the opening statement on

2     behalf of the government?

3          MS. NEVIN:  I will, Your Honor.

4          THE COURT:  Okay.  Ms. Nevin, please proceed when

5     ready.

6          MS. NEVIN:  Good afternoon, members of the jury.

7          On January 6, 2021, the defendant was part of an

8     effort to overpower, with sheer numbers and violence, the

9     police officers who were protecting a door leading into the

10    Capitol.

11         The officers were protecting that door and the

12    building because members of Congress were in there

13    certifying the Electoral College votes for President of the

14    United States.  This process has happened after every

15    presidential election in our country's history without

16    incident until 2021.

17         The defendant came from a small town in

18    Massachusetts to the Capitol to disrupt that peaceful

19    transfer of power on January 6th.  On that day, he was

20    inside what is referred to as "the tunnel."

21         This tunnel is a doorway at the center of the

22    Capitol on the lower west terrace.  It's directly below the

23    Dome, the symbol of our democracy.  And while inside the

24    tunnel, the defendant assaulted a metropolitan police

25    sergeant, which is captured on video right here.

1           (Whereupon, the video was published.)

2           MS. NEVIN:  The defendant later described this

3    chaotic scene to a reporter while he was still on Capitol

4    grounds.  Here is what he said:

5           (Whereupon, the video was published.)

6           MS. NEVIN:  The defendant was hoping that people

7    would follow behind him and force Congress to change the

8    results of the presidential election because it didn't turn

9    out the way that he had wanted to.

10          Now, the Twelfth Amendment of the Constitution

11   says that both Houses of Congress, the House of

12   Representatives and the Senate must meet together in a

13   special Joint Session for the sole purpose of reviewing and

14   counting the ballots that formally declare the winner of the

15   presidential election.

16          The Vice President presides over this Joint

17   Session; and federal law specifies exactly when and how this

18   must happen.  It must occur on January 6th, it must begin at

19   1:00 p.m., and it must take place in the House of

20   Representatives' chamber.

21          You will hear that, in anticipation of this and

22   because of ongoing COVID-19 restrictions, the U.S. Capitol

23   Police had placed a restricted perimeter around Capitol

24   grounds, making it clear that no unauthorized person was

25   allowed on the grounds that day or any other day for that

1    matter.  That perimeter was marked by barricades, signs that

2    said "Area Closed," and police officers manning the grounds.

3         Despite these measures, rioters breached Capitol

4    grounds before the Congressional session was set to begin,

5    and they eventually broke into the actual building.  As a

6    result, Congress had to stop its certification of the

7    electoral votes and the Vice President had to be escorted to

8    a secure location by the Secret Service.  This siege of the

9    Capitol continued for hours.  During that time, the Capitol

10   was not secure so that Congress could not meet to certify

11   the election.

12        It was not until 8:00 p.m., once the police swept

13   the Capitol of all the rioters, that Congress was able to

14   resume its work.

15        The defendant was one of the many trespassers on

16   Capitol grounds that day, but his conduct went far beyond

17   breaching the secure perimeter.

18        The evidence will show that the defendant, while

19   on the lower west terrace at around 4 p.m., forced his way

20   through the mass of rioters to the police line defending the

21   terrace's exterior door, which is the site of the tunnel.

22        Many officers were in full riot gear wearing body

23   armor, helmets, gas masks, and carrying tall, hard, plastic

24   shields meant for defensive purposes.  The defendant took

25   one of those shields, again, designed to protect the

1    officers, and charged toward the police line in an attempt

2    to knock them down, get past them, and get into the building

3    to force a change to the election results.

4    When that didn't work, he grabbed a Metropolitan

5    Police sergeant by the arm and violently yanked him multiple

6    times to try to pull him out of the police line and into the

7    crowd of rioters.

8    Now, the sergeant was able to free himself from

9    the defendant's grasp; but the defendant continued to

10    struggle with the police, yelling "traitor" and "treason" at

11    them.

12    During the struggle, the police were deploying

13    tear gas to try to get the rioters to disperse; and another

14    rioter inadvertently hit the defendant on the head with a

15    crutch, but he kept fighting.  He would not be deterred.  He

16    was there to overturn this election through violence.

17    However, the police would not be deterred either.

18    You will hear that some of them did not know that other

19    entrances of the building had been breached, so they

20    believed that they were the Capitol's last stand.

21    You will hear that the tunnel was the site of some

22    of the fiercest fighting between rioters and the police that

23    day.  Although earlier in the afternoon the police were able

24    to keep the rioters at bay, they eventually flooded the

25    lower west terrace and began barraging the tunnel.

1          The police had been battling with the rioters at

2     the tunnel and holding that line for hours before the

3     defendant got to the front; and the defendant was not going

4     to be the one to defeat them.

5          With daylight waning, the number of rioters

6     dwindling, and increasing numbers of officers arriving, the

7     defendant finally retreated to tend his wounds:  A bleeding

8     head from the crutch swung by the fellow rioter, and burning

9     eyes from the pervasive pepper spray.  And that's when he

10    gave the interview, which was broadcast by the *Associated*

11    *Press*, a national news organization.

12         You saw how he was bleeding, eyes bloodshot, in an

13    almost frenzied state; he is riled up, and he is excited.

14         Now, when the reporter asks him:  What would you

15    have done if you got in?  He says this:

16         (Whereupon, the video was published.)

17         MS. NEVIN:  Now, although, on January 6th, this

18    really did look like a small tunnel leading into the

19    building, that's not what this is.

20         This is actually the door (displaying) that two

21    weeks later, on January 20th, the President-elect was

22    scheduled to step out of before taking his oath of office.

23    Where you see these thousands of rioters overwhelming the

24    police, that would be the inauguration stage.  This would be

25    the site of the peaceful transfer of power that the

1    defendant came to D.C. to thwart.

2           The defendant is charged with eight crimes

3    stemming from his conduct on Capitol grounds on January 6th.

4           At the end of the evidence, the Chief Judge will

5    instruct you on the names and elements of the crimes.  But,

6    in short, he is charged with:  Assaulting a law enforcement

7    officer, obstruction of Congress, civil disorder, multiple

8    counts related to being on restricted grounds, and being

9    disorderly and physically violent on those restricted

10   grounds.

11          Now, over the course of this trial you will see

12   video of what the defendant did.  You will hear from law

13   enforcement officers who were there.  You will see the

14   sweatshirt that he was wearing that day, which the FBI found

15   in his house in Massachusetts.

16          By the end of this trial, you will not only know

17   what the defendant did, but you will also know what his

18   intent was when he came to the Capitol.  You will know that,

19   both, through his actions and because in that interview he

20   explicitly says why he was at the Capitol on January 6th:

21   To take it over.

22          Members of the jury, the evidence will show beyond

23   a reasonable doubt the defendant is guilty of every crime

24   that he is charged with.  At the end of this trial, we will

25   stand before you again and ask you to find him guilty on all

1    counts.  Thank you.

2              THE COURT:  Thank you.

3              Ms. O'Neill-Greenberg, are you doing the opening

4    for defense?

5              MS. O'NEILL-GREENBERG:  Yes, Your Honor.

6              THE COURT:  Do you need to set up anything?

7              MS. O'NEILL-GREENBERG:  It's fine.

8              THE COURT:  Okay.

9              MS. O'NEILL-GREENBERG:  Vincent Gillespie never

10   wanted to hurt anybody on January 6th.  He didn't want to

11   cause harm or be involved in anything that would hurt

12   Metropolitan or Capitol Police or law enforcement or other

13   protesters or be involved in anything that could cause

14   somebody harm.  That's fundamentally not who Mr. Gillespie

15   is; that's not why he came to D.C. for January 6th, and that

16   is not why he went to the Capitol.

17             Now, Mr. Gillespie doesn't vote.  He hasn't voted

18   in decades.  He doesn't watch the news.  He doesn't even own

19   a functioning TV.  He doesn't have internet at his house.

20   He doesn't read the news.  He doesn't get a newspaper to his

21   house.  He doesn't have smart devices.  He's not watching

22   C-SPAN, like a 24-hour news-connected person.  He is not

23   even a 12-hour news-connected person.

24             He has a landline in his home in Athol,

25   Massachusetts, which is the small town in Massachusetts he

1    lives in, and he uses a flip phone.  He has a laptop, which

2    he sometimes takes to the local cafe or the local grocery

3    store to get on their free Wi-Fi.

4           So when his friend, in January of 2021, called him

5    up on his landline and told him that Trump was going to be

6    holding a "Stop the Steal" rally on January 6, 2021,

7    Mr. Gillespie didn't know that Trump was going to be holding

8    a rally.  Mr. Gillespie hadn't heard about the Trump rally.

9    Mr. Gillespie hadn't voted in the 2020 election, but he did

10   want to show his support for Trump.  And he was worried

11   about something that he believed was election fraud,

12   something that troubled him deeply; something that he felt

13   to his core was threatening democracy.

14          So Mr. Gillespie got in the car with his friend

15   and a couple of other people, and they drove down to D.C.

16   the evening of January 5th to hear Trump speak, to go to the

17   rally.  Mr. Gillespie was hoping they'd go to the rally, and

18   then maybe they would do some sightseeing in D.C.; they'd go

19   out to eat, they'd enjoy the city.  They'd have a little

20   vacation.

21          Mr. Gillespie had no idea that there was going to

22   be a Joint Session of Congress in the Capitol Building on

23   January 6th.  He had no idea that the Joint Session of

24   Congress would be meeting to count the electoral votes.  At

25   that time, he wasn't even aware that it is the job of

1    Congress to count and certify the electoral votes for the

2    presidential election.  And Mr. Gillespie certainly never

3    wanted to do anything or get involved in anything that would

4    hurt or harm anybody at the Capitol, let alone disrupt a

5    Congressional proceeding that he didn't even know was going

6    on.

7            The government is going to try to present this

8    case as a simple one.  They'll show you videos and pictures

9    and present witness testimony, some of which include

10   pictures and videos of Mr. Gillespie at the Capitol, some of

11   which we just saw in their opening.  The government will try

12   to argue that these pictures, these videos, this witness

13   testimony which shows Mr. Gillespie, certainly, caught up in

14   the chaos of the Capitol, that that proves that

15   Mr. Gillespie is guilty of the crimes charged.

16           However, just because some of these photos and

17   some of these videos of Mr. Gillespie aren't the most

18   flattering -- and they certainly are not the most

19   flattering -- the story does not end there.

20           Your job as jurors isn't to make decisions based

21   on whether you endorse Mr. Gillespie's behavior or not; it's

22   not whether you like what you see.

23           Your job as jurors is to hold the government to

24   its burden of proof, to follow the judge's instructions as

25   she will give them to you and analyze the elements for each

1    of the charges against Mr. Gillespie and then, with a

2    critical eye, determine whether the government has proved

3    each element of each -- each element in each charge to you

4    beyond a reasonable doubt.  Because for each of these

5    charges, the government is not going to be able to meet its

6    very high burden of beyond a reasonable doubt.

7         As you are reviewing this evidence with a critical

8    eye, pay particular attention to the fact that Mr. Gillespie

9    had no idea that the Joint Session of Congress was meeting

10   on January 6th to certify the Electoral College vote of the

11   2020 election.  Because one of the very important issues in

12   this case -- and there are many important issues, and all of

13   the important issues have to do with what Mr. Gillespie was

14   intending to do and what his knowledge was, what he was

15   thinking in his head.  But one of the very important issues

16   is the claim that Mr. Gillespie traveled from Massachusetts

17   to D.C., and then went to the Capitol with the specific

18   intent in his mind to obstruct the Electoral College vote.

19   There will be no evidence whatsoever that Mr. Gillespie

20   intended that.

21        It's only Mr. Gillespie that is going to be able

22   to tell you the one critical thing that is missing from all

23   of the photos, all of the videos, all of the witness

24   testimony that the government is going to present, and that

25   is the "why?"

1          Why did Mr. Gillespie go to D.C.?  Why was he

2    acting the way he did?  Why did he go to the Trump rally?

3    And why did he go to the Capitol?  Only Mr. Gillespie can

4    tell you that.

5          Because of that, Mr. Gillespie is going to take

6    the stand, and he is going to testify.  He is going to speak

7    to each one of you.  And he is going to be brutally honest

8    with each one of you about what he did do; that after the

9    rally ended -- the Trump rally ended -- he followed a sea of

10   people that were making their way from the rally to the

11   Capitol.

12         Mr. Gillespie didn't know why they were walking to

13   the Capitol.  But he and his friends -- they joined in; they

14   followed the crowd.  When he got to the Capitol, he

15   ultimately separated from his friends.  And he will tell

16   you, yes, he got swept up in the intensity of the protest

17   and the protesters.  Because at that time he felt it was an

18   opportunity to let other Americans know about the thing that

19   had him so concerned, the belief he had in election fraud

20   which was so upsetting to him, which he felt was

21   jeopardizing the country.

22         But when Mr. Gillespie testifies and speaks to

23   each one of you, he is also going to be totally transparent

24   about what he didn't do.  He wanted to protest, yes; but

25   never in a way that would hurt others.  He never tried to

1    disrupt a congressional proceeding or obstruct the

2    certification of the Electoral College vote.  He didn't even

3    know it was going on.

4         And although he will admit that he got loud, he

5    got bombastic, he got swept up in the intensity of the crowd

6    and the moment, and he behaved in ways that are fundamental

7    not him, he never wanted to cause anybody harm, and he

8    didn't hurt anyone.

9         At the end of this case, at closing arguments,

10   that's when we, the lawyers, will be able to get back up

11   here and speak to each one of you again.  Each one of you

12   that we know we have asked a tremendous amount from,

13   especially during this time period with the holidays and

14   everything going on.  We have asked you to interrupt your

15   very busy lives to serve as jurors for Mr. Gillespie's case.

16   It's an immense responsibility, but it's one that's

17   fundamental to our American justice system.

18        As you undertake that responsibility,

19   Mr. Gillespie, Mr. Watkins, Ms. Hawthorne, and I have

20   absolute faith that you will follow the judge's

21   instructions, and that you will treat Mr. Gillespie no

22   differently than you would want one of your own family

23   members or yourselves to be treated if you were sitting

24   where Mr. Gillespie is sitting right now.

25        Because, in our country, it's not law enforcement

1    agents or the lawyers for the prosecution or the defense or

2    the Judge -- it's each one of you who decides, who decides

3    whether Mr. Gillespie has done what the government is

4    claiming.  It's each one of you who have already declared

5    your impartiality and who are each empowered to take the

6    time to look carefully at what the evidence is, what

7    evidence the government has and, most importantly, what

8    evidence the government doesn't have.

9             And after you do this, after you weigh the

10    important gaps in the evidence that the government is not

11    going to be able to fill for each one of you, you will see

12    that Mr. Gillespie is not guilty of the crimes that he has

13    been accused of.  Thank you.

14             THE COURT:  All right.  Ladies and gentlemen, is

15    the government ready to call its first witness?

16             MS. NEVIN:  Yes, Your Honor.

17             Your Honor, the government calls Captain Tia

18    Summers.

19             THE COURT:  Could you spell that last name?

20             MS. NEVIN:  S-U-M-M-E-R-S.

21             THE COURT:  Thank you.

22             (TIA SUMMERS, Government's witness, sworn.)

23             THE COURT:  Captain Summers, please step forward

24    to the witness stand.

25             Good afternoon, Captain.

1          THE WITNESS:  Good afternoon, ma'am.

2          THE COURT:  While you are testifying, you may

3     remove your mask.

4          THE WITNESS:  Thank you.

5          THE COURT:  Just move the microphone close so we

6     can hear you.

7          Please proceed.

8                    DIRECT EXAMINATION

9     BY MS. NEVIN:

10    Q.  Good afternoon, Captain.

11    A.  Good afternoon.

12    Q.  Please state your full name for the record.

13    A.  Tia A. Summers.

14    Q.  Captain, where are you currently employed?

15    A.  United States Capitol Police.

16    Q.  And how long have you been working at the U.S. Capitol

17    Police?

18    A.  Twenty-three years.

19    Q.  Before then, where did you work?

20    A.  Wow.  23 years ago, where did I work?

21          I worked for D.C. Housing Authority, as a special

22    police officer, prior to that.

23    Q.  As a member of the U.S. Capitol Police, what is your

24    sworn duty?

25    A.  My sworn duty is to protect Congress, members and staff

1    and visitors who come to the Capitol complex.

2    Q.  And what is the jurisdiction of the U.S. Capitol Police,

3    is it simply the building?

4    A.  It's the U.S. Capitol Building, the office buildings of

5    the House and Senate, the Library of Congress office

6    buildings.

7    Q.  What are your duties and responsibilities as a captain?

8    A.  Right now, I am the commander of our command center; and

9    I am in charge of, I guess, the nerve center of the Capitol

10   Police in our headquarters building.

11   Q.  And where is that located?

12   A.  Our headquarters is at 119 D Street, in the Northeast.

13   Q.  And is that in the actual Capitol Building or separate?

14   A.  It's a separate, outlying building.

15   Q.  How long have you been a captain?

16   A.  Going on, I would say, a year and a half, almost two

17   years.

18   Q.  On January 6, 2021, what was your position at the

19   Capitol Police?

20   A.  At that time, I was a lieutenant; and I was the

21   commander of the communications, Section II.

22   Q.  Can you tell the jury what is the communications

23   section?

24   A.  The communications section houses our dispatchers and

25   our security control operators that man the alarm system for

1    the Hill.

2    Q.  As a lieutenant, what were your duties and

3    responsibilities?

4    A.  Basically, oversee the day-to-day operations of that

5    particular section.

6    Q.  How does the U.S. Capitol Police monitor what is

7    happening at the Capitol?

8    A.  We do it with closed-circuit television monitoring.

9    Q.  Do you also have radios?

10    A.  Yes.  The officers all carry radios.

11    Q.  As a U.S. Capitol Police captain, are you familiar with

12    the Capitol and its grounds?

13    A.  Yes.

14    Q.  I am now going to show you Exhibit 211.

15          Can you see that on your screen, Captain?

16    A.  Nothing yet.

17          I see it now.

18    Q.  Do you recognize this?

19    A.  Yes.

20    Q.  What is it?

21    A.  It's the Capitol Building.

22    Q.  How do you know it's the Capitol Building?

23    A.  I have worked there for 23 years.

24    Q.  Is this a fair and accurate representation of the

25    Capitol as it was on January 6, 2021?

1    A.  Yes.

2                MS. NEVIN:  I'd now offer Exhibit 211 into

3    evidence.

4                MR. WATKINS:  No objection.

5                THE COURT:  Hearing no objection, it will be

6    admitted.

7                MS. NEVIN:  Your Honor, may we publish?

8                THE COURT:  Please publish it.

9                (Government's 211, admitted and published.)

10               THE COURT:  Now, it should pop up on your screens.

11   I count on you-all to let me know if one of your screens

12   goes on the blink and you don't see something; raise your

13   hand and let me know.

14   BY MS. NEVIN:

15   Q.  Captain Summers, can you indicate where the Senate

16   Chamber is in this exhibit?

17   A.  Let me see.  It's a little hard -- which side am I

18   looking at?  I'm looking at the west side.

19               Am I allowed to -- is it touch on the screen or...

20               MS. NEVIN:  You may.

21               Let the record reflect that the witness has put a

22   blue circle in the portion of the building on the left side

23   of the exhibit.

24               THE COURT:  Let the record so reflect.

25   BY MS. NEVIN:

1    Q.  And the House Chamber?

2    A.  (Witness indicates.)

3              MS. NEVIN:  Let the record reflect that the

4    witness has indicated the right building on this exhibit.

5              THE COURT:  And the record will so reflect.

6    BY MS. NEVIN:

7    Q.  And the Rotunda?

8    A.  That's into this area (indicating).

9              MS. NEVIN:  Let the record reflect that the

10   witness has indicated the center of the exhibit where there

11   is a dome.

12             THE COURT:  And the record will so reflect.

13   BY MS. NEVIN:

14   Q.  Captain, I am now going to show you Exhibit 211.1.

15             What is this?

16   A.  That is the inaugural stage.

17   Q.  Is this the same as 211, but with something emphasized?

18   A.  Yes.

19   Q.  Aside from that, are there any changes from Exhibit 211?

20   A.  No.

21             MS. NEVIN:  Your Honor, I am now offering

22   Exhibit 211.1 into evidence.

23             MR. WATKINS:  No objection.

24             THE COURT:  Hearing no objection, 211.1 will be

25   admitted; and it may be published.

```
1              (Government's 211.1, admitted and published.)

2      BY MS. NEVIN:

3      Q.  Now, what area of the Capitol is circled here?

4      A.  This is -- we're on the west side of the building.

5      Q.  And is -- you testified previously about -- something

6      about the inaugural stage?

7      A.  Yes.

8      Q.  And what -- what did you mean by that?

9      A.  Right after the elections, when they have the

10     inauguration of the President, they build a stage on the

11     west side of the building so that they can do the official

12     inaugural ceremony.

13     Q.  And what's there normally?

14     A.  It's a wooden -- you know, before the stage there is a

15     fountain, stairs, and a door to get in on that side.

16     Q.  Captain, I am now going to show you 211.2 for

17     identification.

18              Is this, essentially, the same as 211.1 but with

19     another area circled?

20     A.  Yes.

21     Q.  Any other changes?

22     A.  No.

23              MS. NEVIN:  Your Honor, I am now offering 211.2

24     into evidence.

25              MR. WATKINS:  No objection.
```

1          THE COURT:  Hearing no objection, 211.2 will be

2     admitted.

3          (Government's 211.2, admitted and published.)

4     BY MS. NEVIN:

5     Q.  Now, Captain, what is the smaller area circled there?

6     A.  That is the entrance to the lower west terrace door.

7     Q.  And have you heard that referred to as anything else?

8     A.  Since the 6th, it's been called the "tunnel."

9     Q.  Now, Captain, I'm showing you Government's Exhibit 212

10    for ID.

11         Do you recognize this?

12    A.  Yes.

13    Q.  What is this?

14    A.  The inaugural stage on the west side of the building.

15    Q.  And what view -- what view do we have from this exhibit?

16    A.  This is from one of our Dome cameras above -- it sits on

17    the Dome on the west side.

18    Q.  Does Exhibit 212 fairly and accurately depict what the

19    west side of the Capitol looked like on January 6, 2021?

20    A.  Yes.

21         MS. NEVIN:  Your Honor, I am now offering 212 into

22    evidence.

23         MR. WATKINS:  Can we just clarify what time the

24    video starts?

25         THE COURT:  I'm sorry?  I didn't understand that

```
1    objection.
2              MR. WATKINS:  This is not it.
3              No objection.
4              THE COURT:  Hearing no objection, 212 will be
5    admitted.
6              MS. NEVIN:  May we publish, Your Honor?
7              THE COURT:  And you may publish.
8              (Government's 212, admitted and published.)
9    BY MS. NEVIN:
10   Q.  Captain, what is this structure that we see in the
11   middle of this photo?
12   A.  The tall structure there in the middle, that is the
13   media tower.
14   Q.  And then, I am going to indicate this to this semicircle
15   that we see there, what are -- what do we see lining that?
16   A.  That's bike -- bike rack.
17   Q.  And what is this?
18              I am now going to indicate to a portion of the
19   building in the foreground.  What is this that we see in the
20   foreground of this photo?
21   A.  We're looking at a portion of the inaugural stage.
22   Q.  Captain, I'm now going to show you Exhibit 206.1 for
23   identification.
24              Do you recognize this?
25   A.  Yes.
```

1    Q.  And what is it?

2    A.  It's a map of U.S. Capitol grounds.

3    Q.  And does it fairly and accurately depict the layout of

4    the Capitol Building and grounds as they were on January 6,

5    2021?

6    A.  Yes.

7            MS. NEVIN:  Your Honor, I am now offering 206.1

8    into evidence.

9            MR. WATKINS:  No objection.

10            THE COURT:  Hearing no objection, it will be

11    admitted.

12            MS. NEVIN:  May we publish?

13            THE COURT:  And you may publish.

14            (Government's 206.1, admitted and published.)

15    BY MS. NEVIN:

16    Q.  Captain, can you point out the lower west terrace for

17    the jury in this exhibit?

18    A.  Please forgive me, I don't have my glasses on.  It's a

19    little hard to see.

20            Can we zoom in a little bit?

21            MS. NEVIN:  Can we blow this exhibit up?

22            THE COURT:  This is published.

23            THE WITNESS:  Thank you.

24            And you asked again, ma'am?

25    BY MS. NEVIN:

1    Q.  The lower west terrace.

2    A.  (Indicating.)

3            MS. NEVIN:  Thank you.

4            Let the record reflect that the witness has

5    indicated an area directly above the words "Media Tent" on

6    this exhibit.

7            THE COURT:  Let the record so reflect.

8    BY MS. NEVIN:

9    Q.  Captain, I am now showing you Exhibit 206.2 for

10   identification.

11           Do you recognize this?

12   A.  Yes.

13   Q.  What is it?

14   A.  This is the first floor of the Capitol.

15   Q.  Does it fairly and accurately depict the layout of the

16   first floor of the Capitol as it was on January 6, 2021?

17   A.  Yes.

18           MS. NEVIN:  Your Honor, I am now offering 206.2

19   into evidence.

20           MR. WATKINS:  No objection.

21           THE COURT:  Hearing no objection, it will be

22   admitted.

23           MS. NEVIN:  May we publish?

24           THE COURT:  And you may publish.

25           (Government's 206.2, admitted and published.)

```
 1    BY MS. NEVIN:

 2    Q.  Captain, I am now showing you 206.3 for identification.

 3              Do you recognize this?

 4    A.  Yes.

 5    Q.  And what is this?

 6    A.  This is the second floor of the Capitol Building.

 7    Q.  Does this exhibit fairly and accurately depict the

 8    layout of the Capitol's second floor as it was on January 6,

 9    2021?

10    A.  Yes.

11              MS. NEVIN:  Your Honor, I am now offering 206.3

12    into evidence.

13              THE COURT:  Any objection?

14              MR. WATKINS:  No objection.

15              THE COURT:  Hearing no objection, it will be

16    admitted.

17    BY MS. NEVIN:

18    Q.  Now, Captain, on a normal day --

19              THE COURT:  It may be published.

20              MS. NEVIN:  Thank you.

21              (Government's 206.3, admitted and published.)

22    BY MS. NEVIN:

23    Q.  Captain, on a normal day, are there security measures

24    that visitors to the Capitol must go through?

25    A.  Yes.
```

1    Q.  What are those?

2    A.  If you would like to visit either the Capitol Building

3    or the office buildings, you have to submit yourself to an

4    administrative search, which includes --

5              THE COURT:  I'm going to interrupt you for just

6    one second.  I am having difficulty hearing you --

7              THE WITNESS:  Oh, I'm sorry.

8              THE COURT:  -- and I don't know whether anybody

9    else is.  You just need to move that microphone close to

10   you.  We have a lot of air circulation going on, and so --

11             THE WITNESS:  Is this better?

12             THE COURT:  Much better.  Thank you.

13             THE WITNESS:  Okay.  Great.

14             So if you are going to visit the Capitol or the

15   office buildings, you have to submit yourself to an

16   administrative search.  You have to go through a walkthrough

17   magnetometer.  You have to submit your belongings to the

18   X-ray machine.

19             If you walk through the walkthrough magnetometer

20   and you sound the alarm, you will then subject yourself to a

21   handheld magnetometer, as well as a physical pat-down.

22   Q.  And why?

23   A.  To check for weapons, any other contraband.  Anything

24   that could harm any of our visitors, members, or our staff.

25   Q.  Visitors who are authorized, can they go through any

1    door in the Capitol?

2    A.  No.

3    Q.  Where can they enter through?

4    A.  Depending if you are visitor coming to -- coming for a

5    tour or to view Congress in session, you come through the

6    east side through our Capitol Visitor Center.

7         If you have official business, you can enter the

8    doors on either one of the wings where the Senate and House

9    Sergeant At Arms have visitors' desks.

10   Q.  And are there Capitol Police officers at every door?

11   A.  Yes.

12   Q.  Are there surveillance cameras inside the Capitol and

13   throughout Capitol grounds?

14   A.  Yes.

15   Q.  Approximately, how many cameras?

16   A.  1500 plus.

17   Q.  Who controls those cameras?

18   A.  The command center controls those.

19   Q.  And by "command center," do you mean the Capitol Police

20   command center?

21   A.  Yes, the Capitol Police command center.

22   Q.  Why does the Capitol Police have cameras?

23   A.  We use them for safety reasons, surveillance purposes,

24   documentation purposes.

25   Q.  Can the command center change the view of a camera or is

1   it always a fixed view?

2   A.  There is a good percentage of our cameras that are able

3   to be manipulated to change the view.

4   Q.  Do the cameras have audio?

5   A.  No.

6   Q.  Do they have time and date stamps?

7   A.  Yes.

8           MS. NEVIN:  Your Honor, I would now like to read

9   Exhibit 1006, which is a stipulation.

10          THE COURT:  Please proceed.

11          And are you going to admit the stipulation into

12  evidence so that the jury can see it in the jury room?

13          MS. NEVIN:  Your Honor, at this time I am

14  moving -- at this time, I am offering Exhibit 1003 into

15  evidence.

16          THE COURT:  Okay.  And hearing no objection --

17  it's a stipulation, right?

18          MR. WATKINS:  No objection.

19          MS. NEVIN:  Your Honor, I'm sorry.  I misspoke.  I

20  said 1003 and it's 1006.

21          THE COURT:  Okay.  So Stipulation 1006 is what you

22  are seeking to admit?

23          MS. NEVIN:  Yes, Your Honor.

24          THE COURT:  Okay.  Hearing no objection, 1006 will

25  be admitted.  You can publish it, but you can also read it.

1          (Government's 1006, admitted.)

2          MS. NEVIN:  United States of America versus

3     Vincent Gillespie, defendant, Exhibit 1006.  Stipulation of

4     the Parties.

5          The United States of America, by and through its

6     attorney, the United States Attorney for the District of

7     Columbia, and defendant, Vincent Gillespie, with the

8     concurrence of his attorney, agree and stipulate to the

9     following:

10          United States Capitol Police closed-circuit video

11     monitoring.

12          The United States Capitol Police, USCP, operate

13     and maintain closed-circuit video and monitoring and

14     recording equipment that captures locations inside and

15     outside of the U.S. Capitol Building and on the Capitol

16     grounds.  The video equipment time stamps each recording

17     with the date and time at which the footage is captured.

18          The USCP-controlled video equipment was in good

19     working order on January 6, 2021, and the video footage

20     recovered from the cameras and equipment with time stamp of

21     January 6, 2021, is footage from January 6, 2021.  The time

22     stamps on the recordings are accurate.  The video footage is

23     authentic in that it is what it purports to be.

24          For the defendant, it is signed by Timothy

25     Watkins; and for the United States, it is signed by

1    Jacqueline Schesnol.

2    BY MS. NEVIN:

3    Q.  Captain, I am now showing you Exhibit 402 for

4    identification.

5         Do you recognize this?

6    A.  Yes.

7    Q.  What is it?

8    A.  This is video footage from the lower west terrace door.

9    Q.  How do you recognize it to be that?

10   A.  I worked in the building for a lot of years, and

11   officers would use that door to get in and out of the

12   building.  So I have used that door many, many times.

13   Q.  Is it footage from the CCTV system that you just

14   explained about?

15   A.  Yes.

16   Q.  And is this footage -- you've testified it's from the

17   lower west terrace; is that correct?

18   A.  Yes.

19   Q.  And is this from, approximately, 4:10 to 4:27 p.m. on

20   January 6, 2021?

21   A.  Yes.

22   Q.  Is it an exact recording of that footage?

23   A.  Yes.

24        MS. NEVIN:  I am now offering Exhibit 402 into

25   evidence.

1           MR. WATKINS:  No objection.

2           THE COURT:  Hearing no objection, Exhibit 402 will

3      be admitted.

4           MS. NEVIN:  May we publish?

5           THE COURT:  Yes, you may publish.

6           But let me just ask, are you going to play all 17

7      minutes --

8           MS. NEVIN:  I am not, Your Honor.

9           THE COURT:  Okay.  Thank you.

10          (Government's 402, admitted and published.)

11          MS. NEVIN:  We're just taking a look at the first

12     frame here, which is time stamped 4:10:28.

13     BY MS. NEVIN:

14     Q.  Captain, can you tell the jury what we're looking at

15     here?

16     A.  There are police officers in riot gear standing in

17     between the entrance to the west side of the Capitol, lower

18     west terrace door, the actual door, and the crowd on the

19     outside.

20     Q.  Captain, I am now going to show you Exhibit 402.1, as

21     well as 402.2.

22          Do you recognize these?

23     A.  Yes.

24     Q.  Are these still images from Exhibit 402?

25     A.  Yes.

1    Q.  Are they both fair and accurate depictions, in fact,

2    exact still shots of the footage in 402?

3    A.  Yes.

4              MS. NEVIN:  Your Honor, I am now offering 402.1

5    and 402.2 into evidence.

6              MR. WATKINS:  No objection.

7              THE COURT:  Hearing no objection, they will both

8    be admitted.

9              (Government's 402.1 and 402.2, admitted.)

10             MS. NEVIN:  Your Honor, may we publish 402.1?

11             THE COURT:  Yes.  You may publish both.

12             (Government's 402.1, published.)

13   BY MS. NEVIN:

14   Q.  Captain, now taking a look at this exhibit, it looks

15   like there is something obstructing the camera lens.

16             Do you know what that is?

17   A.  I do not.

18             MS. NEVIN:  And now publishing 402.2.

19             (Government's 402.2, published.)

20             MS. NEVIN:  Your Honor, this may be a natural

21   break.

22             THE COURT:  Okay.  Do you want to ask questions --

23   any questions about 402.2 before we break, or are you just

24   going to show it?

25             MS. NEVIN:  I just wanted to publish it to the

1   jury.

2              THE COURT:  All right.  Well, we're getting close

3   to five o'clock.

4              Captain, you can leave the witness stand, if you

5   want; and we will resume tomorrow.

6              Ladies and gentlemen, I am going to excuse you

7   now.  I know that coming to the courthouse is probably not

8   your normal commuting path, so I invite you to get here

9   early.  We cannot start the trial until every single one of

10  you is here.

11             I invite you to come here early, bring your

12  newspaper.  We will provide coffee and snacks for you.  I

13  think -- I think our cafeteria puts it out fairly early, as

14  early as eight o'clock.  So feel free to get here early,

15  have your coffee, have some snacks; I think they also have

16  fruit.  And read your newspaper here so that everybody will

17  be here so we can start on time.

18             Have an enjoyable evening.  Feel free to just

19  leave your notebooks and your pens in the envelope on your

20  seat.  Ms. Gumiel will collect it.

21             Do not talk about this case among yourselves.  Do

22  not talk about it with anybody when you get home.

23             Thank you very much for your patience today.  I

24  will see you in the morning.

25             (Whereupon, the jury was excused.)

1          THE COURT:  All right.  Just a couple of things.

2          I want to get some clarification precisely what

3     the defendant wants to use on cross-examination of

4     Officer Riley.

5          I have the government's reply detailing precisely

6     what it thinks the defendant wants to use in terms with --

7     with incident numbers, and so on.  And it's hard for me to

8     correlate that with the defendant's paperwork because the

9     defendant's paperwork doesn't sort of identify it by number

10    like that.

11         So shall we just -- are you just planning on using

12    what the government says you are planning on using?

13         MR. WATKINS:  Your Honor, to cut to the chase, I

14    think the government's got it about right in the last

15    paragraph of their motion; that I would simply -- on their

16    response, that I would simply ask of Mr. -- I'm sorry --

17    Sergeant Riley about -- affirm that he has had prior

18    incidents where he did not turn on the body-worn camera, and

19    that there were pending disciplinary proceedings at the

20    time; and leave it at that.

21         I don't -- I don't expect to go any further than

22    that and go into specific incidents, no.

23         THE COURT:  So, basically, two questions.  You

24    just want to ask about open disciplinary matters on

25    January 6, 2021?

```
1              MR. WATKINS:  Correct, yes.

2              THE COURT:  And what was the other thing?

3              MR. WATKINS:  The other thing was the prior

4    incidence where he did not turn on his body-worn camera and

5    was disciplined for those.

6              THE COURT:  Okay.  So those are the only two

7    things.  And do you want to -- you don't want to talk about

8    the number of open disciplinary matters?

9              MR. WATKINS:  No, I didn't intend to; simply that

10   he had matters open at that time.

11             THE COURT:  Okay.  And what's your response that,

12   given the nature of what those disciplinary matters were,

13   and that -- my understanding is that some of them were found

14   justified, and so -- how is that not like far more

15   prejudicial than probative under 403?

16             MR. WATKINS:  So the challenge here is that it is

17   complicated, when you dig down deep into the facts.  He had

18   a number of pending matters; some were resolved without any

19   kind of discipline, or found to be unsustained.

20             THE COURT:  Found to be warranted, actually.

21             MR. WATKINS:  I'm sorry?

22             THE COURT:  One of the things was found to be

23   warranted.

24             MR. WATKINS:  Warranted, I guess.  Yeah.  Whatever

25   the term the police were using.
```

1          So because of that complication, I don't think it

2     makes sense to get into all of those things.  I don't think

3     there is a prejudicial aspect to it.  It simply is -- the

4     jury is free -- the government is free to argue to the jury

5     it doesn't make any kind of difference here; it doesn't

6     amount to a hill of beans.

7          But I think it --

8          THE COURT:  And then you leave it up to the

9     government to show what little or no hill of beans it is.

10    Is that what you are saying?

11         MR. WATKINS:  If they want to go into it, I mean,

12    that's on their dime.  I don't think it makes sense for them

13    to do that.

14         THE COURT:  Okay.  I think it's a distraction.

15         All right.  I just wanted to understand that.

16         Let me just be clear.  I know Ms. Schesnol was

17    looking at me during the opening by the defense, and had to

18    make a decision whether to object because some of the

19    opening statement by defense was clearly unacceptable

20    argument in this Circuit; clearly, plainly unacceptable.

21    But Ms. Schesnol made the decision not to object or call

22    attention to it, but I don't want to see it in any other

23    argument.

24         This golden rule argument:  Put yourself in the --

25    like as if your relative was sitting in the defense chair,

 1    totally unacceptable argument here.  Do your research.

 2    D.C. Circuit cases are many that say that is unacceptable.

 3    I will not have it.  The next time I hear it, I will call

 4    you out myself.  I won't wait for Ms. Schesnol to have to

 5    make an objection.

 6              Is that understood?

 7              MR. WATKINS:  It is understood.

 8              THE COURT:  I give you a little bit of leeway

 9    because you don't practice here; but it was eyebrow raising

10    on the part of government counsel and myself.

11              MR. WATKINS:  Judge, I should also say that, by

12    the same token -- perhaps I didn't catch your eye -- I

13    considered objecting to some of the government's opening as

14    well.  One of their PowerPoint slides contained

15    characterizations -- "battling the police" in the

16    characterizations, I don't think that is appropriate for

17    opening.

18              But I think it's gone -- if the Court wishes, I

19    think the Court could tell the jury at this point that

20    opening arguments -- opening statements are to be just that,

21    simply statements.

22              THE COURT:  Well, I have already told them that in

23    preliminary instructions.

24              What was the -- my technical screen isn't working,

25    so I wasn't able to see precisely what the PowerPoint --

```
 1              MR. WATKINS:  I saw the word -- I saw the word
 2     "battling" up there, which is, of course, a characterization
 3     that something --
 4              THE COURT:  Could I see that?  What was that?
 5              MS. SCHESNOL:  Yes, Your Honor.
 6              THE COURT:  Was that a quote from the defendant?
 7              MR. WATKINS:  I'm sorry?
 8              THE COURT:  That was not a quote from the
 9     defendant.
10              MR. WATKINS:  No.  That was from the government's
11     opening PowerPoint.  It included the word "battling" on
12     there.
13              THE COURT:  Okay.  Well, I want to make sure -- I
14     didn't see that; and I want to make sure that the record is
15     clear, if there was such a thing.
16              MR. WATKINS:  "Battling police," there it is.
17              THE COURT:  Okay.  Well, I missed that.
18              All right.  The jury will make its -- what would
19     you call that, Mr. Watkins?
20              MR. WATKINS:  I don't know that it needs to be
21     called anything.  When it's an opening statement, it is
22     simply put up for the jury; this is what we expect to see.
23              But "battling" -- the characterizations, by the
24     same token, I do believe are argumentative.  But, again, I
25     think it's gone by the jury on both sides, and I think we
```

 1     can continue on.

 2                THE COURT:  Well, we'll see.

 3                But, frankly, if you had objected to the "battling

 4     police," I probably would have overruled it because this was

 5     a battle, and I have seen very extensive footage.  I

 6     wouldn't call it -- I mean, I would call it a bloody battle,

 7     actually, but -- because it was; so I would have overruled it.

 8                But these golden rule arguments are just not

 9     acceptable here, so I don't want to hear that again.

10                MR. WATKINS:  Understood.

11                THE COURT:  All right.  With that, anything

12     further?

13                MR. WATKINS:  Your Honor, there is one other

14     matter.  There are some late-breaking objections to a couple

15     of exhibits, video exhibits; they're quite close.  If the

16     Court wants to hear that now or first thing in the morning,

17     either --

18                THE COURT:  I will hear it now.

19                MS. SCHESNOL:  May I?

20                Can we circle back on the -- what we were

21     discussing about Sergeant Riley so that, before we put him

22     on the stand, we're clear on what the ruling is.

23                THE COURT:  I am planning on issuing a minute

24     order on that.  Not probably today, but it's going to be

25     denied.  The motion -- the defense will not be permitted to

1    cross-examine Officer Riley on --

2            MS. SCHESNOL:  Then I have nothing more to say.

3            THE COURT:  Yes.  It's -- I mean -- and, in fact,

4    talking about disciplinary matters that are open when some

5    of them are found to be warranted, it's just -- 403 is just

6    screaming overly prejudicial with zero probative value.

7            Okay.

8            MS. SCHESNOL:  Then I will sit down.

9            THE COURT:  But I am going to issue a written

10    order about that because my voice is going.

11            And what were the other matters?

12            MR. WATKINS:  Within the last week, the government

13    submitted three additional video exhibits; these involve

14    Sergeant Riley from early on in the day where he is walking

15    up into the Capitol.

16            He has interactions with the -- with other

17    protesters on the lower -- the outside portion of the lower

18    west terrace; continues on.  At that point, that's where he

19    drops his camera.  Then, there are two more videos that show

20    Sergeant Riley closer -- I think mostly in the lower west

21    terrace tunnel.  But, again, they are quite a bit earlier,

22    an hour and a half earlier, I believe, than when

23    Mr. Gillespie arrived in there.

24            There are a lot of issues there.  There are

25    protesters that are banging in a window, for example, down

1        there, as Sergeant Riley narrates there.  It's simply a

2        relevance objection.  It has really nothing to do with

3        Mr. Gillespie whatsoever.

4             It's unclear how the government is going to use

5        that in their particular argument.  There is no indication

6        that Mr. Gillespie was -- had some kind of influence or was

7        coordinating with these people that were there an hour and a

8        half before.

9             I think, as the Court has gathered, Mr. Gillespie

10       was a latecomer to the rally.  He did not get there until

11       four o'clock, when the mopping up was about to begin.  So it

12       really is a relevance -- I simply don't see why the

13       government needs to put that in.

14            THE COURT:  Well, was he -- but he did attend the

15       Trump rally, so he was doing something else.

16            MR. WATKINS:  That is correct.

17            THE COURT:  But I think the opening -- I know.  I

18       was a little confused timing-wise because the opening --

19       because the government was saying he was there at 4, and

20       talked about him being there at 4.  The defense opening said

21       he went to the rally and then followed the crowd up to the

22       Capitol, so he was at the rally.

23            MR. WATKINS:  I'm sorry?

24            THE COURT:  He was at the rally.

25            MR. WATKINS:  He was at the rally, that is

 1   correct.

 2            THE COURT:  And then he was just killing time

 3   between when the rally ended and going to the Capitol.

 4            MR. WATKINS:  That's correct.  I think that's

 5   where the evidence will lead us.  More importantly, the

 6   government has no evidence that he was there any time --

 7   well, perhaps slightly before that four o'clock time period.

 8            THE COURT:  Because I wondered whether he was

 9   missing the rally because, at the rally, the people -- I

10   think a number of people were talking at the rally about

11   what was going on at the Capitol, which is why they were

12   being directed to the Capitol.

13            MR. WATKINS:  Right.

14            THE COURT:  So I actually just was wondering how

15   he wouldn't know what was going on at the Capitol if he went

16   to the rally, because they were telling them that at the

17   rally.

18            MR. WATKINS:  Yes.  Well, that would be part of

19   the evidence at the defendant's case.

20            THE COURT:  Right.  Right.  Or the government's.

21            Do you want to share with me why hours before the

22   defendant got to the Capitol we need to see footage?

23            MS. SCHESNOL:  Sure, Your Honor.

24            First, I would argue that Your Honor has already

25   ruled on this when the defense filed a motion in limine

1    about excluding evidence of other times and locations.  So,

2    first of all, I think Your Honor has already ruled.

3              THE COURT:  I know.  But I don't want to spend --

4    because I have seen some of the --

5              MS. SCHESNOL:  Agreed.

6              THE COURT:  -- videotapes that are fairly short,

7    fairly direct, basically showing what law enforcement was

8    confronting that day, essentially to blunt a defense that,

9    gosh, if I wasn't supposed to be there, somebody should have

10   told me.

11             MS. SCHESNOL:  Right.

12             THE COURT:  Who knew he wasn't supposed to be

13   there?  And why it is that law enforcement did what they did

14   and acted the way they did because they were overwhelmed in

15   multiple breaches.  So I have seen that.

16             It sounds like what Mr. Watkins is objecting to is

17   something a little bit different, which is -- but I don't

18   know.

19             MS. SCHESNOL:  I am speculating since we haven't

20   heard exact exhibit numbers.  But being that they are the

21   government's exhibits, I think I know which ones he is

22   referring to.

23             One is Sergeant Riley's own body-worn camera,

24   which just shows what time he arrives, and why his body-worn

25   camera ended up in his pocket the rest of his day as opposed

1    to on his chest.  That's one of them.  That takes place

2    between about 1:22 and 1:28 p.m.

3              The other --

4              THE COURT:  So how can -- I'm just going to

5    interrupt you.

6              How can that not be relevant?

7              MR. WATKINS:  I'm sorry?

8              THE COURT:  How can that not be relevant,

9    given the fact that you are probably going to cross-examine

10   him about why he didn't have body-worn camera footage?

11             MR. WATKINS:  I thought the Court just excluded

12   that.

13             THE COURT:  Excluded prior instances, but not --

14   but I got the sense that that's where you were going on

15   cross-examination.

16             Anyway, I am going to let that in.  That objection

17   will be overruled.

18             MS. SCHESNOL:  And the other two videos --

19             THE COURT:  You can make your objection for the

20   record.  But everybody will understand, as to that, I am

21   going to overrule it.

22             MS. SCHESNOL:  I believe the other two videos to

23   which Mr. Watkins is referring are two other officers --

24   MPD officers' body-worn cameras in, approximately, the 2:30

25   to 2:40 p.m. range; both of them show Sergeant Riley.  So

 1    Sergeant Riley can say, "That's me," and identify himself;

 2    and why MPD set up a defensive line at that location, at the

 3    lower west terrace tunnel at the Capitol, and how long they

 4    were there by the time the defendant arrived and,

 5    essentially, the defensive posture to explain what they had

 6    been doing throughout the afternoon by the time

 7    Mr. Gillespie got there.

 8            And, again, Sergeant Riley is in both of these

 9    videos; he will identify himself in both of these videos.

10    And the government does believe it is relevant.

11            THE COURT:  Okay.  To establish why they were

12    doing what they were doing at the lower west terrace tunnel?

13            MS. SCHESNOL:  Yes, Your Honor.

14            THE COURT:  Okay.  I know in other January 6th

15    cases, the government has shown, basically, an hour and a

16    half or more of the rally in order to blunt the same kind of

17    defense that seems to be made here, which is:  I had no idea

18    what was going on at the Capitol, I was just following the

19    crowd -- in order to show all the different speakers at that

20    rally that we're talking about, precisely what was going on

21    at the Capitol, and why they were being directed to march to

22    the Capitol.

23            Are we going to get an hour and a half tape like

24    that, just for me anticipating what we're going to get about

25    what occurred at the rally --

1          MS. SCHESNOL:  Your Honor --

2          THE COURT:  -- in terms of how the crowd was being

3    educated about what was going on at the Capitol and why they

4    were being directed there?

5          MS. SCHESNOL:  At this point in time, that is not

6    a government's exhibit, to be quite candid with the Court,

7    because -- up until opening statement, the government didn't

8    know what, if any, part of the rally the defendant attended.

9    Based on the opening, we might ask to add an exhibit to our

10   exhibit list.  But I guarantee you we will not play an hour

11   and a half of video; I make you that promise.

12         THE COURT:  Well, I mean, I think that that -- we

13   will see.

14         Okay.  Anything further tonight?

15         MS. SCHESNOL:  Well, we were told during a break

16   that the AP video that I know Your Honor is familiar with --

17   it's Exhibit 601 -- we had pretrial motions about this, we

18   have a signed stipulation that it is admissible and

19   authentic; and we were now told that the defense would like

20   us to edit that video to edit out other members of the crowd

21   other than Mr. Gillespie.

22         The government does believe the entire video is,

23   number one, relevant and, number two, that we shouldn't be

24   in a position to scramble around and edit a video that we

25   already have a stipulation that is admissible.

1           THE COURT:  The *Associated Press* video?

2           MS. SCHESNOL:  Yes.  It's Exhibit 601.

3           THE COURT:  Well, I have only seen parts of it

4    with Mr. Gillespie in it.  What is the -- so you have to

5    explain to me.  You-all know a lot more about the video than

6    I do, as you should.

7           Is this -- is this an *Associated Press* video where

8    a number of different people were being interviewed, and

9    it's much longer than little clips that I have seen.

10          MS. SCHESNOL:  No, Your Honor.  The whole video

11   is -- I am not sure it's even a minute, quite frankly.

12          No one else is interviewed on the video.  There is

13   just sort of a general shot of the crowd, and then a portion

14   of an interview with Mr. Gillespie; another crowd shot; the

15   end of the interview with Mr. Gillespie, and then it sort of

16   trails out with a crowd.  No one else is interviewed.

17          Again, the whole video I don't even think is a

18   minute.

19          THE COURT:  So, Mr. Watkins, what are we talking

20   about here?  Are you just trying to make the government

21   spend a lot of time doing work tonight?

22          MR. WATKINS:  No, Your Honor.

23          THE COURT:  That's what it sounds like.

24          MR. WATKINS:  It's very short.  There are

25   introduction -- there's introduction views from the east

1    side of the Capitol where Mr. Gillespie was not.  It's AP

2    kind of spicing it up, if you will.

3         There is no objection to Mr. Gillespie's

4    statements, which is what the government wants to get in.

5    But there are these views of the east side of the Capitol

6    that start.  And then, in the middle, the break between the

7    two statements that were talked about in the opening.  And

8    then, at the end, there is a little bit of outtake, again,

9    from the east side of the Capitol.

10        It's simply the AP putting these extra things in.

11   It has nothing to do with Mr. Gillespie, again.  It's simply

12   the AP trying spice this up.  It's a very easy edit to make.

13        THE COURT:  So you can -- you can say

14   cross-examine the witness and say:  Is that on the same

15   side?

16        No.  The whole thing will come in.  That is extra

17   time, and it doesn't sound at all prejudicial.

18        Okay.  Anything further?

19        MR. WATKINS:  Just one housekeeping matter.

20        How would the Court like me to recommit to the

21   objections?

22        For instance, the Court has ruled on the motion in

23   limine here --

24        THE COURT:  Object.  I am going to overrule it,

25   but everybody knows what they're doing.

1          MR. WATKINS:  Just object, and the Court will know

2     that I am simply recommitting to the motion we had before?

3          THE COURT:  Yes.  It's fine.  Yes.

4          If you have an objection, make your objection, and

5     the record is clear.  Okay?

6          MR. WATKINS:  Thank you, Your Honor.

7          THE COURT:  Thank you.

8          (Whereupon, the proceeding concludes.)

9                         * * * * *

10                      **<u>CERTIFICATE</u>**

11

12          I, ELIZABETH SAINT-LOTH, RPR, FCRR, do hereby

13     certify that the foregoing constitutes a true and accurate

14     transcript of my stenographic notes, and is a full, true,

15     and complete transcript of the proceedings to the best of my

16     ability.

17

18          This certificate shall be considered null and void

19     if the transcript is disassembled and/or photocopied in any

20     manner by any party without authorization of the signatory

21     below.

22

            Dated this 5th day of March, 2023.
23
            <u>/s/ Elizabeth Saint-Loth, RPR, FCRR</u>
24          Official Court Reporter

25

**'**

**'03** [1] - 109:18
**'05** [1] - 109:18
**'21** [2] - 163:9, 163:10

**/**

**/s** [1] - 283:23

**0**

**0136** [1] - 216:20
**0152** [1] - 217:4
**02210** [1] - 1:19
**0268** [1] - 217:1
**0426** [1] - 217:5
**052** [2] - 54:19, 59:18
**075** [2] - 62:14, 65:13
**0907** [1] - 216:22

**1**

**1** [7] - 14:12, 54:24,
55:3, 159:18,
159:21, 216:17,
216:18
**10** [8] - 18:1, 25:19,
60:5, 62:19, 63:23,
96:14, 96:16, 217:2
**10-minute** [1] - 234:16
**1003** [2] - 262:14,
262:20
**1006** [7] - 2:13, 262:9,
262:20, 262:21,
262:24, 263:1, 263:3
**11** [6] - 18:6, 54:24,
85:4, 88:23, 217:3,
234:4
**119** [1] - 250:12
**1196** [2] - 217:6
**11th** [1] - 168:5
**12** [17] - 8:3, 18:16,
44:20, 44:22, 62:20,
70:7, 113:23, 116:1,
117:22, 117:23,
123:1, 159:18,
212:8, 212:9, 217:4,
225:21, 233:23
**12-hour** [1] - 242:23
**129** [2] - 181:9, 184:13
**12:30** [1] - 234:5
**13** [9] - 19:3, 54:25,
70:7, 134:22, 141:1,
145:12, 151:9,
216:2, 217:5
**134** [2] - 186:19,

190:25
**136** [2] - 28:15, 29:24
**1391** [3] - 134:22,
217:2
**14** [51] - 8:2, 19:9,
31:17, 32:18, 39:23,
40:2, 48:2, 48:4,
51:12, 51:14, 54:25,
62:20, 77:16, 78:20,
81:14, 81:16, 85:4,
87:24, 92:10, 92:12,
96:14, 98:2, 104:3,
104:22, 108:3,
108:24, 110:12,
127:9, 127:10,
135:9, 135:10,
139:2, 142:3,
149:16, 152:1,
159:18, 161:20,
176:9, 178:14,
184:23, 187:1,
187:3, 191:13,
191:14, 200:19,
204:23, 206:6,
208:10, 208:25,
216:2, 217:6
**140** [3] - 138:23,
145:11, 148:23
**148** [3] - 87:18, 90:12,
91:24
**14th** [1] - 205:5
**15** [22] - 19:14, 25:19,
34:14, 62:20, 73:5,
85:4, 92:10, 93:15,
96:14, 99:22,
111:13, 111:16,
166:15, 169:20,
181:19, 182:16,
187:1, 187:22,
191:13, 192:16,
197:2, 198:20
**1500** [1] - 261:16
**152** [3] - 184:19,
185:13, 186:14
**16** [14] - 19:23, 39:24,
41:21, 54:25, 73:5,
106:8, 139:2, 143:4,
155:3, 166:15,
170:24, 176:10,
179:6, 202:18
**17** [9] - 20:2, 106:8,
166:15, 172:8,
172:17, 172:18,
172:19, 172:20,
265:6
**1767** [2] - 68:11,
216:23
**18** [24] - 20:4, 24:21,
31:17, 33:23, 34:14,
96:14, 100:20,

104:3, 105:22,
106:4, 117:22,
119:6, 135:9, 136:5,
149:16, 152:15,
161:20, 172:18,
172:19, 172:20,
187:1, 188:10,
191:13, 193:7
**1800** [1] - 1:13
**1805** [1] - 216:24
**185** [4] - 77:12, 79:13,
80:9, 81:2
**19** [29] - 1:4, 20:8,
20:15, 31:17, 35:4,
40:1, 42:23, 44:20,
46:23, 46:24, 47:1,
48:2, 49:15, 62:20,
66:2, 70:7, 85:4,
96:15, 101:11,
117:22, 126:22,
131:23, 132:1,
159:18, 161:21,
191:13, 194:9,
208:11, 209:17
**196** [3] - 211:25,
212:23, 214:11
**1991** [1] - 171:5
**1996** [1] - 101:3
**1:00** [1] - 237:19
**1:22** [1] - 278:2
**1:28** [1] - 278:2
**1:30** [19] - 23:16,
23:20, 24:2, 92:1,
103:14, 111:6,
122:17, 122:18,
126:20, 131:10,
134:25, 138:18,
148:25, 149:5,
153:18, 154:6,
154:7, 154:17, 234:5
**1st** [1] - 116:17

**2**

**2** [2] - 8:4, 14:16
**2-0** [1] - 34:9
**20** [10] - 20:19, 34:6,
34:7, 34:9, 66:15,
66:16, 92:10, 109:8,
132:15, 143:12
**200** [1] - 8:14
**200-year-old** [1] -
57:15
**2000** [1] - 128:20
**20001** [1] - 1:10
**2004** [4] - 80:19,
213:11, 213:12
**2005** [1] - 98:16
**2006** [3] - 34:20, 69:5,

98:16
**2011** [1] - 49:24
**2012** [2] - 36:4, 213:5
**2014** [1] - 28:1
**2015** [3] - 37:25,
38:15, 89:2
**2016** [5] - 37:25, 38:6,
38:11, 38:15, 151:1
**2017** [3] - 89:2, 140:2
**2019** [1] - 91:8
**202** [1] - 1:11
**2020** [3] - 140:2,
243:9, 245:11
**2021** [76] - 13:12,
17:25, 18:11, 32:5,
32:10, 57:22, 58:19,
60:20, 61:3, 61:19,
62:23, 63:4, 63:9,
70:22, 75:25, 76:4,
76:12, 83:6, 86:12,
91:10, 94:4, 94:13,
94:19, 94:24, 95:6,
104:14, 104:18,
108:18, 114:7,
114:10, 141:7,
141:10, 141:14,
141:25, 145:19,
145:23, 146:20,
147:5, 150:9, 163:7,
163:12, 163:18,
163:22, 167:1,
167:20, 168:20,
169:3, 169:14,
170:12, 174:16,
182:4, 182:12,
198:9, 201:9, 203:2,
203:7, 205:9,
205:19, 206:2,
208:22, 222:17,
236:7, 236:16,
243:4, 243:6,
250:18, 251:25,
255:19, 257:5,
258:16, 259:9,
263:19, 263:21,
264:20, 268:25
**2022** [3] - 1:4, 79:19,
155:3
**2023** [1] - 283:22
**206.1** [4] - 2:11,
256:22, 257:7,
257:14
**206.2** [4] - 2:12, 258:9,
258:18, 258:25
**206.3** [4] - 2:12, 259:2,
259:11, 259:21
**20th** [1] - 240:21
**21** [2] - 20:24, 159:18
**211** [6] - 2:9, 251:14,
252:2, 252:9,

253:17, 253:19
**211.1** [6] - 2:10,
253:14, 253:22,
253:24, 254:1,
254:18
**211.2** [5] - 2:10,
254:16, 254:23,
255:1, 255:3
**212** [6] - 2:11, 255:9,
255:18, 255:21,
256:4, 256:8
**22** [16] - 21:2, 54:25,
60:5, 73:6, 85:5,
96:15, 108:3, 110:5,
113:24, 127:9,
129:23, 161:21,
166:16, 173:10,
191:13, 195:6
**22-60** [1] - 1:3
**22-CR-60** [1] - 3:3
**223** [3] - 111:8,
112:17, 113:14
**223-8061** [1] - 1:19
**22A** [2] - 4:21, 4:24
**22nd** [2] - 45:3, 46:15
**23** [6] - 21:11, 54:25,
60:5, 66:16, 249:20,
251:23
**233** [3] - 81:10, 83:22,
84:18
**2332** [2] - 216:17
**234** [2] - 208:5, 211:20
**2348** [1] - 216:25
**23rd** [2] - 45:4, 46:16
**24** [5] - 21:18, 54:25,
154:10, 154:13,
154:14
**24-hour** [1] - 242:22
**2470** [1] - 216:19
**248** [1] - 2:3
**249** [2] - 191:7, 196:17
**25** [4] - 21:25, 71:22,
100:10, 159:19
**252** [1] - 2:9
**254** [1] - 2:10
**255** [1] - 2:10
**2551** [1] - 216:21
**256** [1] - 2:11
**257** [1] - 2:11
**258** [1] - 2:12
**259** [1] - 2:12
**26** [3] - 22:5, 51:13,
52:19
**263** [1] - 2:13
**265** [1] - 2:13
**266** [1] - 2:14
**268** [2] - 127:2, 131:7
**27** [11] - 22:13, 54:25,
62:20, 85:5, 113:24,
159:19, 161:21,

187:1, 189:7,
200:20, 202:18
**272** [2] - 200:12, 202:7
**28** [4] - 22:17, 34:7,
69:1, 120:19
**2800** [3] - 149:11,
153:13, 217:3
**29** [12] - 22:20, 54:25,
60:6, 60:7, 62:20,
81:14, 82:12, 85:5,
159:19, 161:21,
176:10, 187:2
**2:30** [1] - 278:24
**2:40** [1] - 278:25

### 3

**3** [3] - 14:21, 15:10,
234:6
**30** [5] - 22:24, 70:8,
104:12, 191:19,
214:5
**30-some-odd** [1] -
188:15
**31** [1] - 211:24
**32** [6] - 56:14, 213:22,
214:3, 214:15,
214:22
**33** [1] - 112:9
**332** [4] - 24:15, 24:18,
26:6, 27:4
**348** [2] - 107:23, 111:3
**35** [1] - 107:5
**36** [1] - 113:6
**389** [4] - 135:3, 137:8,
138:6, 138:15
**39** [1] - 34:8
**391** [2] - 131:14,
133:14
**3:30** [1] - 234:6

### 4

**4** [9] - 15:12, 15:16,
73:8, 73:9, 73:10,
216:21, 238:19,
275:19, 275:20
**4-0** [2] - 134:6, 134:7
**40** [3] - 1:13, 134:5,
178:19
**40-some** [1] - 49:5
**402** [7] - 2:13, 264:3,
264:24, 265:2,
265:10, 265:24,
266:2
**402.1** [6] - 2:14,
265:20, 266:4,
266:9, 266:10,
266:12

**402.2** [7] - 2:14,
265:21, 266:5,
266:9, 266:18,
266:19, 266:23
**403** [2] - 269:15, 274:5
**41** [2] - 159:14, 161:8
**426** [3] - 196:20,
199:14, 200:5
**43** [1] - 173:1
**470** [1] - 27:8
**4:10** [1] - 264:19
**4:10:28** [1] - 265:12
**4:27** [1] - 264:19
**4th** [1] - 87:15

### 5

**5** [4] - 18:20, 216:22,
234:6, 234:15
**50** [1] - 49:8
**51** [1] - 1:18
**511** [3] - 204:17,
207:2, 207:25
**512** [2] - 202:14,
204:10
**514-7689** [1] - 1:14
**551** [2] - 30:2, 31:9
**581** [2] - 47:19, 51:6
**597** [3] - 37:3, 161:16,
166:2
**5th** [2] - 243:16,
283:22

### 6

**6** [130] - 12:17, 13:12,
16:5, 17:24, 18:11,
23:10, 23:12, 23:15,
23:22, 24:1, 32:5,
32:10, 54:24, 56:2,
57:8, 57:22, 58:19,
60:20, 61:3, 61:19,
62:23, 63:4, 63:9,
70:22, 73:5, 73:23,
75:25, 76:3, 76:12,
83:6, 83:19, 84:20,
86:9, 86:12, 91:10,
91:25, 92:1, 94:3,
94:13, 94:19, 94:24,
95:6, 96:21, 103:12,
103:14, 104:14,
104:18, 107:16,
108:18, 111:4,
111:5, 113:17,
113:18, 114:7,
114:10, 122:13,
122:17, 126:16,
126:19, 131:9,
134:23, 134:24,

138:15, 138:17,
141:6, 141:10,
141:14, 141:25,
145:19, 145:23,
146:20, 147:5,
149:3, 150:8,
153:14, 153:17,
153:18, 153:24,
154:5, 154:7, 163:7,
163:12, 163:18,
163:22, 164:14,
167:20, 168:20,
169:2, 169:14,
170:12, 170:17,
175:17, 175:19,
175:21, 182:3,
182:12, 184:13,
184:15, 186:15,
196:18, 198:9,
200:6, 201:9, 203:2,
203:7, 205:9,
205:19, 206:2,
208:1, 208:22,
211:21, 214:2,
214:21, 214:23,
216:23, 222:17,
236:7, 243:6,
250:18, 251:25,
255:19, 257:4,
258:16, 259:8,
263:19, 263:21,
264:20, 268:25
**600** [1] - 111:22
**601** [3] - 1:10, 280:17,
281:2
**602** [1] - 1:14
**609** [2] - 84:24, 87:14
**610** [2] - 175:24, 181:1
**617** [1] - 1:19
**634** [1] - 70:1
**639** [2] - 39:18, 44:12
**642** [3] - 68:15, 68:21,
69:21
**6th** [21] - 56:20, 61:8,
78:11, 99:14,
163:24, 164:2,
164:3, 167:1,
176:15, 205:20,
236:19, 237:18,
240:17, 241:3,
241:20, 242:10,
242:15, 243:23,
245:10, 255:8,
279:14

### 7

**7** [6] - 17:10, 139:1,
139:3, 161:20,
161:22, 216:24

**703** [2] - 72:25, 77:4
**711** [2] - 113:20, 117:9
**75** [1] - 62:14
**763** [3] - 51:9, 53:20,
54:15
**767** [2] - 65:19, 66:25
**771** [4] - 122:20,
123:24, 125:5,
126:15
**798** [2] - 117:14,
122:12

### 8

**8** [40] - 17:16, 17:22,
31:17, 31:19, 54:24,
56:25, 70:7, 70:10,
73:5, 77:16, 77:17,
85:4, 85:6, 104:3,
104:4, 108:3, 108:6,
113:23, 113:25,
139:1, 140:21,
149:16, 149:23,
161:20, 162:21,
166:15, 166:17,
181:18, 181:20,
197:2, 197:6,
200:19, 200:21,
202:18, 202:19,
204:23, 204:25,
208:9, 208:12,
216:25
**803-1612** [1] - 1:11
**805** [3] - 103:19,
106:24, 107:15
**85004-4449** [1] - 1:14
**862** [2] - 59:23, 62:9
**873** [2] - 92:5, 95:24
**879** [2] - 166:9, 175:16
**8:00** [1] - 238:12

### 9

**9** [13] - 17:23, 18:20,
62:19, 62:21, 73:5,
161:20, 166:15,
169:12, 176:9,
176:13, 200:19,
217:1, 234:3
**907** [3] - 31:12, 37:12,
39:15
**976** [1] - 44:15
**986** [1] - 47:14
**996** [2] - 96:8, 102:25
**9:01** [1] - 1:4

### A

**a.m** [4] - 1:4, 18:20,
234:3, 234:4
**AAMC** [1] - 174:4
**ability** [55] - 19:6,
20:22, 21:1, 22:22,
26:3, 33:19, 35:1,
36:11, 38:22, 41:5,
42:18, 44:1, 49:12,
50:21, 52:15, 61:4,
63:10, 66:22, 67:19,
75:23, 76:15, 79:8,
82:8, 82:14, 82:25,
93:11, 94:25, 95:11,
97:9, 98:19, 101:9,
102:11, 102:21,
103:2, 105:19,
108:22, 110:1,
121:25, 129:6,
129:12, 137:4,
142:1, 143:1,
152:12, 153:3,
177:15, 179:3,
185:9, 187:15,
192:7, 195:25,
198:17, 206:24,
209:13, 283:16
**able** [34] - 9:9, 53:3,
53:6, 55:23, 64:17,
74:15, 83:11, 83:17,
97:13, 115:13,
115:20, 116:17,
116:18, 125:20,
157:11, 158:23,
165:5, 177:18,
177:19, 190:10,
190:12, 190:13,
220:21, 220:23,
234:18, 238:13,
239:8, 239:23,
245:5, 245:21,
247:10, 248:11,
262:2, 271:25
**abroad** [1] - 66:10
**absolute** [1] - 247:20
**absolutely** [6] - 50:1,
59:3, 95:1, 120:5,
178:1, 208:19
**abuse** [2] - 127:24,
128:21
**Abuse** [1] - 128:3
**accept** [1] - 230:11
**acceptable** [2] - 230:1,
273:9
**accepting** [2] - 21:23,
22:3
**accident** [2] - 172:13,
199:7

**accompany** [2] - 106:9, 137:1

**accounting** [2] - 183:25, 184:1

**accurate** [4] - 251:24, 263:22, 266:1, 283:13

**accurately** [4] - 255:18, 257:3, 258:15, 259:7

**accused** [11] - 20:6, 24:24, 33:25, 100:22, 105:24, 119:9, 136:7, 152:17, 188:12, 193:9, 248:13

**acquaintances** [1] - 63:7

**acted** [1] - 277:14

**acting** [3] - 13:15, 222:20, 246:2

**action** [1] - 171:14

**Action** [1] - 1:2

**actions** [3] - 99:15, 227:3, 241:19

**activated** [1] - 76:9

**active** [8] - 21:4, 110:7, 129:25, 173:12, 195:8, 195:12, 195:14, 195:19

**activities** [1] - 106:13

**activity** [1] - 148:5

**actual** [3] - 238:5, 250:13, 265:18

**Adam** [1] - 63:2

**ADAMS** [1] - 1:21

**Adams** [5] - 3:11, 15:6, 15:7, 16:20, 16:24

**add** [3] - 57:8, 156:18, 280:9

**adding** [1] - 197:25

**addition** [2] - 9:3, 229:2

**additional** [4] - 8:4, 16:7, 169:18, 274:13

**address** [2] - 7:4, 9:6

**addressed** [1] - 158:18

**adjacent** [2] - 86:20, 164:18

**adjourn** [1] - 71:16

**administer** [2] - 11:8, 218:1

**Administration** [1] - 19:20

**administrative** [3] - 79:4, 260:4, 260:16

**admissible** [4] -

227:24, 228:3, 280:18, 280:25

**admit** [3] - 247:4, 262:11, 262:22

**admitted** [26] - 98:15, 221:20, 221:21, 227:9, 227:11, 227:16, 252:6, 252:9, 253:25, 254:1, 255:2, 255:3, 256:5, 256:8, 257:11, 257:14, 258:22, 258:25, 259:16, 259:21, 262:25, 263:1, 265:3, 265:10, 266:8, 266:9

**adverse** [1] - 157:21

**advice** [1] - 230:15

**affect** [38] - 20:21, 20:25, 22:22, 26:3, 35:1, 36:11, 38:22, 42:18, 44:1, 50:20, 61:4, 63:10, 66:21, 75:22, 76:2, 76:15, 82:14, 82:25, 94:25, 95:10, 97:8, 101:8, 102:11, 103:2, 103:6, 108:22, 121:25, 125:25, 137:4, 141:16, 142:1, 153:3, 162:17, 177:15, 182:7, 195:25, 198:17

**affected** [4] - 93:23, 141:12, 182:2, 198:8

**affirm** [1] - 268:17

**Afghanistan** [5] - 34:19, 35:11, 35:17, 35:18, 35:21

**aftermath** [1] - 86:18

**afternoon** [41] - 122:20, 127:2, 127:3, 131:14, 131:16, 131:19, 135:3, 138:23, 138:24, 149:11, 159:14, 161:16, 166:9, 166:10, 175:24, 175:25, 181:9, 181:14, 184:19, 184:20, 186:19, 186:22, 191:10, 196:23, 200:12, 200:16, 202:14, 202:15, 204:17, 204:18, 208:5, 208:6, 212:2, 234:6, 236:6,

239:23, 248:25, 249:1, 249:10, 249:11, 279:6

**afterwards** [1] - 201:5

**age** [2] - 9:7, 230:7

**agencies** [2] - 19:18, 193:4

**Agency** [2] - 68:24, 107:3, 151:8

**agency** [16] - 19:16, 19:25, 41:23, 93:17, 99:24, 111:18, 139:10, 143:6, 169:23, 171:1, 179:8, 182:19, 187:25, 192:18, 198:23, 207:7

**Agent** [6] - 1:21, 3:11, 15:6, 15:7, 16:24, 17:4

**agent** [2] - 94:10, 193:2

**agents** [2] - 192:25, 248:1

**agents'** [1] - 193:5

**ago** [45] - 8:14, 25:18, 34:6, 34:9, 37:21, 42:6, 42:13, 42:17, 43:9, 49:9, 49:22, 49:23, 64:7, 66:14, 66:16, 67:17, 77:23, 88:25, 91:7, 97:3, 98:24, 99:12, 101:22, 101:24, 103:1, 130:4, 132:10, 132:14, 136:21, 136:22, 150:23, 151:5, 152:23, 152:24, 172:16, 172:19, 172:25, 173:2, 173:3, 177:2, 177:3, 188:16, 189:4, 249:20

**agree** [6] - 22:6, 157:13, 222:1, 222:5, 233:24, 263:8

**agreed** [2] - 157:13, 277:5

**agreement** [2] - 72:14, 117:6

**aid** [1] - 220:8

**aided** [1] - 1:25

**air** [12] - 5:16, 6:5, 6:6, 6:7, 6:9, 6:12, 6:13, 6:19, 6:20, 260:10

**air-flow** [1] - 5:16

**Ak** [1] - 17:1

**alarm** [2] - 250:25, 260:20

**Alcohol** [1] - 19:21

**alert** [1] - 118:13

**alerting** [1] - 157:16

**alive** [1] - 127:5

**allowed** [3] - 154:1, 237:25, 252:19

**almost** [6] - 94:1, 109:8, 113:6, 156:1, 240:13, 250:16

**alone** [4] - 226:13, 226:17, 227:13, 244:4

**ALSO** [1] - 1:21

**alternate** [2] - 8:6, 226:1

**alternates** [4] - 8:5, 216:2, 216:3, 225:24

**alternates'** [1] - 225:23

**alternative** [1] - 156:14

**Amazon** [2] - 207:9, 207:13

**Amendment** [2] - 8:20, 237:10

**America** [4] - 3:3, 67:9, 209:25, 210:3, 210:9, 211:7, 263:2, 263:5

**AMERICA** [1] - 1:2

**American** [3] - 83:24, 174:5, 247:17

**Americans** [1] - 246:18

**amount** [2] - 247:12, 270:6

**amounts** [1] - 119:23

**analyst** [2] - 88:6, 90:13

**analyze** [1] - 244:25

**ANC** [3] - 85:18, 85:21, 86:3

**angry** [1] - 121:20

**animals** [1] - 133:24

**answer** [20] - 10:2, 10:4, 10:5, 10:12, 10:14, 13:24, 14:11, 32:23, 103:8, 118:22, 119:14, 120:11, 169:15, 172:3, 180:14, 190:11, 228:6, 228:8, 228:9

**answered** [6] - 10:1, 46:23, 104:9, 119:12, 171:7, 228:7

**answers** [2] - 9:11, 10:23

**anticipate** [1] - 212:18

**anticipating** [1] -

279:24

**anticipation** [1] - 237:21

**anxiety** [1] - 160:2

**anyway** [2] - 57:19, 278:16

**AP** [4] - 280:16, 282:1, 282:10, 282:12

**apartment** [1] - 205:23

**apologize** [1] - 56:17

**appear** [3] - 10:16, 139:12, 226:16

**APPEARANCES** [1] - 1:8

**applies** [1] - 226:10

**apply** [2] - 178:8, 179:3

**applying** [2] - 21:24, 22:4

**appointee** [2] - 179:13, 179:17

**appreciate** [1] - 33:11

**approach** [1] - 58:15

**appropriate** [1] - 271:16

**appropriately** [1] - 133:13

**appropriation** [2] - 78:1, 78:5

**appropriations** [2] - 78:5, 78:10

**Architect** [2] - 85:14, 86:8

**area** [49] - 17:21, 31:21, 32:11, 57:3, 69:3, 70:12, 70:21, 77:19, 80:4, 85:8, 85:12, 85:21, 85:23, 85:24, 86:5, 91:12, 91:15, 104:6, 104:11, 114:2, 115:16, 115:23, 140:24, 141:22, 141:23, 149:25, 150:5, 162:24, 166:20, 181:23, 189:17, 189:18, 189:25, 190:2, 190:3, 190:5, 197:9, 200:24, 202:21, 205:2, 208:14, 208:22, 208:24, 231:3, 253:8, 254:3, 254:19, 255:5, 258:5

**Area** [1] - 238:2

**areas** [1] - 121:8

**arena** [1] - 42:10

**argue** [3] - 244:12, 270:4, 276:24

**argument** [6] - 227:23,

270:20, 270:23, 270:24, 271:1, 275:5
**argumentative** [1] - 272:24
**arguments** [6] - 225:3, 225:4, 225:8, 247:9, 271:20, 273:8
**arm** [1] - 239:5
**armor** [1] - 238:23
**Arms** [1] - 261:9
**arraigned** [2] - 133:3, 133:6
**arrest** [2] - 50:17, 76:10
**arrested** [17] - 20:6, 24:24, 33:25, 50:3, 50:5, 100:23, 102:5, 105:25, 106:3, 119:9, 136:8, 152:18, 152:21, 188:13, 188:20, 188:22, 193:10
**arrests** [1] - 106:7
**arrived** [3] - 154:21, 274:23, 279:4
**arrives** [1] - 277:24
**arriving** [1] - 240:6
**Article** [1] - 8:18
**aside** [1] - 253:19
**aspect** [1] - 270:3
**assault** [4] - 67:18, 67:23, 67:24, 103:4
**assaulted** [3] - 35:11, 66:8, 236:24
**assaulting** [3] - 13:14, 222:19, 241:6
**assessment** [6] - 40:17, 40:22, 40:23, 69:7, 144:3, 178:8
**assigned** [1] - 106:13
**assignments** [1] - 75:11
**assist** [1] - 130:6
**Assistant** [5] - 3:7, 3:9, 14:22, 14:23, 221:9
**assistant** [6] - 83:25, 139:21, 146:11, 146:12, 183:8, 183:9
**assisted** [1] - 15:2
**assisting** [1] - 7:23
**associate's** [1] - 174:16
**Associated** [3] - 240:10, 281:1, 281:7
**Association** [3] - 29:6, 130:6, 174:5
**association** [4] - 29:10, 144:13, 144:16, 144:17

**association's** [1] - 144:18
**assurance** [1] - 185:16
**assure** [1] - 5:13
**assured** [2] - 12:4, 148:10
**Athol** [1] - 242:24
**attack** [7] - 95:4, 132:18, 132:21, 132:24, 133:2, 180:6, 180:7
**attacked** [1] - 132:7
**attacks** [1] - 93:23
**attempt** [1] - 239:1
**attempted** [2] - 194:14, 194:23
**attend** [8] - 18:2, 44:23, 116:3, 117:24, 118:6, 123:3, 212:12, 275:14
**attended** [1] - 280:8
**attention** [19] - 14:13, 14:19, 19:8, 55:6, 55:23, 56:1, 69:3, 71:13, 125:20, 126:1, 159:22, 219:14, 219:19, 225:11, 226:4, 226:19, 234:14, 245:8, 270:22
**Attorney** [8] - 3:7, 3:10, 14:22, 14:23, 52:11, 206:11, 221:10, 263:6
**attorney** [11] - 32:24, 98:6, 127:14, 142:8, 142:18, 158:15, 185:3, 209:6, 224:22, 263:6, 263:8
**Attorney's** [8] - 1:9, 1:21, 1:22, 15:4, 88:7, 88:14, 88:21, 89:10
**attorney-client** [1] - 158:15
**attorneys** [13] - 15:19, 16:1, 20:25, 89:21, 105:1, 139:7, 209:11, 221:12, 224:4, 224:21, 230:20, 231:2, 231:5
**audible** [1] - 4:14
**audio** [1] - 262:4
**August** [2] - 163:9, 163:10
**authentic** [2] - 263:23, 280:19
**Authority** [1] - 249:21

**authorization** [1] - 283:20
**authorized** [1] - 260:25
**AV** [1] - 197:19
**available** [2] - 47:2, 226:21
**Avenue** [1] - 1:13
**avoid** [5] - 18:7, 23:13, 107:17, 230:23, 231:4
**aware** [1] - 243:25
**awful** [1] - 171:23
**AZ** [1] - 1:14
**Aziza** [3] - 3:25, 15:20, 221:13
**AZIZA** [1] - 1:16

# B

**bachelor's** [1] - 207:16
**background** [4] - 6:8, 79:1, 138:3, 199:20
**bag** [3] - 59:24, 131:17, 149:21
**ballots** [1] - 237:14
**banging** [1] - 274:25
**Bank** [2] - 213:1, 213:4
**bar** [1] - 98:15
**barraging** [1] - 239:25
**barricades** [1] - 238:1
**base** [2] - 115:13, 115:21
**based** [26] - 7:20, 8:23, 12:5, 13:11, 18:1, 22:15, 97:7, 97:23, 115:14, 115:21, 143:20, 147:2, 147:16, 147:23, 189:1, 189:10, 190:6, 192:4, 203:17, 222:16, 229:8, 231:25, 232:10, 233:15, 244:20, 280:9
**basement** [4] - 167:14, 167:17, 167:18, 168:20
**basing** [1] - 233:13
**basis** [2] - 85:15, 112:5
**Bates** [1] - 90:24
**battle** [2] - 273:5, 273:6
**battling** [7] - 240:1, 271:15, 272:2,

272:11, 272:16, 272:23, 273:3
**bay** [1] - 239:24
**BC** [1] - 198:25
**beans** [2] - 270:6, 270:9
**become** [1] - 150:19
**BEFORE** [1] - 1:6
**beforehand** [1] - 215:25
**began** [1] - 239:25
**begin** [12] - 5:6, 5:13, 11:4, 11:7, 11:14, 13:7, 13:22, 62:21, 225:25, 237:18, 238:4, 275:11
**beginning** [2] - 114:21, 225:12
**behalf** [3] - 3:18, 5:5, 236:2
**behaved** [1] - 247:6
**behavior** [1] - 244:21
**behind** [2] - 12:18, 23:7, 237:7
**belief** [1] - 246:19
**beliefs** [1] - 22:18
**believability** [1] - 226:15
**believes** [2] - 227:24, 228:3
**bell** [1] - 56:21
**bells** [1] - 56:14
**belong** [5] - 21:3, 110:6, 129:24, 173:12, 195:7
**belongings** [1] - 260:17
**below** [2] - 236:22, 283:21
**bench** [115] - 7:10, 26:20, 27:3, 28:5, 28:10, 29:18, 29:23, 31:3, 31:8, 36:16, 37:11, 39:9, 39:14, 41:12, 41:20, 44:6, 44:11, 45:11, 46:4, 46:19, 47:13, 50:25, 51:5, 54:7, 54:14, 59:6, 59:17, 61:25, 62:8, 65:3, 65:12, 67:12, 67:21, 68:6, 68:10, 69:15, 69:20, 71:25, 72:20, 76:20, 77:3, 79:25, 80:8, 80:22, 81:1, 84:12, 84:17, 87:5, 87:13, 91:18, 91:23, 95:15, 95:23, 102:15, 102:24, 107:8, 107:14, 110:22,

111:2, 113:8, 113:13, 116:21, 117:8, 122:6, 122:11, 124:16, 124:24, 125:14, 125:22, 126:9, 126:14, 130:25, 131:6, 134:16, 134:21, 137:23, 138:5, 144:25, 145:10, 148:16, 148:22, 153:7, 153:12, 160:23, 161:7, 165:17, 166:1, 174:19, 175:15, 180:18, 180:25, 184:7, 184:12, 186:8, 186:13, 190:17, 190:24, 196:11, 196:16, 199:24, 200:4, 201:24, 202:6, 204:2, 204:9, 207:19, 207:24, 211:14, 211:19, 213:15, 214:10, 215:24, 216:10, 217:12, 217:23
**bender** [1] - 172:15
**BERYL** [1] - 1:6
**Beryl** [2] - 4:25, 7:8
**beside** [1] - 16:5
**best** [5] - 13:3, 52:8, 88:5, 108:10, 283:15
**Better** [1] - 197:15
**better** [8] - 16:17, 168:14, 219:19, 219:20, 219:25, 220:1, 260:11, 260:12
**between** [11] - 45:3, 196:9, 224:7, 229:16, 234:5, 239:22, 265:17, 276:3, 278:2, 282:6
**beyond** [12] - 21:21, 83:15, 144:4, 178:9, 223:5, 223:7, 223:11, 223:16, 238:16, 241:22, 245:4, 245:6
**bias** [2] - 8:9, 165:8
**biases** [1] - 12:4
**big** [4] - 61:7, 71:20, 109:21, 212:21
**bike** [4] - 31:25, 32:16, 256:16
**bill** [3] - 70:19, 71:14, 72:8
**Bill** [1] - 8:19

**bit** [18] - 23:11, 53:10, 58:10, 78:4, 79:1, 79:3, 85:23, 174:22, 174:24, 188:16, 201:15, 208:24, 218:20, 257:20, 271:8, 274:21, 277:17, 282:8
**bits** [1] - 79:4
**black** [4] - 16:10, 16:13, 16:14, 31:15
**Blaine** [1] - 146:12
**bleeding** [2] - 240:7, 240:12
**blink** [1] - 252:12
**block** [3] - 110:10, 110:12, 182:10
**blog** [1] - 229:4
**blogging** [1] - 230:10
**bloodshot** [1] - 240:12
**bloody** [1] - 273:6
**Bloomingdale** [1] - 101:20
**blotter** [1] - 57:15
**blow** [1] - 257:21
**blown** [1] - 55:11
**blue** [1] - 252:22
**blunt** [3] - 8:13, 277:8, 279:16
**Board** [1] - 206:20
**body** [7] - 238:22, 268:18, 269:4, 277:23, 277:24, 278:10, 278:24
**body-worn** [6] - 268:18, 269:4, 277:23, 277:24, 278:10, 278:24
**bombastic** [1] - 247:5
**book** [1] - 12:22
**books** [1] - 232:13
**born** [1] - 29:14
**borne** [1] - 83:13
**Boston** [4] - 1:19, 88:8, 88:14, 88:20
**bound** [1] - 11:19
**bout** [1] - 167:2
**box** [10] - 16:10, 16:13, 16:14, 24:13, 31:14, 31:15, 87:19, 122:24, 160:11, 216:14
**boyfriend** [10] - 93:21, 93:25, 94:2, 94:23, 163:1, 163:4, 163:6, 163:12, 164:5, 164:20
**boyfriend's** [1] - 164:10
**brain** [1] - 159:6

**branch** [1] - 139:10
**branches** [1] - 143:12
**breach** [1] - 146:25
**breached** [2] - 238:3, 239:19
**breaches** [1] - 277:15
**breaching** [1] - 238:17
**break** [14] - 77:10, 81:8, 149:10, 215:2, 234:4, 234:5, 234:16, 234:23, 235:2, 266:21, 266:23, 280:15, 282:6
**breaking** [1] - 273:14
**brief** [4] - 32:17, 102:8, 150:15, 224:22
**briefed** [5] - 150:3, 150:6, 150:16, 150:21, 150:24
**briefly** [4] - 13:7, 222:10, 226:5, 234:1
**bring** [11] - 4:3, 4:5, 4:17, 12:19, 23:7, 131:9, 138:16, 214:3, 214:21, 234:11, 267:11
**bringing** [3] - 55:15, 157:20, 201:14
**broadcast** [1] - 240:10
**broke** [1] - 238:5
**broken** [1] - 9:18
**brother** [21] - 25:5, 25:22, 34:3, 34:13, 34:25, 81:20, 81:24, 82:4, 82:7, 105:1, 105:7, 105:10, 105:17, 111:21, 112:11, 188:4, 192:1, 193:12, 193:20, 193:22, 194:5
**brother-in-law** [4] - 105:1, 105:7, 105:10, 105:17
**brothers** [5] - 25:2, 25:7, 25:8, 25:9, 26:2
**brought** [4] - 5:4, 12:22, 23:23, 232:2
**brutally** [1] - 246:7
**build** [1] - 254:10
**building** [26] - 13:19, 84:21, 150:4, 150:12, 154:1, 161:10, 164:17, 167:4, 201:4, 222:24, 236:12, 238:5, 239:2,

239:19, 240:19, 250:3, 250:10, 250:14, 252:22, 253:4, 254:4, 254:11, 255:14, 256:19, 264:10, 264:12
**Building** [29] - 13:12, 13:20, 78:15, 85:8, 91:13, 108:8, 108:12, 114:24, 115:17, 150:8, 162:24, 163:21, 164:22, 164:24, 166:20, 197:8, 200:23, 205:2, 222:17, 222:25, 243:22, 250:4, 250:13, 251:21, 251:22, 257:4, 259:6, 260:2, 263:15
**buildings** [7] - 108:14, 108:16, 164:21, 250:4, 250:6, 260:3, 260:15
**burden** [7] - 21:18, 83:14, 144:4, 223:6, 223:7, 244:24, 245:6
**Bureau** [2] - 19:19, 19:21
**burglarized** [2] - 43:9, 49:22
**burglary** [4] - 43:11, 50:8, 50:14, 50:20
**burning** [1] - 240:8
**business** [2] - 70:16, 125:8, 261:7
**busy** [3] - 76:12, 76:13, 247:15
**but..** [3] - 46:16, 81:22, 118:17
**button** [1] - 27:1
**buying** [1] - 45:3
**BY** [17] - 249:9, 252:14, 252:25, 253:6, 253:13, 254:2, 255:4, 256:9, 257:15, 257:25, 258:8, 259:1, 259:17, 259:22, 264:2, 265:13, 266:13

---

## C

**C-SPAN** [1] - 242:22
**CACI** [1] - 88:8
**cadet** [1] - 75:12
**cafe** [1] - 243:2

**cafeteria** [11] - 23:14, 122:16, 126:17, 126:19, 134:24, 138:16, 149:3, 153:23, 154:5, 231:2, 267:13
**calendar** [2] - 71:8, 97:19
**camera** [8] - 261:25, 266:15, 268:18, 269:4, 274:19, 277:23, 277:25, 278:10
**cameras** [11] - 119:22, 121:6, 255:16, 261:12, 261:15, 261:17, 261:22, 262:2, 262:4, 263:20, 278:24
**candid** [1] - 280:6
**cannot** [5] - 13:6, 21:19, 232:14, 233:11, 267:9
**capacities** [1] - 141:2
**Capito** [1] - 150:25
**Capitol** [169] - 13:12, 13:19, 17:2, 17:18, 17:21, 17:24, 18:10, 19:22, 31:21, 31:25, 32:11, 32:16, 56:12, 56:13, 56:15, 57:3, 57:7, 57:20, 57:23, 58:22, 61:21, 62:23, 70:13, 70:16, 70:20, 71:11, 77:19, 78:6, 78:11, 78:15, 85:8, 85:12, 85:13, 85:14, 85:15, 85:21, 85:24, 85:25, 86:8, 86:20, 91:12, 93:23, 104:6, 104:11, 104:14, 108:8, 108:12, 108:18, 114:2, 114:5, 114:24, 115:16, 115:24, 130:4, 140:23, 141:3, 141:6, 141:9, 145:6, 147:21, 149:25, 150:5, 150:8, 151:3, 162:24, 163:21, 164:21, 164:23, 166:19, 166:24, 167:1, 168:24, 169:14, 176:15, 176:21, 181:22, 182:22, 189:23, 189:25, 197:8, 200:23, 202:21, 205:2, 205:4,

205:13, 208:15, 222:17, 222:24, 236:10, 236:18, 236:22, 237:3, 237:22, 237:23, 238:3, 238:9, 238:13, 238:16, 241:3, 241:18, 241:20, 242:12, 242:16, 243:22, 244:4, 244:10, 244:14, 245:17, 246:3, 246:11, 246:13, 246:14, 249:15, 249:16, 249:23, 250:1, 250:2, 250:4, 250:9, 250:13, 250:19, 251:6, 251:7, 251:11, 251:12, 251:21, 251:22, 251:25, 254:3, 255:19, 257:2, 257:4, 258:14, 258:16, 259:6, 259:24, 260:2, 260:14, 261:1, 261:6, 261:10, 261:12, 261:13, 261:19, 261:21, 261:22, 263:10, 263:12, 263:15, 265:17, 274:15, 275:22, 276:3, 276:11, 276:12, 276:15, 276:22, 279:3, 279:18, 279:21, 279:22, 280:3, 282:1, 282:5, 282:9
**Capitol's** [2] - 239:20, 259:8
**Captain** [11] - 17:2, 248:17, 248:25, 249:10, 249:14, 251:15, 252:15, 255:5, 255:9, 259:18, 267:4
**captain** [16] - 248:23, 250:7, 250:15, 251:11, 253:14, 254:16, 256:10, 256:22, 257:16, 258:9, 259:2, 259:23, 264:3, 265:14, 265:20, 266:14
**captured** [2] - 236:25, 263:17
**captures** [1] - 263:14

**car** [3] - 172:12, 199:6, 243:14
**card** [1] - 41:18
**care** [1] - 38:20
**career** [6] - 35:15, 40:24, 48:16, 75:17, 75:20, 98:10
**careful** [3] - 73:21, 225:10, 226:19
**carefully** [7] - 16:4, 53:4, 83:12, 178:2, 178:7, 216:12, 248:6
**caring** [1] - 14:16
**Carolina** [4] - 3:10, 14:23, 32:7, 221:10
**CAROLINA** [1] - 1:9
**carolina.nevin@ usdoj.gov** [1] - 1:11
**carry** [2] - 178:11, 251:10
**carrying** [1] - 238:23
**cars** [1] - 102:3
**case** [236] - 4:22, 5:4, 8:3, 8:5, 8:9, 8:10, 9:9, 10:11, 10:19, 11:3, 12:5, 12:9, 12:23, 13:7, 13:9, 14:13, 14:20, 14:22, 15:18, 18:2, 18:4, 18:7, 18:8, 19:2, 19:7, 19:8, 21:11, 22:2, 22:12, 22:14, 22:23, 23:3, 24:3, 25:15, 26:4, 33:20, 35:2, 36:12, 38:24, 42:20, 44:2, 44:25, 49:13, 50:21, 52:16, 52:20, 53:8, 58:6, 58:21, 59:2, 60:9, 61:5, 61:13, 63:11, 63:25, 64:5, 64:15, 64:25, 65:1, 66:23, 67:19, 67:22, 74:2, 75:23, 75:24, 76:16, 78:17, 79:10, 82:9, 82:15, 83:1, 83:12, 86:13, 89:12, 89:19, 90:8, 93:12, 94:25, 95:11, 96:18, 96:22, 97:5, 97:8, 97:23, 98:20, 98:23, 99:18, 99:19, 100:18, 101:9, 102:11, 102:22, 103:3, 103:4, 104:20, 105:20, 106:5, 108:22, 110:2, 110:17, 112:13, 114:15, 115:15, 115:21, 116:5,

121:25, 125:20, 125:23, 126:1, 126:4, 126:6, 129:8, 133:11, 136:3, 137:5, 140:9, 140:11, 140:14, 140:19, 142:1, 143:2, 143:17, 143:24, 144:4, 144:9, 147:20, 148:9, 148:11, 152:13, 153:3, 156:7, 156:13, 156:22, 165:6, 165:15, 169:10, 172:4, 175:1, 175:4, 175:6, 177:16, 178:9, 179:4, 179:25, 180:11, 181:3, 182:14, 185:11, 187:17, 188:8, 189:2, 189:8, 189:14, 190:9, 192:8, 194:7, 196:1, 198:18, 201:21, 203:20, 206:4, 206:25, 209:14, 210:13, 212:14, 215:11, 218:19, 219:10, 221:14, 221:24, 222:6, 222:10, 222:14, 223:2, 224:5, 224:24, 224:25, 225:3, 225:5, 225:17, 225:21, 226:4, 226:10, 226:12, 227:4, 227:6, 227:7, 227:9, 228:14, 228:15, 228:17, 228:21, 228:25, 229:1, 229:2, 229:4, 229:7, 229:8, 229:13, 229:15, 229:22, 229:23, 230:2, 230:9, 230:16, 230:21, 230:22, 231:2, 231:6, 231:9, 231:11, 231:14, 231:15, 231:21, 231:22, 231:25, 232:5, 232:9, 232:12, 232:16, 232:24, 233:18, 233:21, 233:24, 244:8, 245:12, 247:9, 247:15, 267:21, 276:19
**cases** [16] - 8:16, 25:16, 25:17, 42:6,

49:9, 64:10, 81:24, 96:21, 105:9, 105:14, 127:17, 127:22, 231:19, 271:2, 279:15
**cash** [1] - 121:20
**catch** [1] - 271:12
**cattle** [2] - 133:25, 134:1
**caught** [3] - 133:2, 194:25, 244:13
**CCAN** [1] - 128:2
**CCTV** [1] - 264:13
**ceiling** [1] - 31:16
**center** [10] - 26:25, 236:21, 250:8, 250:9, 253:10, 261:18, 261:19, 261:20, 261:21, 261:25
**Center** [1] - 261:6
**Central** [2] - 1:13, 211:6
**ceremony** [1] - 254:12
**certain** [3] - 17:17, 222:1, 228:12
**certainly** [12] - 53:5, 144:1, 147:23, 148:1, 148:7, 155:8, 159:7, 171:21, 220:17, 244:2, 244:13, 244:18
**CERTIFICATE** [1] - 283:10
**certificate** [1] - 283:18
**certification** [3] - 164:25, 238:6, 247:2
**certify** [4] - 238:10, 244:1, 245:10, 283:13
**certifying** [1] - 236:13
**cetera** [1] - 119:24
**chain** [5] - 119:20, 120:15, 120:21, 120:25
**chair** [8] - 51:7, 54:16, 84:19, 92:1, 122:13, 212:1, 220:5, 270:25
**Chair** [11] - 216:21, 216:22, 216:23, 216:24, 216:25, 217:1, 217:2, 217:3, 217:4, 217:5, 217:6
**chairs** [2] - 12:18, 23:6
**challenge** [1] - 269:16
**challenges** [3] - 214:7, 215:14, 215:17
**challenging** [1] - 189:14

**Chamber** [2] - 252:16, 253:1
**chamber** [1] - 237:20
**chance** [2] - 233:1, 233:3
**change** [8] - 89:19, 156:3, 183:20, 199:21, 237:7, 239:3, 261:25, 262:3
**changes** [2] - 253:19, 254:21
**chaos** [1] - 244:14
**chaotic** [1] - 237:3
**characterization** [1] - 272:2
**characterizations** [3] - 271:15, 271:16, 272:23
**charge** [6] - 13:21, 22:5, 101:8, 223:1, 245:3, 250:9
**charged** [16] - 13:10, 13:13, 21:22, 60:20, 83:15, 136:11, 136:24, 147:20, 222:15, 222:18, 223:13, 239:1, 241:2, 241:6, 241:24, 244:15
**charges** [6] - 64:25, 133:4, 133:7, 232:2, 245:1, 245:5
**charging** [6] - 96:22, 97:7, 97:15, 98:23, 99:1, 99:8
**Charitable** [1] - 162:5
**chart** [1] - 216:13
**chase** [1] - 268:13
**chat** [1] - 230:11
**chatting** [1] - 58:1
**check** [12] - 28:3, 37:4, 37:7, 73:8, 126:22, 134:12, 173:24, 191:2, 202:9, 204:12, 218:7, 260:23
**checked** [4] - 40:1, 132:7, 166:15, 172:12
**checkered** [1] - 48:16
**checks** [1] - 75:13
**chemicals** [1] - 69:7
**chest** [1] - 278:1
**Chicago** [1] - 185:6
**Chief** [3] - 4:25, 7:9, 241:4
**CHIEF** [1] - 1:7
**chief** [5] - 146:14, 151:1, 176:20, 224:5, 224:25

**child** [2] - 127:22, 128:2
**Child** [1] - 128:3
**childcare** [2] - 26:12, 26:13
**Children's** [1] - 137:9
**choked** [1] - 35:11
**choking** [1] - 235:5
**choose** [2] - 223:22, 226:23
**chooses** [1] - 156:22
**chosen** [1] - 140:18
**Christmas** [3] - 118:4, 118:19, 123:7
**Circle** [2] - 190:4, 190:5
**circle** [2] - 252:22, 273:20
**circled** [7] - 39:23, 41:21, 46:24, 111:13, 254:3, 254:19, 255:5
**Circuit** [2] - 270:20, 271:2
**circuit** [3] - 251:8, 263:10, 263:13
**circulation** [2] - 6:5, 260:10
**citizens** [2] - 8:23, 9:3
**city** [4] - 76:8, 89:10, 91:9, 243:19
**civic** [2] - 9:2, 180:13
**civil** [11] - 13:17, 20:20, 35:24, 48:17, 89:7, 89:8, 98:7, 105:14, 206:19, 222:22, 241:7
**civilian** [2] - 75:7, 75:10
**CJA** [2] - 127:16, 128:18
**claim** [1] - 245:16
**claiming** [1] - 248:4
**clarification** [1] - 268:2
**clarified** [1] - 175:10
**clarify** [1] - 255:23
**class** [1] - 116:13
**clear** [6] - 46:1, 237:24, 270:16, 272:15, 273:22, 283:5
**clearly** [3] - 99:13, 270:19, 270:20
**clerk** [1] - 214:17
**clerks** [2] - 7:23, 23:24
**client** [4] - 91:1, 158:8, 158:15, 206:20
**clients** [2] - 90:23, 90:25

clips [1] - 281:9
close [105] - 14:17,
17:19, 17:24, 19:10,
19:15, 19:24, 20:5,
20:9, 20:16, 21:3,
24:22, 26:2, 31:20,
32:19, 33:24, 34:13,
35:5, 40:3, 41:22,
42:24, 48:5, 49:16,
51:15, 51:18, 57:1,
62:22, 63:1, 66:3,
70:11, 77:18, 78:21,
81:17, 85:7, 88:1,
92:13, 93:16, 98:3,
99:23, 100:21,
101:12, 104:5,
104:23, 105:23,
108:7, 108:25,
110:6, 111:17,
114:1, 114:23,
119:7, 119:16,
127:11, 129:24,
132:2, 135:11,
136:6, 140:22,
142:4, 143:5,
149:24, 152:2,
152:16, 160:13,
162:22, 165:8,
166:18, 168:15,
169:13, 169:21,
170:25, 173:12,
176:14, 176:19,
178:15, 179:7,
181:21, 182:1,
182:17, 184:24,
187:4, 187:23,
188:11, 191:15,
192:17, 193:8,
194:10, 195:7,
196:21, 197:7,
198:21, 200:22,
202:20, 202:24,
202:25, 205:1,
206:7, 208:13,
209:1, 209:18,
212:5, 212:6, 249:5,
260:9, 267:2, 273:15
Closed [1] - 238:2
closed [4] - 160:5,
251:8, 263:10,
263:13
closed-circuit [1] -
251:8, 263:10,
263:13
closely [4] - 60:18,
61:3, 148:3, 148:7
closer [1] - 274:20
closest [1] - 158:21
closing [8] - 45:2,
45:12, 46:6, 47:15,

225:3, 225:4, 225:8,
247:9
clothing [6] - 119:20,
120:14, 120:15,
120:20, 121:4, 121:7
coach [1] - 116:11
coat [1] - 204:21
coffee [3] - 23:14,
267:12, 267:15
collect [2] - 220:17,
267:20
collected [1] - 221:1
collective [1] - 12:16
collectively [2] - 10:6,
10:9
College [4] - 236:13,
245:10, 245:18,
247:2
college [3] - 30:18,
30:19, 30:21
Colleges [1] - 174:5
Columbia [1] - 263:7
COLUMBIA [1] - 1:1
comfort [1] - 114:11
comfortable [5] -
59:25, 149:19,
181:11, 200:14,
204:22
comfortably [1] - 96:9
coming [16] - 38:8,
64:11, 97:17,
118:11, 143:22,
148:2, 151:9,
161:14, 180:10,
191:3, 202:8,
204:14, 235:12,
261:4, 267:7
command [6] - 250:8,
261:18, 261:19,
261:20, 261:21,
261:25
Commander [1] -
120:23
commander [2] -
250:8, 250:21
commendation [1] -
57:13
comments [1] -
226:25
commerce [1] - 125:7
commission [3] -
85:12, 85:22, 85:24
Commission [3] -
32:25, 33:3, 150:18
commissioner [3] -
85:18, 85:21, 86:4
committed [1] - 133:2
committee [3] - 78:5,
78:10, 146:6
Committee [1] - 18:10

Communication [1] -
67:8
communication [2] -
31:15, 229:5
communications [8] -
86:11, 158:15,
169:8, 199:21,
230:7, 250:21,
250:22, 250:24
community [3] - 8:23,
86:18, 111:22
commute [4] - 32:1,
32:15, 114:25,
141:16
commuting [1] - 267:8
companies [3] -
90:23, 109:11,
210:25
Company [1] - 53:25
company [24] - 19:17,
30:11, 30:13, 36:8,
109:13, 111:19,
112:25, 113:2,
118:4, 121:2, 152:9,
169:23, 176:18,
182:19, 185:18,
185:22, 185:25,
187:25, 192:19,
198:23, 207:7,
207:8, 210:18,
210:19
competition [1] - 33:1
complaint [2] - 20:2,
172:8
complete [2] - 17:8,
283:15
completed [2] - 10:8,
138:8
completely [4] - 23:2,
112:14, 180:4,
190:14
completes [1] - 23:4
complex [1] - 250:1
complicated [3] -
46:16, 180:3, 269:17
complication [1] -
270:1
computer [2] - 1:25,
207:5
computer-aided [1] -
1:25
computers [1] - 230:8
concerned [4] - 117:2,
118:9, 158:14,
246:19
concerning [2] -
18:10, 231:21
concerns [4] - 5:11,
7:1, 158:18, 159:23
concluded [1] - 234:8

concludes [58] - 27:3,
28:10, 29:23, 31:8,
37:11, 39:14, 41:20,
44:11, 46:4, 47:13,
51:5, 54:14, 59:17,
62:8, 65:12, 67:21,
68:10, 69:20, 72:20,
77:3, 80:8, 81:1,
84:17, 87:13, 91:23,
95:23, 102:24,
107:14, 111:2,
113:13, 117:8,
122:11, 124:16,
124:24, 125:14,
125:22, 126:9,
126:14, 130:25,
131:6, 134:16,
134:21, 137:23,
138:5, 145:10,
148:22, 153:12,
161:7, 166:1,
175:15, 180:25,
184:12, 186:13,
190:24, 196:16,
200:4, 202:6, 204:9,
207:24, 211:19,
214:10, 216:10,
217:23, 283:8
concurrence [1] -
263:8
conditions [2] - 19:4,
19:5
conduct [26] - 13:11,
13:18, 20:6, 24:24,
33:25, 61:18, 83:15,
100:23, 105:24,
119:9, 136:8,
147:21, 152:18,
188:13, 193:10,
222:16, 222:23,
226:7, 228:13,
232:11, 232:13,
232:14, 232:23,
238:16, 241:3
confer [8] - 24:14,
38:4, 40:19, 69:25,
149:8, 215:21,
217:25, 218:8
conference [114] -
26:20, 27:3, 28:5,
28:10, 29:18, 29:23,
31:3, 31:8, 36:16,
37:11, 39:9, 39:14,
41:12, 41:20, 44:6,
44:11, 45:11, 46:4,
46:19, 47:13, 50:25,
51:5, 54:7, 54:14,
59:6, 59:17, 61:25,
62:8, 65:3, 65:12,
67:12, 67:21, 68:6,
68:10, 69:15, 69:20,
71:25, 72:20, 76:20,
77:3, 79:25, 80:8,

80:22, 81:1, 84:12,
84:17, 87:5, 87:13,
91:18, 91:23, 95:15,
95:23, 102:15,
102:24, 107:8,
107:14, 110:22,
111:2, 113:8,
113:13, 116:21,
117:8, 122:6,
122:11, 124:16,
124:24, 125:14,
125:22, 126:9,
126:14, 130:25,
131:6, 134:16,
134:21, 137:23,
138:5, 144:25,
145:10, 148:16,
148:22, 153:7,
153:12, 160:23,
161:7, 165:17,
166:1, 174:19,
175:15, 180:18,
180:25, 184:7,
184:12, 186:8,
186:13, 190:17,
190:24, 196:11,
196:16, 199:24,
200:4, 201:24,
202:6, 204:2, 204:9,
207:19, 207:24,
211:14, 211:19,
213:15, 214:10,
215:24, 216:10,
217:12, 217:23
conferences [1] - 29:3
confidence [3] -
97:25, 103:8, 129:10
conflicts [1] - 142:11
confronting [1] -
277:8
confused [2] - 87:1,
275:18
Congress [19] - 70:17,
146:9, 164:17,
180:6, 201:3,
236:12, 237:7,
237:11, 238:6,
238:10, 238:13,
241:7, 243:22,
243:24, 244:1,
245:9, 249:25,
250:5, 261:5
Congressional [2] -
238:4, 244:5
congressional [2] -
71:8, 247:1
connected [5] - 94:3,
225:17, 230:22,
242:22, 242:23
connection [4] -

60:20, 86:3, 94:23,
   195:1
**conscience** [1] - 22:9
**consider** [7] - 22:7,
   128:12, 222:2,
   222:7, 225:10,
   226:15, 227:8
**considered** [4] -
   221:23, 233:9,
   271:13, 283:18
**consistent** [1] -
   147:17
**constituent** [1] - 174:6
**constitutes** [1] -
   283:13
**Constitution** [3] -
   8:15, 8:17, 237:10
**construction** [1] -
   98:7
**construction-related**
   [1] - 98:7
**constructional** [1] -
   151:17
**consult** [1] - 232:12
**consultant** [2] -
   109:11, 213:1
**consulting** [2] -
   199:16, 199:21
**contact** [16] - 15:8,
   15:15, 15:22, 16:15,
   37:14, 37:17, 43:20,
   73:11, 121:8,
   121:10, 121:13,
   121:23, 194:22,
   230:19, 230:25,
   231:8
**contacted** [1] - 43:14
**contained** [1] - 271:14
**continue** [8] - 6:23,
   38:5, 87:6, 87:7,
   116:25, 165:18,
   215:17, 273:1
**continued** [2] - 238:9,
   239:9
**continues** [1] - 274:18
**continuing** [1] - 5:11
**contraband** [1] -
   260:23
**contract** [1] - 70:15
**contracted** [1] - 90:20
**contractor** [3] - 88:7,
   88:9, 182:22
**contractors** [1] -
   112:22
**contracts** [2] - 90:21,
   107:2
**contribute** [1] - 58:13
**contributes** [1] - 58:7
**control** [1] - 250:25
**controlled** [1] - 263:18

**controls** [2] - 261:17,
   261:18
**conversation** [9] -
   147:4, 167:6,
   167:12, 170:14,
   170:17, 203:11,
   230:24, 231:15
**conversations** [25] -
   43:10, 43:16, 52:13,
   86:11, 90:5, 93:9,
   94:7, 94:17, 105:15,
   105:17, 135:25,
   142:24, 146:1,
   147:2, 152:11,
   167:8, 167:23,
   167:25, 179:2,
   185:8, 187:14,
   192:3, 206:23,
   209:11, 209:16
**convicted** [7] - 34:4,
   34:11, 136:14,
   136:24, 152:22,
   188:18, 188:20
**conviction** [2] -
   100:25, 101:2
**coordinating** [1] -
   275:7
**cop** [1] - 198:25
**copy** [1] - 4:9
**core** [1] - 243:13
**corner** [5] - 9:21, 9:24,
   153:15, 184:16,
   198:5
**Correct** [1] - 139:16
**correct** [19] - 4:11,
   60:10, 61:20, 72:17,
   89:6, 141:8, 168:17,
   169:6, 169:19,
   170:3, 171:19,
   196:5, 210:4, 233:4,
   264:17, 269:1,
   275:16, 276:1, 276:4
**correctional** [4] -
   73:15, 74:22, 74:24,
   75:3
**corrections** [2] -
   74:17, 74:20
**Corrections** [1] - 76:6
**correctly** [2] - 94:15,
   172:14
**correlate** [1] - 268:8
**corridor** [1] - 231:1
**Counsel** [3] - 40:11,
   128:2, 217:10
**counsel** [24] - 3:9,
   3:10, 3:12, 3:19, 4:9,
   7:25, 15:6, 16:6,
   16:7, 16:10, 73:25,
   215:14, 215:17,
   215:22, 221:8,

221:9, 221:11,
   221:13, 221:14,
   223:18, 224:10,
   224:12, 271:10
**count** [4] - 111:23,
   243:24, 244:1,
   252:11
**counting** [1] - 237:14
**countless** [1] - 119:23
**countries** [1] - 35:10
**country** [2] - 246:21,
   247:25
**country's** [1] - 236:15
**counts** [2] - 241:8,
   242:1
**county** [1] - 100:3
**County** [5] - 100:6,
   130:14, 130:15,
   171:10, 171:18
**couple** [14] - 35:19,
   42:4, 51:23, 57:25,
   97:2, 101:17, 118:5,
   195:17, 201:6,
   205:21, 205:23,
   243:15, 268:1,
   273:14
**courage** [1] - 231:22
**course** [21] - 4:22,
   5:20, 7:24, 8:6,
   12:12, 15:25, 17:16,
   41:19, 55:16, 78:25,
   98:10, 119:23,
   156:12, 157:11,
   159:23, 193:1,
   224:2, 229:10,
   234:14, 241:11,
   272:2
**Coursera** [1] - 79:1
**Court** [31] - 1:23, 1:23,
   5:6, 5:13, 24:14,
   38:4, 40:19, 42:8,
   69:25, 139:11,
   140:3, 149:8,
   155:12, 158:16,
   158:19, 158:25,
   215:21, 217:25,
   218:8, 227:17,
   233:9, 271:18,
   271:19, 273:16,
   275:9, 278:11,
   280:6, 282:20,
   282:22, 283:1,
   283:24
**COURT** [1230] - 1:1,
   1:7, 3:2, 3:14, 3:22,
   3:24, 4:2, 4:5, 4:7,
   4:9, 4:13, 4:15, 4:19,
   11:12, 16:9, 16:17,
   16:22, 17:5, 17:9,
   20:14, 24:12, 24:15,

24:20, 25:5, 25:7,
   25:10, 25:12, 25:15,
   25:18, 25:20, 25:25,
   26:6, 26:9, 26:11,
   26:13, 26:17, 26:21,
   26:23, 27:4, 27:8,
   27:13, 27:17, 27:20,
   27:22, 27:25, 28:2,
   28:6, 28:8, 28:11,
   28:15, 28:18, 28:20,
   29:1, 29:4, 29:8,
   29:13, 29:16, 29:19,
   29:21, 29:24, 30:2,
   30:5, 30:10, 30:14,
   30:16, 30:19, 30:21,
   30:23, 31:1, 31:4,
   31:6, 31:9, 31:12,
   32:4, 32:9, 32:18,
   33:2, 33:4, 33:10,
   33:16, 33:22, 34:7,
   34:10, 34:16, 34:22,
   34:24, 35:4, 35:12,
   35:16, 36:2, 36:5,
   36:9, 36:14, 36:17,
   36:19, 36:24, 37:7,
   37:10, 37:12, 37:21,
   38:3, 38:5, 38:13,
   38:22, 39:1, 39:7,
   39:10, 39:12, 39:15,
   39:18, 39:22, 40:1,
   40:9, 40:12, 40:14,
   40:18, 40:20, 40:23,
   41:3, 41:8, 41:13,
   41:17, 41:21, 42:7,
   42:9, 42:13, 42:18,
   42:23, 43:5, 43:7,
   43:10, 43:13, 43:16,
   43:20, 43:23, 43:25,
   44:4, 44:7, 44:9,
   44:12, 44:15, 44:19,
   45:6, 45:9, 45:12,
   45:17, 45:21, 46:3,
   46:5, 46:8, 46:10,
   46:13, 46:17, 46:20,
   46:25, 47:9, 47:12,
   47:14, 47:19, 47:21,
   48:1, 48:13, 48:20,
   48:23, 49:1, 49:6,
   49:10, 49:15, 49:23,
   49:25, 50:2, 50:5,
   50:7, 50:12, 50:16,
   50:19, 50:23, 51:1,
   51:3, 51:6, 51:9,
   51:12, 51:21, 51:24,
   52:4, 52:8, 52:12,
   52:18, 53:3, 53:6,
   53:10, 53:13, 53:19,
   53:23, 54:1, 54:5,
   54:8, 54:11, 54:13,
   54:15, 54:19, 54:23,
   55:3, 55:10, 55:16,

55:18, 55:22, 56:2,
   56:9, 56:15, 56:22,
   56:25, 57:9, 57:21,
   58:3, 58:10, 58:17,
   58:25, 59:4, 59:7,
   59:12, 59:15, 59:18,
   59:23, 60:3, 60:11,
   60:13, 60:15, 60:19,
   60:24, 61:2, 61:9,
   61:11, 61:17, 61:23,
   62:1, 62:5, 62:7,
   62:9, 62:11, 62:14,
   62:19, 63:3, 63:6,
   63:13, 63:16, 63:19,
   63:22, 64:3, 64:5,
   64:7, 64:11, 64:14,
   64:23, 65:4, 65:8,
   65:11, 65:13, 65:17,
   65:19, 65:21, 65:24,
   66:11, 66:14, 66:17,
   66:20, 66:25, 67:3,
   67:5, 67:7, 67:10,
   67:13, 67:15, 67:20,
   67:22, 68:5, 68:7,
   68:9, 68:11, 68:15,
   68:20, 68:25, 69:2,
   69:8, 69:13, 69:16,
   69:18, 69:21, 70:1,
   70:6, 70:10, 70:22,
   70:25, 71:3, 71:11,
   71:18, 71:23, 72:1,
   72:10, 72:15, 72:18,
   72:21, 72:25, 73:2,
   73:4, 73:8, 73:17,
   73:21, 74:7, 74:10,
   74:15, 74:17, 74:20,
   75:1, 75:6, 75:9,
   75:15, 75:18, 75:22,
   76:3, 76:12, 76:14,
   76:19, 76:21, 76:24,
   77:1, 77:4, 77:8,
   77:10, 77:15, 77:21,
   78:8, 78:14, 78:19,
   79:6, 79:12, 79:15,
   79:17, 79:20, 79:23,
   80:1, 80:5, 80:9,
   80:12, 80:14, 80:16,
   80:20, 80:23, 80:25,
   81:2, 81:5, 81:7,
   81:10, 81:13, 81:23,
   82:3, 82:6, 82:11,
   82:20, 82:23, 83:4,
   83:11, 83:17, 83:21,
   84:1, 84:3, 84:6,
   84:10, 84:13, 84:15,
   84:18, 84:24, 85:1,
   85:3, 85:10, 85:17,
   85:20, 86:2, 86:10,
   86:21, 87:3, 87:6,
   87:12, 87:14, 87:18,
   87:23, 88:10, 88:13,

88:17, 88:20, 88:25,
89:3, 89:5, 89:7,
89:9, 89:17, 89:20,
89:25, 90:4, 90:11,
90:19, 91:3, 91:7,
91:9, 91:12, 91:16,
91:19, 91:21, 91:24,
92:5, 92:9, 92:18,
92:22, 93:2, 93:4,
93:8, 93:14, 93:24,
94:2, 94:6, 94:9,
94:12, 94:15, 94:17,
94:21, 95:2, 95:5,
95:8, 95:10, 95:14,
95:16, 95:20, 95:22,
95:24, 96:2, 96:6,
96:8, 96:13, 96:24,
97:1, 97:4, 97:7,
97:15, 97:21, 98:2,
98:9, 98:14, 98:17,
98:22, 99:1, 99:7,
99:11, 99:17, 99:21,
100:5, 100:7,
100:12, 100:15,
100:20, 101:2,
101:4, 101:7,
101:11, 101:19,
101:22, 101:25,
102:4, 102:9,
102:13, 102:16,
102:18, 102:23,
102:25, 103:7,
103:10, 103:16,
103:19, 103:21,
103:24, 104:2,
104:13, 104:17,
104:22, 105:4,
105:6, 105:15,
105:22, 106:6,
106:9, 106:14,
106:19, 106:24,
107:4, 107:6, 107:9,
107:11, 107:13,
107:15, 107:20,
107:23, 108:2,
108:6, 108:13,
108:17, 108:20,
108:24, 109:5,
109:9, 109:12,
109:15, 109:19,
109:23, 110:4,
110:14, 110:20,
110:23, 110:25,
111:3, 111:8,
111:12, 111:16,
111:24, 112:4,
112:7, 112:10,
112:16, 112:20,
112:24, 113:3,
113:9, 113:11,
113:14, 113:20,

113:23, 114:6,
114:9, 114:13,
114:17, 114:23,
115:3, 115:8,
115:13, 115:20,
116:1, 116:10,
116:14, 116:19,
116:22, 117:4,
117:7, 117:9,
117:14, 117:18,
117:21, 118:10,
118:18, 119:1,
119:6, 119:15,
120:2, 120:6,
120:10, 120:14,
120:17, 120:20,
120:24, 121:4,
121:6, 121:11,
121:14, 121:22,
122:4, 122:7, 122:9,
122:12, 122:15,
122:20, 122:23,
123:11, 123:13,
123:15, 123:19,
123:24, 124:2,
124:5, 124:11,
124:15, 124:17,
124:21, 124:25,
125:5, 125:10,
125:12, 125:15,
125:21, 126:3,
126:8, 126:10,
126:13, 126:15,
126:22, 126:25,
127:2, 127:4, 127:6,
127:8, 127:15,
127:18, 127:21,
127:25, 128:4,
128:9, 128:12,
128:15, 128:22,
129:4, 129:10,
129:14, 129:17,
129:22, 130:12,
130:15, 130:18,
130:23, 131:1,
131:3, 131:5, 131:7,
131:12, 131:14,
131:17, 131:22,
131:25, 132:9,
132:13, 132:16,
132:18, 132:20,
132:23, 133:1,
133:8, 133:14,
133:18, 133:21,
133:23, 134:1,
134:3, 134:6, 134:8,
134:14, 134:17,
134:20, 134:22,
135:3, 135:6, 135:8,
135:16, 135:19,
135:21, 135:24,

136:5, 136:11,
136:14, 136:16,
136:18, 136:21,
136:23, 137:1,
137:3, 137:7,
137:11, 137:14,
137:18, 137:21,
137:24, 138:1,
138:4, 138:6,
138:10, 138:12,
138:14, 138:20,
138:23, 139:1,
139:8, 139:12,
139:14, 139:17,
139:20, 139:23,
140:1, 140:3, 140:5,
140:7, 140:13,
140:18, 140:21,
141:5, 141:9,
141:12, 141:16,
141:19, 141:24,
142:3, 142:9,
142:14, 142:17,
142:20, 142:23,
143:4, 143:15,
143:23, 144:2,
144:6, 144:8,
144:11, 144:14,
144:17, 144:21,
144:23, 145:1,
145:4, 145:7,
145:11, 145:15,
145:18, 145:21,
145:25, 146:3,
146:18, 147:2,
147:8, 147:13,
147:18, 148:3,
148:9, 148:14,
148:17, 148:19,
148:21, 148:23,
149:2, 149:9,
149:15, 149:19,
149:22, 150:7,
150:11, 150:14,
150:22, 151:2,
151:5, 151:7,
151:11, 151:14,
151:17, 151:20,
151:24, 152:6,
152:10, 152:15,
152:23, 153:1,
153:5, 153:8,
153:10, 153:13,
153:18, 153:22,
154:2, 154:4, 154:8,
154:10, 154:14,
154:16, 154:19,
155:2, 155:13,
155:20, 156:16,
156:20, 157:2,
157:5, 157:13,

157:24, 158:3,
158:8, 158:13,
159:2, 159:9,
159:12, 159:14,
159:17, 159:21,
160:4, 160:7,
160:11, 160:16,
160:18, 160:21,
160:24, 161:3,
161:5, 161:8,
161:14, 161:16,
161:19, 162:3,
162:6, 162:10,
162:15, 162:21,
163:3, 163:6,
163:11, 163:14,
163:17, 163:20,
164:1, 164:5, 164:9,
164:13, 164:20,
165:3, 165:10,
165:13, 165:18,
165:23, 165:25,
166:2, 166:7, 166:9,
166:11, 166:13,
166:22, 166:25,
167:5, 167:8,
167:11, 167:15,
167:18, 167:20,
167:22, 168:3,
168:8, 168:11,
168:15, 168:24,
169:1, 169:7,
169:12, 169:18,
169:20, 170:2,
170:4, 170:7, 170:9,
170:11, 170:14,
170:18, 170:24,
171:8, 171:11,
171:14, 171:17,
171:20, 171:25,
172:7, 172:16,
172:19, 172:21,
172:23, 173:3,
173:5, 173:10,
173:16, 173:19,
173:23, 174:2,
174:11, 174:14,
174:17, 174:20,
174:25, 175:12,
175:16, 175:21,
175:24, 176:3,
176:5, 176:9,
176:13, 176:22,
176:25, 177:3,
177:5, 177:13,
177:21, 177:24,
178:2, 178:5,
178:14, 178:20,
178:22, 179:1,
179:6, 179:19,
179:23, 180:9,

180:16, 180:19,
180:22, 180:24,
181:1, 181:6, 181:9,
181:14, 181:17,
182:2, 182:6,
182:11, 182:16,
182:23, 183:1,
183:3, 183:5, 183:9,
183:11, 183:14,
183:22, 184:1,
184:3, 184:5, 184:8,
184:10, 184:13,
184:15, 184:19,
184:22, 185:4,
185:7, 185:13,
185:17, 185:20,
185:23, 186:1,
186:4, 186:6, 186:9,
186:11, 186:14,
186:17, 186:19,
186:25, 187:10,
187:13, 187:19,
187:22, 188:5,
188:10, 188:18,
188:21, 188:24,
189:1, 189:4, 189:7,
189:15, 189:21,
190:3, 190:6,
190:16, 190:21,
190:23, 190:25,
191:7, 191:12,
191:20, 191:24,
192:3, 192:10,
192:15, 192:22,
192:25, 193:7,
193:15, 193:19,
193:22, 193:25,
194:4, 194:9,
194:15, 194:17,
194:22, 194:25,
195:3, 195:6,
195:14, 195:19,
195:22, 196:3,
196:7, 196:10,
196:12, 196:14,
196:17, 196:20,
196:23, 196:25,
197:6, 197:11,
197:13, 197:15,
197:18, 197:20,
197:23, 198:2,
198:7, 198:12,
198:15, 198:20,
199:3, 199:8,
199:13, 199:17,
199:22, 199:25,
200:2, 200:5, 200:8,
200:12, 200:18,
201:1, 201:8,
201:11, 201:16,
201:20, 201:23,

201:25, 202:3,
202:5, 202:7,
202:12, 202:14,
202:17, 203:1,
203:4, 203:6,
203:10, 203:14,
203:17, 203:22,
204:1, 204:3, 204:6,
204:8, 204:10,
204:17, 204:20,
205:6, 205:8,
205:12, 205:18,
205:25, 206:6,
206:12, 206:14,
206:17, 206:22,
207:2, 207:6,
207:10, 207:15,
207:17, 207:20,
207:22, 207:25,
208:5, 208:8,
208:21, 208:25,
209:7, 209:10,
209:17, 209:23,
210:2, 210:5, 210:8,
210:11, 210:15,
210:17, 210:20,
211:2, 211:8,
211:10, 211:12,
211:15, 211:17,
211:20, 211:24,
212:4, 212:7,
212:11, 212:23,
213:3, 213:6, 213:9,
213:13, 213:16,
213:19, 213:21,
213:25, 214:9,
214:11, 214:15,
214:20, 215:6,
215:15, 215:18,
215:22, 215:25,
216:8, 216:11,
217:8, 217:13,
217:16, 217:19,
217:24, 218:1,
218:4, 218:9,
218:17, 235:2,
235:9, 235:12,
235:15, 235:18,
235:21, 235:23,
236:4, 242:2, 242:6,
242:8, 248:14,
248:19, 248:21,
248:23, 249:2,
249:5, 252:5, 252:8,
252:10, 252:24,
253:5, 253:12,
253:24, 255:1,
255:25, 256:4,
256:7, 257:10,
257:13, 257:22,
258:7, 258:21,

258:24, 259:13,
259:15, 259:19,
260:5, 260:8,
260:12, 262:10,
262:16, 262:21,
262:24, 265:2,
265:5, 265:9, 266:7,
266:11, 266:22,
267:2, 268:1,
268:23, 269:2,
269:6, 269:11,
269:20, 269:22,
270:8, 270:14,
271:8, 271:22,
272:4, 272:6, 272:8,
272:13, 272:17,
273:2, 273:11,
273:18, 273:23,
274:3, 274:9,
275:14, 275:17,
275:24, 276:2,
276:8, 276:14,
276:20, 277:3,
277:6, 277:12,
278:4, 278:8,
278:13, 278:19,
279:11, 279:14,
280:2, 280:12,
281:1, 281:3,
281:19, 281:23,
282:13, 282:24,
283:3, 283:7
**court** [38] - 3:19, 5:3,
6:2, 7:9, 7:11, 10:22,
20:10, 20:17, 33:5,
33:8, 35:6, 43:1,
49:18, 66:5, 89:3,
89:4, 97:12, 97:19,
101:14, 106:9,
106:12, 106:13,
119:17, 127:19,
128:24, 129:2,
129:3, 132:3, 137:1,
159:5, 192:13,
194:12, 209:8,
209:19, 220:19,
233:8, 233:11
**Court's** [1] - 155:19
**courthouse** [11] -
6:21, 19:11, 32:21,
40:5, 48:6, 88:19,
148:5, 161:11,
218:14, 231:1, 267:7
**courtroom** [47] - 4:18,
4:24, 5:22, 6:13,
6:19, 7:3, 7:14, 8:24,
12:6, 12:17, 12:18,
17:13, 23:7, 23:10,
23:18, 23:21, 23:23,
23:25, 24:6, 62:12,
65:14, 109:22,

113:16, 126:18,
138:21, 139:18,
148:24, 149:5,
161:23, 181:7,
191:5, 198:3, 208:3,
211:22, 219:3,
220:25, 225:22,
229:9, 230:23,
232:1, 232:10,
233:2, 234:10,
234:12, 235:22
**COURTROOM** [3] -
175:20, 214:19,
216:15
**Courtroom** [46] - 4:21,
12:17, 23:10, 23:12,
23:15, 23:22, 24:1,
84:20, 91:25, 92:1,
103:12, 103:14,
107:16, 111:4,
111:5, 113:17,
113:18, 122:13,
122:17, 126:16,
126:19, 131:9,
134:23, 134:24,
138:15, 138:17,
149:3, 153:14,
153:17, 153:18,
153:24, 154:5,
175:17, 175:19,
175:21, 184:13,
184:15, 186:15,
196:18, 200:6,
208:1, 211:21,
214:2, 214:21,
214:23
**cousin** [4] - 171:6,
171:15, 171:22,
209:5
**cousin's** [2] - 57:6,
174:22
**coverage** [3] - 18:8,
148:5, 232:4
**COVID** [10] - 5:10,
118:5, 118:18,
118:25, 134:11,
137:17, 167:3,
168:5, 205:22
**COVID-19** [7] - 14:15,
14:18, 55:5, 55:12,
159:24, 160:2,
237:22
**coworker** [1] - 176:17
**coworkers** [3] - 95:3,
95:5, 229:18
**cows** [1] - 134:2
**crazy** [1] - 197:23
**create** [2] - 126:5,
174:8
**credibility** [1] - 226:14

**credit** [1] - 233:8
**Crime** [1] - 21:8
**crime** [75] - 20:7, 20:9,
20:10, 20:11, 20:16,
20:17, 20:18, 21:4,
21:10, 21:22, 24:25,
25:3, 25:4, 34:1,
35:6, 35:7, 35:9,
36:11, 36:21, 37:14,
37:17, 42:25, 43:2,
49:17, 49:19, 66:4,
66:6, 100:23,
101:13, 101:14,
102:20, 105:25,
110:7, 110:13,
119:10, 119:17,
119:18, 119:19,
120:3, 120:5, 120:6,
120:7, 120:9, 121:7,
129:25, 132:2,
132:3, 132:4, 136:8,
136:12, 152:18,
173:8, 173:13,
173:21, 188:13,
188:18, 193:10,
194:11, 194:12,
194:14, 194:19,
195:8, 209:19,
209:20, 210:5,
210:12, 241:23
**crimes** [6] - 8:18,
195:1, 241:2, 241:5,
244:15, 248:12
**CRIMEWATCH** [1] -
21:7
**criminal** [70] - 5:4, 8:3,
8:11, 8:16, 13:9,
13:11, 20:5, 20:6,
20:20, 21:25, 24:23,
24:24, 33:24, 33:25,
40:25, 42:3, 42:10,
48:21, 48:23, 49:6,
52:9, 75:13, 81:25,
89:7, 89:21, 98:11,
98:12, 99:5, 99:14,
100:22, 105:7,
105:9, 105:13,
105:24, 119:8,
119:9, 128:10,
128:13, 128:15,
128:19, 128:20,
128:23, 129:6,
136:7, 142:12,
142:20, 143:17,
152:7, 152:17,
178:22, 183:15,
187:11, 188:12,
192:11, 193:9,
206:18, 211:3,
211:5, 222:14,

222:16, 223:2,
229:15, 229:21
**Criminal** [2] - 1:2,
183:6
**critical** [3] - 245:2,
245:7, 245:22
**cross** [7] - 224:10,
224:22, 268:3,
274:1, 278:9,
278:15, 282:14
**cross-examination** [2]
- 268:3, 278:15
**cross-examine** [4] -
224:22, 274:1,
278:9, 282:14
**crowd** [12] - 155:24,
239:7, 246:14,
247:5, 265:18,
275:21, 279:19,
280:2, 280:20,
281:13, 281:14,
281:16
**crowded** [1] - 37:5
**crowds** [1] - 23:13
**crutch** [2] - 239:15,
240:8
**curious** [1] - 36:21,
80:3
**current** [1] - 185:22
**custody** [1] - 127:22
**cut** [3] - 71:14, 85:25,
268:13

## D

**D.C** [51] - 1:5, 15:4,
17:17, 19:19, 26:7,
27:25, 29:13, 29:15,
30:13, 30:24, 32:6,
32:8, 36:4, 36:8,
37:13, 37:17, 42:7,
42:8, 52:11, 54:4,
65:4, 73:14, 73:17,
81:21, 83:8, 84:9,
85:19, 98:7, 98:16,
101:21, 104:10,
104:18, 128:7,
128:20, 130:16,
133:20, 150:3,
170:1, 171:8,
189:17, 208:24,
210:6, 213:10,
241:1, 242:15,
243:15, 243:18,
245:17, 246:1,
249:21, 271:2
**dad** [1] - 88:4
**daily** [2] - 112:5,
141:16

**dangerous** [1] - 156:25

**Darfur** [1] - 35:24

**date** [5] - 46:14, 58:16, 110:15, 262:6, 263:17

**Dated** [1] - 283:22

**dated** [1] - 155:2

**dates** [1] - 8:11

**dating** [2] - 163:9, 163:10

**daughter** [5] - 105:3, 105:4, 105:16, 106:2, 106:15

**day-to-day** [1] - 251:4

**daylight** [1] - 240:5

**days** [3] - 18:18, 205:21, 205:23

**DC** [1] - 1:10

**DEA** [2] - 192:21, 192:23

**deal** [3] - 69:6, 154:24, 155:21

**dealing** [1] - 71:22

**dealt** [1] - 173:7

**death** [1] - 171:15

**decades** [1] - 242:18

**deceased** [1] - 193:24

**December** [2] - 1:4, 155:3

**decide** [12] - 166:4, 220:3, 226:17, 227:4, 228:25, 229:8, 230:2, 230:15, 231:25, 232:9, 233:7, 233:20

**decided** [1] - 232:24

**decides** [2] - 248:2

**decision** [10] - 8:22, 97:23, 115:14, 115:21, 219:11, 219:22, 228:16, 233:15, 270:18, 270:21

**decisions** [5] - 211:1, 221:23, 228:19, 233:13, 244:20

**declare** [1] - 237:14

**declared** [1] - 248:4

**deep** [1] - 269:17

**deeply** [1] - 243:12

**defeat** [1] - 240:4

**Defendant** [1] - 1:5

**defendant** [63] - 11:25, 13:10, 15:12, 18:4, 18:8, 21:20, 21:21, 21:25, 59:2, 60:8, 60:19, 63:25, 83:14, 96:17, 99:14, 115:22, 156:1,

156:21, 156:22, 221:13, 221:25, 222:4, 223:2, 223:4, 223:7, 223:9, 223:13, 223:16, 223:19, 223:20, 224:14, 224:15, 224:18, 225:2, 232:3, 236:7, 236:17, 236:24, 237:2, 237:6, 238:15, 238:18, 238:24, 239:9, 239:14, 240:3, 240:7, 241:1, 241:2, 241:12, 241:17, 241:23, 263:3, 263:7, 263:24, 268:3, 268:6, 272:6, 272:9, 276:22, 279:4, 280:8

**DEFENDANT** [1] - 1:16

**defendant's** [4] - 239:9, 268:8, 268:9, 276:19

**Defender** [4] - 1:17, 3:17, 3:21, 4:1

**defending** [1] - 238:20

**defense** [79] - 3:15, 4:13, 16:7, 20:25, 26:24, 28:8, 29:21, 31:6, 37:8, 37:9, 39:12, 42:3, 44:9, 45:23, 47:7, 51:3, 54:11, 54:12, 59:9, 59:10, 62:4, 65:7, 67:15, 68:8, 69:18, 72:11, 80:6, 80:7, 84:15, 84:16, 87:10, 91:21, 95:19, 102:18, 107:11, 110:25, 113:11, 122:9, 126:25, 131:3, 138:1, 148:19, 153:10, 155:16, 155:19, 156:5, 160:25, 161:1, 165:21, 175:14, 184:10, 186:11, 196:14, 200:2, 202:1, 204:4, 207:22, 209:5, 211:17, 213:19, 217:16, 221:8, 221:11, 224:9, 224:11, 224:22, 224:23, 235:18, 242:4, 248:1, 270:17, 270:19,

270:25, 273:25, 275:20, 276:25, 277:8, 279:17, 280:19

**defensive** [3] - 238:24, 279:2, 279:5

**deferred** [1] - 123:9

**definitely** [3] - 33:21, 36:13, 118:25

**definition** [1] - 118:22

**degree** [12] - 69:9, 92:22, 93:1, 93:2, 105:16, 138:10, 138:12, 151:12, 174:16, 186:3, 207:16, 211:9

**deliberate** [3] - 8:4, 225:21, 233:24

**deliberations** [10] - 18:21, 22:7, 162:18, 218:25, 219:10, 220:25, 225:25, 226:22, 227:21, 228:10

**delivered** [1] - 229:6

**democracy** [2] - 236:23, 243:13

**demonstration** [1] - 76:8

**demonstrations** [1] - 76:11

**denied** [1] - 273:25

**denies** [2] - 13:21, 223:1

**Department** [12] - 16:25, 19:19, 40:10, 74:5, 74:25, 75:5, 75:8, 76:6, 105:11, 105:12, 170:2, 170:20

**department** [5] - 33:1, 83:24, 83:25, 106:12, 112:2

**departments** [1] - 105:2

**dependent** [1] - 71:8

**depict** [4] - 255:18, 257:3, 258:15, 259:7

**depictions** [1] - 266:1

**deploying** [1] - 239:12

**deposit** [2] - 124:20, 125:1

**DEPUTY** [3] - 175:20, 214:19, 216:15

**deputy** [3] - 7:3, 7:15, 198:3

**Deputy** [1] - 206:10

**describe** [7] - 7:6, 146:19, 164:10, 201:11, 203:15,

222:10, 226:5

**described** [3] - 147:14, 177:6, 237:2

**describing** [1] - 13:7

**designed** [3] - 8:15, 8:21, 238:25

**designer** [1] - 30:9

**desks** [1] - 261:9

**despite** [1] - 238:3

**destroyed** [1] - 221:2

**detail** [3] - 57:8, 99:18, 225:9

**detailing** [1] - 268:5

**details** [2] - 99:12, 193:13

**detective** [1] - 102:3

**detectives** [2] - 170:1, 170:20

**determine** [6] - 11:1, 11:2, 225:13, 226:11, 226:13, 245:2

**determined** [1] - 18:22

**deterred** [2] - 239:15, 239:17

**development** [1] - 107:2

**Development** [2] - 107:3, 139:22

**devices** [2] - 230:8, 242:21

**diagnosed** [1] - 160:1

**died** [3] - 95:4, 95:5, 95:8

**difference** [1] - 270:5

**different** [24] - 25:15, 25:17, 32:16, 35:19, 35:25, 36:23, 48:16, 53:17, 60:17, 89:10, 89:24, 115:16, 143:11, 146:9, 146:23, 147:16, 157:22, 210:23, 219:24, 233:13, 233:14, 277:17, 279:19, 281:8

**differently** [3] - 52:24, 227:19, 247:22

**difficult** [41] - 14:12, 14:19, 22:15, 55:6, 58:5, 58:20, 58:24, 59:1, 65:1, 67:25, 74:12, 78:17, 86:13, 90:7, 104:19, 110:16, 114:14, 115:7, 115:9, 123:16, 125:25, 133:10, 136:1, 140:10, 140:15, 147:19, 158:7,

159:22, 160:7, 169:9, 172:1, 178:10, 179:25, 180:8, 182:13, 189:9, 194:6, 201:21, 203:19, 206:3, 210:13

**difficulty** [8] - 18:14, 21:23, 22:3, 22:11, 52:19, 58:11, 175:1, 260:6

**dig** [1] - 269:17

**digital** [1] - 125:8

**digits** [3] - 9:20, 9:23, 37:3

**dime** [1] - 270:12

**dinner** [1] - 57:25

**dire** [5] - 11:14, 12:24, 24:3, 30:7, 222:14

**direct** [7] - 16:15, 125:8, 137:12, 137:15, 224:8, 224:21, 277:7

**DIRECT** [1] - 249:8

**directed** [3] - 276:12, 279:21, 280:4

**direction** [2] - 16:13, 189:20

**directions** [4] - 6:14, 24:6, 24:8, 103:11

**directly** [11] - 57:21, 58:4, 58:18, 86:20, 94:18, 121:9, 163:24, 164:2, 164:14, 236:22, 258:5

**director** [7] - 28:25, 29:1, 83:25, 137:14, 146:14, 183:8, 183:9

**disagree** [2] - 61:8, 61:9

**disassembled** [1] - 283:19

**disaster** [1] - 213:1

**discharged** [1] - 229:16

**disciplinary** [5] - 268:19, 268:24, 269:8, 269:12, 274:4

**discipline** [1] - 269:19

**disciplined** [1] - 269:5

**disclose** [2] - 225:23, 230:14

**disconcerting** [1] - 201:15

**discuss** [8] - 21:9, 215:25, 228:14, 228:21, 230:16, 231:17, 232:8, 233:18

discussed [2] - 158:16, 231:2
discussing [1] - 273:21
discussion [1] - 231:10
discussions [3] - 86:19, 158:11, 231:4
disfavor [5] - 20:1, 41:24, 143:7, 171:2, 179:9
disorder [3] - 13:17, 222:22, 241:7
disorderly [3] - 13:18, 222:23, 241:9
disorders [2] - 137:13, 137:16
dispatchers [1] - 250:24
disperse [1] - 239:13
displaying [1] - 240:20
Disregard [1] - 73:20
disregard [2] - 227:6, 228:9
disrupt [4] - 124:7, 236:18, 244:4, 247:1
disruptive [2] - 13:18, 222:23
distract [2] - 126:1, 219:14
distracting [2] - 125:19, 160:13
distraction [3] - 71:12, 116:14, 270:14
distribute [1] - 234:19
distributors [1] - 112:22
District [3] - 1:18, 3:18, 263:6
DISTRICT [3] - 1:1, 1:1, 1:7
DOC [1] - 75:4
docket [2] - 64:10, 155:5
document [1] - 97:16
documentation [1] - 261:24
documents [6] - 45:15, 96:22, 97:8, 98:23, 99:1, 99:9
DoE [1] - 40:12
DOJ [1] - 1:13
DOJ-USAO [1] - 1:13
Dome [3] - 236:23, 255:16, 255:17
dome [1] - 253:11
done [20] - 26:14, 40:25, 54:1, 67:3, 71:15, 98:12, 107:4,

112:7, 113:4, 125:10, 128:16, 137:19, 174:11, 185:20, 191:20, 207:10, 215:11, 215:20, 240:15, 248:3
door [32] - 38:7, 38:8, 59:20, 62:12, 65:14, 103:17, 107:21, 111:4, 113:15, 126:16, 131:8, 138:21, 148:24, 181:6, 191:4, 191:5, 208:3, 211:22, 236:9, 236:11, 238:21, 240:20, 254:15, 255:6, 261:1, 261:10, 264:8, 264:11, 264:12, 265:18
doors [1] - 261:8
doorway [1] - 236:21
dot [1] - 212:8
double [6] - 6:1, 126:22, 157:7, 157:15, 157:17, 157:20
doubt [11] - 21:21, 83:15, 144:4, 178:10, 223:5, 223:7, 223:12, 223:16, 241:23, 245:4, 245:6
down [20] - 7:12, 10:4, 35:11, 59:24, 63:20, 85:25, 96:9, 138:16, 149:21, 181:10, 200:6, 200:13, 204:21, 217:9, 239:2, 243:15, 260:21, 269:17, 274:8, 274:25
dozen [2] - 147:12, 147:13
drive [1] - 124:4
driving [3] - 101:1, 123:12, 123:13
drops [1] - 274:19
drove [1] - 243:15
Drug [1] - 19:20
drug [6] - 48:19, 49:3, 133:4, 136:15, 188:23, 188:24
due [2] - 14:15, 55:5
DUI [2] - 101:2, 152:21
during [51] - 4:22, 5:18, 5:20, 6:25, 7:23, 8:5, 13:1, 13:2, 13:5, 13:16, 15:25,

17:16, 22:25, 71:13, 76:10, 84:7, 109:15, 112:6, 141:24, 159:23, 179:14, 183:18, 193:1, 209:25, 219:8, 219:9, 219:21, 220:5, 220:18, 221:5, 222:13, 222:21, 224:2, 225:14, 226:3, 226:9, 226:22, 226:24, 227:16, 227:17, 227:20, 229:9, 230:21, 232:21, 234:9, 234:14, 238:9, 239:12, 247:13, 270:17, 280:15
duties [7] - 9:2, 13:16, 86:3, 151:3, 222:21, 250:7, 251:2
duty [11] - 64:8, 64:9, 144:9, 178:5, 178:11, 180:13, 223:13, 226:11, 229:17, 249:24, 249:25
dwindling [1] - 240:6
dynamics [1] - 5:16

E

E-commerce [1] - 125:7
early [20] - 23:13, 24:2, 26:12, 26:13, 37:23, 38:11, 49:4, 49:8, 84:19, 91:25, 103:13, 107:17, 111:5, 113:16, 267:9, 267:11, 267:13, 267:14, 274:14
easier [2] - 10:23, 234:21
easily [2] - 10:18, 12:8
east [4] - 261:6, 281:25, 282:5, 282:9
Eastern [1] - 31:24
easy [2] - 191:9, 282:12
eat [6] - 126:18, 131:9, 149:2, 153:22, 153:23, 243:19
eating [2] - 137:13, 137:16
ecology [4] - 80:11, 80:13, 80:14, 80:15
econometrics [1] -

210:22
economic [1] - 91:2
economics [1] - 211:11
Economist [2] - 90:14, 90:15
Edgar [1] - 17:4
edit [4] - 280:20, 280:24, 282:12
educated [1] - 280:3
Education [2] - 40:11, 206:20
education [1] - 186:2
educational [1] - 138:3
effect [1] - 226:13
effectiveness [1] - 210:23
efficiency [2] - 112:19, 113:6
efficient [2] - 112:23, 226:8
effort [1] - 236:8
eight [11] - 13:10, 26:15, 27:24, 84:4, 101:24, 103:1, 152:24, 184:4, 222:15, 241:2, 267:14
either [14] - 5:24, 8:10, 46:15, 84:19, 91:25, 121:11, 155:18, 157:10, 210:25, 234:9, 239:17, 260:2, 261:8, 273:17
elect [1] - 240:21
elected [3] - 85:12, 85:17, 85:19
election [11] - 236:15, 237:8, 237:15, 238:11, 239:3, 239:16, 243:9, 243:11, 244:2, 245:11, 246:19
elections [1] - 254:9
Electoral [4] - 236:13, 245:10, 245:18, 247:2
electoral [3] - 238:7, 243:24, 244:1
electronic [1] - 230:7, 230:8, 232:15
electronically [3] - 45:16, 46:8, 229:4
element [4] - 223:12, 223:15, 245:3
elementary [1] - 7:17
elements [2] - 241:5, 244:25
elevator [1] - 231:1

ELIZABETH [1] - 283:12
Elizabeth [3] - 1:23, 7:11, 283:23
Email [3] - 1:11, 1:15, 1:20
email [1] - 230:12
emailing [1] - 230:10
emails [1] - 232:17
embarrass [1] - 12:1
Embassy [1] - 183:25
emotional [2] - 114:22, 177:11
empanel [1] - 11:3
emphasized [1] - 253:17
emphatic [1] - 45:18
employed [36] - 19:10, 19:15, 32:20, 40:4, 48:5, 51:15, 75:4, 78:22, 81:17, 88:1, 92:13, 92:16, 93:16, 98:4, 99:23, 104:24, 109:1, 111:17, 127:11, 133:17, 135:12, 142:5, 152:2, 160:16, 169:22, 178:16, 182:18, 184:25, 187:4, 187:24, 191:16, 192:17, 198:22, 206:8, 209:2, 249:14
employee [2] - 113:1, 116:8
employees [2] - 85:15, 86:8
employer [1] - 90:19
employment [1] - 178:25
empowered [1] - 248:5
encounter [1] - 230:22
end [17] - 213:5, 218:25, 220:22, 220:24, 221:24, 225:1, 225:7, 225:24, 228:16, 234:6, 241:4, 241:16, 241:24, 244:19, 247:9, 281:15, 282:8
ended [5] - 48:18, 246:9, 276:3, 277:25
ending [1] - 18:20
endorse [1] - 244:21
ends [1] - 11:1
energy [3] - 112:18, 112:23, 113:5
energy-efficient [1] -

112:23
**enforcement** [61] -
19:16, 19:18, 19:25,
20:1, 20:3, 21:4,
21:11, 21:13, 21:14,
21:16, 38:14, 38:24,
41:23, 41:25, 42:15,
42:20, 61:7, 61:22,
75:17, 75:19, 75:20,
93:17, 99:16, 99:24,
100:17, 100:18,
110:7, 111:18,
112:11, 112:12,
129:25, 130:20,
143:6, 143:8,
169:22, 171:1,
171:3, 172:2, 172:9,
173:13, 173:21,
179:8, 179:10,
182:18, 183:17,
187:24, 188:7,
188:8, 192:18,
192:25, 193:4,
195:8, 198:22,
199:9, 199:10,
241:6, 241:13,
242:12, 247:25,
277:7, 277:13
**Enforcement** [1] -
19:20
**engage** [1] - 231:14
**engaged** [2] - 61:18,
83:14
**engagement** [1] -
174:6
**engaging** [2] - 13:17,
222:22
**engineer** [3] - 150:17,
150:19, 212:25
**engineering** [6] -
151:13, 151:14,
151:16, 151:19,
151:21, 213:8
**England** [1] - 8:12
**enhanced** [1] - 141:21
**enjoy** [1] - 243:19
**enjoyable** [1] - 267:18
**ensure** [1] - 228:12
**enter** [3] - 4:18, 261:3,
261:7
**entered** [1] - 225:22
**entering** [2] - 13:17,
222:22
**enters** [1] - 159:13
**entire** [5] - 85:24,
156:13, 228:25,
233:21, 280:22
**entirely** [4] - 10:17,
12:7, 42:5, 226:22
**entrance** [2] - 255:6,

265:17
**entrances** [1] - 239:19
**envelope** [4] - 220:16,
234:20, 234:22,
267:19
**envelopes** [3] - 219:6,
235:24
**environment** [1] - 79:3
**Environmental** [1] -
68:24
**environmental** [3] -
78:25, 185:3, 186:5
**EPA** [3] - 68:25, 69:3,
185:5
**epidemiologists** [1] -
5:16
**equipment** [5] - 16:12,
263:14, 263:16,
263:18, 263:20
**erased** [3] - 173:15,
173:16, 173:17
**escort** [1] - 24:1
**escorted** [3] - 23:10,
201:4, 238:7
**especially** [1] - 247:13
**essentially** [3] -
254:18, 277:8, 279:5
**establish** [1] - 279:11
**estate** [1] - 144:20
**estimate** [1] - 42:14
**et** [1] - 119:24
**ethical** [1] - 22:18
**evaluate** [3] - 42:19,
83:13, 172:14
**evaluating** [1] - 59:2
**evaluation** [1] - 107:2
**evening** [2] - 243:16,
267:18
**event** [7] - 58:9, 60:18,
66:21, 102:10,
115:2, 133:9, 221:25
**events** [12] - 18:10,
58:19, 61:8, 61:10,
114:10, 114:21,
121:24, 130:7,
147:25, 164:2,
195:18, 206:2
**eventually** [2] - 238:5,
239:24
**evidence** [97] - 8:23,
12:6, 18:17, 18:22,
22:2, 22:16, 53:7,
59:2, 83:12, 95:11,
97:13, 97:23,
115:10, 115:14,
115:22, 144:2,
160:13, 165:6,
165:14, 169:10,
175:4, 177:16,
177:18, 178:3,

178:7, 189:10,
203:20, 219:17,
219:20, 220:8,
220:9, 220:11,
220:14, 221:17,
221:18, 221:20,
221:21, 221:22,
222:3, 223:10,
223:25, 224:1,
224:13, 224:14,
224:16, 224:18,
225:1, 225:5, 225:6,
225:7, 225:17,
225:21, 226:14,
227:9, 227:11,
227:13, 227:14,
227:16, 227:19,
227:20, 227:23,
228:2, 228:20,
229:9, 230:5,
231:25, 232:1,
232:25, 233:8,
233:9, 233:10,
233:15, 238:18,
241:4, 241:22,
245:7, 245:19,
248:6, 248:7, 248:8,
248:10, 252:3,
253:22, 254:24,
255:22, 257:8,
258:19, 259:12,
262:12, 262:15,
264:25, 266:5,
276:5, 276:6,
276:19, 277:1
**ex** [6] - 136:10,
136:11, 154:23,
155:5, 155:8, 155:17
**ex-husband** [2] -
136:10, 136:11
**exact** [5] - 33:1, 92:20,
264:22, 266:2,
277:20
**exactly** [9] - 34:4,
53:1, 56:6, 72:10,
76:18, 150:4, 169:5,
222:7, 237:17
**EXAMINATION** [1] -
249:8
**examination** [7] -
224:9, 224:11,
224:12, 224:21,
224:23, 268:3,
278:15
**examine** [4] - 224:22,
274:1, 278:9, 282:14
**example** [12] - 19:18,
53:18, 90:21, 90:23,
121:17, 134:11,
147:3, 148:4,

195:13, 230:25,
232:15, 274:25
**examples** [2] - 21:6,
173:18
**exceedingly** [1] -
160:3
**excellent** [1] - 47:23
**excited** [1] - 240:13
**excluded** [2] - 278:11,
278:13
**excluding** [2] -
221:17, 277:1
**exclusive** [1] - 267:8
**Excuse** [1] - 14:5
**excuse** [21] - 47:15,
59:16, 65:13, 72:21,
72:23, 77:2, 95:25,
117:10, 117:11,
148:24, 150:25,
161:9, 161:12,
166:3, 181:1, 191:1,
191:20, 202:8,
204:10, 218:5, 267:6
**excused** [63] - 11:6,
12:16, 27:7, 28:14,
30:1, 31:11, 39:17,
44:14, 47:18, 51:8,
54:18, 59:19, 59:22,
62:9, 62:13, 65:18,
68:14, 69:24, 72:24,
77:5, 77:9, 81:6,
84:23, 87:15, 87:17,
92:4, 96:7, 103:18,
107:22, 111:7,
113:19, 117:13,
122:19, 126:21,
131:13, 135:2,
138:22, 149:7,
154:9, 154:16,
161:15, 166:5,
166:8, 175:23,
181:4, 181:8,
184:18, 186:18,
191:6, 196:19,
200:11, 202:13,
204:13, 204:16,
208:4, 211:23,
214:14, 218:11,
218:12, 218:16,
234:24, 235:1,
267:25
**executive** [3] - 68:23,
69:2, 139:10
**exercise** [2] - 215:14,
215:17
**EXHIBIT** [1] - 2:8
**exhibit** [15] - 221:22,
252:16, 252:23,
253:4, 253:10,
255:15, 257:17,

257:21, 258:6,
259:7, 266:14,
277:20, 280:6,
280:9, 280:10
**Exhibit** [19] - 251:14,
252:2, 253:14,
253:19, 253:22,
255:9, 255:18,
256:22, 258:9,
262:9, 262:14,
263:3, 264:3,
264:24, 265:2,
265:20, 265:24,
280:17, 281:2
**exhibits** [8] - 19:7,
227:10, 227:15,
228:11, 273:15,
274:13, 277:21
**EXHIBITS** [1] - 2:7
**existed** [1] - 106:22
**existence** [1] - 227:12
**expect** [5] - 9:12,
38:19, 224:1,
268:21, 272:22
**expects** [1] - 16:19
**expeditiously** [2] -
10:18, 24:10
**experience** [26] -
32:12, 32:14, 57:22,
67:17, 67:24,
102:20, 114:9,
137:4, 140:8,
140:14, 143:20,
147:23, 153:2,
164:10, 164:14,
167:24, 171:25,
173:6, 177:14,
192:4, 201:9,
201:12, 203:11,
203:15, 206:1,
219:24
**experienced** [4] -
58:19, 141:24,
172:5, 172:6
**experiences** [19] -
19:24, 41:23, 42:5,
58:4, 94:18, 143:5,
145:23, 146:23,
147:4, 147:10,
147:16, 163:15,
171:1, 176:23,
179:7, 192:6, 203:8,
203:18, 230:5
**experts** [3] - 5:15,
5:16
**explain** [85] - 8:1,
10:14, 25:1, 31:22,
32:23, 34:2, 40:7,
42:1, 45:1, 48:9,
49:20, 51:17, 52:22,

55:7, 56:4, 57:4,
62:24, 66:7, 70:14,
77:21, 78:23, 81:19,
82:16, 85:10, 88:3,
92:15, 93:19, 95:2,
96:19, 98:5, 100:1,
100:24, 101:15,
104:7, 106:1, 108:9,
109:2, 111:20,
114:3, 114:17,
116:6, 118:2,
119:11, 123:5,
127:13, 130:2,
132:5, 135:13,
136:9, 142:6, 143:9,
150:1, 152:19,
155:7, 159:25,
162:25, 166:22,
169:24, 171:4,
172:10, 173:14,
176:16, 178:17,
179:11, 182:20,
185:1, 187:6, 188:1,
188:14, 189:12,
191:17, 193:11,
195:10, 197:11,
201:1, 205:3, 206:9,
208:16, 209:3,
209:21, 221:6,
232:22, 233:4,
279:5, 281:5
**explained** [1] - 264:14
**explicitly** [1] - 241:20
**explore** [1] - 174:21
**explored** [1] - 174:24
**Explosives** [1] - 19:21
**exponentially** [1] -
160:9
**exposed** [6] - 14:18,
118:18, 118:20,
118:22, 118:25,
232:4
**exposure** [1] - 5:12
**express** [1] - 53:16
**expressed** [1] - 227:5
**expressing** [2] -
22:11, 52:20
**expunged** [1] - 106:5
**extended** [1] - 130:9
**extensive** [1] - 273:5
**extent** [1] - 226:17
**exterior** [1] - 238:21
**extra** [4] - 6:15, 55:15,
282:10, 282:16
**extremely** [7] - 18:24,
44:23, 116:2,
117:24, 123:2,
148:6, 212:12
**eye** [3] - 245:2, 245:8,
271:12

**eyebrow** [1] - 271:9
**eyes** [2] - 240:9,
240:12

## F

**face** [1] - 15:14
**Facebook** [1] - 229:6
**faced** [6] - 18:25,
44:24, 116:4,
117:25, 123:3,
212:13
**facility** [1] - 64:18
**fact** [23] - 26:1, 33:17,
34:24, 63:7, 94:22,
98:22, 100:15,
108:21, 112:10,
130:19, 156:3,
162:15, 183:14,
188:6, 194:5,
198:16, 220:12,
222:2, 227:12,
245:8, 266:1, 274:3,
278:9
**facts** [10] - 64:2,
175:2, 222:1,
226:12, 226:13,
227:4, 227:5,
232:12, 233:12,
269:17
**failed** [1] - 223:15
**fair** [59] - 8:22, 11:19,
22:22, 23:2, 26:3,
35:1, 36:12, 44:2,
50:21, 58:6, 59:1,
61:4, 63:10, 65:1,
66:22, 67:19, 75:23,
76:16, 78:17, 82:14,
82:25, 86:13, 94:25,
97:9, 97:22, 101:9,
102:11, 102:21,
103:2, 104:19,
108:22, 110:17,
114:15, 121:25,
133:10, 137:5,
140:15, 142:1,
147:19, 148:11,
153:3, 165:5, 169:9,
171:23, 172:1,
177:15, 179:25,
182:13, 190:9,
194:6, 195:25,
198:17, 201:21,
203:19, 206:3,
210:13, 226:8,
251:24, 266:1
**fairest** [1] - 12:2
**fairly** [10] - 20:22,
21:1, 36:22, 42:20,
83:17, 106:16,

106:23, 133:5,
164:18, 174:23,
189:2, 255:18,
257:3, 258:15,
259:7, 267:13,
277:6, 277:7
**fairness** [1] - 228:12
**faith** [1] - 247:20
**familiar** [6] - 60:13,
99:5, 128:23,
162:13, 251:11,
280:16
**familiarity** [22] - 17:20,
31:21, 49:11, 57:2,
70:12, 77:19, 78:15,
85:8, 104:6, 108:8,
114:2, 140:23,
149:25, 162:23,
166:19, 181:22,
197:8, 200:23,
202:21, 202:22,
205:2, 208:14
**family** [108] - 17:19,
17:23, 19:9, 19:14,
19:23, 20:4, 20:8,
20:15, 21:2, 24:22,
31:20, 32:19, 33:23,
35:5, 40:3, 41:22,
42:24, 48:5, 49:16,
51:14, 57:1, 57:19,
57:22, 58:3, 62:22,
66:3, 70:11, 77:18,
78:21, 81:16, 85:7,
88:1, 92:13, 93:15,
98:3, 99:23, 100:3,
100:7, 100:16,
100:21, 101:12,
104:5, 104:10,
104:23, 105:23,
108:7, 108:25,
110:6, 111:17,
114:1, 119:7,
119:16, 123:23,
124:7, 125:4,
125:18, 127:10,
129:24, 132:2,
135:11, 136:6,
140:22, 142:4,
142:11, 143:5,
149:24, 152:2,
152:16, 152:20,
162:22, 166:18,
169:13, 169:21,
170:25, 172:6,
173:11, 176:14,
178:15, 179:7,
181:21, 182:17,
184:24, 187:3,
187:8, 187:23,
188:6, 188:11,

191:15, 192:2,
192:4, 192:14,
192:16, 193:8,
194:10, 195:7,
197:7, 198:21,
200:22, 202:20,
205:1, 206:7,
206:14, 208:13,
209:1, 209:18,
229:13, 229:18,
247:22
**fancy** [2] - 33:9, 33:11
**far** [17] - 80:9, 91:4,
118:16, 120:12,
124:2, 133:21,
138:6, 151:11,
174:14, 186:1,
205:12, 207:15,
211:8, 213:6, 235:7,
238:16, 269:14
**farm** [7] - 133:17,
133:18, 133:19,
133:20, 133:21,
134:4, 134:9
**farming** [1] - 134:3
**fast** [1] - 53:14
**father** [12] - 89:21,
90:5, 132:7, 133:5,
133:9, 142:7,
142:18, 142:24,
178:18, 178:20,
178:22, 179:2
**favor** [12] - 20:1,
41:24, 89:11, 143:7,
143:25, 170:21,
171:2, 179:9,
180:12, 183:17,
188:7, 199:10
**favorable** [1] - 143:21
**favorably** [2] - 143:13,
179:19
**favoring** [1] - 143:16
**FBI** [8] - 1:21, 3:11,
15:6, 16:24, 192:21,
192:23, 193:2,
241:14
**FCRR** [3] - 1:23,
283:12, 283:23
**FDA** [2] - 49:4, 49:8
**February** [3] - 79:18,
79:19, 151:10
**federal** [22] - 13:11,
19:16, 33:3, 88:18,
93:17, 99:5, 99:24,
105:2, 111:18,
128:24, 129:2,
169:22, 179:13,
179:17, 180:6,
182:18, 187:24,
192:18, 193:3,

198:22, 222:16,
237:17
**Federal** [6] - 1:17,
3:17, 3:21, 4:1,
19:19, 32:25
**Federation** [1] - 83:24
**feeds** [1] - 96:21
**feelings** [6] - 61:16,
61:17, 126:5, 190:7,
190:13, 195:23
**fellow** [9] - 22:8,
22:12, 52:21,
228:18, 228:23,
230:3, 232:7,
233:19, 240:8
**felt** [9] - 7:17, 52:24,
53:17, 165:10,
172:13, 179:15,
243:12, 246:17,
246:20
**fenced** [1] - 201:5
**fences** [1] - 201:7
**fender** [1] - 172:14
**fever** [1] - 118:13
**few** [13] - 5:9, 36:21,
43:9, 49:22, 98:24,
99:12, 115:5,
150:20, 192:20,
214:6, 214:19,
214:20, 221:6
**Fi** [1] - 243:3
**field** [1] - 112:19
**fiercest** [1] - 239:22
**fifth** [1] - 232:9
**fighting** [2] - 239:15,
239:22
**figuring** [1] - 172:24
**file** [3] - 37:19, 154:22,
155:17
**filed** [4] - 20:2, 155:4,
172:8, 276:25
**fill** [1] - 248:11
**filter** [2] - 6:9, 6:17
**filters** [1] - 6:6
**filtration** [1] - 6:12
**final** [6] - 215:10,
219:11, 225:24,
228:16, 229:1,
233:22
**finally** [4] - 109:23,
219:10, 225:7, 240:7
**finance** [1] - 144:20
**financial** [1] - 90:16
**fine** [18] - 39:21,
62:17, 71:17, 73:3,
92:8, 104:1, 118:11,
118:15, 122:22,
124:13, 132:13,
135:7, 159:9, 175:9,
200:17, 217:9,

242:7, 283:3
**fingerprinting** [1] -
76:9
**finish** [4] - 10:6,
12:15, 173:25,
214:23
**finished** [5] - 220:24,
224:9, 224:11,
224:23, 225:8
**Firearms** [1] - 19:21
**firearms** [1] - 75:13
**firm** [36] - 19:11,
32:20, 40:4, 42:3,
48:6, 51:16, 78:22,
81:18, 81:22, 88:2,
92:14, 92:17, 92:19,
92:21, 92:24, 93:5,
93:10, 93:18, 98:4,
99:25, 104:24,
109:1, 127:12,
135:12, 135:15,
135:17, 142:5,
152:3, 178:16,
184:25, 187:5,
191:16, 192:5,
196:7, 206:8, 209:2
**firms** [4] - 191:19,
191:21, 192:1, 196:4
**first** [27] - 5:21, 8:1,
8:17, 16:6, 23:14,
24:13, 62:15,
109:22, 134:11,
146:10, 179:14,
186:20, 191:8,
196:21, 198:11,
212:1, 223:18,
228:14, 229:11,
235:8, 248:15,
258:14, 258:16,
265:11, 273:16,
276:24, 277:2
**First** [2] - 181:25,
182:9
**fit** [2] - 214:5, 235:4
**fitness** [2] - 116:11,
116:12
**five** [13] - 45:7, 54:3,
55:14, 74:6, 77:23,
94:1, 128:8, 135:20,
185:22, 189:5,
194:21, 206:13,
267:3
**five-and-a-half-
month-old** [1] -
55:14
**fixed** [1] - 262:1
**flattering** [2] - 244:18,
244:19
**flip** [1] - 243:1
**flooded** [1] - 239:24

**floor** [23] - 11:7, 23:14,
57:7, 59:21, 65:15,
71:15, 72:22, 77:6,
78:2, 84:21, 87:15,
96:3, 117:10,
161:10, 181:2,
202:9, 204:11,
218:10, 234:21,
258:14, 258:16,
259:6, 259:8
**flow** [4] - 5:16, 6:9,
6:12, 6:19
**flowing** [1] - 6:14
**flu** [1] - 55:17
**flying** [2] - 123:11,
234:20
**focus** [7] - 69:3,
116:17, 125:25,
128:21, 211:2,
219:19, 232:1
**focused** [1] - 165:14
**folks** [1] - 86:8
**Follow** [1] - 234:24
**follow** [128] - 10:5,
10:10, 22:9, 24:6,
24:8, 26:18, 26:21,
28:4, 28:6, 29:17,
29:19, 31:4, 33:19,
36:15, 36:17, 37:8,
39:8, 39:10, 41:5,
41:9, 41:13, 44:5,
44:7, 45:17, 49:12,
50:24, 52:15, 54:6,
54:8, 60:18, 61:3,
64:17, 67:11, 67:13,
67:16, 68:7, 69:14,
69:16, 72:4, 72:11,
79:9, 79:23, 80:1,
80:5, 80:21, 80:23,
82:8, 84:11, 84:13,
90:7, 91:17, 91:19,
93:11, 95:16, 96:20,
98:19, 102:8,
102:14, 102:16,
102:19, 103:11,
105:19, 107:7,
107:9, 110:1,
110:21, 110:23,
113:7, 113:9,
116:24, 117:1,
122:5, 122:7,
124:18, 125:13,
125:15, 125:21,
126:10, 129:7,
129:13, 130:24,
131:1, 134:15,
134:17, 136:2,
137:22, 137:24,
140:10, 143:1,
144:24, 145:1,

145:8, 148:15,
148:17, 152:12,
153:6, 153:8,
165:19, 173:20,
174:18, 174:20,
175:12, 184:6,
184:8, 185:10,
186:7, 186:9,
187:16, 190:18,
190:19, 192:7,
196:12, 199:23,
206:24, 207:18,
207:20, 209:13,
211:13, 211:15,
213:14, 213:16,
216:13, 225:9,
228:10, 228:12,
237:7, 244:24,
247:20
**follow-up** [85] - 26:18,
26:21, 28:4, 28:6,
29:17, 29:19, 31:4,
36:15, 36:17, 37:8,
39:8, 39:10, 41:9,
41:13, 44:5, 44:7,
50:24, 54:6, 54:8,
67:11, 67:13, 67:16,
68:7, 69:14, 69:16,
72:4, 72:11, 79:23,
80:1, 80:21, 80:23,
84:11, 84:13, 91:17,
91:19, 95:16, 102:8,
102:14, 102:16,
102:19, 107:7,
107:9, 110:21,
110:23, 113:7,
113:9, 116:24,
117:1, 122:5, 122:7,
124:18, 125:13,
125:15, 125:21,
126:10, 130:24,
131:1, 134:15,
134:17, 137:22,
137:24, 144:24,
145:1, 145:8,
148:15, 148:17,
153:6, 153:8,
174:18, 174:20,
175:12, 184:6,
184:8, 186:7, 186:9,
190:18, 190:19,
196:12, 199:23,
207:18, 207:20,
211:13, 211:15,
213:14, 213:16
**followed** [4] - 148:7,
246:9, 246:14,
275:21
**following** [8] - 18:14,
18:21, 23:1, 148:3,
169:2, 231:7, 263:9,

279:18
**follows** [57] - 26:20,
28:5, 29:18, 31:3,
36:16, 39:9, 41:12,
44:6, 45:11, 46:19,
50:25, 54:7, 59:6,
61:25, 65:3, 67:12,
68:6, 69:15, 71:25,
76:20, 79:25, 80:22,
84:12, 87:5, 91:18,
95:15, 102:15,
107:8, 110:22,
113:8, 116:21,
122:6, 124:16,
125:14, 126:9,
130:25, 134:16,
137:23, 144:25,
148:16, 153:7,
160:23, 165:17,
174:19, 180:18,
184:7, 186:8,
190:17, 196:11,
199:24, 201:24,
204:2, 207:19,
211:14, 213:15,
215:24, 217:12
**food** [3] - 48:19, 49:3,
154:5
**footage** [12] - 263:17,
263:19, 263:21,
263:22, 264:8,
264:13, 264:16,
264:22, 266:2,
273:5, 276:22,
278:10
**FOP** [4] - 195:12,
195:15, 195:19,
195:24
**FOR** [3] - 1:1, 1:9,
1:16
**force** [5] - 36:7,
130:19, 188:3,
237:7, 239:3
**forced** [1] - 238:19
**foregoing** [1] - 283:13
**foreground** [2] -
256:19, 256:20
**foreign** [1] - 203:24
**foremost** [1] - 5:21
**FOREST** [1] - 1:17
**forget** [3] - 177:20,
177:21, 220:6
**forgive** [1] - 257:18
**forgot** [2] - 36:25,
58:15
**formally** [1] - 237:14
**former** [1] - 146:16
**formerly** [1] - 139:9
**Forrest** [3] - 3:20,
15:19, 221:12

**forward** [2] - 216:16,
248:23
**Foundation** [1] - 90:24
**fountain** [1] - 254:15
**four** [4] - 30:25,
136:19, 275:11,
276:7
**fourteen** [1] - 225:20
**Fourth** [1] - 205:11
**fourth** [13] - 11:7,
59:21, 65:15, 72:22,
77:5, 96:3, 117:10,
161:10, 181:2,
202:9, 204:11,
218:10, 231:19
**fourth-floor** [4] -
65:15, 72:22, 96:3,
117:10
**frame** [2] - 190:1,
265:12
**framers** [1] - 8:14
**frankly** [4] - 155:20,
156:1, 273:3, 281:11
**Fraternal** [1] - 21:7
**fraud** [3] - 105:12,
243:11, 246:19
**free** [14] - 12:21,
17:10, 59:24, 96:9,
200:13, 204:21,
219:21, 221:3,
239:8, 243:3,
267:14, 267:18,
270:4
**freelance** [2] - 30:12,
207:6
**freelancer** [2] -
109:12, 112:25
**French** [2] - 11:15,
183:24
**frenzied** [1] - 240:13
**frequent** [1] - 118:6
**frequently** [2] -
100:14, 205:23
**fresh** [1] - 6:13
**Friday** [3] - 18:19,
124:6, 125:18
**friend** [128] - 14:17,
17:19, 17:24, 19:10,
19:15, 19:24, 20:5,
20:9, 20:16, 21:3,
24:22, 31:20, 32:19,
33:24, 35:5, 40:3,
41:23, 42:24, 43:11,
43:13, 43:17, 48:5,
49:16, 51:15, 51:18,
51:21, 51:24, 52:5,
52:9, 52:13, 57:1,
62:22, 66:3, 70:11,
77:18, 78:21, 81:17,
85:7, 88:1, 92:13,

93:16, 98:3, 99:23,
100:3, 100:8,
100:16, 100:21,
101:12, 104:5,
104:23, 105:23,
108:7, 108:21,
108:25, 110:6,
111:17, 114:1,
119:8, 119:16,
127:11, 129:24,
132:2, 135:11,
136:6, 140:22,
142:4, 143:5,
149:24, 152:2,
152:6, 152:11,
152:16, 153:2,
162:23, 166:18,
166:23, 166:25,
167:6, 167:9,
167:23, 167:25,
168:19, 169:1,
169:8, 169:13,
169:21, 170:25,
173:12, 176:14,
176:18, 176:23,
177:13, 178:12,
178:15, 179:7,
181:21, 182:17,
184:24, 187:4,
187:7, 187:23,
188:11, 191:15,
192:2, 192:14,
192:17, 192:21,
193:8, 194:10,
195:7, 195:11,
195:14, 195:19,
197:7, 198:21,
198:25, 199:4,
199:9, 200:22,
202:20, 205:1,
206:7, 208:13,
209:1, 209:18,
243:4, 243:14
**friend's** [1] - 43:8
**friends** [37] - 63:1,
63:2, 74:7, 88:5,
93:22, 94:10, 94:18,
94:23, 101:17,
108:10, 146:19,
152:5, 163:17,
169:25, 170:5,
170:12, 170:18,
170:19, 187:9,
187:10, 187:14,
191:25, 192:10,
192:20, 192:22,
193:3, 202:24,
202:25, 203:4,
203:7, 203:11,
203:17, 206:14,
229:12, 229:18,

246:13, 246:15
**friends'** [2] - 147:4,
203:15
**front** [15] - 7:10, 43:4,
65:14, 113:15,
117:15, 138:20,
139:12, 139:24,
148:24, 181:6,
191:4, 208:3,
211:22, 217:8, 240:3
**fruit** [1] - 267:16
**frustrating** [1] - 43:7
**FTC** [1] - 33:4
**fulfill** [2] - 144:9,
178:11
**full** [8] - 19:7, 54:2,
55:11, 113:1,
160:11, 238:22,
249:12, 283:14
**full-blown** [1] - 55:11
**full-time** [2] - 54:2,
113:1
**fullest** [1] - 226:4
**fully** [2] - 42:15, 176:3
**functioning** [1] -
242:19
**fundamental** [3] -
8:11, 247:6, 247:17
**fundamentally** [1] -
242:14

## G

**Gabriella** [1] - 7:22
**gainfully** [1] - 133:16
**gaps** [1] - 248:10
**gas** [2] - 238:23,
239:13
**gate** [4] - 38:1, 38:7,
38:9, 38:16
**gathered** [1] - 275:9
**Gazelle** [5] - 17:3,
56:6, 56:10, 56:13,
56:16
**gear** [2] - 238:22,
265:16
**general** [10] - 85:14,
85:15, 86:9, 142:21,
143:11, 147:17,
167:11, 177:5,
179:23, 281:13
**General** [3] - 40:11,
52:11, 206:11
**generally** [7] - 18:19,
133:17, 134:10,
141:23, 146:23,
164:9, 203:14
**generated** [1] - 7:20
**gentlemen** [12] - 4:20,

23:4, 215:6, 215:16,
215:18, 216:12,
218:4, 218:9,
218:17, 235:23,
248:14, 267:6
**George** [1] - 91:5
**George's** [2] - 171:10,
171:17
**Georgetown** [1] -
91:15
**germaphobia** [1] -
160:2
**Gillespie** [67] - 3:3,
3:18, 5:5, 13:10,
13:13, 13:21, 15:13,
15:14, 15:16, 15:18,
18:5, 18:9, 18:13,
60:9, 60:21, 63:25,
73:11, 73:13, 96:18,
156:11, 221:14,
222:15, 222:18,
223:1, 242:9,
242:14, 242:17,
243:7, 243:8, 243:9,
243:14, 243:17,
243:21, 244:2,
244:10, 244:13,
244:15, 244:17,
245:1, 245:8,
245:13, 245:16,
245:19, 245:21,
246:1, 246:3, 246:5,
246:12, 246:22,
247:19, 247:21,
247:24, 248:3,
248:12, 263:3,
263:7, 274:23,
275:3, 275:6, 275:9,
279:7, 280:21,
281:4, 281:14,
281:15, 282:1,
282:11
**GILLESPIE** [1] - 1:4
**Gillespie's** [5] -
157:21, 224:19,
244:21, 247:15,
282:3
**given** [13] - 18:2,
46:13, 71:9, 179:16,
180:11, 183:14,
190:13, 202:23,
219:6, 222:6,
235:12, 269:12,
278:9
**glasses** [1] - 257:18
**glued** [1] - 23:19
**golden** [1] - 270:24,
273:8
**Google** [2] - 18:13,
110:11

**Googled** [1] - 64:13
**Googling** [1] - 232:15
**gosh** [3] - 173:1,
197:20, 277:9
**Government** [10] -
2:9, 2:10, 2:10, 2:11,
2:11, 2:12, 2:12,
2:13, 2:13, 2:14
**government** [132] -
3:4, 4:11, 11:25,
16:19, 19:25, 20:11,
26:21, 28:6, 29:19,
31:4, 36:17, 41:13,
41:24, 41:25, 44:7,
51:1, 54:9, 56:11,
59:13, 65:6, 65:9,
67:13, 69:16, 72:14,
72:15, 73:24, 77:25,
80:1, 83:12, 83:13,
84:13, 84:14, 90:20,
90:25, 91:1, 91:19,
95:19, 102:16,
105:2, 107:9,
110:23, 113:9,
117:5, 122:7,
126:23, 131:1,
137:24, 143:6,
143:7, 143:12,
143:16, 143:21,
144:3, 145:1,
148:17, 153:8,
155:9, 155:10,
155:11, 156:6,
159:3, 171:2, 171:3,
174:20, 178:9,
179:8, 179:9,
179:13, 179:17,
179:20, 179:24,
180:6, 180:12,
184:8, 186:9,
196:12, 199:23,
199:25, 207:20,
211:1, 211:15,
213:17, 217:13,
221:7, 221:9,
221:25, 222:4,
223:6, 223:11,
223:15, 223:19,
224:3, 224:6, 224:9,
224:11, 224:13,
224:21, 224:24,
225:2, 232:3, 235:7,
235:15, 236:2,
244:7, 244:11,
244:23, 245:2,
245:5, 245:24,
248:3, 248:7, 248:8,
248:10, 248:15,
248:17, 268:12,
270:4, 270:9,

271:10, 274:12,
275:4, 275:13,
275:19, 276:6,
279:10, 279:15,
280:7, 280:22,
281:20, 282:4
**Government's** [14] -
248:22, 252:9,
254:1, 255:3, 255:9,
256:8, 257:14,
258:25, 259:21,
263:1, 265:10,
266:9, 266:12,
266:19
**government's** [22] -
16:6, 47:9, 59:12,
62:5, 76:24, 95:20,
143:14, 161:3,
165:23, 180:22,
190:21, 202:3,
204:6, 223:21,
224:5, 268:5,
268:14, 271:13,
272:10, 276:20,
277:21, 280:6
**grabbed** [2] - 57:17,
239:4
**grade** [2] - 26:11,
138:9
**graduated** [2] - 91:8,
174:15
**grand** [12] - 20:10,
20:17, 20:20, 35:7,
43:1, 49:18, 66:5,
101:14, 119:18,
132:3, 194:12,
209:20
**grandfather** [3] - 88:5,
89:20, 90:6
**grant** [1] - 161:6
**granted** [12] - 47:12,
59:15, 62:7, 65:11,
77:2, 87:12, 95:22,
117:7, 165:25,
190:23, 202:5, 204:8
**graphic** [1] - 30:9
**grasp** [1] - 239:9
**gravely** [1] - 132:7
**Graves** [1] - 146:10
**great** [9] - 60:4, 64:18,
68:17, 82:22, 85:2,
200:7, 200:9,
235:11, 260:13
**Greater** [1] - 90:14
**Greenberg** [6] - 3:20,
3:22, 15:19, 221:12,
224:19, 242:3
**GREENBERG** [67] -
1:17, 3:23, 27:2,
28:9, 29:22, 31:7,

36:18, 37:9, 39:13,
44:10, 45:25, 46:23,
47:7, 51:4, 54:12,
59:10, 62:3, 65:6,
67:16, 68:8, 69:19,
72:13, 76:22, 80:7,
84:16, 87:9, 91:22,
95:18, 102:19,
107:12, 111:1,
113:12, 117:6,
122:10, 124:23,
125:17, 126:12,
127:1, 131:4,
134:19, 138:2,
145:9, 148:20,
153:11, 154:13,
154:15, 161:1,
165:21, 175:14,
180:20, 184:11,
186:12, 190:19,
196:15, 200:3,
202:1, 204:4,
207:23, 211:18,
213:20, 216:6,
216:9, 217:18,
235:20, 242:5,
242:7, 242:9
**grocery** [1] - 243:2
**grounds** [16] - 13:19,
222:24, 237:4,
237:24, 237:25,
238:2, 238:4,
238:16, 241:3,
241:8, 241:10,
251:12, 257:2,
257:4, 261:13,
263:16
**group** [11] - 21:3,
53:11, 110:6,
110:11, 116:11,
116:12, 129:24,
163:25, 173:12,
173:20, 195:7
**Group** [1] - 90:14
**groups** [2] - 21:9,
174:8
**guarantee** [1] - 280:10
**guaranteed** [1] - 8:15
**guess** [13] - 33:9,
33:14, 38:19, 73:13,
83:3, 101:17, 121:1,
154:4, 177:20,
178:19, 228:6,
250:9, 269:24
**guidance** [1] - 5:15
**guide** [1] - 6:7
**guilt** [1] - 8:22
**guilty** [11] - 21:19,
21:22, 50:18, 223:5,
223:7, 223:13,

223:17, 241:23,
241:25, 244:15,
248:12
**Gumiel** [15] - 7:2,
7:14, 9:16, 12:13,
103:12, 214:13,
215:19, 216:11,
220:17, 231:16,
232:6, 232:8,
234:16, 234:25,
267:20
**Gumiel's** [2] - 24:6,
216:13
**gunpoint** [3] - 101:18,
102:5, 103:1
**guy** [2] - 38:9, 38:11
**guys** [3] - 47:4, 57:17,
108:1

# H

**half** [15] - 12:17, 23:5,
25:23, 55:14, 69:1,
134:10, 163:5,
207:14, 208:18,
250:16, 274:22,
275:8, 279:16,
279:23, 280:11
**halfway** [1] - 215:16
**hall** [1] - 200:6
**hallway** [6] - 12:19,
23:7, 103:13,
107:17, 214:12,
214:18
**hand** [19] - 9:15, 9:21,
9:24, 11:10, 14:4,
14:5, 23:9, 23:17,
23:21, 23:25, 24:5,
214:5, 214:6,
214:22, 218:2,
219:18, 223:14,
225:18, 252:13
**handheld** [1] - 260:21
**handle** [7] - 48:23,
49:6, 89:21, 142:20,
178:22, 187:10,
192:11
**handled** [7] - 40:25,
52:9, 81:24, 98:9,
133:13, 174:23,
206:18
**hard** [17] - 6:20, 39:4,
55:24, 61:11, 83:4,
121:20, 126:5,
165:13, 172:3,
190:8, 201:17,
215:9, 215:12,
238:23, 252:17,
257:19, 268:7
**harder** [1] - 160:10

**hardship** [6] - 19:1,
44:24, 116:4,
117:25, 123:4,
212:13
**harm** [5] - 242:11,
242:14, 244:4,
247:7, 260:24
**harmed** [1] - 132:8
**harmless** [1] - 232:19
**hat** [1] - 162:13
**Hats** [1] - 21:8
**Hawa** [1] - 17:4
**Hawthorne** [5] - 3:25,
15:20, 221:13,
224:20, 247:19
**HAWTHORNE** [1] -
1:16
**head** [6] - 58:8, 58:14,
189:6, 239:14,
240:8, 245:15
**headquarters** [2] -
250:10, 250:12
**Health** [1] - 105:12
**health** [8] - 5:14, 7:1,
156:17, 156:25,
157:25, 158:4,
158:9, 158:17
**hear** [47] - 6:4, 6:8,
8:3, 9:9, 11:2, 12:8,
14:6, 15:25, 16:3,
16:16, 16:20, 17:17,
19:6, 24:16, 26:25,
31:16, 33:18, 39:19,
40:18, 41:10, 67:22,
82:19, 103:3,
103:23, 103:24,
124:11, 132:9,
155:8, 159:2,
173:25, 176:7,
186:21, 197:13,
215:10, 221:5,
221:19, 225:20,
237:21, 239:18,
239:21, 241:12,
243:16, 249:6,
271:3, 273:9,
273:16, 273:18
**heard** [30] - 4:14, 5:17,
18:2, 42:4, 42:14,
45:14, 56:5, 58:4,
58:18, 60:8, 60:20,
60:25, 63:24, 96:16,
102:8, 115:16,
137:14, 140:5,
146:18, 146:19,
147:18, 147:24,
155:22, 168:17,
173:18, 178:12,
228:20, 243:8,
255:7, 277:20

**hearing** [29] - 10:11,
19:4, 58:11, 58:21,
77:1, 158:6, 161:5,
165:6, 168:13,
168:17, 175:10,
180:10, 203:17,
219:15, 230:5,
231:4, 232:21,
252:5, 253:24,
255:1, 256:4,
257:10, 258:21,
259:15, 260:6,
262:16, 262:24,
265:2, 266:7
**hearings** [2] - 18:9,
148:4
**heavy** [1] - 149:22
**held** [60] - 18:9, 26:20,
28:5, 29:18, 31:3,
36:16, 39:9, 41:12,
44:6, 45:11, 46:19,
50:25, 54:7, 59:6,
61:25, 65:3, 67:12,
68:6, 69:15, 71:25,
76:20, 79:25, 80:22,
84:12, 87:5, 91:18,
95:15, 102:5,
102:15, 102:25,
107:8, 110:22,
113:8, 116:21,
122:6, 124:16,
125:14, 126:9,
130:25, 134:16,
137:23, 144:25,
148:16, 153:7,
160:23, 165:17,
174:19, 180:18,
184:7, 186:8,
190:17, 196:11,
199:24, 201:24,
204:2, 207:19,
211:14, 213:15,
215:24, 217:12
**hello** [1] - 65:20
**helmets** [2] - 238:23
**help** [10] - 9:8, 16:22,
200:8, 210:25,
214:16, 219:20,
220:4, 220:8,
223:25, 225:5
**helped** [1] - 13:6
**helpful** [2] - 11:18,
66:1
**helping** [1] - 72:8
**helps** [2] - 56:14,
57:12
**hereby** [1] - 283:12
**hesitate** [1] - 7:2
**hi** [2] - 28:17, 28:18
**hiatus** [2] - 84:5, 84:7

**high** [8] - 16:11,
51:19, 76:7, 76:8,
112:3, 138:10,
138:12, 245:6
**high-tech** [1] - 16:11
**high-volume** [2] -
76:7, 76:8
**highest** [1] - 179:21
**highway** [1] - 188:4
**hill** [2] - 270:6, 270:9
**Hill** [11] - 70:16, 70:20,
71:12, 108:21,
151:3, 202:23,
202:25, 203:2,
203:23, 205:4, 251:1
**himself** [5] - 60:21,
195:20, 239:8,
279:1, 279:9
**hindrance** [1] - 220:4
**hinted** [1] - 227:5
**history** [2] - 75:13,
236:15
**hit** [3] - 121:20, 199:6,
239:14
**hobby** [1] - 199:18
**hold** [22] - 27:9, 28:20,
31:13, 39:19, 47:23,
53:14, 60:3, 65:25,
68:16, 92:5, 96:10,
103:21, 111:9,
122:25, 135:4,
186:21, 191:9,
196:21, 200:14,
212:5, 227:25,
244:23
**holding** [3] - 240:2,
243:6, 243:7
**holidays** [3] - 123:23,
235:13, 247:13
**home** [17] - 45:3,
49:21, 55:14, 55:15,
100:14, 108:16,
108:17, 108:19,
114:12, 114:21,
132:7, 160:19,
160:20, 220:21,
229:12, 242:24,
267:22
**honest** [4] - 61:6,
61:15, 208:20, 246:7
**honestly** [3] - 180:14,
190:12, 190:15
**Honor** [146] - 3:6,
3:16, 3:23, 4:8, 4:12,
16:8, 17:7, 26:22,
27:2, 28:7, 28:9,
29:20, 29:22, 31:5,
31:7, 36:18, 39:11,
39:13, 41:15, 44:8,
44:10, 47:20, 51:2,

51:4, 54:10, 56:11, 62:3, 67:14, 69:17, 69:19, 72:7, 72:17, 76:23, 77:20, 78:13, 78:18, 79:11, 79:22, 80:2, 80:24, 87:9, 91:20, 91:22, 95:17, 95:18, 96:12, 98:21, 100:19, 101:10, 102:12, 102:17, 103:6, 103:9, 103:15, 107:10, 107:12, 110:24, 111:1, 113:10, 113:12, 122:8, 122:10, 124:23, 125:16, 126:11, 126:12, 131:2, 131:4, 134:18, 134:19, 137:25, 139:7, 148:18, 148:20, 153:9, 153:11, 154:12, 155:15, 156:10, 157:9, 157:18, 158:5, 158:14, 159:5, 159:11, 161:2, 165:22, 175:13, 175:20, 180:21, 184:9, 184:11, 186:10, 186:12, 190:19, 196:13, 196:15, 200:1, 200:3, 202:2, 204:5, 207:21, 207:23, 211:16, 211:18, 213:18, 213:20, 213:24, 214:8, 217:15, 217:18, 235:6, 235:17, 235:20, 236:3, 242:5, 248:16, 248:17, 252:7, 253:21, 254:23, 255:21, 256:6, 257:7, 258:18, 259:11, 262:8, 262:13, 262:19, 262:23, 265:8, 266:4, 266:10, 266:20, 268:13, 272:5, 273:13, 276:23, 276:24, 277:2, 279:13, 280:1, 280:16, 281:10, 281:22, 283:6
**HONORABLE** [1] - 1:6
**hope** [4] - 61:14, 97:12, 97:22, 131:21
**hoping** [2] - 237:6,

243:17
**Hospital** [2] - 27:19, 137:10
**hospital** [1] - 27:20
**hospitalized** [1] - 132:16
**hospitals** [2] - 174:7, 174:10
**hotel** [2] - 124:19, 124:25
**hour** [7] - 116:12, 124:4, 274:22, 275:7, 279:15, 279:23, 280:10
**hourly** [1] - 116:7
**hours** [6] - 45:7, 46:2, 133:22, 238:9, 240:2, 276:21
**house** [14] - 43:8, 45:12, 46:5, 48:18, 50:4, 50:5, 50:9, 50:10, 57:25, 145:2, 146:20, 241:15, 242:19, 242:21
**House** [30] - 18:9, 57:7, 57:12, 63:8, 78:2, 78:5, 78:10, 108:11, 108:13, 108:15, 141:1, 145:12, 145:16, 146:3, 146:4, 146:16, 148:4, 148:8, 163:2, 163:12, 163:18, 164:21, 168:20, 168:21, 179:14, 237:11, 237:19, 250:5, 253:1, 261:8
**housed** [3] - 73:13, 73:14, 78:6
**housekeeping** [1] - 282:19
**houses** [1] - 250:24
**Houses** [1] - 237:11
**Housing** [2] - 139:22, 249:21
**Howell** [2] - 4:25, 7:8
**HOWELL** [1] - 1:6
**HUD** [2] - 139:24, 141:1
**hum** [2] - 94:11, 184:2
**Human** [1] - 105:12
**human** [1] - 230:18
**humanitarian** [2] - 35:25, 36:3
**humans** [5] - 156:17, 156:25, 157:25, 158:4, 158:9
**hurt** [5] - 242:10, 242:11, 244:4,

246:25, 247:8
**hurts** [2] - 86:15
**husband** [9] - 48:11, 49:2, 57:6, 123:14, 123:15, 136:10, 136:11, 182:21, 183:14
**hyper** [1] - 85:19
**hyper-local** [1] - 85:19
**hypothetically** [1] - 125:18

**I**

**ID** [1] - 255:10
**idea** [6] - 71:17, 155:21, 243:21, 243:23, 245:9, 279:17
**ideas** [1] - 159:4
**identification** [5] - 254:17, 256:23, 258:10, 259:2, 264:4
**identify** [5] - 16:2, 133:5, 268:9, 279:1, 279:9
**II** [1] - 250:21
**III's** [1] - 8:18
**ill** [1] - 118:12
**illegal** [1] - 61:18
**images** [1] - 265:24
**imagine** [1] - 86:21
**IMF** [1] - 209:6
**immediate** [8] - 17:21, 31:21, 57:3, 70:12, 86:18, 115:5, 141:22, 208:14
**immediately** [5] - 223:21, 225:18, 231:3, 231:15, 232:5
**immense** [1] - 247:16
**immigration** [1] - 71:22
**Impact** [1] - 90:15
**impact** [2] - 114:24, 115:5
**impartial** [60] - 8:23, 11:19, 12:2, 22:22, 23:2, 26:4, 35:2, 36:12, 44:2, 50:21, 58:6, 59:1, 61:5, 63:10, 65:1, 66:22, 67:19, 75:23, 76:16, 78:17, 82:14, 82:25, 86:13, 94:25, 95:12, 97:9, 101:9, 102:11, 102:21, 103:3, 104:20, 108:22, 110:17, 112:15,

114:15, 121:25, 133:11, 137:5, 140:16, 142:1, 147:20, 148:1, 148:11, 153:3, 165:5, 169:9, 172:1, 177:16, 179:25, 180:4, 190:9, 190:12, 190:14, 194:7, 195:25, 198:17, 201:21, 203:19, 206:4, 210:13
**impartiality** [1] - 248:5
**impartially** [7] - 20:22, 21:1, 38:23, 74:13, 83:18, 143:25, 177:18
**impede** [27] - 13:15, 33:19, 41:4, 49:11, 52:14, 67:18, 79:8, 82:8, 89:16, 90:6, 93:11, 98:18, 102:21, 105:18, 110:1, 129:6, 129:12, 136:1, 142:25, 152:12, 179:3, 185:9, 187:15, 192:7, 206:24, 209:13, 222:20
**impeding** [2] - 13:14, 222:19
**imperative** [1] - 6:10
**implication** [1] - 118:8
**important** [23] - 6:23, 8:17, 9:2, 10:17, 12:7, 18:24, 44:23, 45:20, 116:3, 117:24, 123:2, 157:11, 212:12, 218:22, 222:12, 226:2, 228:24, 233:20, 245:11, 245:12, 245:13, 245:15, 248:10
**importantly** [2] - 248:7, 276:5
**impression** [2] - 38:17, 143:21
**improved** [1] - 6:5
**in-house** [1] - 48:18
**in-laws'** [1] - 57:25
**inadvertently** [1] - 239:14
**inaugural** [5] - 253:16, 254:6, 254:12, 255:14, 256:21
**inauguration** [2] - 240:24, 254:10

**incarcerated** [5] - 193:14, 193:16, 193:20, 194:2, 194:5
**incidence** [1] - 269:4
**incident** [5] - 13:16, 176:19, 222:21, 236:16, 268:7
**incidents** [2] - 268:18, 268:22
**include** [4] - 16:21, 19:18, 21:6, 244:9
**included** [2] - 78:1, 272:11
**includes** [7] - 85:12, 85:24, 110:12, 227:10, 227:14, 232:18, 260:4
**including** [8] - 18:11, 21:9, 193:1, 220:19, 229:5, 229:18, 230:9, 230:12
**inclusion** [1] - 90:16
**incomplete** [1] - 233:6
**incorrectly** [2] - 104:9, 168:18
**increased** [1] - 6:12
**increasing** [1] - 240:6
**indeed** [2] - 132:25, 219:12
**independent** [1] - 232:11
**independently** [2] - 27:17, 53:7
**INDEX** [1] - 2:1
**indicate** [3] - 252:15, 256:14, 256:18
**indicated** [3] - 253:4, 253:10, 258:5
**indicates** [1] - 253:2
**Indicating** [1] - 258:2
**indicating)** [1] - 253:8
**indication** [2] - 227:3, 275:5
**indictment** [2] - 64:2, 64:5
**indifferent** [1] - 38:18
**individual** [3] - 10:25, 24:10, 42:19
**individually** [9] - 10:10, 12:20, 14:9, 23:8, 23:17, 23:22, 24:7, 219:23, 220:3
**individuals** [4] - 15:9, 15:23, 76:10, 209:16
**Indo** [1] - 203:25
**Indo-Pacific** [1] - 203:25
**industrial** [1] - 6:17
**infected** [2] - 14:17, 14:18

**inference** [1] - 157:21
**influence** [3] - 162:17, 230:2, 275:6
**influenced** [1] - 220:12
**information** [15] - 18:1, 18:3, 18:13, 60:8, 63:24, 96:17, 169:18, 210:25, 229:19, 229:23, 230:10, 233:2, 233:5, 233:10, 233:14
**injury** [3] - 89:24, 90:1, 206:21
**innocence** [4] - 8:22, 223:3, 223:9, 224:16
**innocent** [3] - 22:1, 223:3, 224:17
**inquired** [4] - 157:24, 158:2, 158:3, 158:8
**inside** [7] - 150:4, 198:14, 219:6, 236:20, 236:23, 261:12, 263:14
**instance** [1] - 282:22
**instances** [5] - 36:10, 37:13, 37:15, 195:4, 278:13
**institution** [2] - 180:5, 180:7
**instruct** [13] - 18:7, 18:12, 22:16, 97:24, 121:9, 121:12, 178:8, 189:11, 226:9, 227:1, 227:15, 228:22, 241:5
**instruction** [5] - 18:15, 21:24, 22:4, 64:17, 231:8
**instructions** [35] - 23:1, 33:20, 41:5, 49:12, 52:15, 79:9, 82:9, 90:7, 93:12, 98:19, 105:19, 110:1, 129:7, 129:13, 136:2, 140:10, 143:1, 152:13, 185:10, 187:16, 192:7, 206:25, 209:13, 217:20, 218:19, 218:24, 219:1, 225:24, 228:16, 228:20, 229:1, 233:22, 244:24, 247:21, 271:23
**instructs** [1] - 8:25
**insurance** [1] - 152:9

**intend** [2] - 122:3, 269:9
**intended** [5] - 119:14, 219:2, 223:25, 225:5, 245:20
**intending** [1] - 245:14
**intense** [4] - 71:1, 71:4, 71:6, 190:1
**intensity** [2] - 246:16, 247:5
**intent** [3] - 86:17, 241:18, 245:18
**intention** [2] - 11:24
**interactions** [6] - 38:14, 73:16, 78:1, 106:16, 165:3, 274:16
**interest** [1] - 12:3
**interfere** [3] - 13:15, 19:5, 222:20
**International** [2] - 88:8, 107:3
**international** [5] - 36:3, 52:6, 91:1, 107:1
**internet** [6] - 18:12, 231:20, 232:16, 232:19, 233:6, 242:19
**interrupt** [3] - 247:14, 260:5, 278:5
**interview** [5] - 212:16, 240:10, 241:19, 281:14, 281:15
**interviewed** [3] - 281:8, 281:12, 281:16
**intoxicated** [1] - 101:1
**introduce** [2] - 3:4, 7:24
**introduced** [1] - 224:2
**introduces** [1] - 157:19
**introduction** [2] - 281:25
**introductions** [1] - 7:5
**introductory** [1] - 78:25
**invade** [1] - 11:25
**invest** [1] - 133:17
**Investigation** [1] - 19:20
**investigation** [13] - 20:6, 24:23, 33:25, 100:22, 105:24, 119:9, 136:7, 152:17, 183:7, 188:12, 193:9, 232:11, 232:23
**investigations** [1] -

183:15
**investigative** [4] - 19:13, 32:22, 40:6, 48:8
**Investigative** [1] - 19:24
**invite** [2] - 267:8, 267:11
**involve** [2] - 175:7, 274:13
**involved** [14] - 22:14, 57:20, 76:7, 94:12, 99:15, 173:21, 175:1, 189:9, 229:24, 231:6, 232:15, 242:11, 242:13, 244:3
**involving** [2] - 81:24, 99:15
**Iowa** [1] - 100:6
**ish** [1] - 31:24
**issue** [4] - 228:25, 232:16, 233:20, 274:9
**issues** [8] - 19:4, 19:5, 21:10, 245:11, 245:12, 245:13, 245:15, 274:24
**issuing** [1] - 273:23
**IT** [2] - 191:22, 199:20
**itself** [5] - 18:23, 106:21, 164:22, 164:24, 229:23

---

## J

**J6** [2] - 156:1, 156:6
**JACQUELINE** [1] - 1:12
**Jacqueline** [4] - 3:7, 14:22, 221:10, 264:1
**jacqueline.schesnol @usdoj.gov** [1] - 1:15
**jail** [2] - 73:14, 73:18
**January** [103] - 13:12, 17:24, 18:11, 32:5, 32:8, 32:10, 56:20, 57:8, 57:22, 58:19, 60:20, 61:3, 61:8, 61:19, 62:23, 63:4, 63:9, 70:22, 75:25, 76:3, 76:12, 78:11, 83:6, 83:19, 86:9, 86:12, 91:10, 94:3, 94:13, 94:19, 94:24, 95:6, 96:21, 99:14, 104:14, 104:18, 108:18, 114:7,

114:10, 116:17, 141:6, 141:10, 141:14, 141:25, 145:19, 145:23, 146:20, 147:5, 150:8, 163:7, 163:12, 163:18, 163:22, 163:24, 164:2, 164:3, 164:14, 167:1, 167:20, 168:20, 169:2, 169:14, 170:12, 170:17, 176:15, 182:3, 182:12, 198:9, 201:9, 203:2, 203:7, 205:9, 205:19, 205:20, 206:2, 208:22, 222:17, 236:7, 236:19, 237:18, 240:17, 240:21, 241:3, 241:20, 242:10, 242:15, 243:4, 243:6, 243:16, 243:23, 245:10, 250:18, 251:25, 255:19, 257:4, 258:16, 259:8, 263:19, 263:21, 264:20, 268:25, 279:14
**JD** [1] - 93:2
**jeopardizing** [1] - 246:21
**Jersey** [2] - 178:21, 206:11
**job** [19] - 31:25, 32:17, 34:19, 139:20, 143:24, 150:3, 150:14, 151:3, 162:11, 177:10, 196:9, 206:12, 212:15, 218:22, 218:23, 227:1, 243:25, 244:20, 244:23
**jobs** [2] - 12:13, 196:9
**joined** [2] - 130:4, 246:13
**Joint** [5] - 237:13, 237:16, 243:22, 243:23, 245:9
**JOSEPHINE** [1] - 1:22
**Josephine** [2] - 3:13, 15:3
**JP** [1] - 90:24
**judge** [9] - 8:24, 156:18, 168:12, 192:2, 192:11,

192:13, 218:23, 226:6, 271:11
**Judge** [4] - 4:25, 7:9, 241:4, 248:2
**JUDGE** [1] - 1:7
**judge's** [2] - 244:24, 247:20
**judges** [2] - 6:22, 226:12
**judgment** [2] - 22:18, 89:16
**judicial** [1] - 8:15
**July** [1] - 163:10
**jump** [1] - 63:16
**jumped** [3] - 38:1, 38:7, 38:16
**jumping** [1] - 38:9
**jurisdiction** [1] - 250:2
**JUROR** [844] - 20:12, 24:19, 25:2, 25:6, 25:8, 25:11, 25:14, 25:17, 25:19, 25:22, 26:5, 26:8, 26:10, 26:12, 26:15, 27:6, 27:12, 27:16, 27:19, 27:21, 27:24, 28:1, 28:13, 28:17, 28:19, 28:24, 29:2, 29:6, 29:11, 29:14, 30:4, 30:9, 30:12, 30:15, 30:18, 30:20, 30:22, 30:25, 31:23, 32:6, 32:14, 32:24, 33:3, 33:6, 33:13, 33:21, 34:3, 34:8, 34:12, 34:18, 34:23, 35:3, 35:8, 35:14, 35:18, 36:4, 36:6, 36:13, 37:16, 37:22, 38:6, 38:18, 38:25, 39:6, 39:21, 39:25, 40:8, 40:10, 40:13, 40:16, 40:21, 41:2, 41:7, 42:2, 42:8, 42:11, 42:17, 42:21, 43:3, 43:6, 43:8, 43:12, 43:15, 43:19, 43:22, 43:24, 44:3, 44:17, 45:2, 45:8, 46:7, 46:9, 46:11, 46:15, 46:18, 47:17, 47:20, 47:25, 48:10, 48:15, 48:22, 48:25, 49:3, 49:8, 49:14, 49:21, 49:24, 50:1, 50:3, 50:6, 50:9, 50:15, 50:18, 50:22, 51:11, 51:18, 51:22, 52:1, 52:6, 52:10, 52:17, 52:23, 53:5, 53:9,

53:12, 53:15, 53:21, 53:24, 54:2, 54:17, 54:21, 55:2, 55:8, 55:12, 55:17, 55:21, 55:25, 56:5, 56:17, 56:24, 57:5, 57:10, 57:24, 58:7, 58:12, 58:23, 59:3, 60:2, 60:10, 60:12, 60:14, 60:16, 60:22, 61:1, 61:6, 61:10, 61:14, 61:20, 62:10, 62:17, 62:25, 63:5, 63:12, 63:14, 63:18, 63:20, 64:1, 64:4, 64:6, 64:8, 64:12, 64:20, 65:2, 65:16, 65:20, 65:23, 66:8, 66:13, 66:15, 66:19, 66:24, 67:2, 67:4, 67:6, 67:8, 68:2, 68:13, 68:19, 68:23, 69:1, 69:4, 69:10, 69:23, 70:4, 70:9, 70:15, 70:23, 71:2, 71:5, 71:14, 71:20, 73:1, 73:3, 73:7, 73:12, 73:19, 74:3, 74:8, 74:14, 74:16, 74:19, 74:22, 75:2, 75:7, 75:11, 75:16, 75:21, 76:5, 76:13, 76:17, 77:7, 77:14, 77:20, 77:22, 78:12, 78:18, 78:24, 79:11, 79:14, 79:16, 79:18, 79:22, 80:11, 80:13, 80:15, 80:18, 81:4, 81:12, 81:20, 82:1, 82:5, 82:10, 82:17, 82:22, 83:2, 83:7, 83:16, 83:20, 83:23, 84:2, 84:4, 84:8, 84:22, 84:25, 85:2, 85:9, 85:11, 85:18, 85:22, 86:6, 86:14, 86:23, 87:16, 87:21, 88:4, 88:12, 88:16, 88:18, 88:22, 89:1, 89:4, 89:6, 89:8, 89:13, 89:18, 89:23, 90:2, 90:9, 90:13, 90:22, 91:5, 91:8, 91:11, 91:14, 92:3, 92:8, 92:16, 92:20, 92:25, 93:3, 93:6, 93:13, 93:21, 94:1, 94:5, 94:8, 94:11, 94:14, 94:16, 94:20, 95:1, 95:3, 95:7, 95:9, 95:13, 96:1,

96:5, 96:12, 96:20, 96:25, 97:2, 97:6, 97:10, 97:18, 98:1, 98:6, 98:12, 98:15, 98:21, 98:25, 99:3, 99:8, 99:13, 99:20, 100:2, 100:6, 100:9, 100:13, 100:19, 100:25, 101:3, 101:5, 101:10, 101:16, 101:20, 101:23, 102:1, 102:7, 102:12, 103:5, 103:9, 103:15, 103:20, 103:23, 104:1, 104:8, 104:15, 104:21, 104:25, 105:5, 105:8, 105:21, 106:2, 106:8, 106:11, 106:18, 106:20, 107:1, 107:5, 107:19, 107:25, 108:5, 108:10, 108:15, 108:19, 108:23, 109:3, 109:7, 109:10, 109:14, 109:17, 109:21, 110:3, 110:9, 110:18, 111:11, 111:15, 111:21, 112:1, 112:5, 112:9, 112:14, 112:18, 112:21, 113:1, 113:5, 113:18, 113:22, 114:4, 114:8, 114:11, 114:16, 114:18, 115:2, 115:5, 115:12, 115:18, 115:25, 116:7, 116:11, 116:16, 117:17, 117:20, 118:3, 118:16, 118:21, 119:4, 119:12, 119:19, 120:4, 120:7, 120:11, 120:16, 120:19, 120:22, 121:1, 121:5, 121:9, 121:12, 121:16, 122:1, 122:14, 122:18, 122:22, 123:6, 123:12, 123:14, 123:18, 123:21, 124:1, 124:3, 124:8, 124:12, 125:3, 125:7, 125:11,

126:2, 126:7, 127:3, 127:5, 127:7, 127:14, 127:16, 127:20, 127:23, 128:1, 128:6, 128:11, 128:14, 128:17, 129:1, 129:9, 129:11, 129:16, 129:20, 130:3, 130:14, 130:17, 130:22, 131:11, 131:16, 131:20, 131:24, 132:6, 132:10, 132:15, 132:17, 132:19, 132:22, 132:25, 133:3, 133:12, 133:16, 133:19, 133:22, 133:25, 134:2, 134:4, 134:7, 134:10, 135:1, 135:5, 135:7, 135:14, 135:18, 135:20, 135:23, 136:4, 136:10, 136:13, 136:15, 136:17, 136:19, 136:22, 136:25, 137:2, 137:6, 137:9, 137:12, 137:15, 137:20, 138:8, 138:11, 138:13, 138:19, 138:25, 139:5, 139:9, 139:13, 139:16, 139:19, 139:21, 139:25, 140:2, 140:4, 140:6, 140:12, 140:17, 140:20, 140:25, 141:8, 141:11, 141:15, 141:18, 141:20, 142:2, 142:7, 142:11, 142:15, 142:19, 142:21, 143:3, 143:10, 143:18, 144:1, 144:5, 144:7, 144:10, 144:12, 144:15, 144:20, 144:22, 145:14, 145:17, 145:20, 145:24, 146:2, 146:8, 146:21, 147:6, 147:11, 147:15, 147:22, 148:6, 148:13, 149:1, 149:6, 149:13, 149:18, 149:20, 150:2,

150:10, 150:13, 150:16, 150:24, 151:4, 151:6, 151:9, 151:12, 151:15, 151:18, 151:23, 152:4, 152:8, 152:14, 152:20, 152:24, 153:4, 153:16, 153:20, 153:25, 154:3, 154:7, 159:16, 159:20, 160:1, 160:6, 160:9, 160:15, 160:17, 160:20, 161:13, 161:18, 161:25, 162:5, 162:9, 162:12, 162:20, 163:1, 163:5, 163:8, 163:13, 163:16, 163:19, 163:23, 164:4, 164:7, 164:11, 164:15, 164:23, 165:7, 165:12, 165:16, 166:6, 166:10, 166:12, 166:21, 166:23, 167:2, 167:7, 167:10, 167:13, 167:16, 167:19, 167:21, 168:1, 168:4, 168:9, 168:14, 168:22, 168:25, 169:5, 169:11, 169:17, 169:19, 169:25, 170:3, 170:6, 170:8, 170:10, 170:13, 170:16, 170:23, 171:5, 171:9, 171:13, 171:16, 171:19, 171:24, 172:3, 172:11, 172:17, 172:20, 172:22, 173:1, 173:4, 173:9, 173:15, 173:17, 173:22, 173:25, 174:4, 174:12, 174:15, 176:1, 176:4, 176:8, 176:12, 176:17, 176:24, 177:2, 177:4, 177:7, 177:17, 177:23, 178:1, 178:4, 178:13, 178:18, 178:21, 178:24, 179:5, 179:12, 179:22, 180:1, 180:13, 181:5,

181:13, 181:15, 181:24, 182:5, 182:8, 182:15, 182:21, 182:24, 183:2, 183:4, 183:6, 183:10, 183:13, 183:19, 183:24, 184:2, 184:4, 184:14, 184:17, 184:21, 185:2, 185:5, 185:12, 185:15, 185:19, 185:21, 185:24, 186:3, 186:5, 186:16, 186:23, 187:7, 187:12, 187:18, 187:20, 188:2, 188:9, 188:15, 188:19, 188:23, 188:25, 189:3, 189:5, 189:13, 189:16, 189:22, 190:4, 190:10, 191:11, 191:18, 191:22, 191:25, 192:9, 192:12, 192:20, 192:24, 193:6, 193:12, 193:17, 193:21, 193:24, 194:3, 194:8, 194:13, 194:16, 194:20, 194:24, 195:2, 195:5, 195:11, 195:16, 195:21, 196:2, 196:6, 196:8, 196:22, 196:24, 197:5, 197:10, 197:12, 197:14, 197:16, 197:19, 197:22, 197:24, 198:4, 198:10, 198:13, 198:19, 198:24, 199:5, 199:12, 199:15, 199:19, 200:7, 200:9, 200:17, 200:25, 201:2, 201:10, 201:13, 201:19, 201:22, 202:11, 202:16, 202:22, 203:3, 203:5, 203:9, 203:12, 203:16, 203:21, 203:24, 204:15, 204:19, 205:4, 205:7, 205:10, 205:16, 205:21, 206:5, 206:10, 206:13,

206:16, 206:19, 207:1, 207:4, 207:8, 207:12, 207:16, 208:7, 208:17, 208:23, 209:4, 209:9, 209:15, 209:22, 209:24, 210:4, 210:7, 210:10, 210:14, 210:16, 210:18, 210:22, 211:4, 211:9, 211:11, 212:3, 212:6, 212:10, 212:15, 212:25, 213:5, 213:7, 213:11

**juror** [134] - 5:4, 9:6, 9:21, 9:22, 10:25, 11:6, 13:2, 14:13, 14:20, 17:13, 18:6, 20:20, 20:22, 22:6, 22:22, 23:2, 24:12, 27:4, 27:7, 28:14, 30:1, 31:11, 31:12, 37:2, 37:12, 39:15, 39:17, 44:12, 44:14, 47:14, 47:18, 51:8, 54:15, 54:18, 59:1, 59:16, 59:18, 59:22, 62:4, 62:9, 62:13, 64:15, 65:18, 65:19, 67:19, 68:14, 69:21, 69:24, 72:2, 72:24, 77:2, 77:4, 77:9, 77:11, 81:6, 82:15, 83:1, 84:23, 87:14, 87:17, 92:4, 92:5, 96:7, 102:25, 103:18, 103:19, 107:22, 111:3, 111:7, 113:19, 117:9, 117:13, 118:1, 122:12, 122:19, 125:5, 126:4, 126:15, 126:21, 131:7, 131:13, 134:22, 135:2, 138:6, 138:15, 138:22, 139:6, 140:19, 143:16, 143:24, 144:9, 148:23, 149:7, 153:13, 154:9, 159:13, 161:8, 161:15, 162:1, 162:18, 165:22, 166:2, 166:8, 175:16, 175:23, 178:5, 178:12, 181:1, 181:8, 184:13,

184:18, 186:18, 190:9, 191:6, 191:7, 196:17, 196:19, 200:5, 200:11, 202:7, 202:13, 204:10, 204:16, 207:2, 208:4, 211:20, 211:23, 212:1, 214:14, 219:22, 220:12, 229:14, 233:14

**Juror** [80] - 24:15, 24:18, 26:6, 27:8, 28:15, 29:24, 30:2, 31:9, 39:18, 44:15, 47:19, 51:6, 51:9, 53:20, 54:19, 59:23, 62:14, 65:13, 66:25, 68:11, 68:15, 68:21, 70:1, 72:25, 77:12, 79:13, 80:9, 81:2, 81:10, 83:21, 84:18, 84:24, 87:18, 90:12, 91:24, 95:24, 96:8, 106:24, 107:15, 107:23, 111:8, 112:17, 113:14, 113:20, 117:14, 122:20, 123:24, 127:2, 131:14, 133:14, 135:3, 137:8, 138:23, 145:11, 149:11, 159:14, 161:16, 166:9, 175:24, 181:9, 184:19, 185:13, 186:14, 186:19, 190:25, 196:20, 199:14, 200:12, 202:14, 204:17, 207:25, 208:5, 211:25, 212:23, 214:11, 216:17, 216:21, 217:1

**jurors** [61] - 4:17, 4:18, 6:16, 8:3, 8:4, 8:7, 8:8, 8:10, 9:9, 10:11, 10:21, 11:2, 11:9, 12:4, 14:15, 22:8, 22:12, 23:9, 23:17, 52:21, 52:25, 53:4, 53:18, 55:5, 118:11, 154:11, 157:7, 157:20, 160:12, 213:22, 214:1, 214:3, 214:16, 214:17, 214:22, 215:10, 218:3, 218:16, 218:22, 218:23,

219:3, 219:8, 220:10, 225:20, 226:3, 226:11, 228:13, 228:18, 228:23, 230:3, 231:8, 231:17, 232:7, 233:13, 233:19, 233:24, 244:20, 244:23, 247:15

**JURY** [1] - 1:6

**jury** [122] - 4:22, 5:1, 5:12, 5:18, 5:20, 6:18, 6:24, 6:25, 8:1, 8:8, 8:12, 8:16, 8:19, 9:1, 9:23, 10:19, 10:20, 10:24, 11:3, 11:6, 11:11, 11:19, 12:2, 12:8, 12:11, 13:6, 15:14, 18:19, 18:21, 18:23, 19:1, 20:10, 20:17, 20:20, 21:19, 23:6, 24:13, 35:7, 39:1, 43:1, 44:25, 47:16, 49:18, 59:19, 59:21, 62:11, 64:8, 64:9, 65:4, 65:15, 66:5, 72:22, 77:5, 87:15, 87:19, 96:3, 97:16, 101:14, 116:4, 117:10, 118:13, 119:18, 123:4, 123:20, 132:4, 139:4, 157:11, 157:16, 160:8, 160:11, 161:9, 161:23, 162:19, 166:3, 178:7, 181:2, 191:1, 194:12, 202:9, 204:11, 209:20, 212:14, 215:8, 216:14, 217:14, 217:17, 218:10, 225:12, 226:6, 228:22, 229:16, 229:19, 229:21, 230:12, 230:15, 230:21, 233:18, 234:10, 234:11, 234:17, 234:18, 235:1, 235:16, 235:22, 236:6, 241:22, 250:22, 257:17, 262:12, 265:14, 267:1, 267:25, 270:4, 271:19, 272:18, 272:22, 272:25

**just..** [1] - 124:15

**justice** [9] - 8:11, 8:21,

36:22, 99:5, 106:16, 106:21, 211:3, 211:5, 247:17

**Justice** [1] - 105:11

**justice-related** [1] - 211:3

**justified** [1] - 269:14

**juvenile** [1] - 106:12

## K

**keep** [26] - 5:14, 5:18, 5:20, 6:13, 6:15, 6:19, 6:21, 7:13, 10:23, 13:4, 14:2, 24:7, 47:5, 58:20, 61:11, 168:15, 176:6, 197:20, 220:18, 228:24, 233:20, 234:2, 234:21, 239:24

**keeping** [1] - 110:15

**keeps** [2] - 7:15, 38:3

**kept** [1] - 239:15

**key** [1] - 58:17

**killed** [1] - 34:21

**killing** [1] - 276:2

**kind** [37] - 32:2, 35:17, 35:23, 35:24, 38:19, 46:16, 48:13, 49:1, 50:13, 52:4, 57:12, 90:18, 109:19, 127:15, 128:15, 142:9, 143:11, 143:21, 146:11, 146:24, 146:25, 147:16, 148:7, 157:20, 175:1, 189:25, 190:1, 207:10, 207:12, 211:3, 229:13, 232:14, 269:19, 270:5, 275:6, 279:16, 282:2

**kinds** [1] - 127:22

**king** [1] - 8:13

**kit** [1] - 158:22

**Klobuchar's** [1] - 176:20

**knife** [2] - 66:9, 67:24

**knifepoint** [1] - 210:1

**knock** [1] - 239:2

**knocked** [1] - 121:20

**know..** [1] - 121:21

**knowing** [4] - 164:25, 165:8, 178:12, 206:2

**knowledge** [10] - 8:9, 52:9, 97:11, 98:18, 109:25, 129:6,

140:14, 148:10, 208:19, 245:14

**known** [3] - 51:19, 100:8, 100:9

**knows** [2] - 145:5, 282:25

## L

**ladies** [12] - 4:19, 23:4, 215:6, 215:15, 215:18, 216:12, 218:4, 218:9, 218:17, 235:23, 248:14, 267:6

**landline** [2] - 242:24, 243:5

**Lanelle** [1] - 17:4

**language** [2] - 11:15, 19:3

**lapel** [1] - 16:12

**laptop** [1] - 243:1

**large** [2] - 36:7, 102:2

**larger** [1] - 53:11

**last** [28] - 5:9, 9:20, 9:23, 18:17, 37:3, 42:14, 43:4, 115:3, 118:3, 141:3, 147:3, 147:6, 149:9, 151:2, 151:4, 168:3, 176:25, 182:25, 183:8, 194:15, 194:18, 203:10, 212:18, 216:1, 239:20, 248:19, 268:14, 274:12

**late** [5] - 37:23, 38:15, 124:9, 149:4, 273:14

**late-breaking** [1] - 273:14

**latecomer** [1] - 275:10

**lately** [2] - 51:22, 52:1

**latter** [1] - 35:20

**law** [225] - 7:23, 8:24, 12:6, 19:10, 19:11, 19:16, 19:18, 19:24, 20:1, 20:3, 21:4, 21:11, 21:13, 21:14, 21:16, 22:16, 23:2, 23:24, 32:20, 33:1, 33:19, 33:20, 38:14, 38:24, 40:3, 40:4, 40:25, 41:5, 41:23, 41:25, 42:3, 42:10, 42:15, 42:20, 48:5, 48:6, 48:13, 48:21, 48:23, 49:1, 49:11, 49:12, 51:15, 51:16, 51:20, 52:5, 52:10,

52:14, 52:15, 61:7,
61:22, 75:17, 75:19,
75:20, 78:21, 78:22,
78:25, 79:2, 79:3,
79:4, 79:7, 79:9,
81:17, 81:18, 81:22,
82:7, 82:9, 88:1,
88:2, 89:24, 90:1,
90:8, 92:13, 92:14,
92:17, 92:19, 92:21,
92:24, 93:5, 93:10,
93:12, 93:17, 97:24,
98:3, 98:4, 98:10,
98:18, 98:19, 99:15,
99:24, 100:16,
100:17, 104:23,
104:24, 105:1,
105:3, 105:7,
105:10, 105:16,
105:17, 105:18,
105:19, 106:21,
109:1, 109:16,
109:17, 109:18,
109:19, 109:24,
109:25, 110:2,
110:7, 111:18,
112:11, 112:12,
127:11, 127:12,
127:15, 128:5,
128:10, 128:13,
128:15, 128:23,
129:6, 129:7,
129:25, 130:20,
135:11, 135:12,
135:15, 135:17,
136:1, 136:2,
140:10, 142:4,
142:5, 142:8, 142:9,
142:11, 142:12,
142:25, 143:1,
143:6, 143:7, 152:2,
152:3, 152:7,
152:13, 169:22,
171:1, 171:3, 172:2,
172:9, 173:12,
173:21, 178:8,
178:15, 178:16,
179:3, 179:4, 179:8,
179:9, 182:18,
183:17, 184:25,
185:2, 185:3, 185:9,
185:10, 187:4,
187:5, 187:15,
187:16, 187:24,
188:6, 188:8,
188:17, 189:10,
191:16, 191:19,
191:20, 192:1,
192:5, 192:6, 192:8,
192:18, 192:25,
193:4, 195:8, 196:4,

196:7, 198:22,
199:9, 199:10,
206:7, 206:8,
206:24, 206:25,
209:2, 209:12,
209:14, 214:16,
222:12, 223:8,
224:15, 225:9,
226:10, 227:2,
228:20, 232:11,
233:12, 237:17,
241:6, 241:12,
242:12, 247:25,
277:7, 277:13
**lawfully** [2] - 13:16,
222:21
**laws** [3] - 13:11,
106:22, 222:16
**laws'** [1] - 57:25
**lawyer** [55] - 19:11,
32:20, 33:18, 40:4,
40:8, 40:24, 41:4,
48:6, 48:10, 48:11,
51:15, 51:19, 52:14,
78:22, 81:18, 81:20,
88:2, 88:4, 88:5,
88:6, 92:14, 92:23,
98:4, 98:10, 104:24,
105:16, 109:1,
109:3, 127:11,
135:12, 142:5,
152:3, 152:5, 152:6,
152:12, 178:16,
178:19, 178:25,
184:25, 187:4,
187:8, 191:16,
192:2, 206:8, 209:2,
209:5, 221:15,
221:16, 225:16,
227:18, 227:24,
227:25, 228:2, 228:5
**lawyer's** [3] - 227:11,
227:12, 228:1
**lawyers** [55] - 5:25,
6:10, 7:24, 9:5,
10:23, 11:1, 11:18,
11:24, 18:16, 26:18,
28:3, 29:16, 31:1,
33:7, 33:10, 36:15,
45:10, 59:5, 61:24,
67:10, 71:24, 87:4,
105:3, 107:6,
110:21, 116:20,
116:24, 122:5,
137:21, 144:24,
160:22, 174:17,
180:17, 184:5,
186:6, 187:9,
187:15, 190:16,
192:1, 192:5,

196:10, 204:1,
206:15, 207:17,
211:12, 213:14,
215:9, 215:12,
224:1, 224:19,
225:1, 226:25,
227:22, 247:10,
248:1
**lawyers'** [1] - 225:3
**layout** [3] - 257:3,
258:15, 259:8
**lead** [1] - 276:5
**leadership** [1] - 70:18
**leading** [2] - 236:9,
240:18
**learn** [4] - 9:8, 219:25,
220:1
**learned** [2] - 82:7,
192:6
**learning** [2] - 156:21,
219:25
**least** [5] - 25:19, 74:5,
141:21, 147:11,
205:24
**leave** [26] - 31:14,
32:6, 62:12, 75:15,
103:16, 107:20,
111:3, 113:15,
122:24, 123:7,
126:16, 131:8,
138:20, 148:23,
154:1, 205:23,
211:21, 219:21,
220:2, 220:16,
231:3, 234:10,
267:4, 267:19,
268:20, 270:8
**leeway** [1] - 271:8
**left** [13] - 7:10, 23:5,
23:17, 24:5, 38:16,
57:18, 177:10,
200:6, 214:5,
214:22, 217:21,
224:7, 252:22
**left-hand** [4] - 23:17,
24:5, 214:5, 214:22
**legal** [18] - 11:15,
19:12, 21:24, 22:4,
32:21, 33:12, 40:5,
40:6, 40:24, 48:7,
191:23, 218:21,
226:8, 232:19,
232:25, 233:10
**legislative** [2] -
146:12, 146:13
**length** [1] - 18:21
**lens** [1] - 266:15
**less** [1] - 21:16
**letter** [2] - 154:20,
155:2

**levels** [1] - 179:21
**Library** [2] - 201:2,
250:5
**lieutenant** [2] -
250:20, 251:2
**life** [2] - 26:8, 29:15
**likely** [2] - 158:24,
172:6
**limine** [2] - 276:25,
282:23
**line** [5] - 238:20,
239:1, 239:6, 240:2,
279:2
**lined** [1] - 7:18
**lines** [2] - 107:18,
224:25
**lining** [1] - 256:15
**link** [3] - 96:25, 99:4,
99:6
**list** [11] - 4:10, 7:16,
7:19, 7:20, 12:11,
16:7, 17:7, 24:8,
110:15, 128:18,
280:10
**listed** [1] - 73:24
**listen** [17] - 14:10,
16:3, 38:23, 53:4,
61:12, 67:25, 74:12,
83:11, 95:11, 115:9,
143:25, 177:18,
178:2, 178:7,
216:12, 231:23,
231:24
**listening** [6] - 66:22,
169:10, 172:2,
177:16, 203:19,
219:14
**lists** [1] - 9:6
**Listserv** [1] - 110:16
**literally** [1] - 110:11
**litigate** [1] - 33:5
**litigation** [4] - 48:17,
98:8, 109:21
**live** [46] - 17:20, 31:20,
31:23, 32:3, 33:18,
57:1, 70:11, 70:24,
76:9, 77:18, 85:7,
85:23, 91:14, 104:5,
104:9, 104:10,
108:7, 114:1, 114:4,
114:23, 115:4,
130:16, 133:20,
140:22, 141:2,
149:24, 150:2,
162:23, 166:18,
181:21, 181:25,
197:7, 197:12,
198:4, 198:16,
200:22, 202:20,
202:24, 205:1,

205:4, 205:6, 205:7,
205:8, 205:9,
208:13, 208:17
**lived** [16] - 26:7,
27:25, 29:13, 30:24,
86:20, 104:12,
104:15, 115:8,
189:17, 189:25,
190:4, 201:8,
205:10, 205:17,
209:24, 213:9
**lives** [2] - 243:1,
247:15
**living** [36] - 26:9,
27:15, 28:23, 30:8,
32:4, 35:13, 35:21,
53:20, 67:1, 67:24,
68:22, 79:12, 83:21,
90:11, 91:9, 104:14,
106:25, 109:9,
112:17, 114:6,
114:14, 123:25,
133:15, 137:7,
141:5, 141:9,
144:11, 174:3,
183:23, 185:14,
199:13, 205:14,
207:3, 208:22,
210:15, 212:24
**lobbying** [1] - 70:16
**lobbyist** [2] - 42:12,
42:13
**local** [18] - 19:15,
85:11, 85:16, 85:19,
86:7, 93:16, 99:24,
111:18, 112:2,
128:24, 129:2,
169:22, 182:18,
187:24, 192:17,
198:22, 243:2
**located** [2] - 146:22,
250:11
**location** [4] - 17:17,
162:1, 238:8, 279:2
**locations** [2] - 263:14,
277:1
**locked** [4] - 167:13,
167:16, 167:18,
168:19
**Logan** [1] - 190:4
**long-term** [1] - 100:16
**look** [14] - 17:10,
38:21, 39:1, 97:15,
130:10, 143:13,
173:16, 220:20,
221:2, 232:19,
240:18, 248:6,
265:11, 266:14
**looked** [6] - 64:9,
97:18, 155:5,

158:19, 255:19
**looking** [6] - 196:8,
252:18, 256:21,
265:14, 270:17
**looks** [3] - 149:22,
197:2, 266:14
**lose** [2] - 124:20,
125:1
**lost** [2] - 4:23, 130:8
**LOTH** [1] - 283:12
**Loth** [3] - 1:23, 7:11,
283:23
**loud** [1] - 247:4
**Louis** [1] - 142:16
**lounge** [18] - 11:7,
47:16, 59:19, 59:21,
62:11, 65:15, 72:22,
77:5, 87:15, 96:3,
117:10, 161:9,
166:3, 181:2, 191:1,
202:9, 204:11,
218:10
**love** [1] - 190:10
**lower** [14] - 236:22,
238:19, 239:25,
255:6, 257:16,
258:1, 264:8,
264:17, 265:17,
274:17, 274:20,
279:3, 279:12
**luck** [1] - 47:14
**luckily** [1] - 34:22
**Luetkemeyer** [1] -
146:13
**lunch** [21] - 23:13,
84:20, 91:25,
103:14, 107:17,
111:5, 113:16,
122:16, 126:17,
131:8, 134:23,
138:16, 138:17,
148:25, 149:2,
153:14, 153:19,
153:22, 153:23,
154:17, 234:4
**luncheon** [1] - 154:18

## M

**M-A-R-K** [1] - 56:13
**MA** [1] - 1:19
**ma'am** [4] - 80:15,
95:13, 249:1, 257:24
**machine** [2] - 1:24,
260:18
**magazine** [1] - 12:22
**magnetometer** [3] -
260:17, 260:19,
260:21

**mail** [1] - 125:8
**main** [1] - 206:20
**maintain** [1] - 263:13
**maintenance** [1] -
38:8
**Malaysia** [1] - 158:21
**man** [1] - 250:25
**management** [2] -
69:7, 199:21
**manager** [3] - 112:19,
150:19, 207:5
**Manager** [1] - 17:4
**manipulated** [1] -
262:3
**manner** [2] - 226:8,
283:20
**manning** [1] - 238:2
**manufacturers** [1] -
112:22
**map** [2] - 232:20,
257:2
**march** [1] - 279:21
**March** [1] - 283:22
**marching** [2] - 189:23,
189:24
**marijuana** [1] - 106:3
**mark** [11] - 10:3,
13:25, 14:7, 14:10,
15:10, 15:16, 16:5,
17:21, 63:1, 93:20,
208:9
**Mark** [3] - 17:3, 56:12,
56:16
**marked** [72] - 10:12,
24:21, 27:14, 28:22,
30:6, 31:17, 33:22,
39:23, 41:16, 44:20,
48:2, 49:15, 51:12,
52:18, 54:24, 55:10,
56:2, 60:5, 62:19,
63:23, 66:2, 68:20,
70:7, 71:6, 72:6,
73:5, 77:15, 78:3,
78:6, 78:19, 79:5,
80:2, 81:14, 82:11,
82:17, 85:4, 87:24,
92:10, 93:14, 96:14,
104:2, 108:3, 110:4,
113:23, 116:2,
117:22, 119:6,
123:1, 127:9,
131:23, 135:8,
139:1, 149:16,
159:18, 161:20,
172:7, 173:10,
176:9, 184:23,
187:1, 191:12,
192:15, 194:9,
197:2, 200:18,
200:20, 202:17,

204:23, 208:8,
208:10, 212:7, 238:1
**Market** [1] - 31:24
**marketing** [4] - 124:1,
125:6, 125:8
**marketplace** [1] -
112:23
**marks** [1] - 181:18
**married** [1] - 136:23
**Maryland** [4] - 29:15,
119:21, 130:4,
130:13
**mask** [10] - 5:22, 6:1,
157:6, 157:8,
157:15, 157:17,
157:20, 176:2, 249:3
**masked** [2] - 55:19,
157:10
**masking** [1] - 157:15
**masks** [6] - 5:23, 6:2,
6:3, 6:15, 39:3,
238:23
**Mass** [3] - 181:25,
182:9, 198:5
**mass** [1] - 238:20
**Massachusetts** [8] -
1:18, 3:18, 4:1,
236:18, 241:15,
242:25, 245:16
**master's** [3] - 151:12,
186:3, 211:9
**material** [1] - 158:13
**math** [1] - 189:6
**matter** [14] - 18:25,
44:23, 47:5, 83:18,
116:3, 117:24,
123:2, 139:24,
148:1, 154:20,
212:12, 238:1,
273:14, 282:19
**mattered** [1] - 199:1
**matters** [29] - 21:5,
41:1, 48:24, 49:7,
52:9, 81:25, 89:7,
89:8, 89:22, 94:3,
98:11, 98:13, 110:8,
130:1, 139:11,
142:20, 173:13,
178:23, 187:11,
192:11, 195:9,
206:18, 268:24,
269:8, 269:10,
269:12, 269:18,
274:4, 274:11
**MBA** [2] - 91:5, 91:7
**mean** [43] - 33:13,
33:14, 45:22, 45:25,
47:6, 53:13, 63:12,
64:20, 72:3, 72:4,
76:1, 86:17, 95:3,

97:10, 99:14,
112:20, 118:23,
121:18, 122:2,
123:18, 123:21,
127:22, 128:18,
129:18, 141:21,
143:18, 147:15,
147:22, 175:2,
175:6, 177:7, 180:1,
212:15, 212:25,
221:6, 221:22,
254:8, 261:19,
270:11, 273:6,
274:3, 280:12
**meaning** [1] - 227:17
**means** [10] - 11:15,
21:19, 96:2, 116:9,
213:21, 224:5,
228:16, 230:11,
232:13, 232:14
**meant** [2] - 110:10,
238:24
**measures** [3] -
141:22, 238:3,
259:23
**measuring** [1] -
210:23
**Media** [1] - 258:5
**media** [6] - 18:8,
18:12, 60:12, 148:4,
231:22, 256:13
**medical** [4] - 5:15,
19:5, 174:7, 174:10
**Medical** [1] - 174:5
**Medicare** [1] - 105:12
**medieval** [1] - 8:12
**meet** [4] - 234:7,
237:12, 238:10,
245:5
**meeting** [2] - 243:24,
245:9
**meetings** [3] - 28:25,
29:2, 86:19
**member** [96] - 4:15,
17:12, 17:13, 17:19,
17:23, 19:9, 19:14,
19:23, 20:4, 20:8,
20:15, 21:2, 24:22,
31:19, 32:19, 33:23,
35:5, 40:3, 41:22,
42:24, 48:4, 49:16,
51:14, 57:1, 57:11,
57:19, 57:22, 58:4,
62:22, 63:8, 66:3,
70:10, 77:17, 78:20,
81:16, 85:6, 87:25,
92:12, 93:15, 98:3,
99:22, 100:21,
101:12, 104:4,
104:23, 105:22,

108:6, 108:25,
110:5, 111:17,
113:25, 119:7,
119:16, 127:10,
129:23, 132:1,
135:10, 136:6,
139:4, 140:22,
142:3, 143:4,
149:23, 152:1,
152:16, 152:21,
162:22, 166:18,
169:13, 169:21,
170:25, 173:11,
176:14, 178:15,
179:7, 181:21,
182:17, 184:24,
187:3, 187:23,
188:11, 191:15,
192:16, 193:8,
194:10, 195:6,
197:7, 198:21,
200:22, 202:19,
204:25, 206:7,
208:12, 209:1,
209:18, 249:23
**members** [20] - 6:21,
70:17, 104:10,
124:7, 146:9,
161:23, 174:7,
188:6, 192:4,
206:14, 229:13,
229:18, 236:6,
236:12, 241:22,
247:23, 249:25,
260:24, 280:20
**memory** [6] - 220:8,
220:9, 220:11,
220:14, 226:23,
227:20
**mention** [1] - 221:8
**mentioned** [10] - 8:17,
9:5, 11:17, 11:22,
121:3, 146:15,
195:12, 222:13,
225:16, 233:17
**merely** [1] - 231:7
**mess** [1] - 45:19
**messages** [3] -
114:19, 230:12
**met** [4] - 7:3, 7:15,
146:16, 163:17
**method** [1] - 8:12
**methods** [1] - 158:17
**Metropolitan** [11] -
16:25, 17:1, 19:19,
74:4, 74:24, 75:4,
75:8, 170:2, 170:19,
239:4, 242:12
**metropolitan** [1] -
236:24

**mic** [5] - 16:12, 38:3, 39:19, 65:25, 68:16
**Michigan** [1] - 209:5
**microphone** [24] - 24:16, 27:10, 28:20, 31:13, 41:10, 47:22, 60:3, 70:2, 92:6, 96:10, 103:22, 111:9, 117:15, 122:23, 122:25, 135:4, 176:6, 186:21, 191:8, 196:21, 200:15, 212:5, 249:5, 260:9
**microphones** [1] - 6:11
**mid** [1] - 228:19
**mid-trial** [1] - 228:19
**middle** [4] - 86:1, 256:11, 256:12, 282:6
**might** [32] - 7:16, 19:5, 19:25, 20:21, 20:25, 22:25, 39:2, 39:5, 41:24, 52:25, 63:9, 64:11, 82:7, 99:19, 103:3, 143:6, 155:6, 156:3, 157:16, 171:2, 174:25, 179:8, 195:24, 210:25, 219:14, 219:19, 219:20, 225:15, 226:1, 229:25, 280:9
**mile** [3] - 31:24, 141:2, 208:18
**mile-ish** [1] - 31:24
**miles** [1] - 111:22
**military** [1] - 9:3
**mind** [11] - 9:1, 37:25, 53:7, 58:20, 61:12, 156:3, 165:14, 190:15, 228:24, 233:20, 245:18
**minds** [1] - 177:25
**mine** [2] - 187:8, 198:25
**minimum** [1] - 157:3
**minor** [1] - 121:18
**minute** [6] - 7:25, 215:2, 215:20, 273:23, 281:11, 281:18
**minutes** [2] - 215:1, 265:7
**misconduct** [1] - 193:18
**misery** [1] - 72:19
**misleading** [1] - 233:7
**missed** [2] - 32:11,

272:17
**missing** [2] - 245:22, 276:9
**Missouri** [2] - 146:10, 146:13
**misspoke** [1] - 262:19
**Molecular** [1] - 29:7
**moment** [3] - 196:9, 199:15, 247:6
**Monday** [1] - 18:19
**monitor** [2] - 21:9, 251:6
**monitoring** [3] - 251:8, 263:11, 263:13
**month** [1] - 55:14
**months** [13] - 51:23, 58:1, 88:23, 97:3, 98:24, 99:12, 101:5, 115:6, 141:20, 147:7, 177:2, 177:3, 185:22
**mopping** [1] - 275:11
**moral** [1] - 22:17
**moreover** [1] - 233:11
**Morgan** [1] - 90:24
**morning** [56] - 3:6, 3:16, 3:23, 4:19, 5:3, 5:7, 5:13, 5:19, 6:17, 23:16, 24:15, 27:8, 27:11, 30:2, 30:3, 39:18, 44:15, 44:16, 47:19, 47:20, 47:24, 51:9, 54:19, 54:20, 59:23, 68:15, 68:18, 70:1, 72:25, 73:1, 77:12, 77:13, 81:10, 81:11, 84:24, 84:25, 85:1, 96:8, 96:11, 99:18, 103:19, 103:20, 103:25, 107:23, 107:24, 111:8, 111:10, 113:20, 113:21, 117:14, 127:8, 155:6, 159:15, 234:4, 267:24, 273:16
**mosaic** [2] - 58:8, 58:14
**most** [10] - 9:2, 12:2, 112:23, 168:2, 203:16, 226:4, 234:9, 244:17, 244:18, 248:7
**mostly** [12] - 29:15, 52:23, 60:16, 82:18, 85:14, 86:7, 98:7, 107:2, 110:18, 127:17, 127:19,

274:20
**mother** [7] - 133:4, 142:8, 142:9, 142:25, 206:10, 206:17, 206:23
**motion** [31] - 46:22, 47:1, 47:3, 47:12, 59:9, 59:14, 59:15, 62:7, 65:5, 65:11, 72:12, 72:16, 76:21, 77:2, 87:12, 95:22, 117:4, 117:7, 161:6, 165:20, 165:25, 190:23, 201:25, 202:5, 204:3, 204:8, 268:15, 273:25, 276:25, 282:22, 283:2
**motions** [2] - 226:24, 280:17
**motorcycle** [1] - 198:25
**move** [22] - 35:22, 47:7, 59:10, 62:4, 65:7, 72:13, 76:22, 87:10, 95:19, 131:18, 161:1, 165:22, 180:20, 190:20, 202:1, 204:4, 214:6, 215:3, 217:20, 249:5, 260:9
**moved** [4] - 34:13, 34:14, 36:4, 208:23
**moves** [1] - 117:5
**movie** [1] - 163:25
**moving** [2] - 189:20, 262:14
**MPD** [7] - 75:6, 75:10, 75:15, 195:21, 195:22, 278:24, 279:2
**MR** [61] - 3:16, 3:25, 4:4, 4:6, 17:7, 155:1, 155:11, 155:15, 156:10, 156:18, 157:1, 157:4, 157:9, 157:18, 158:2, 158:5, 158:11, 158:14, 168:12, 252:4, 253:23, 254:25, 255:23, 256:2, 257:9, 258:20, 259:14, 262:18, 265:1, 266:6, 268:13, 269:1, 269:3, 269:9, 269:16, 269:21, 269:24, 270:11, 271:7, 271:11, 272:1, 272:7,

272:10, 272:16, 272:20, 273:10, 273:13, 274:12, 275:16, 275:23, 275:25, 276:4, 276:13, 276:18, 278:7, 278:11, 281:22, 281:24, 282:19, 283:1, 283:6
**MS** [223] - 3:6, 3:23, 4:8, 4:12, 16:8, 16:16, 16:19, 16:24, 26:22, 27:2, 28:7, 28:9, 29:20, 29:22, 31:5, 31:7, 36:18, 36:20, 37:1, 37:9, 39:11, 39:13, 41:14, 41:19, 44:8, 44:10, 45:14, 45:19, 45:25, 46:23, 47:7, 47:11, 51:2, 51:4, 54:9, 54:12, 56:11, 59:10, 59:13, 62:3, 62:6, 65:6, 65:10, 67:14, 67:16, 68:8, 69:17, 69:19, 72:7, 72:13, 72:17, 76:22, 76:25, 80:2, 80:7, 80:24, 84:14, 84:16, 87:9, 87:11, 91:20, 91:22, 95:17, 95:18, 95:21, 102:17, 102:19, 107:10, 107:12, 110:24, 111:1, 113:10, 113:12, 117:1, 117:5, 117:6, 122:8, 122:10, 124:19, 124:22, 124:23, 125:16, 125:17, 125:23, 126:11, 126:12, 126:24, 127:1, 131:2, 131:4, 134:18, 134:19, 137:25, 138:2, 145:2, 145:5, 145:9, 148:18, 148:20, 153:9, 153:11, 154:12, 154:13, 154:15, 159:5, 159:11, 161:1, 161:4, 165:21, 165:24, 174:21, 175:9, 175:13, 175:14, 180:20, 180:23, 184:9, 184:11, 186:10, 186:12, 190:18, 190:19, 190:22, 196:13, 196:15, 200:1, 200:3, 202:1,

202:4, 204:4, 204:7, 207:21, 207:23, 211:16, 211:18, 213:18, 213:20, 213:24, 214:8, 216:5, 216:6, 216:9, 217:15, 217:18, 217:22, 235:6, 235:11, 235:17, 235:20, 236:3, 236:6, 237:2, 237:6, 240:17, 242:5, 242:7, 242:9, 248:16, 248:20, 249:9, 252:2, 252:7, 252:14, 252:20, 252:25, 253:3, 253:6, 253:9, 253:13, 253:21, 254:2, 254:23, 255:4, 255:21, 256:6, 256:9, 257:7, 257:12, 257:15, 257:21, 257:25, 258:3, 258:8, 258:18, 258:23, 259:1, 259:11, 259:17, 259:20, 259:22, 262:8, 262:13, 262:19, 262:23, 263:2, 264:2, 264:24, 265:4, 265:8, 265:11, 265:13, 266:4, 266:10, 266:13, 266:18, 266:20, 266:25, 272:5, 273:19, 274:2, 274:8, 276:23, 277:5, 277:11, 277:19, 278:18, 278:22, 279:13, 280:1, 280:5, 280:15, 281:2, 281:10
**multiple** [6] - 69:4, 145:25, 158:16, 239:5, 241:7, 277:15
**murder** [4] - 171:12, 171:22, 174:22, 175:7
**murdered** [1] - 171:6
**must** [37] - 6:23, 8:2, 22:6, 22:7, 22:8, 221:23, 223:16, 225:9, 226:15, 226:17, 226:19, 227:25, 228:5, 228:9, 228:12, 229:7, 229:17, 229:22, 230:8,

230:14, 230:19,
231:24, 231:25,
232:1, 232:5, 232:9,
233:14, 233:23,
233:24, 237:12,
237:18, 237:19,
259:24
**Mustafa** [1] - 17:1

# N

**name** [15] - 9:6, 10:21,
10:24, 56:5, 56:7,
56:9, 56:19, 56:21,
60:13, 120:20,
162:2, 225:14,
248:19, 249:12
**named** [3] - 16:5,
56:3, 56:16
**namely** [2] - 13:19,
222:24
**names** [5] - 16:2, 16:7,
73:24, 225:13, 241:5
**narrates** [1] - 275:1
**nasal** [3] - 156:16,
158:1, 158:10
**national** [2] - 27:19,
240:11
**National** [2] - 130:4,
137:10
**natural** [2] - 230:18,
266:20
**nature** [8] - 22:13,
75:14, 158:9, 172:4,
189:8, 189:13,
235:12, 269:12
**Naval** [1] - 183:6
**Navy** [2] - 205:10,
205:14
**NCIS** [4] - 182:22,
183:3, 183:5, 183:12
**near** [24] - 17:20,
31:20, 32:3, 57:2,
70:11, 77:18, 85:7,
104:5, 104:9,
104:14, 104:15,
108:7, 114:1, 114:4,
140:23, 149:24,
162:23, 166:19,
181:22, 197:7,
200:22, 202:20,
205:1, 208:13
**nearby** [2] - 202:24,
203:5
**nearly** [1] - 143:12
**necessarily** [5] -
85:13, 86:8, 89:14,
89:19, 135:23
**need** [21] - 6:2, 9:18,

14:3, 14:6, 62:1,
96:3, 116:23,
117:11, 130:9,
155:8, 155:20,
161:11, 166:4,
181:3, 191:2,
202:10, 204:12,
229:20, 242:6,
260:9, 276:22
**needed** [4] - 8:5,
173:24, 179:15,
218:13
**needs** [5] - 9:16,
156:14, 156:15,
272:20, 275:13
**negative** [2] - 38:16,
118:10
**neglect** [5] - 127:17,
127:21, 127:24,
128:12, 128:21
**Neglect** [1] - 128:3
**Neighborhood** [1] -
21:7
**neighborhood** [9] -
21:9, 86:22, 101:21,
110:10, 110:15,
114:25, 141:17,
189:19, 198:6
**neighbors** [2] - 86:7,
86:20
**nerve** [1] - 250:9
**nervous** [4] - 155:22,
155:23, 164:12,
164:19
**Ness** [1] - 104:16
**Ness-UDC** [1] - 104:16
**networking** [1] - 229:5
**never** [23] - 5:17, 33:7,
89:4, 98:12, 102:8,
109:22, 112:15,
132:12, 146:24,
146:25, 158:6,
162:14, 167:5,
170:14, 170:16,
209:15, 211:6,
223:8, 242:9, 244:2,
246:25, 247:7
**NEVIN** [56] - 1:9,
236:3, 236:6, 237:2,
237:6, 240:17,
248:16, 248:20,
249:9, 252:2, 252:7,
252:14, 252:20,
252:25, 253:3,
253:6, 253:9,
253:13, 253:21,
254:2, 254:23,
255:4, 255:21,
256:6, 256:9, 257:7,
257:12, 257:15,

257:21, 257:25,
258:3, 258:8,
258:18, 258:23,
259:1, 259:11,
259:17, 259:20,
259:22, 262:8,
262:13, 262:19,
262:23, 263:2,
264:2, 264:24,
265:4, 265:8,
265:11, 265:13,
266:4, 266:10,
266:13, 266:18,
266:20, 266:25
**Nevin** [6] - 3:10,
14:24, 14:25,
221:10, 224:4, 236:4
**new** [3] - 56:19, 57:13,
196:9
**New** [3] - 124:3,
178:21, 206:11
**news** [8] - 56:7, 57:13,
148:4, 240:11,
242:18, 242:20,
242:22, 242:23
**news-connected** [2] -
242:22, 242:23
**newspaper** [3] -
242:20, 267:12,
267:16
**newspapers** [3] -
60:17, 231:20,
232:14
**newsworthy** [1] -
119:25
**next** [12] - 10:3, 17:21,
29:9, 73:9, 77:11,
119:13, 119:15,
181:18, 197:3,
208:9, 212:8, 271:3
**nice** [1] - 79:20
**night** [1] - 118:3
**nights** [1] - 163:25
**nine** [3] - 141:3,
152:25, 183:13
**noise** [2] - 6:8
**none** [4] - 68:8, 84:14,
198:19, 219:12
**nonetheless** [1] - 6:15
**nonpartisan** [1] -
210:19
**nonprofit** [9] - 28:24,
29:5, 35:15, 35:16,
36:8, 40:16, 40:21,
77:24, 174:6
**nonprofit's** [1] - 77:25
**nonprofits** [1] - 35:19
**NORC** [1] - 210:19
**normal** [5] - 5:9,
141:23, 259:18,

259:23, 267:8
**normally** [1] - 254:13
**Norman** [1] - 188:3
**North** [1] - 1:13
**north** [1] - 208:24
**Northeast** [1] - 250:12
**notable** [1] - 58:1
**note** [2] - 219:13,
220:13
**note-taker's** [1] -
220:13
**note-taking** [1] -
219:13
**notebook** [2] - 220:4,
220:16
**notebooks** [4] -
220:21, 221:1,
234:19, 267:19
**notepads** [1] - 235:24
**notes** [19] - 219:8,
219:9, 219:12,
219:13, 219:18,
219:21, 219:22,
219:25, 220:2,
220:10, 220:12,
220:13, 220:20,
221:1, 221:3,
226:23, 283:14
**nothing** [15] - 37:9,
80:7, 84:16, 119:25,
145:9, 151:21,
175:14, 186:10,
200:1, 211:18,
229:15, 251:16,
274:2, 275:2, 282:11
**notice** [1] - 9:23
**noticed** [2] - 16:14,
37:2
**notified** [1] - 50:10
**November** [1] - 37:23
**Nuclear** [2] - 150:18,
151:8
**null** [1] - 283:18
**number** [32] - 3:3,
4:22, 5:14, 9:6, 9:21,
9:22, 9:24, 10:3,
10:21, 10:22, 10:24,
12:11, 14:1, 16:1,
36:10, 42:6, 75:18,
141:21, 154:11,
164:5, 196:5,
213:23, 216:13,
240:5, 268:9, 269:8,
269:18, 276:10,
280:23, 281:8
**numbers** [6] - 9:14,
216:16, 236:8,
240:6, 268:7, 277:20
**NW** [1] - 1:10

# O

**o'clock** [5] - 45:7,
267:3, 267:14,
275:11, 276:7
**O'Neill** [6] - 3:20, 3:22,
15:19, 221:12,
224:19, 242:3
**O'NEILL** [67] - 1:17,
3:23, 27:2, 28:9,
29:22, 31:7, 36:18,
37:9, 39:13, 44:10,
45:25, 46:23, 47:7,
51:4, 54:12, 59:10,
62:3, 65:6, 67:16,
68:8, 69:19, 72:13,
76:22, 80:7, 84:16,
87:9, 91:22, 95:18,
102:19, 107:12,
111:1, 113:12,
117:6, 122:10,
124:23, 125:17,
126:12, 127:1,
131:4, 134:19,
138:2, 145:9,
148:20, 153:11,
154:13, 154:15,
161:1, 165:21,
175:14, 180:20,
184:11, 186:12,
190:19, 196:15,
200:3, 202:1, 204:4,
207:23, 211:18,
213:20, 216:6,
216:9, 217:18,
235:20, 242:5,
242:7, 242:9
**O'Neill-Greenberg** [6]
- 3:20, 3:22, 15:19,
221:12, 224:19,
242:3
**O'NEILL-
GREENBERG** [67] -
1:17, 3:23, 27:2,
28:9, 29:22, 31:7,
36:18, 37:9, 39:13,
44:10, 45:25, 46:23,
47:7, 51:4, 54:12,
59:10, 62:3, 65:6,
67:16, 68:8, 69:19,
72:13, 76:22, 80:7,
84:16, 87:9, 91:22,
95:18, 102:19,
107:12, 111:1,
113:12, 117:6,
122:10, 124:23,
125:17, 126:12,
127:1, 131:4,
134:19, 138:2,
145:9, 148:20,

153:11, 154:13,
154:15, 161:1,
165:21, 175:14,
180:20, 184:11,
186:12, 190:19,
196:15, 200:3,
202:1, 204:4,
207:23, 211:18,
213:20, 216:6,
216:9, 217:18,
235:20, 242:5,
242:7, 242:9
**oath** [6] - 11:8, 11:20,
178:6, 178:11,
218:1, 240:22
**Obama** [1] - 179:13
**object** [7] - 59:13,
227:22, 228:2,
270:18, 270:21,
282:24, 283:1
**objected** [1] - 273:3
**objecting** [3] - 227:24,
271:13, 277:16
**objection** [50] - 47:11,
62:6, 65:8, 65:10,
72:16, 76:25, 77:1,
87:11, 95:21, 161:4,
161:5, 165:24,
180:23, 190:22,
202:4, 204:7, 216:4,
221:16, 221:20,
228:4, 252:4, 252:5,
253:23, 253:24,
254:25, 255:1,
256:1, 256:3, 256:4,
257:9, 257:10,
258:20, 258:21,
259:13, 259:14,
259:15, 262:16,
262:18, 262:24,
265:1, 265:2, 266:6,
266:7, 271:5, 275:2,
278:16, 278:19,
282:3, 283:4
**objections** [4] -
226:25, 227:25,
273:14, 282:21
**obligation** [2] - 22:1,
144:9
**observe** [1] - 205:19
**observer** [2] - 137:12,
137:15
**observing** [1] - 206:1
**obstruct** [4] - 13:15,
222:20, 245:18,
247:1
**obstructing** [3] -
13:20, 222:25,
266:15
**obstruction** [1] -

241:7
**obtain** [1] - 210:24
**obvious** [1] - 89:14
**obviously** [2] - 148:1,
157:18
**occasion** [2] - 106:10,
194:18
**occasionally** [1] -
211:4
**occasions** [4] - 38:15,
106:17, 121:15,
158:16
**occupation** [1] - 9:7
**occur** [2] - 101:19,
237:18
**occurred** [6] - 22:25,
115:10, 115:11,
119:24, 121:15,
279:25
**occurs** [1] - 232:10
**OCD** [1] - 162:16
**October** [2] - 37:23,
38:15
**OF** [3] - 1:1, 1:2, 1:6
**offense** [5] - 147:21,
223:12, 223:14,
223:15, 223:17
**offer** [2] - 224:24,
252:2
**offering** [9] - 253:21,
254:23, 255:21,
257:7, 258:18,
259:11, 262:14,
264:24, 266:4
**offers** [1] - 227:23
**office** [14] - 3:13,
108:13, 108:16,
118:13, 146:6,
146:9, 160:18,
164:21, 166:4,
240:22, 250:4,
250:5, 260:3, 260:15
**Office** [16] - 1:9, 1:17,
1:21, 1:22, 3:17,
3:21, 4:1, 15:4,
40:11, 52:11, 69:5,
88:7, 88:14, 88:21,
89:10, 164:17
**officer** [26] - 20:3,
21:13, 21:14, 21:16,
38:23, 38:24, 42:20,
56:15, 73:15, 74:18,
74:21, 74:23, 74:24,
75:3, 75:6, 97:12,
111:22, 111:25,
171:6, 171:11,
172:9, 172:13,
188:3, 195:20,
241:7, 249:22
**Officer** [6] - 17:1,

17:3, 56:12, 74:7,
268:4, 274:1
**officer's** [1] - 173:7
**officers** [27] - 13:14,
13:15, 21:11, 42:5,
42:15, 75:19, 99:16,
100:18, 130:21,
170:21, 172:2,
183:17, 188:8,
222:19, 222:20,
236:9, 236:11,
238:2, 238:22,
239:1, 240:6,
241:13, 251:10,
261:10, 264:11,
265:16, 278:23
**officers'** [1] - 278:24
**offices** [1] - 69:5
**official** [9] - 13:20,
85:12, 85:17, 85:19,
139:10, 222:25,
254:11, 261:7,
283:24
**Official** [1] - 1:23
**often** [6] - 32:6, 51:21,
100:14, 134:8,
170:4, 170:6
**Oklahoma** [2] - 188:3,
188:4
**old** [6] - 31:25, 55:14,
106:6, 172:18,
172:20, 172:23
**older** [1] - 188:16
**omnibus** [4] - 70:19,
71:1, 71:3, 72:8
**once** [4] - 118:24,
173:17, 181:10,
238:12
**one** [86] - 3:22, 7:22,
9:1, 9:16, 12:13,
23:24, 25:5, 25:22,
25:23, 33:6, 33:8,
34:18, 35:20, 37:16,
37:24, 45:14, 47:6,
57:11, 57:17, 67:16,
69:3, 74:3, 78:25,
84:5, 84:7, 85:25,
88:5, 88:23, 90:23,
90:25, 108:10,
108:13, 108:15,
121:17, 131:18,
139:6, 143:25,
146:10, 147:4,
152:4, 155:17,
162:1, 164:6,
164:17, 164:20,
168:3, 172:12,
173:15, 173:17,
182:10, 201:3,
203:11, 215:20,

218:7, 220:19,
238:15, 238:25,
240:4, 244:8,
245:11, 245:15,
245:22, 246:7,
246:8, 246:23,
247:11, 247:16,
247:22, 248:2,
248:4, 248:11,
252:11, 255:16,
260:6, 261:8, 267:9,
269:22, 271:14,
273:13, 277:23,
278:1, 280:23,
281:12, 281:16,
282:19
**one's** [1] - 45:16
**one-quarter** [1] -
85:25
**one-year** [2] - 84:5,
84:7
**ones** [2] - 9:12, 277:21
**ongoing** [1] - 237:22
**online** [3] - 21:9,
60:17, 64:4
**open** [11] - 10:22,
58:20, 61:12,
190:14, 228:24,
233:20, 268:24,
269:8, 269:10, 274:4
**opened** [1] - 38:8
**opening** [27] - 223:20,
223:21, 223:22,
223:24, 224:3,
225:4, 234:24,
235:4, 235:19,
236:1, 242:3,
244:11, 270:17,
270:19, 271:13,
271:17, 271:20,
272:11, 272:21,
275:17, 275:18,
275:20, 280:7,
280:9, 282:7
**openings** [2] - 215:4,
217:21
**operate** [3] - 7:20,
224:24, 263:12
**operated** [2] - 119:20,
120:14
**operating** [1] - 134:12
**operations** [2] - 5:9,
251:4
**operators** [1] - 250:25
**opinion** [5] - 32:2,
83:8, 210:24, 227:3,
227:5
**opinions** [4] - 20:24,
22:8, 22:12, 52:20
**opportunity** [6] -

10:13, 11:2, 14:10,
223:19, 225:2,
246:18
**opposed** [3] - 106:13,
115:15, 277:25
**or..** [2] - 138:3, 252:19
**Orange** [1] - 21:8
**order** [19] - 7:15, 7:18,
12:10, 12:14, 24:8,
31:18, 44:21, 55:1,
70:8, 96:15, 113:24,
130:8, 176:11,
187:2, 263:19,
273:24, 274:10,
279:16, 279:19
**Order** [1] - 21:7
**ordered** [1] - 155:19
**orderly** [1] - 226:8
**organization** [9] -
21:3, 27:18, 110:6,
129:25, 162:16,
173:12, 173:20,
195:8, 240:11
**organizations** [3] -
21:6, 21:8, 158:21
**organized** [1] - 235:3
**organizer** [1] - 67:2
**organizing** [2] - 83:23,
83:25
**otherwise** [5] - 14:13,
14:19, 55:17, 181:3,
234:20
**ourselves** [1] - 83:5
**outbreak** [1] - 118:5
**outlying** [1] - 250:14
**outside** [10] - 10:10,
28:12, 139:19,
198:11, 229:8,
230:3, 230:23,
233:2, 263:15,
265:19, 274:17
**outtake** [1] - 282:8
**overall** [3] - 58:8,
58:14, 83:19
**overhear** [1] - 231:10
**overhearing** [1] -
230:24
**overly** [1] - 274:6
**overnight** [2] - 220:18,
220:22
**overpower** [1] - 236:8
**overrule** [2] - 278:21,
282:24
**overruled** [4] - 221:19,
273:4, 273:7, 278:17
**overseas** [1] - 48:19
**oversee** [1] - 251:4
**overturn** [1] - 239:16
**overwhelmed** [1] -
277:14

**overwhelming** [2] - 114:18, 240:23
**own** [19] - 22:9, 22:11, 30:10, 52:20, 53:7, 53:14, 64:19, 120:8, 129:5, 148:10, 220:8, 220:9, 220:11, 227:20, 232:23, 233:12, 242:18, 247:22, 277:23
**owned** [1] - 121:8
**owner** [2] - 120:24, 121:2
**ownership** [1] - 120:8

**P**

**P.G** [2] - 130:14, 130:15
**p.m** [8] - 18:20, 234:5, 237:19, 238:12, 238:19, 264:19, 278:2, 278:25
**Pacific** [1] - 203:25
**package** [2] - 43:3, 43:21
**packages** [1] - 110:19
**pad** [1] - 219:7
**PAGE** [2] - 2:2, 2:8
**paid** [6] - 72:8, 116:7, 116:8, 116:9, 116:12, 124:19
**Pakistan** [1] - 35:21
**Pakistani** [1] - 35:20
**pandemic** [4] - 5:10, 5:17, 14:15, 55:5
**panel** [10] - 11:11, 17:13, 37:4, 39:1, 129:1, 129:2, 139:4, 161:23, 161:25, 218:11
**paper** [11] - 9:13, 9:14, 9:17, 9:19, 9:21, 10:3, 10:13, 13:23, 13:25, 16:5, 219:7
**papers** [1] - 46:12
**paperwork** [2] - 268:8, 268:9
**paragraph** [1] - 268:15
**paralegal** [6] - 19:12, 32:21, 40:5, 48:7, 88:6, 89:5
**paralegals** [2] - 3:12, 15:2
**parents** [1] - 34:20
**Park** [4] - 130:4, 130:5, 197:12, 198:5
**park** [1] - 130:9

**part** [10] - 54:3, 76:5, 88:7, 151:3, 160:2, 230:16, 236:7, 271:10, 276:18, 280:8
**parte** [4] - 154:23, 155:5, 155:8, 155:17
**partial** [9] - 89:11, 100:17, 112:12, 130:20, 143:19, 180:11, 183:17, 193:4, 199:10
**partiality** [1] - 143:15
**participant** [1] - 9:22
**participants** [1] - 14:15
**participated** [1] - 76:14
**participation** [1] - 5:11
**particular** [26] - 7:18, 22:5, 27:18, 30:11, 53:23, 58:9, 58:16, 64:25, 67:7, 69:3, 72:2, 74:3, 75:25, 99:2, 112:25, 139:23, 185:17, 207:7, 207:8, 210:20, 221:22, 222:5, 245:8, 251:5, 275:5
**particularly** [3] - 71:1, 71:4, 71:5
**particulates** [1] - 6:20
**Parties** [1] - 263:4
**parties** [12] - 9:8, 12:3, 22:14, 126:6, 154:24, 189:8, 215:20, 230:20, 231:3, 231:6, 232:24, 233:3
**partitions** [2] - 156:12, 158:6
**partner** [3] - 22:21, 82:13, 82:24
**parts** [2] - 115:23, 281:3
**party** [4] - 118:4, 118:19, 228:1, 283:20
**pass** [1] - 71:16
**passed** [2] - 72:9, 182:24
**passing** [1] - 33:14
**past** [7] - 69:5, 102:20, 125:23, 206:13, 207:13, 211:4, 239:2
**pat** [1] - 260:21
**pat-down** [1] - 260:21
**path** [1] - 267:8

**Pathology** [1] - 29:7
**patience** [8] - 127:6, 166:14, 197:1, 212:4, 215:7, 218:6, 234:13, 267:23
**patients** [4] - 137:13, 137:16, 137:17
**patrol** [1] - 188:4
**Paul** [3] - 16:20, 16:25, 74:4
**pauses** [1] - 24:11
**pay** [1] - 14:13, 14:19, 55:6, 55:23, 116:18, 117:3, 125:20, 159:22, 225:10, 226:19, 245:8
**paying** [3] - 9:4, 55:25, 71:12
**peaceful** [2] - 236:18, 240:25
**peak** [1] - 205:22
**pen** [1] - 219:7
**penalty** [1] - 101:4
**pencil** [6] - 9:13, 9:15, 9:17, 9:18, 9:20, 13:23
**pending** [3] - 139:11, 268:19, 269:18
**pens** [4] - 220:16, 234:20, 235:24, 267:19
**people** [69] - 5:22, 5:23, 8:3, 14:6, 16:1, 16:2, 16:4, 16:22, 33:9, 33:11, 35:21, 37:4, 56:3, 57:12, 57:16, 61:18, 73:24, 78:9, 86:4, 86:12, 95:8, 95:9, 114:20, 118:5, 118:23, 118:24, 123:13, 124:9, 129:17, 145:5, 145:6, 145:15, 145:18, 146:1, 147:8, 147:14, 149:4, 150:11, 155:22, 155:23, 156:7, 160:5, 160:8, 160:13, 161:23, 163:21, 164:13, 165:3, 175:18, 189:18, 189:21, 215:1, 219:24, 219:25, 220:1, 229:14, 229:23, 229:24, 229:25, 230:19, 230:22, 232:15, 237:6,

243:15, 246:10, 275:7, 276:9, 276:10, 281:8
**pepper** [1] - 240:9
**per** [3] - 116:12, 150:20, 155:12
**perceive** [2] - 58:15, 89:19
**percentage** [1] - 262:2
**peremptories** [2] - 214:24, 215:3
**peremptory** [1] - 214:7
**perfect** [4] - 92:3, 117:18, 196:23, 212:6
**perform** [1] - 9:2
**performed** [4] - 19:12, 32:21, 40:5, 48:7
**performing** [2] - 13:16, 222:21
**perhaps** [11] - 104:9, 114:16, 132:6, 143:13, 155:7, 155:17, 158:20, 190:7, 210:24, 271:12, 276:7
**perimeter** [5] - 198:12, 205:13, 237:23, 238:1, 238:17
**period** [3] - 141:25, 247:13, 276:7
**periodically** [1] - 134:12
**permit** [1] - 219:8
**permitted** [3] - 156:11, 228:14, 273:25
**permitting** [1] - 221:20
**person** [28] - 9:16, 22:19, 37:6, 38:8, 38:16, 46:6, 50:2, 56:22, 58:18, 88:14, 88:16, 88:17, 88:21, 100:8, 102:4, 102:5, 116:12, 133:1, 139:18, 147:20, 149:9, 162:7, 162:8, 162:11, 169:2, 237:24, 242:22, 242:23
**personal** [9] - 10:16, 11:23, 89:23, 89:25, 146:6, 146:8, 147:23, 220:13
**personally** [5] - 22:9, 56:23, 56:24, 100:13, 120:3
**persons** [1] - 14:18
**pertain** [1] - 75:25

**pervasive** [1] - 240:9
**Pew** [2] - 37:3, 162:5
**Ph.D** [6] - 69:11, 80:11, 80:17, 80:18, 80:23, 213:7
**pharmaceutical** [3] - 185:15, 185:18, 185:25
**pharmacology** [2] - 69:12, 80:12
**phase** [1] - 35:24
**Philadelphia** [3] - 128:7, 128:18, 128:25
**Phoenix** [1] - 1:14
**phone** [4] - 45:16, 114:19, 217:11, 243:1
**photo** [2] - 256:11, 256:20
**photocopied** [1] - 283:19
**photographer** [1] - 163:2
**photographs** [3] - 19:7, 115:11, 201:18
**photography** [2] - 199:16, 199:17
**photos** [3] - 164:25, 244:16, 245:23
**phrasing** [1] - 58:15
**physical** [3] - 19:4, 27:16, 260:21
**physically** [3] - 38:21, 46:12, 241:9
**pick** [3] - 70:2, 117:16, 215:22
**picked** [2] - 129:21, 229:21
**pictures** [3] - 244:8, 244:10, 244:12
**piece** [2] - 9:16, 9:19
**place** [8] - 45:3, 55:19, 147:25, 148:8, 182:10, 210:3, 237:19, 278:1
**placed** [2] - 6:7, 237:23
**places** [4] - 35:13, 35:17, 119:21, 119:22
**plain** [1] - 233:7
**plainly** [1] - 270:20
**plaintiff** [1] - 128:2
**plan** [1] - 213:25
**planning** [4] - 14:5, 268:11, 268:12, 273:23
**plans** [2] - 123:10, 124:7

**plants** [1] - 133:23
**plastic** [1] - 238:23
**platform** [1] - 36:7
**play** [2] - 265:6, 280:10
**pled** [1] - 50:18
**plexiglass** [1] - 6:6
**plus** [2] - 125:11, 261:16
**pocket** [1] - 277:25
**podcasts** [1] - 18:11
**podium** [1] - 16:14
**point** [9] - 145:7, 212:16, 212:22, 214:16, 219:5, 257:16, 271:19, 274:18, 280:5
**points** [1] - 22:8
**Police** [36] - 16:25, 17:1, 17:2, 17:3, 19:19, 19:22, 21:7, 56:12, 56:13, 56:15, 74:5, 74:25, 75:4, 75:8, 85:13, 130:4, 130:5, 170:2, 170:19, 237:23, 239:5, 242:12, 249:15, 249:17, 249:23, 250:2, 250:10, 250:19, 251:6, 251:11, 261:10, 261:19, 261:21, 261:22, 263:10, 263:12
**police** [71] - 20:3, 36:22, 37:14, 37:17, 37:19, 38:10, 38:17, 38:23, 42:5, 43:14, 43:18, 43:20, 43:23, 44:1, 49:25, 50:7, 50:11, 50:20, 66:18, 66:20, 66:23, 76:10, 101:25, 102:2, 102:3, 102:9, 112:2, 121:8, 121:10, 121:13, 121:22, 121:23, 122:1, 130:19, 132:20, 132:23, 133:9, 170:1, 170:21, 171:6, 171:11, 172:9, 172:13, 173:7, 188:3, 194:22, 195:3, 195:20, 205:16, 210:9, 236:9, 236:24, 238:2, 238:12, 238:20, 239:1, 239:6, 239:10, 239:12,

239:17, 239:22, 239:23, 240:1, 240:24, 249:22, 265:16, 269:25, 271:15, 272:16, 273:4
**policies** [1] - 210:23
**policy** [4] - 71:22, 90:15, 203:24, 203:25
**political** [5] - 22:20, 82:12, 82:23, 83:9, 179:17
**Pollution** [1] - 69:6
**pop** [1] - 252:10
**porch** [1] - 43:4
**portion** [5] - 252:22, 256:18, 256:21, 274:17, 281:13
**position** [13] - 59:12, 62:5, 69:8, 95:20, 158:12, 165:23, 180:22, 183:8, 190:21, 202:3, 204:6, 250:18, 280:24
**positive** [1] - 179:24
**possession** [4] - 106:3, 136:15, 188:23, 188:24
**possible** [6] - 5:4, 12:2, 24:10, 32:7, 225:13, 231:11
**posting** [2] - 229:5, 230:10
**postpone** [4] - 123:16, 123:22, 125:24, 126:4
**postponed** [1] - 125:2
**posture** [1] - 279:5
**potential** [2] - 5:12, 74:1
**power** [3] - 8:13, 236:19, 240:25
**PowerPoint** [3] - 271:14, 271:25, 272:11
**PPVA** [1] - 130:5
**practice** [18] - 48:11, 48:14, 48:15, 48:21, 49:2, 49:4, 98:7, 109:16, 109:20, 109:25, 127:15, 128:5, 128:19, 128:24, 152:7, 178:20, 185:4, 271:9
**practiced** [5] - 81:24, 105:7, 109:7, 109:17, 128:10
**practices** [1] - 52:5

**practicing** [9] - 40:24, 41:4, 42:10, 92:23, 98:14, 105:4, 109:6, 142:8, 142:18
**practitioner** [1] - 142:22
**precautions** [10] - 5:14, 5:21, 32:10, 115:1, 182:3, 182:6, 182:12, 198:8, 205:20, 206:1
**precisely** [7] - 150:14, 175:5, 183:3, 268:2, 268:5, 271:25, 279:20
**predicted** [1] - 18:16
**predispose** [1] - 143:13
**preemptory** [1] - 47:4
**prefer** [3] - 10:21, 157:18, 157:23
**prejudices** [1] - 12:4
**prejudicial** [4] - 269:15, 270:3, 274:6, 282:17
**preliminary** [4] - 217:20, 218:18, 219:1, 271:23
**preoccupied** [1] - 71:19
**prepared** [2] - 181:11, 235:7
**presence** [2] - 228:23, 233:19
**present** [14] - 17:24, 22:2, 46:6, 62:23, 76:1, 145:19, 146:20, 169:13, 176:14, 203:1, 224:14, 244:7, 244:9, 245:24
**PRESENT** [1] - 1:21
**presentation** [3] - 18:17, 18:22, 143:14
**presented** [17] - 8:24, 12:6, 22:16, 58:21, 97:14, 97:23, 115:15, 115:22, 144:2, 165:14, 189:10, 229:9, 231:25, 232:2, 233:8, 233:9, 233:11
**presents** [1] - 224:13
**President** [6] - 57:14, 236:13, 237:16, 238:7, 240:21, 254:10
**President-elect** [1] - 240:21
**presidential** [4] -

236:15, 237:8, 237:15, 244:2
**presides** [1] - 237:16
**presiding** [1] - 5:1
**press** [2] - 26:25, 232:4
**Press** [3] - 240:11, 281:1, 281:7
**Presumably** [1] - 164:5
**presumed** [3] - 22:1, 223:2, 224:16
**presumption** [1] - 223:3
**pretrial** [1] - 280:17
**pretty** [8] - 45:18, 45:25, 60:22, 86:21, 147:14, 147:17, 177:11, 212:5
**Prettyman** [2] - 84:21, 161:10
**prevent** [2] - 22:18, 23:1
**prevention** [6] - 21:4, 110:7, 130:1, 173:13, 173:21, 195:9
**Prevention** [1] - 69:6
**previous** [2] - 35:14, 143:20
**previously** [4] - 42:2, 97:20, 142:12, 254:5
**primarily** [1] - 191:22
**Prince** [2] - 171:10, 171:17
**prioritize** [1] - 45:5
**prison** [5] - 25:21, 26:2, 34:5, 34:17, 34:25
**privacy** [2] - 10:22, 11:25
**private** [13] - 19:16, 48:15, 49:4, 93:17, 99:24, 111:19, 128:18, 169:23, 182:19, 187:25, 192:18, 198:23, 210:25
**privately** [5] - 225:19, 231:12, 231:16, 231:18, 232:6
**probation** [2] - 34:5, 101:6
**probative** [2] - 269:15, 274:6
**problem** [5] - 42:22, 71:10, 76:17, 127:7, 197:17
**problems** [2] - 119:3, 119:4

**procedure** [1] - 11:14
**procedures** [2] - 55:18, 222:11
**proceed** [8] - 7:5, 62:1, 159:10, 160:25, 234:24, 236:4, 249:7, 262:10
**proceeding** [6] - 13:20, 24:11, 222:25, 244:5, 247:1, 283:8
**proceedings** [5] - 7:13, 57:12, 148:8, 268:19, 283:15
**Proceedings** [1] - 1:24
**proceeds** [1] - 156:22
**process** [12] - 4:23, 5:18, 7:6, 8:1, 12:12, 68:3, 171:21, 171:22, 171:23, 215:8, 225:12, 236:14
**processing** [1] - 76:7
**produce** [2] - 223:9, 224:16
**produced** [1] - 1:25
**products** [1] - 125:9
**professional** [1] - 199:17
**professionally** [2] - 74:9, 74:11
**professor** [1] - 142:8
**proffer** [1] - 99:9
**program** [1] - 207:4
**progress** [1] - 75:16
**projects** [1] - 211:5
**promise** [1] - 280:11
**promoted** [2] - 146:11, 150:20
**promoting** [1] - 112:22
**promptly** [1] - 234:3
**proof** [4] - 21:19, 83:14, 223:8, 244:24
**properly** [3] - 134:13, 227:9, 227:24
**proprietor** [2] - 71:7, 72:3
**prosecuted** [14] - 20:7, 24:24, 25:3, 25:13, 34:1, 100:23, 105:9, 105:25, 119:10, 136:8, 152:18, 171:11, 188:13, 193:10
**prosecution** [4] - 21:18, 21:20, 105:11, 248:1
**prosecutor** [1] - 49:9
**prosecutors** [2] -

20:25, 89:12
**prospective** [57] -
4:17, 4:18, 10:11,
11:9, 11:11, 17:13,
23:9, 27:7, 28:14,
30:1, 31:11, 39:17,
44:14, 47:18, 51:8,
54:18, 59:22, 62:13,
65:18, 68:14, 69:24,
72:24, 77:9, 81:6,
84:23, 87:17, 92:4,
96:7, 103:18,
107:22, 111:7,
113:19, 117:13,
118:11, 122:19,
126:21, 131:13,
135:2, 138:22,
139:4, 149:7, 154:9,
159:13, 161:15,
166:8, 175:23,
181:8, 184:18,
186:18, 191:6,
196:19, 200:11,
202:13, 204:16,
208:4, 211:23,
214:14
**PROSPECTIVE** [844] -
20:12, 24:19, 25:2,
25:6, 25:8, 25:11,
25:14, 25:17, 25:19,
25:22, 26:5, 26:8,
26:10, 26:12, 26:15,
27:6, 27:12, 27:16,
27:19, 27:21, 27:24,
28:1, 28:13, 28:17,
28:19, 28:24, 29:2,
29:6, 29:11, 29:14,
30:4, 30:9, 30:12,
30:15, 30:18, 30:20,
30:22, 30:25, 31:23,
32:6, 32:14, 32:24,
33:3, 33:6, 33:13,
33:21, 34:3, 34:8,
34:12, 34:18, 34:23,
35:3, 35:8, 35:14,
35:18, 36:4, 36:6,
36:13, 37:16, 37:22,
38:6, 38:18, 38:25,
39:6, 39:21, 39:25,
40:8, 40:10, 40:13,
40:16, 40:21, 41:2,
41:7, 42:2, 42:8,
42:11, 42:17, 42:21,
43:3, 43:6, 43:8,
43:12, 43:15, 43:19,
43:22, 43:24, 44:3,
44:17, 45:2, 45:8,
46:7, 46:9, 46:11,
46:15, 46:18, 47:17,
47:20, 47:25, 48:10,
48:15, 48:22, 48:25,

49:3, 49:8, 49:14,
49:21, 49:24, 50:1,
50:3, 50:6, 50:9,
50:15, 50:18, 50:22,
51:11, 51:18, 51:22,
52:1, 52:6, 52:10,
52:17, 52:23, 53:5,
53:9, 53:12, 53:15,
53:21, 53:24, 54:2,
54:17, 54:21, 55:2,
55:8, 55:12, 55:17,
55:21, 55:25, 56:5,
56:17, 56:24, 57:5,
57:10, 57:24, 58:7,
58:12, 58:23, 59:3,
60:2, 60:10, 60:12,
60:14, 60:16, 60:22,
61:1, 61:6, 61:10,
61:14, 61:20, 62:10,
62:17, 62:25, 63:5,
63:12, 63:14, 63:18,
63:20, 64:1, 64:4,
64:6, 64:8, 64:12,
64:20, 65:2, 65:16,
65:20, 65:23, 66:8,
66:13, 66:15, 66:19,
66:24, 67:2, 67:4,
67:6, 67:8, 68:2,
68:13, 68:19, 68:23,
69:1, 69:4, 69:10,
69:23, 70:4, 70:9,
70:15, 70:23, 71:2,
71:5, 71:14, 71:20,
73:1, 73:3, 73:7,
73:12, 73:19, 74:3,
74:8, 74:14, 74:16,
74:19, 74:22, 75:2,
75:7, 75:11, 75:16,
75:21, 75:24, 76:5,
76:13, 76:17, 77:7,
77:14, 77:20, 77:22,
78:12, 78:18, 78:24,
79:11, 79:14, 79:16,
79:18, 79:22, 80:11,
80:13, 80:15, 80:18,
81:4, 81:12, 81:20,
82:1, 82:5, 82:10,
82:17, 82:22, 83:2,
83:7, 83:16, 83:20,
83:23, 84:2, 84:4,
84:8, 84:22, 84:25,
85:2, 85:9, 85:11,
85:18, 85:22, 86:6,
86:14, 86:23, 87:16,
87:21, 88:4, 88:12,
88:16, 88:18, 88:22,
89:1, 89:4, 89:6,
89:8, 89:13, 89:18,
89:23, 90:2, 90:9,
90:13, 90:22, 91:5,
91:8, 91:11, 91:14,

92:3, 92:8, 92:16,
92:20, 92:25, 93:3,
93:6, 93:13, 93:21,
94:1, 94:5, 94:8,
94:11, 94:14, 94:16,
94:20, 95:1, 95:3,
95:7, 95:9, 95:13,
96:1, 96:5, 96:12,
96:20, 96:25, 97:2,
97:6, 97:10, 97:18,
98:1, 98:6, 98:12,
98:15, 98:21, 98:25,
99:3, 99:8, 99:13,
99:20, 100:2, 100:6,
100:9, 100:13,
100:19, 100:25,
101:3, 101:5,
101:10, 101:16,
101:20, 101:23,
102:1, 102:7,
102:12, 103:5,
103:9, 103:15,
103:20, 103:23,
104:1, 104:8,
104:15, 104:21,
104:25, 105:5,
105:8, 105:21,
106:2, 106:8,
106:11, 106:18,
106:20, 107:1,
107:5, 107:19,
107:25, 108:5,
108:10, 108:15,
108:19, 108:23,
109:3, 109:7,
109:10, 109:14,
109:17, 109:21,
110:3, 110:9,
110:18, 111:11,
111:15, 111:21,
112:1, 112:5, 112:9,
112:14, 112:18,
112:21, 113:1,
113:5, 113:18,
113:22, 114:4,
114:8, 114:11,
114:16, 114:18,
115:2, 115:5,
115:12, 115:18,
115:25, 116:7,
116:11, 116:16,
117:17, 117:20,
118:3, 118:16,
118:21, 119:4,
119:12, 119:19,
120:4, 120:7,
120:11, 120:16,
120:19, 120:22,
121:1, 121:5, 121:9,
121:12, 121:16,
122:1, 122:14,

122:18, 122:22,
123:6, 123:12,
123:14, 123:18,
123:21, 124:1,
124:3, 124:8,
124:12, 125:3,
125:7, 125:11,
126:2, 126:7, 127:3,
127:5, 127:7,
127:14, 127:16,
127:20, 127:23,
128:1, 128:6,
128:11, 128:14,
128:17, 129:1,
129:9, 129:11,
129:16, 129:20,
130:3, 130:14,
130:17, 130:22,
131:11, 131:16,
131:20, 131:24,
132:6, 132:10,
132:15, 132:17,
132:19, 132:22,
132:25, 133:3,
133:12, 133:16,
133:19, 133:22,
133:25, 134:2,
134:4, 134:7,
134:10, 135:1,
135:5, 135:7,
135:14, 135:18,
135:20, 135:23,
136:4, 136:10,
136:13, 136:15,
136:17, 136:19,
136:22, 136:25,
137:2, 137:6, 137:9,
137:12, 137:15,
137:20, 138:8,
138:11, 138:13,
138:19, 138:25,
139:5, 139:9,
139:13, 139:16,
139:19, 139:21,
139:25, 140:2,
140:4, 140:6,
140:12, 140:17,
140:20, 140:25,
141:8, 141:11,
141:15, 141:18,
141:20, 142:2,
142:7, 142:11,
142:15, 142:19,
142:21, 143:3,
143:10, 143:18,
144:1, 144:5, 144:7,
144:10, 144:12,
144:15, 144:20,
144:22, 145:14,
145:17, 145:20,
145:24, 146:2,

146:8, 146:21,
147:6, 147:11,
147:15, 147:22,
148:6, 148:13,
149:1, 149:6,
149:13, 149:18,
149:20, 150:2,
150:10, 150:13,
150:16, 150:24,
151:4, 151:6, 151:9,
151:12, 151:15,
151:18, 151:23,
152:4, 152:8,
152:14, 152:20,
152:24, 153:4,
153:16, 153:20,
153:25, 154:3,
154:7, 159:16,
159:20, 160:1,
160:6, 160:9,
160:15, 160:17,
160:20, 161:13,
161:18, 161:25,
162:5, 162:9,
162:12, 162:20,
163:1, 163:5, 163:8,
163:13, 163:16,
163:19, 163:23,
164:4, 164:7,
164:11, 164:15,
164:23, 165:7,
165:12, 165:16,
166:6, 166:10,
166:12, 166:21,
166:23, 167:2,
167:7, 167:10,
167:13, 167:16,
167:19, 167:21,
168:1, 168:4, 168:9,
168:14, 168:22,
168:25, 169:5,
169:11, 169:17,
169:19, 169:25,
170:3, 170:6, 170:8,
170:10, 170:13,
170:16, 170:23,
171:5, 171:9,
171:13, 171:16,
171:19, 171:24,
172:3, 172:11,
172:17, 172:20,
172:22, 173:1,
173:4, 173:9,
173:15, 173:17,
173:22, 173:25,
174:4, 174:12,
174:15, 176:1,
176:4, 176:8,
176:12, 176:17,
176:24, 177:2,
177:4, 177:7,

177:17, 177:23, 178:1, 178:4, 178:13, 178:18, 178:21, 178:24, 179:5, 179:12, 179:22, 180:1, 180:13, 181:5, 181:13, 181:15, 181:24, 182:5, 182:8, 182:15, 182:21, 182:24, 183:2, 183:4, 183:6, 183:10, 183:13, 183:19, 183:24, 184:2, 184:4, 184:14, 184:17, 184:21, 185:2, 185:5, 185:12, 185:15, 185:19, 185:21, 185:24, 186:3, 186:5, 186:16, 186:23, 187:7, 187:12, 187:18, 187:20, 188:2, 188:9, 188:15, 188:19, 188:23, 188:25, 189:3, 189:5, 189:13, 189:16, 189:22, 190:4, 190:10, 191:11, 191:18, 191:22, 191:25, 192:9, 192:12, 192:20, 192:24, 193:6, 193:12, 193:17, 193:21, 193:24, 194:3, 194:8, 194:13, 194:16, 194:20, 194:24, 195:2, 195:5, 195:11, 195:16, 195:21, 196:2, 196:6, 196:8, 196:22, 196:24, 197:5, 197:10, 197:12, 197:14, 197:16, 197:19, 197:22, 197:24, 198:4, 198:10, 198:13, 198:19, 198:24, 199:5, 199:12, 199:15, 199:19, 200:7, 200:9, 200:17, 200:25, 201:2, 201:10, 201:13, 201:19, 201:22, 202:11, 202:16, 202:22, 203:3, 203:5, 203:9,

203:12, 203:16, 203:21, 203:24, 204:15, 204:19, 205:4, 205:7, 205:10, 205:16, 205:21, 206:5, 206:10, 206:13, 206:16, 206:19, 207:1, 207:4, 207:8, 207:12, 207:16, 208:7, 208:17, 208:23, 209:4, 209:9, 209:15, 209:22, 209:24, 210:4, 210:7, 210:10, 210:14, 210:16, 210:18, 210:22, 211:4, 211:9, 211:11, 212:3, 212:6, 212:10, 212:15, 212:25, 213:5, 213:7, 213:11
**protect** [3] - 10:22, 238:25, 249:25
**protecting** [2] - 236:9, 236:11
**Protection** [1] - 68:24
**protest** [2] - 246:16, 246:24
**protesters** [4] - 242:13, 246:17, 274:17, 274:25
**protocol** [1] - 154:21
**prove** [5] - 83:14, 223:6, 223:9, 223:15, 224:15
**proved** [2] - 144:4, 245:2
**proven** [4] - 21:21, 178:9, 223:4, 223:11
**proves** [1] - 244:14
**provide** [3] - 6:2, 229:17, 267:12
**provided** [1] - 8:12
**provision** [2] - 8:18, 71:20
**provoke** [1] - 229:24
**public** [3] - 4:15, 6:22, 210:24
**Public** [3] - 3:17, 3:21, 4:1
**publish** [14] - 252:7, 252:8, 256:6, 256:7, 257:12, 257:13, 258:23, 258:24, 262:25, 265:4, 265:5, 266:10, 266:11, 266:25
**published** [16] - 237:1,

237:5, 240:16, 252:9, 253:25, 254:1, 255:3, 256:8, 257:14, 257:22, 258:25, 259:19, 259:21, 265:10, 266:12, 266:19
**publishing** [1] - 266:18
**pull** [2] - 66:9, 239:6
**punctual** [1] - 13:4
**purports** [1] - 263:23
**purpose** [2] - 8:8, 237:13
**purposes** [4] - 122:3, 238:24, 261:23, 261:24
**pursue** [1] - 72:1
**pushed** [1] - 35:11
**put** [30] - 10:3, 10:4, 13:25, 16:14, 17:21, 33:16, 55:9, 59:24, 62:25, 72:18, 96:9, 123:8, 130:7, 165:13, 167:24, 177:24, 181:10, 181:18, 198:24, 200:13, 204:21, 220:5, 224:4, 224:18, 235:8, 252:21, 270:24, 272:22, 273:21, 275:13
**puts** [1] - 267:13
**putting** [2] - 149:20, 282:10

## Q

**qualified** [6] - 126:23, 154:10, 213:22, 214:3, 214:15, 214:22
**quality** [1] - 185:16
**quarter** [1] - 85:25
**quarters** [1] - 160:10
**queen** [1] - 8:13
**querying** [2] - 87:6, 87:7
**questioning** [5] - 10:25, 11:8, 22:25, 86:24, 86:25
**questionnaire** [2] - 71:7, 123:8
**Questions** [32] - 31:17, 44:20, 48:2, 51:12, 54:24, 60:5, 62:19, 70:7, 73:5, 77:16, 81:14, 85:4,

92:10, 96:14, 104:3, 108:3, 113:23, 117:22, 127:9, 135:9, 139:1, 149:16, 159:18, 161:20, 166:15, 176:9, 181:18, 187:1, 191:13, 200:19, 202:18, 204:23
**questions** [46] - 5:25, 7:1, 9:12, 10:1, 10:6, 10:9, 10:15, 11:18, 11:21, 11:22, 12:16, 12:24, 13:22, 14:6, 23:5, 24:3, 24:10, 26:19, 28:4, 30:7, 31:2, 36:15, 41:9, 41:14, 41:15, 59:8, 62:2, 63:21, 69:14, 72:5, 72:6, 72:11, 79:24, 84:11, 165:19, 207:18, 213:16, 224:8, 224:10, 224:21, 226:9, 232:17, 266:22, 266:23, 268:23
**quick** [1] - 122:15
**quickly** [1] - 12:19
**quietly** [2] - 215:8, 215:12
**quite** [9] - 102:2, 115:7, 155:20, 156:1, 177:9, 273:15, 274:21, 280:6, 281:11
**quote** [2] - 272:6, 272:8

## R

**rack** [1] - 256:16
**racked** [1] - 159:6
**radio** [2] - 18:11, 231:20
**radios** [2] - 251:9, 251:10
**raise** [7] - 9:15, 11:10, 14:4, 133:23, 218:2, 225:18, 252:12
**raising** [1] - 271:9
**rally** [25] - 243:6, 243:8, 243:17, 246:2, 246:9, 246:10, 275:10, 275:15, 275:21, 275:22, 275:24, 275:25, 276:3, 276:9, 276:10,

276:16, 276:17, 279:16, 279:20, 279:25, 280:8
**random** [1] - 24:7
**randomly** [4] - 7:19, 7:20, 12:12, 225:22
**rang** [1] - 56:21
**range** [1] - 278:25
**rapid** [1] - 158:20
**rather** [4] - 10:24, 90:3, 115:22, 121:20
**Ravida** [1] - 7:22
**ray** [1] - 260:18
**Rayburn** [1] - 164:16
**RAYMOND** [1] - 1:21
**Raymond** [4] - 3:11, 15:6, 16:20, 16:24
**reach** [5] - 7:2, 22:5, 115:14, 115:21, 205:14
**reached** [1] - 213:22
**reaction** [6] - 83:10, 102:10, 114:10, 141:13, 143:11, 229:25
**reactions** [2] - 83:5, 83:18
**read** [19] - 12:22, 56:7, 56:19, 60:15, 96:22, 97:1, 97:7, 97:19, 98:23, 99:2, 99:12, 99:18, 225:13, 231:23, 231:24, 242:20, 262:8, 262:25, 267:16
**ready** [8] - 4:3, 4:5, 13:23, 23:20, 159:10, 235:15, 236:5, 248:15
**real** [1] - 144:20
**reality** [1] - 120:13
**realize** [3] - 5:10, 177:9, 225:15
**really** [20] - 33:13, 38:20, 82:19, 87:2, 99:3, 99:9, 102:2, 116:18, 118:22, 156:2, 156:13, 156:16, 175:7, 205:22, 209:15, 220:2, 240:18, 275:2, 275:12
**reason** [6] - 10:5, 22:24, 78:3, 154:23, 172:11, 221:18
**reasonable** [11] - 21:21, 83:15, 144:4, 178:10, 223:5, 223:7, 223:12, 223:16, 241:23,

245:4, 245:6
**reasons** [2] - 232:22, 261:23
**rebuttal** [1] - 224:24
**receive** [1] - 229:17
**received** [4] - 18:2, 60:7, 63:24, 221:21
**recently** [4] - 35:9, 37:23, 97:1, 208:23
**recess** [6] - 81:9, 154:18, 215:5, 220:15, 229:11, 235:14
**recesses** [1] - 220:19
**recipe** [1] - 198:3
**recognize** [19] - 16:4, 17:12, 39:2, 56:18, 73:23, 139:3, 139:8, 161:22, 162:7, 225:14, 225:15, 251:18, 255:11, 256:24, 258:11, 259:3, 264:5, 264:9, 265:22
**recognized** [3] - 56:3, 56:19, 139:6
**recommit** [1] - 282:20
**recommitting** [1] - 283:2
**record** [16] - 3:2, 3:5, 7:13, 228:8, 249:12, 252:21, 252:24, 253:3, 253:5, 253:9, 253:12, 258:4, 258:7, 272:14, 278:20, 283:5
**recording** [3] - 263:14, 263:16, 264:22
**recordings** [1] - 263:22
**recovered** [1] - 263:20
**recovery** [1] - 213:1
**Reddz** [1] - 121:2
**redirect** [2] - 224:12, 224:23
**refer** [1] - 221:7
**reference** [1] - 221:11
**referred** [2] - 236:20, 255:7
**referring** [5] - 132:11, 221:9, 221:11, 277:22, 278:23
**refers** [1] - 227:19
**reflect** [8] - 252:21, 252:24, 253:3, 253:5, 253:9, 253:12, 258:4, 258:7
**reform** [1] - 211:6
**refreshing** [1] - 220:14
**refugees** [1] - 35:21

**refuse** [1] - 231:14
**refute** [1] - 233:3
**regard** [1] - 41:14
**regarding** [2] - 86:5, 232:2
**regardless** [2] - 83:8, 83:9
**register** [1] - 121:20
**registration** [1] - 75:13
**regular** [2] - 85:15, 226:3
**Regulatory** [2] - 150:18, 151:8
**regulatory** [1] - 79:3
**Rehab** [1] - 27:19
**related** [4] - 98:7, 211:3, 211:5, 241:8
**relates** [1] - 79:2
**relating** [1] - 90:16
**relations** [1] - 203:25
**relationships** [1] - 147:24
**relative** [3] - 14:17, 192:11, 270:25
**relatives** [2] - 26:2, 209:11
**relax** [4] - 12:17, 23:12, 24:2, 111:5
**relevance** [2] - 275:2, 275:12
**relevant** [5] - 179:18, 278:6, 278:8, 279:10, 280:23
**religious** [1] - 22:17
**rely** [4] - 220:10, 226:22, 227:20, 233:11
**relying** [1] - 233:1
**remain** [1] - 112:14
**remaining** [3] - 13:17, 55:19, 222:22
**remains** [1] - 223:3
**remarks** [1] - 218:23
**remedy** [1] - 171:23
**remember** [11] - 34:4, 43:19, 60:24, 99:11, 99:19, 154:20, 205:12, 219:20, 220:1, 220:7, 227:19
**reminder** [1] - 13:24
**remote** [1] - 88:15
**remotely** [1] - 160:19
**remove** [1] - 6:19, 83:3, 249:3
**removed** [2] - 118:25, 120:12
**render** [2] - 22:15, 189:9
**rendered** [1] - 220:25

**rent** [3] - 116:9, 116:18, 117:3
**repeat** [8] - 14:3, 14:8, 14:9, 20:12, 82:18, 115:18, 168:16, 200:19
**repeating** [1] - 14:6
**replace** [1] - 220:9
**reply** [1] - 268:5
**report** [5] - 37:19, 66:17, 101:25, 210:8, 231:11
**reported** [1] - 1:24
**reporter** [3] - 7:12, 237:3, 240:14
**Reporter** [3] - 1:23, 1:23, 283:24
**reporters** [1] - 96:25
**reports** [2] - 231:19, 231:24
**representation** [1] - 251:24
**representative** [2] - 77:25, 185:16
**Representatives** [5] - 63:8, 108:11, 141:2, 163:2, 237:12
**Representatives'** [1] - 237:20
**represented** [2] - 14:21, 15:18
**representing** [1] - 3:8
**represents** [1] - 228:1
**requested** [2] - 155:3, 155:4
**require** [4] - 69:11, 223:9, 224:15
**required** [2] - 219:12, 224:14
**research** [15] - 33:7, 64:16, 64:19, 64:21, 90:15, 90:17, 91:2, 210:19, 232:13, 232:15, 232:18, 232:23, 233:12, 271:1
**researching** [1] - 232:16
**reseated** [1] - 23:6
**reservation** [1] - 124:20
**reservations** [1] - 125:1
**resettling** [1] - 35:20
**resident** [2] - 83:7, 104:18
**residents** [1] - 86:7
**resisting** [2] - 13:14, 222:19
**resolved** [1] - 269:18

**resource** [2] - 111:22, 111:25
**respect** [2] - 162:21, 171:15
**respond** [2] - 43:23, 233:1
**response** [20] - 4:14, 10:18, 11:20, 36:1, 38:17, 43:18, 44:1, 50:20, 66:21, 79:5, 102:2, 102:10, 121:23, 122:2, 132:24, 133:9, 139:6, 195:4, 268:16, 269:11
**responses** [1] - 12:7
**responsibilities** [7] - 76:6, 219:3, 226:5, 226:6, 226:7, 250:7, 251:3
**responsibility** [4] - 227:8, 228:2, 247:16, 247:18
**responsible** [1] - 50:2
**rest** [12] - 5:25, 41:18, 59:8, 62:2, 72:5, 107:16, 165:19, 214:1, 214:5, 214:23, 218:5, 277:25
**restricted** [5] - 13:19, 222:24, 237:23, 241:8, 241:9
**restrictions** [1] - 237:22
**result** [2] - 233:13, 238:6
**results** [2] - 237:8, 239:3
**resume** [10] - 29:25, 31:10, 69:22, 81:2, 84:19, 92:1, 122:13, 175:16, 238:14, 267:5
**retired** [7] - 48:12, 79:16, 79:17, 105:1, 182:21, 195:12, 195:16
**retirement** [1] - 79:21
**retiring** [1] - 80:3
**retreated** [1] - 240:7
**return** [17] - 11:6, 21:19, 27:5, 39:16, 44:12, 47:15, 51:7, 54:16, 59:19, 62:11, 68:12, 72:22, 77:5, 103:11, 161:9, 166:3, 191:1
**returned** [2] - 220:25, 234:8

**returning** [1] - 5:8
**returns** [1] - 235:22
**reveal** [2] - 155:16, 155:19
**review** [22] - 31:18, 39:24, 44:21, 48:3, 51:13, 55:1, 60:6, 70:8, 73:6, 77:16, 81:15, 87:25, 92:11, 96:15, 108:4, 111:14, 113:24, 131:25, 149:17, 176:10, 204:24, 212:9
**reviewing** [2] - 237:13, 245:7
**right-hand** [6] - 9:21, 9:24, 23:9, 23:21, 23:25, 214:6
**Rights** [1] - 8:19
**riled** [1] - 240:13
**Riley** [14] - 16:21, 16:25, 74:4, 74:7, 268:4, 268:17, 273:21, 274:1, 274:14, 274:20, 275:1, 278:25, 279:1, 279:8
**Riley's** [1] - 277:23
**ring** [1] - 56:14
**riot** [2] - 238:22, 265:16
**rioter** [2] - 239:14, 240:8
**rioters** [10] - 238:3, 238:13, 238:20, 239:7, 239:13, 239:22, 239:24, 240:1, 240:5, 240:23
**rise** [1] - 11:9
**risk** [6] - 5:12, 156:17, 156:25, 157:25, 158:4, 158:9
**robbed** [1] - 101:17, 209:22, 209:25
**robberies** [2] - 210:2, 210:9
**robbery** [4] - 194:14, 194:23
**Roberts** [2] - 3:13, 15:3
**ROBERTS** [1] - 1:22
**Rocky** [1] - 120:22
**role** [4] - 8:10, 57:10, 92:24, 92:25
**room** [18] - 6:18, 14:14, 23:6, 33:10, 37:5, 55:4, 156:13, 160:5, 160:8, 228:22, 230:11,

233:19, 234:10,
234:11, 234:17,
234:18, 262:12
**Rotunda** [1] - 253:7
**roughly** [1] - 77:23
**Rouhi** [2] - 3:13, 15:3
**ROUHI** [1] - 1:21
**rounds** [2] - 215:11,
215:16
**route** [2] - 32:1, 32:16
**row** [5] - 4:16, 198:11,
214:22, 216:2, 217:8
**RPR** [3] - 1:23, 283:12,
283:23
**rude** [1] - 231:7
**rule** [6] - 226:8,
226:24, 228:8,
228:10, 270:24,
273:8
**ruled** [3] - 276:25,
277:2, 282:22
**rules** [7] - 159:5,
218:21, 222:12,
225:9, 228:13,
232:25, 233:16
**ruling** [1] - 273:22
**run** [2] - 18:18, 57:12

**S**

**S-U-M-M-E-R-S** [1] -
248:20
**safe** [4] - 5:15, 5:18,
5:20, 6:21
**safety** [5] - 5:14, 6:15,
7:1, 114:20, 261:23
**Safeway** [1] - 17:4
**Saint** [3] - 1:23, 7:11,
283:23
**SAINT** [1] - 283:12
**Saint-Loth** [3] - 1:23,
7:11, 283:23
**SAINT-LOTH** [1] -
283:12
**Salamander** [1] -
120:23
**sales** [1] - 36:7
**saliva** [1] - 158:20
**Sam** [1] - 146:10
**satellite** [1] - 232:20
**satisfied** [4] - 22:9,
195:3, 217:13,
217:16
**saw** [14] - 38:9, 64:4,
64:9, 64:13, 64:24,
99:4, 109:22, 121:6,
198:13, 205:16,
240:12, 244:11,
272:1

**scanning** [1] - 76:9
**scared** [4] - 86:24,
87:1, 146:24
**scene** [3] - 172:14,
173:8, 237:3
**schedule** [4] - 97:19,
212:17, 212:18,
234:2
**scheduled** [1] -
240:22
**SCHESNOL** [103] -
1:12, 3:6, 4:8, 4:12,
16:8, 16:16, 16:19,
16:24, 26:22, 28:7,
29:20, 31:5, 36:20,
37:1, 39:11, 41:14,
41:19, 44:8, 45:14,
45:19, 47:11, 51:2,
54:9, 56:11, 59:13,
62:6, 65:10, 67:14,
69:17, 72:7, 72:17,
76:25, 80:2, 80:24,
84:14, 87:11, 91:20,
95:17, 95:21,
102:17, 107:10,
110:24, 113:10,
117:1, 117:5, 122:8,
124:19, 124:22,
125:16, 125:23,
126:11, 126:24,
131:2, 134:18,
137:25, 145:2,
145:5, 148:18,
153:9, 154:12,
159:5, 159:11,
161:4, 165:24,
174:21, 175:9,
175:13, 180:23,
184:9, 186:10,
190:18, 190:22,
196:13, 200:1,
202:4, 204:7,
207:21, 211:16,
213:18, 213:24,
214:8, 216:5,
217:15, 217:22,
235:6, 235:11,
235:17, 272:5,
273:19, 274:2,
274:8, 276:23,
277:5, 277:11,
277:19, 278:18,
278:22, 279:13,
280:1, 280:5,
280:15, 281:2,
281:10
**Schesnol** [10] - 3:7,
14:23, 14:25, 16:18,
221:10, 224:4,
264:1, 270:16,

270:21, 271:4
**Schiff** [1] - 63:2
**school** [23] - 7:18,
42:4, 51:19, 51:20,
52:10, 80:10, 91:4,
98:10, 105:3,
109:18, 111:21,
111:24, 112:3,
112:6, 138:7,
138:10, 138:12,
151:11, 174:7,
174:14, 207:15,
211:8, 213:6
**schools** [1] - 174:10
**science** [2] - 80:4,
186:5
**sciences** [1] - 91:2
**scientific** [4] - 69:9,
77:24, 158:13
**scientist** [3] - 29:7,
29:8, 80:3
**scope** [1] - 121:19
**scramble** [1] - 280:24
**screaming** [1] - 274:6
**screen** [3] - 251:15,
252:19, 271:24
**screens** [2] - 252:10,
252:11
**scribble** [1] - 197:3
**se** [1] - 150:20
**sea** [1] - 246:9
**seal** [7] - 154:22,
154:23, 155:4,
155:7, 155:14,
155:18, 156:12
**search** [4] - 18:13,
130:9, 260:4, 260:16
**seat** [35] - 23:19,
24:13, 27:5, 27:9,
28:11, 28:15, 29:25,
31:10, 39:16, 44:13,
59:24, 62:15, 68:12,
68:16, 69:22, 81:3,
87:19, 92:5, 103:21,
111:9, 131:15,
131:18, 175:17,
186:20, 191:8,
196:21, 211:25,
214:4, 214:22,
216:3, 216:14,
226:1, 226:2, 267:20
**seated** [14] - 7:8, 7:10,
7:25, 11:12, 12:18,
15:11, 15:17, 15:24,
24:9, 31:12, 47:21,
65:21, 112:2, 217:24
**seating** [1] - 216:13
**seats** [6] - 216:1,
216:7, 216:8,
220:17, 225:23

**second** [9] - 14:7,
146:12, 179:14,
201:23, 230:18,
235:13, 259:6,
259:8, 260:6
**Secret** [4] - 17:3,
93:22, 94:10, 238:8
**secret** [2] - 156:2,
198:3
**secretary** [6] - 19:12,
40:5, 48:7, 135:18,
139:22, 191:23
**Section** [1] - 250:21
**section** [3] - 250:23,
250:24, 251:5
**secure** [4] - 220:18,
238:8, 238:10,
238:17
**securing** [1] - 57:14
**security** [27] - 19:16,
32:9, 93:17, 99:25,
111:19, 114:10,
114:25, 141:12,
141:22, 147:1,
169:23, 182:3,
182:6, 182:12,
182:19, 187:25,
192:19, 198:8,
198:12, 198:23,
205:13, 205:19,
206:1, 207:5,
250:25, 259:23
**see** [187] - 14:4, 16:10,
24:21, 25:25, 26:18,
27:14, 28:3, 28:22,
29:4, 29:16, 30:6,
30:23, 31:1, 31:17,
32:4, 33:4, 34:20,
36:14, 37:6, 39:7,
39:23, 40:14, 40:23,
41:9, 44:4, 44:20,
46:3, 46:17, 47:5,
48:2, 50:12, 50:23,
51:12, 51:21, 54:5,
54:24, 56:22, 60:5,
62:19, 64:7, 64:10,
64:23, 66:2, 67:10,
69:13, 70:7, 70:25,
73:5, 73:8, 73:17,
74:10, 77:15, 78:8,
79:23, 80:20, 81:14,
84:10, 85:4, 86:2,
87:24, 88:10, 89:3,
91:3, 91:16, 91:17,
92:10, 93:8, 96:3,
96:14, 97:17, 97:21,
99:7, 102:13, 104:2,
106:14, 107:6,
108:3, 110:21,
111:13, 112:4,

113:3, 113:7,
113:23, 115:10,
117:22, 120:17,
122:4, 123:1,
125:12, 127:9,
127:25, 128:4,
128:9, 128:22,
129:4, 130:12,
130:23, 131:23,
134:14, 135:8,
137:18, 137:21,
139:1, 144:24,
148:14, 149:16,
150:7, 150:22,
153:5, 154:17,
154:23, 155:6,
157:11, 159:18,
161:11, 161:20,
162:3, 163:11,
166:15, 168:4,
168:11, 168:16,
170:4, 171:20,
172:21, 173:19,
174:2, 174:17,
176:9, 181:3,
181:18, 183:11,
184:5, 184:23,
186:6, 187:1, 191:2,
191:12, 193:25,
195:22, 196:3,
196:10, 197:2,
198:7, 198:16,
199:22, 200:18,
201:8, 201:17,
202:9, 202:17,
204:23, 205:18,
207:17, 208:8,
211:12, 213:13,
215:3, 231:5,
234:18, 235:9,
240:23, 241:11,
241:13, 244:22,
248:11, 251:15,
251:17, 252:12,
252:17, 256:10,
256:15, 256:19,
257:19, 262:12,
267:24, 270:22,
271:25, 272:4,
272:14, 272:22,
273:2, 275:12,
276:22, 280:13
**seeing** [1] - 230:5
**seek** [2] - 18:7, 177:10
**seeking** [1] - 262:22
**seem** [1] - 64:18
**seemingly** [1] - 232:19
**select** [6] - 8:2, 8:8,
9:9, 10:18, 12:1,
12:8

**Select** [2] - 18:9, 148:4
**selected** [24] - 5:19, 6:16, 7:19, 11:5, 12:12, 13:2, 18:6, 19:1, 44:24, 64:14, 116:4, 118:1, 123:4, 123:19, 123:21, 126:3, 160:12, 162:18, 178:6, 212:13, 218:3, 225:20, 225:22, 229:14
**selecting** [2] - 5:1, 11:19
**SELECTION** [1] - 1:6
**selection** [7] - 4:22, 5:4, 5:18, 8:1, 8:8, 215:8, 225:12
**selections** [1] - 215:10
**self** [1] - 148:10
**self-knowledge** [1] - 148:10
**sell** [1] - 125:9
**semicircle** [1] - 256:14
**Senate** [9] - 78:2, 145:16, 150:5, 150:21, 237:12, 250:5, 252:15, 261:8
**Senator** [2] - 150:24, 176:20
**senator** [1] - 150:25
**senators** [3] - 150:3, 150:15, 150:17
**send** [4] - 38:21, 213:25, 230:11, 234:16
**senior** [4] - 68:23, 69:2, 139:10, 176:19
**sense** [4] - 219:2, 270:2, 270:12, 278:14
**senses** [1] - 155:16
**sensitive** [1] - 55:15
**sentence** [1] - 174:1
**separate** [4] - 13:11, 222:15, 250:13, 250:14
**separated** [1] - 246:15
**Sergeant** [12] - 16:25, 74:4, 261:9, 268:17, 273:21, 274:14, 274:20, 275:1, 277:23, 278:25, 279:1, 279:8
**sergeant** [5] - 170:1, 170:20, 256:25, 239:5, 239:8
**series** [2] - 9:10, 9:25

**serious** [1] - 226:4
**serve** [31] - 5:19, 8:3, 8:5, 11:5, 14:13, 14:19, 19:1, 20:22, 21:1, 22:22, 25:10, 44:24, 64:15, 82:14, 82:25, 116:4, 118:1, 123:4, 123:19, 123:22, 126:3, 136:16, 136:18, 140:18, 143:17, 160:12, 162:18, 178:7, 212:13, 230:21, 247:15
**served** [4] - 20:19, 25:21, 106:21, 146:14
**service** [9] - 6:25, 13:5, 20:21, 86:16, 218:6, 218:15, 229:19, 230:13, 230:15
**Service** [5] - 17:3, 93:22, 94:10, 183:7, 238:8
**services** [5] - 9:2, 181:3, 191:2, 202:10, 218:13
**Services** [2] - 105:13, 207:9
**serving** [3] - 9:1, 9:3, 119:3
**SES** [1] - 69:10
**Session** [5] - 237:13, 237:17, 243:22, 243:23, 245:9
**session** [2] - 238:4, 261:5
**set** [5] - 6:18, 175:1, 238:4, 242:6, 279:2
**settings** [1] - 163:25
**settle** [1] - 181:10
**settled** [1] - 171:17
**settlement** [1] - 171:16
**seven** [7] - 26:15, 42:17, 74:23, 75:3, 77:23, 124:4, 130:3
**seven-hour** [1] - 124:4
**several** [7] - 53:18, 101:17, 115:6, 141:20, 187:8, 202:23, 202:25
**sexual** [1] - 193:17
**Shakespeare** [1] - 53:24
**shall** [5] - 8:19, 63:7, 225:10, 268:11, 283:18
**share** [1] - 229:25,

276:21
**shared** [4] - 155:10, 155:11, 165:4, 230:4
**sheer** [1] - 236:8
**sheet** [9] - 9:13, 9:14, 10:13, 13:25, 27:14, 28:22, 30:7, 68:21, 212:8
**shelf** [1] - 47:22
**sheriff** [1] - 100:3
**shields** [2] - 238:24, 238:25
**shifts** [1] - 223:8
**SHIRINE** [1] - 1:21
**Shirine** [2] - 3:13, 15:2
**shocked** [1] - 146:23
**shop** [1] - 112:15
**short** [10] - 77:10, 81:8, 234:4, 234:5, 234:15, 234:23, 235:2, 241:6, 277:6, 281:24
**shorthand** [1] - 1:24
**shortly** [3] - 23:23, 122:3, 219:5
**shot** [2] - 281:13, 281:14
**shots** [1] - 266:2
**show** [15] - 198:2, 238:18, 241:22, 243:10, 244:8, 251:14, 253:14, 254:16, 256:22, 265:20, 266:24, 270:9, 274:19, 278:25, 279:19
**showing** [5] - 255:9, 258:9, 259:2, 264:3, 277:7
**shown** [1] - 279:15
**shows** [4] - 9:6, 60:17, 244:13, 277:24
**shuffling** [1] - 215:1
**shy** [3] - 53:10, 53:13, 88:22
**sibling** [1] - 192:14
**sic** [5] - 42:9, 85:19, 120:23, 174:13, 181:25
**sick** [1] - 137:16
**side** [31] - 3:12, 8:10, 23:9, 23:18, 23:21, 23:25, 24:5, 78:2, 89:24, 143:25, 145:16, 168:21, 168:22, 214:5, 214:6, 227:22, 252:17, 252:18, 252:22, 254:4, 254:11, 254:15,

255:14, 255:17, 255:19, 261:6, 265:17, 282:1, 282:5, 282:9, 282:15
**sides** [4] - 148:9, 225:8, 235:3, 272:25
**siege** [1] - 238:8
**sightseeing** [1] - 243:18
**sign** [2] - 46:8, 46:12
**signatory** [1] - 283:20
**signed** [4] - 45:15, 263:24, 263:25, 280:18
**significant** [4] - 22:21, 82:13, 82:24, 156:5
**signs** [1] - 238:1
**similar** [3] - 146:25, 172:5, 175:1
**similarly** [1] - 164:15
**simple** [3] - 10:1, 232:18, 244:8
**simply** [13] - 21:13, 250:3, 268:15, 268:16, 269:9, 270:3, 271:21, 272:22, 275:1, 275:12, 282:10, 282:11, 283:2
**single** [1] - 267:9
**sister** [14] - 92:16, 93:4, 93:10, 104:25, 105:7, 105:11, 105:17, 135:14, 135:16, 135:21, 135:25, 185:2, 185:8, 188:16
**sit** [14] - 4:16, 18:19, 24:12, 96:9, 103:12, 137:12, 137:15, 160:8, 160:10, 201:17, 215:8, 215:11, 217:8, 274:8
**site** [3] - 238:21, 239:21, 240:25
**sites** [1] - 229:6
**sits** [1] - 255:16
**sitter** [1] - 50:10
**sitting** [8] - 22:18, 103:13, 160:5, 160:13, 214:17, 247:23, 247:24, 270:25
**situation** [5] - 46:16, 53:2, 119:20, 154:25, 171:23
**situations** [1] - 174:9
**six** [13] - 30:15, 42:17, 77:23, 101:5, 102:3, 130:3, 147:7, 177:2,

177:3, 206:13, 207:13, 233:17
**Sixth** [2] - 8:20, 198:5
**size** [1] - 6:17
**skeptical** [1] - 173:6
**sky** [1] - 16:11
**Sleeper** [1] - 1:18
**slides** [1] - 271:14
**slightly** [1] - 276:7
**slowly** [2] - 58:11, 82:21
**small** [7] - 86:19, 111:22, 160:10, 176:18, 236:17, 240:18, 242:25
**smaller** [2] - 6:18, 255:5
**smart** [1] - 242:21
**smashed** [2] - 35:9, 37:18
**smashing** [1] - 38:20
**snacks** [2] - 267:12, 267:15
**so..** [4] - 49:22, 93:23, 95:4, 100:14
**social** [3] - 18:12, 138:3, 229:5
**socialize** [1] - 100:12
**soft** [1] - 52:23
**sole** [4] - 71:7, 72:3, 227:7, 237:13
**solely** [3] - 22:15, 189:10, 231:25
**someone** [8] - 37:25, 38:6, 38:20, 38:21, 117:2, 165:8, 225:16, 231:13
**sometime** [1] - 45:3
**sometimes** [12] - 13:6, 14:6, 39:4, 83:4, 93:6, 93:7, 110:13, 122:2, 220:23, 227:11, 243:2
**somewhat** [4] - 10:16, 11:23, 164:11, 165:1
**somewhere** [2] - 23:19, 56:8
**soon** [1] - 231:11
**Sorry** [1] - 197:25
**sorry** [32] - 4:4, 41:17, 43:5, 58:12, 65:7, 71:2, 73:19, 75:2, 95:19, 132:9, 138:9, 144:15, 149:20, 153:20, 155:1, 158:2, 158:5, 163:9, 170:8, 180:2, 183:1, 183:4, 189:23, 255:25, 260:7, 262:19, 268:16,

269:21, 272:7,
275:23, 278:7
**sort** [15] - 48:16, 80:3,
84:4, 85:19, 85:25,
86:18, 86:24, 86:25,
164:24, 189:19,
199:15, 210:24,
268:9, 281:13,
281:15
**sound** [4] - 11:23,
200:7, 260:20,
282:17
**sounds** [4] - 36:10,
75:20, 277:16,
281:23
**source** [2] - 18:3,
96:17
**sources** [1] - 233:6
**South** [5] - 32:7,
209:24, 210:3,
210:9, 211:7
**Southeast** [2] - 205:5,
205:11
**Spain** [3] - 66:10,
66:12, 66:13
**SPAN** [1] - 242:22
**speakers** [1] - 279:19
**speaking** [6] - 5:23,
5:24, 5:25, 6:3,
12:10, 55:20
**speaks** [1] - 246:22
**Special** [3] - 1:21,
3:11, 16:24
**special** [26] - 6:17,
17:20, 30:16, 31:20,
32:2, 57:2, 70:12,
77:18, 78:3, 85:7,
104:6, 108:8, 114:1,
140:23, 149:25,
162:23, 166:19,
181:22, 193:2,
197:8, 200:23,
202:21, 205:2,
208:14, 237:13,
249:21
**specialized** [1] -
208:19
**specific** [4] - 46:14,
119:20, 245:17,
268:22
**specifically** [9] -
13:13, 18:4, 49:21,
63:24, 146:4, 205:5,
207:5, 207:13,
222:18
**specifics** [1] - 33:15
**specifies** [1] - 237:17
**speculate** [1] - 228:6
**speculating** [1] -
277:19

**spell** [1] - 248:19
**spend** [6] - 13:3,
70:16, 70:20, 234:9,
277:3, 281:21
**spending** [1] - 70:19
**spent** [4] - 75:20,
78:4, 134:10, 141:1
**spice** [1] - 282:12
**spicing** [1] - 282:2
**spit** [1] - 158:20
**spoken** [15] - 52:24,
57:21, 63:3, 145:22,
162:7, 162:14,
163:14, 163:21,
163:24, 164:2,
164:14, 169:3,
176:22, 176:23,
203:6
**spots** [1] - 115:16
**spouse** [4] - 22:21,
42:2, 82:13, 82:24
**spray** [1] - 240:9
**St** [1] - 142:16
**staff** [28] - 6:22, 17:13,
24:14, 38:4, 40:19,
57:11, 69:25, 78:1,
78:10, 78:16, 146:6,
146:7, 146:9,
146:11, 146:14,
149:8, 150:6,
150:15, 150:21,
151:1, 161:23,
176:19, 176:20,
215:21, 217:25,
218:8, 249:25,
260:24
**staffer** [6] - 141:1,
141:6, 145:3,
145:12, 146:3,
146:16
**staffers** [3] - 63:2,
78:5, 202:25
**stage** [8] - 215:8,
240:24, 253:16,
254:6, 254:10,
254:14, 255:14,
256:21
**stairs** [1] - 254:15
**stamp** [1] - 263:20
**stamped** [1] - 265:12
**stamps** [3] - 262:6,
263:16, 263:22
**stand** [18] - 14:25,
15:1, 15:5, 15:7,
15:14, 15:21, 17:11,
156:7, 156:15,
218:2, 224:6,
224:20, 239:20,
241:25, 246:6,
248:24, 267:4,

273:22
**standing** [1] - 265:16
**Stanton** [2] - 197:12,
198:5
**start** [11] - 88:11,
159:21, 166:17,
175:3, 187:2,
218:25, 234:3,
234:20, 267:9,
267:17, 282:6
**started** [6] - 48:17,
75:12, 146:10,
146:13, 163:10,
182:22
**starting** [7] - 18:20,
40:2, 55:3, 161:22,
191:14, 200:21,
202:19
**starts** [1] - 255:24
**state** [11] - 19:15,
93:16, 99:24,
111:18, 169:22,
182:18, 187:24,
192:18, 198:22,
240:13, 249:12
**State** [1] - 206:11
**statement** [13] - 64:2,
99:17, 180:10,
221:22, 223:21,
223:22, 227:18,
235:19, 236:1,
270:19, 272:21,
280:7
**statements** [11] -
223:20, 223:24,
224:3, 225:4, 227:2,
234:24, 235:4,
271:20, 271:21,
282:4, 282:7
**STATES** [4] - 1:1, 1:2,
1:7, 1:9
**States** [30] - 1:9, 3:2,
3:7, 3:8, 3:10, 5:5,
13:9, 13:12, 14:21,
14:22, 14:23, 17:1,
17:2, 17:3, 17:18,
56:12, 66:12, 107:3,
211:6, 221:10,
222:14, 222:17,
236:14, 249:15,
263:2, 263:5, 263:6,
263:10, 263:12,
263:25
**statistician** [1] -
210:16
**statistics** [2] - 210:21,
211:3
**statutory** [1] - 79:2
**stay** [1] - 214:23
**staying** [3] - 125:3,

189:18, 189:25
**Steal** [1] - 243:6
**stemming** [1] - 241:3
**stenographic** [1] -
283:14
**step** [3] - 223:18,
240:22, 248:23
**stepmother** [1] - 188:2
**steps** [1] - 141:13
**still** [18] - 38:2, 42:9,
74:15, 120:24,
141:3, 141:21,
145:5, 145:15,
145:19, 158:5,
177:24, 195:14,
196:7, 205:6,
205:22, 237:3,
265:24, 266:2
**stipulate** [3] - 222:1,
222:5, 263:8
**stipulated** [1] - 222:7
**Stipulation** [1] -
262:21
**stipulation** [7] - 222:2,
262:9, 262:11,
262:17, 263:3,
280:18, 280:25
**stolen** [5] - 35:10,
43:4, 43:21, 110:18,
194:21
**stood** [1] - 74:4
**Stop** [1] - 243:6
**stop** [3] - 36:2, 235:5,
238:6
**Stoppers** [1] - 21:8
**store** [6] - 120:15,
120:21, 120:24,
121:4, 243:3
**stores** [4] - 119:21,
120:18, 121:7,
121:24
**stories** [5] - 42:4,
42:15, 56:20,
146:19, 147:18
**storming** [1] - 57:17
**story** [4] - 58:2, 58:18,
100:6, 244:19
**straightforward** [2] -
10:17, 12:7
**strategic** [1] - 109:10
**strategically** [1] - 6:7
**strategy** [3] - 155:16,
155:19, 156:5
**Street** [4] - 1:10, 1:18,
182:9, 250:12
**street** [2] - 198:11,
205:17
**stress** [1] - 230:8
**stricken** [2] - 228:8,
228:11

**strike** [17] - 47:1, 47:6,
47:8, 59:11, 62:4,
65:7, 72:14, 76:22,
87:10, 95:19, 161:2,
165:22, 180:20,
180:24, 190:20,
202:2, 204:5
**strikes** [2] - 47:4,
117:5
**strong** [5] - 61:16,
61:17, 83:6, 83:10,
83:18
**strongly** [1] - 180:5
**structural** [7] - 150:17,
151:13, 151:14,
151:15, 151:18,
151:20, 151:23
**structure** [2] - 256:10,
256:12
**struggle** [2] - 239:10,
239:12
**student** [3] - 40:17,
40:22, 40:23
**studied** [24] - 19:10,
30:21, 32:20, 40:3,
48:5, 51:15, 78:21,
81:17, 88:1, 92:13,
98:3, 104:23,
108:25, 127:11,
135:11, 142:4,
152:2, 178:15,
184:25, 185:2,
187:4, 191:15,
206:7, 209:1
**study** [2] - 79:7,
109:24
**stuff** [2] - 197:19,
198:1
**subject** [13] - 20:5,
24:23, 33:24, 73:16,
100:22, 101:8,
105:23, 119:8,
136:7, 152:17,
188:12, 193:9,
260:20
**submit** [8] - 46:1,
228:21, 228:25,
233:17, 233:21,
260:3, 260:15,
260:17
**submitted** [7] -
154:20, 155:2,
155:3, 155:5,
228:15, 228:17,
274:13
**substitute** [1] - 218:24
**successively** [1] -
146:11
**Sudan** [3] - 35:11,
35:16, 35:23

**sudden** [1] - 118:4
**suddenly** [1] - 225:15
**suggest** [4] - 155:25, 156:9, 156:10, 157:7
**suggests** [1] - 227:12
**suicidal** [2] - 137:13, 137:16
**Suite** [1] - 1:13
**summaries** [1] - 226:21
**summer** [1] - 163:9
**SUMMERS** [1] - 248:22
**Summers** [5] - 2:3, 17:2, 248:18, 248:23, 252:15
**summers** [1] - 249:13
**summons** [1] - 97:16
**super** [2] - 99:4, 99:13
**Superfund** [1] - 105:10
**superior** [3] - 127:19, 129:3, 192:13
**Superior** [1] - 42:8
**support** [3] - 174:8, 225:3, 243:10
**supporter** [1] - 61:7
**supporters** [2] - 189:22, 189:24
**suppose** [2] - 56:20, 208:20
**supposed** [4] - 118:5, 123:7, 277:9, 277:12
**surprise** [1] - 45:13
**surprised** [1] - 123:9
**surveillance** [2] - 261:12, 261:23
**survive** [1] - 132:18
**suspect** [1] - 132:11
**sustain** [2] - 221:16, 228:4
**swab** [1] - 158:1, 158:10
**swabbing** [1] - 156:17
**swear** [2] - 11:3, 217:19
**sweatshirt** [1] - 241:14
**swept** [3] - 238:12, 246:16, 247:5
**sworn** [10] - 11:11, 11:13, 143:24, 218:3, 218:18, 226:11, 227:10, 248:22, 249:24, 249:25
**swung** [1] - 240:8
**symbol** [1] - 236:23
**system** [11] - 8:11, 8:15, 8:21, 36:22,

61:21, 99:5, 106:16, 189:2, 247:17, 250:25, 264:13

## T

**table** [6] - 3:9, 3:11, 3:12, 3:19, 7:25, 15:6
**taker's** [1] - 220:13
**talkies** [1] - 215:23
**tall** [2] - 238:23, 256:12
**tape** [1] - 279:23
**task** [1] - 6:24
**taught** [1] - 142:12
**taxes** [1] - 9:4
**teach** [2] - 142:10, 142:14
**teacher** [2] - 26:10, 84:1
**Teachers** [1] - 83:24
**teachers'** [1] - 84:9
**teaching** [2] - 174:7, 174:9
**team** [1] - 90:14
**tear** [1] - 239:13
**tech** [3] - 16:11, 109:11, 109:21
**technical** [2] - 207:4, 271:24
**technically** [3] - 29:14, 109:4, 109:5
**technician** [1] - 53:22
**technologies** [1] - 112:23
**technology** [3] - 36:6, 36:8, 90:17
**teenager** [1] - 172:22
**telecommunications** [1] - 16:11
**television** [3] - 18:11, 231:20, 251:8
**temperature** [2] - 156:24, 157:2
**tempted** [1] - 231:23
**ten** [12] - 29:11, 29:12, 54:4, 67:4, 67:5, 88:23, 128:7, 136:22, 137:20, 163:23, 215:1, 215:2
**ten-minute** [1] - 215:2
**tend** [3] - 21:12, 21:15, 240:7
**tendency** [1] - 230:18
**tenor** [1] - 167:12
**Tent** [1] - 258:5
**Teresa** [3] - 7:14, 81:7, 175:18

**term** [5] - 11:15, 100:16, 179:14, 232:20, 269:25
**terminology** [1] - 99:10
**terms** [5] - 106:21, 208:18, 221:6, 268:6, 280:2
**terrace** [13] - 236:22, 238:19, 239:25, 255:6, 257:16, 258:1, 264:8, 264:17, 265:18, 274:18, 274:21, 279:3, 279:12
**terrace's** [1] - 238:21
**terrible** [1] - 172:24
**test** [1] - 159:7
**tested** [2] - 118:7, 118:10
**testified** [17] - 20:10, 20:17, 35:6, 38:24, 43:1, 49:18, 66:5, 101:13, 119:17, 132:3, 156:2, 194:11, 209:19, 222:6, 222:9, 254:5, 264:16
**testifies** [5] - 157:8, 157:10, 157:12, 157:22, 246:22
**testify** [11] - 16:3, 22:2, 112:13, 132:11, 156:11, 156:14, 158:23, 158:25, 199:11, 203:22, 246:6
**testifying** [13] - 5:24, 42:15, 75:19, 100:18, 130:21, 156:4, 157:5, 157:15, 157:17, 170:22, 183:17, 193:1, 249:2
**testimony** [37] - 16:1, 16:3, 21:13, 21:16, 21:17, 38:23, 42:19, 53:7, 58:21, 61:12, 66:23, 67:22, 68:1, 74:12, 103:3, 157:21, 170:21, 172:2, 173:7, 188:8, 193:5, 202:23, 219:15, 221:17, 222:5, 222:7, 225:16, 226:16, 226:20, 226:21, 227:10, 227:15, 232:21, 244:9, 244:13, 245:24

**testing** [4] - 40:22, 117:17, 158:20
**Texas** [1] - 80:19
**text** [5] - 114:19, 168:10, 169:2, 169:8, 230:12
**texting** [1] - 230:9
**texts** [2] - 168:7, 232:17
**thankful** [1] - 5:8
**thanking** [1] - 5:6
**THE** [2084] - 1:1, 1:6, 1:9, 1:16, 3:2, 3:14, 3:22, 3:24, 4:2, 4:5, 4:7, 4:9, 4:13, 4:15, 4:19, 11:12, 16:9, 16:17, 16:22, 17:5, 17:9, 20:12, 20:14, 24:12, 24:15, 24:19, 24:20, 25:2, 25:5, 25:6, 25:7, 25:8, 25:10, 25:11, 25:12, 25:14, 25:15, 25:17, 25:18, 25:19, 25:20, 25:22, 25:25, 26:5, 26:6, 26:8, 26:9, 26:10, 26:11, 26:12, 26:13, 26:15, 26:17, 26:21, 26:23, 27:4, 27:6, 27:8, 27:12, 27:13, 27:16, 27:17, 27:19, 27:20, 27:21, 27:22, 27:24, 27:25, 28:1, 28:2, 28:6, 28:8, 28:11, 28:13, 28:15, 28:17, 28:18, 28:19, 28:20, 28:24, 29:1, 29:2, 29:4, 29:6, 29:8, 29:11, 29:13, 29:14, 29:16, 29:19, 29:21, 29:24, 30:2, 30:4, 30:5, 30:9, 30:10, 30:12, 30:14, 30:15, 30:16, 30:18, 30:19, 30:20, 30:21, 30:22, 30:23, 30:25, 31:1, 31:4, 31:6, 31:9, 31:12, 31:23, 32:4, 32:6, 32:9, 32:14, 32:18, 32:24, 33:2, 33:3, 33:4, 33:6, 33:10, 33:13, 33:16, 33:21, 33:22, 34:3, 34:7, 34:8, 34:10, 34:12, 34:16, 34:18, 34:22, 34:23, 34:24, 35:3, 35:4, 35:8, 35:12, 35:14, 35:16, 35:18, 36:2, 36:4, 36:5,

36:6, 36:9, 36:13, 36:14, 36:17, 36:19, 36:24, 37:7, 37:10, 37:12, 37:16, 37:21, 37:22, 38:3, 38:5, 38:6, 38:13, 38:18, 38:22, 38:25, 39:1, 39:6, 39:7, 39:10, 39:12, 39:15, 39:18, 39:21, 39:22, 39:25, 40:1, 40:8, 40:9, 40:10, 40:12, 40:13, 40:14, 40:16, 40:18, 40:20, 40:21, 40:23, 41:2, 41:3, 41:7, 41:8, 41:13, 41:17, 41:21, 42:2, 42:7, 42:8, 42:9, 42:11, 42:13, 42:17, 42:18, 42:21, 42:23, 43:3, 43:5, 43:6, 43:7, 43:8, 43:10, 43:12, 43:13, 43:15, 43:16, 43:19, 43:20, 43:22, 43:23, 43:24, 43:25, 44:3, 44:4, 44:7, 44:9, 44:12, 44:15, 44:17, 44:19, 45:2, 45:6, 45:8, 45:9, 45:12, 45:17, 45:21, 46:3, 46:5, 46:7, 46:8, 46:9, 46:10, 46:11, 46:13, 46:15, 46:17, 46:18, 46:20, 46:25, 47:9, 47:12, 47:14, 47:17, 47:19, 47:20, 47:21, 47:25, 48:1, 48:10, 48:13, 48:15, 48:20, 48:22, 48:23, 48:25, 49:1, 49:3, 49:6, 49:8, 49:10, 49:14, 49:15, 49:21, 49:23, 49:24, 49:25, 50:1, 50:2, 50:3, 50:5, 50:6, 50:7, 50:9, 50:12, 50:15, 50:16, 50:18, 50:19, 50:22, 50:23, 51:1, 51:3, 51:6, 51:9, 51:11, 51:12, 51:18, 51:21, 51:22, 51:24, 52:1, 52:4, 52:6, 52:8, 52:10, 52:12, 52:17, 52:18, 52:23, 53:3, 53:5, 53:6, 53:9, 53:10, 53:12, 53:13, 53:15, 53:19, 53:21, 53:23, 53:24, 54:1, 54:2, 54:5, 54:8, 54:11, 54:13, 54:15, 54:17,

54:19, 54:21, 54:23,
55:2, 55:3, 55:8,
55:10, 55:12, 55:16,
55:17, 55:18, 55:21,
55:22, 55:25, 56:2,
56:5, 56:9, 56:15,
56:17, 56:22, 56:24,
56:25, 57:5, 57:9,
57:10, 57:21, 57:24,
58:3, 58:7, 58:10,
58:12, 58:17, 58:23,
58:25, 59:3, 59:4,
59:7, 59:12, 59:15,
59:18, 59:23, 60:2,
60:3, 60:10, 60:11,
60:12, 60:13, 60:14,
60:15, 60:16, 60:19,
60:22, 60:24, 61:1,
61:2, 61:6, 61:9,
61:10, 61:11, 61:14,
61:17, 61:20, 61:23,
62:1, 62:5, 62:7,
62:9, 62:10, 62:11,
62:14, 62:17, 62:19,
62:25, 63:3, 63:5,
63:6, 63:12, 63:13,
63:14, 63:16, 63:18,
63:19, 63:20, 63:22,
64:1, 64:3, 64:4,
64:5, 64:6, 64:7,
64:8, 64:11, 64:12,
64:14, 64:20, 64:23,
65:2, 65:4, 65:8,
65:11, 65:13, 65:16,
65:17, 65:19, 65:20,
65:21, 65:23, 65:24,
66:8, 66:11, 66:13,
66:14, 66:15, 66:17,
66:19, 66:20, 66:24,
66:25, 67:2, 67:3,
67:4, 67:5, 67:6,
67:7, 67:8, 67:10,
67:13, 67:15, 67:20,
67:22, 68:2, 68:5,
68:7, 68:9, 68:11,
68:13, 68:15, 68:19,
68:20, 68:23, 68:25,
69:1, 69:2, 69:4,
69:8, 69:10, 69:13,
69:16, 69:18, 69:21,
69:23, 70:1, 70:4,
70:6, 70:9, 70:10,
70:15, 70:22, 70:23,
70:25, 71:2, 71:3,
71:5, 71:11, 71:14,
71:18, 71:20, 71:23,
72:1, 72:10, 72:15,
72:18, 72:21, 72:25,
73:1, 73:2, 73:3,
73:4, 73:7, 73:8,
73:12, 73:17, 73:19,

73:21, 74:3, 74:7,
74:8, 74:10, 74:14,
74:15, 74:16, 74:17,
74:19, 74:20, 74:22,
75:1, 75:2, 75:6,
75:7, 75:9, 75:11,
75:15, 75:16, 75:18,
75:21, 75:22, 75:24,
76:3, 76:5, 76:12,
76:13, 76:14, 76:17,
76:19, 76:21, 76:24,
77:1, 77:4, 77:7,
77:8, 77:10, 77:14,
77:15, 77:20, 77:21,
77:22, 78:8, 78:12,
78:14, 78:18, 78:19,
78:24, 79:6, 79:11,
79:12, 79:14, 79:15,
79:16, 79:17, 79:18,
79:20, 79:22, 79:23,
80:1, 80:5, 80:9,
80:11, 80:12, 80:13,
80:14, 80:15, 80:16,
80:18, 80:20, 80:23,
80:25, 81:2, 81:4,
81:5, 81:10, 81:12,
81:13, 81:20, 81:23,
82:1, 82:3, 82:5,
82:6, 82:10, 82:11,
82:17, 82:20, 82:22,
82:23, 83:2, 83:4,
83:7, 83:11, 83:16,
83:17, 83:20, 83:21,
83:23, 84:1, 84:2,
84:3, 84:4, 84:6,
84:8, 84:10, 84:13,
84:15, 84:18, 84:22,
84:24, 84:25, 85:1,
85:2, 85:3, 85:9,
85:10, 85:11, 85:17,
85:18, 85:20, 85:22,
86:2, 86:6, 86:10,
86:14, 86:21, 86:23,
87:3, 87:6, 87:12,
87:14, 87:16, 87:18,
87:21, 87:23, 88:4,
88:10, 88:12, 88:13,
88:16, 88:17, 88:18,
88:20, 88:22, 88:25,
89:1, 89:3, 89:4,
89:5, 89:6, 89:7,
89:8, 89:9, 89:13,
89:17, 89:18, 89:20,
89:23, 89:25, 90:2,
90:4, 90:9, 90:11,
90:13, 90:19, 90:22,
91:3, 91:5, 91:7,
91:8, 91:9, 91:11,
91:12, 91:14, 91:16,
91:19, 91:21, 91:24,
92:3, 92:5, 92:8,

92:9, 92:16, 92:18,
92:20, 92:22, 92:25,
93:2, 93:3, 93:4,
93:6, 93:8, 93:13,
93:14, 93:21, 93:24,
94:1, 94:2, 94:5,
94:6, 94:8, 94:9,
94:11, 94:12, 94:14,
94:15, 94:16, 94:17,
94:20, 94:21, 95:1,
95:2, 95:3, 95:5,
95:7, 95:8, 95:9,
95:10, 95:13, 95:14,
95:16, 95:20, 95:22,
95:24, 96:1, 96:2,
96:5, 96:6, 96:8,
96:12, 96:13, 96:20,
96:24, 96:25, 97:1,
97:2, 97:4, 97:6,
97:7, 97:10, 97:15,
97:18, 97:21, 98:1,
98:2, 98:6, 98:9,
98:12, 98:14, 98:15,
98:17, 98:21, 98:22,
98:25, 99:1, 99:3,
99:7, 99:8, 99:11,
99:13, 99:17, 99:20,
99:21, 100:2, 100:5,
100:6, 100:7, 100:9,
100:12, 100:13,
100:15, 100:19,
100:20, 100:25,
101:2, 101:3, 101:4,
101:5, 101:7,
101:10, 101:11,
101:16, 101:19,
101:20, 101:22,
101:23, 101:25,
102:1, 102:4, 102:7,
102:9, 102:12,
102:13, 102:16,
102:18, 102:23,
102:25, 103:5,
103:7, 103:9,
103:10, 103:15,
103:16, 103:19,
103:20, 103:21,
103:23, 103:24,
104:1, 104:2, 104:8,
104:13, 104:15,
104:17, 104:21,
104:22, 104:25,
105:4, 105:5, 105:6,
105:8, 105:15,
105:21, 105:22,
106:2, 106:6, 106:8,
106:9, 106:11,
106:14, 106:18,
106:19, 106:20,
106:24, 107:1,
107:4, 107:5, 107:6,

107:9, 107:11,
107:13, 107:15,
107:19, 107:20,
107:23, 107:25,
108:2, 108:5, 108:6,
108:10, 108:13,
108:15, 108:17,
108:19, 108:20,
108:23, 108:24,
109:3, 109:5, 109:7,
109:9, 109:10,
109:12, 109:14,
109:15, 109:17,
109:19, 109:21,
109:23, 110:3,
110:4, 110:9,
110:14, 110:18,
110:20, 110:23,
110:25, 111:3,
111:8, 111:11,
111:12, 111:15,
111:16, 111:21,
111:24, 112:1,
112:4, 112:5, 112:7,
112:9, 112:10,
112:14, 112:16,
112:18, 112:20,
112:21, 112:24,
113:1, 113:3, 113:5,
113:9, 113:11,
113:14, 113:18,
113:20, 113:22,
113:23, 114:4,
114:6, 114:8, 114:9,
114:11, 114:13,
114:16, 114:17,
114:18, 114:23,
115:2, 115:3, 115:5,
115:8, 115:12,
115:13, 115:18,
115:20, 115:25,
116:1, 116:7,
116:10, 116:11,
116:14, 116:16,
116:19, 116:22,
117:4, 117:7, 117:9,
117:14, 117:17,
117:18, 117:20,
117:21, 118:3,
118:10, 118:16,
118:18, 118:21,
119:1, 119:4, 119:6,
119:12, 119:15,
119:19, 120:2,
120:4, 120:6, 120:7,
120:10, 120:11,
120:14, 120:16,
120:17, 120:19,
120:20, 120:22,
120:24, 121:1,
121:4, 121:5, 121:6,

121:9, 121:11,
121:12, 121:14,
121:16, 121:22,
122:1, 122:4, 122:7,
122:9, 122:12,
122:14, 122:15,
122:18, 122:20,
122:22, 122:23,
123:6, 123:11,
123:12, 123:13,
123:14, 123:15,
123:18, 123:19,
123:21, 123:24,
124:1, 124:2, 124:3,
124:5, 124:8,
124:11, 124:12,
124:15, 124:17,
124:21, 124:25,
125:3, 125:5, 125:7,
125:10, 125:11,
125:12, 125:15,
125:21, 126:2,
126:3, 126:7, 126:8,
126:10, 126:13,
126:15, 126:22,
126:25, 127:2,
127:3, 127:4, 127:5,
127:6, 127:7, 127:8,
127:14, 127:15,
127:16, 127:18,
127:20, 127:21,
127:23, 127:25,
128:1, 128:4, 128:6,
128:9, 128:11,
128:12, 128:14,
128:15, 128:17,
128:22, 129:1,
129:4, 129:9,
129:10, 129:11,
129:14, 129:16,
129:17, 129:20,
129:22, 130:3,
130:12, 130:14,
130:15, 130:17,
130:18, 130:22,
130:23, 131:1,
131:3, 131:5, 131:7,
131:11, 131:12,
131:14, 131:16,
131:17, 131:20,
131:22, 131:24,
131:25, 132:6,
132:9, 132:10,
132:13, 132:15,
132:16, 132:17,
132:18, 132:19,
132:20, 132:22,
132:23, 132:25,
133:1, 133:3, 133:8,
133:12, 133:14,
133:16, 133:18,

133:19, 133:21,
133:22, 133:23,
133:25, 134:1,
134:2, 134:3, 134:4,
134:6, 134:7, 134:8,
134:10, 134:14,
134:17, 134:20,
134:22, 135:1,
135:3, 135:5, 135:6,
135:7, 135:8,
135:14, 135:16,
135:18, 135:19,
135:20, 135:21,
135:23, 135:24,
136:4, 136:5,
136:10, 136:11,
136:13, 136:14,
136:15, 136:16,
136:17, 136:18,
136:19, 136:21,
136:22, 136:23,
136:25, 137:1,
137:2, 137:3, 137:6,
137:7, 137:9,
137:11, 137:12,
137:14, 137:15,
137:18, 137:20,
137:21, 137:24,
138:1, 138:4, 138:6,
138:8, 138:10,
138:11, 138:12,
138:13, 138:14,
138:19, 138:20,
138:23, 138:25,
139:1, 139:5, 139:8,
139:9, 139:12,
139:13, 139:14,
139:16, 139:17,
139:19, 139:20,
139:21, 139:23,
139:25, 140:1,
140:2, 140:3, 140:4,
140:5, 140:6, 140:7,
140:12, 140:13,
140:17, 140:18,
140:20, 140:21,
140:25, 141:5,
141:8, 141:9,
141:11, 141:12,
141:15, 141:16,
141:18, 141:19,
141:20, 141:24,
142:2, 142:3, 142:7,
142:9, 142:11,
142:14, 142:15,
142:17, 142:19,
142:20, 142:21,
142:23, 143:3,
143:4, 143:10,
143:15, 143:18,
143:23, 144:1,

144:2, 144:5, 144:6,
144:7, 144:8,
144:10, 144:11,
144:12, 144:14,
144:15, 144:17,
144:20, 144:21,
144:22, 144:23,
145:1, 145:4, 145:7,
145:11, 145:14,
145:15, 145:17,
145:18, 145:20,
145:21, 145:24,
145:25, 146:2,
146:3, 146:8,
146:18, 146:21,
147:2, 147:6, 147:8,
147:11, 147:13,
147:15, 147:18,
147:22, 148:3,
148:6, 148:9,
148:13, 148:14,
148:17, 148:19,
148:21, 148:23,
149:1, 149:2, 149:6,
149:9, 149:13,
149:15, 149:18,
149:19, 149:20,
150:2, 150:2,
150:7, 150:10,
150:11, 150:13,
150:14, 150:16,
150:22, 150:24,
151:2, 151:4, 151:5,
151:6, 151:7, 151:9,
151:11, 151:12,
151:14, 151:15,
151:17, 151:18,
151:20, 151:23,
151:24, 152:4,
152:6, 152:8,
152:10, 152:14,
152:15, 152:20,
152:23, 152:24,
153:1, 153:4, 153:5,
153:8, 153:10,
153:13, 153:16,
153:18, 153:20,
153:22, 153:25,
154:2, 154:3, 154:4,
154:7, 154:8,
154:10, 154:14,
154:16, 154:19,
155:2, 155:13,
155:20, 156:16,
156:20, 157:2,
157:5, 157:13,
157:24, 158:3,
158:8, 158:13,
159:2, 159:9,
159:12, 159:14,
159:16, 159:17,

159:20, 159:21,
160:1, 160:4, 160:6,
160:7, 160:9,
160:11, 160:15,
160:16, 160:17,
160:18, 160:20,
160:21, 160:24,
161:3, 161:5, 161:8,
161:13, 161:14,
161:16, 161:18,
161:21, 161:25,
162:3, 162:5, 162:6,
162:9, 162:10,
162:12, 162:15,
162:20, 162:21,
163:1, 163:3, 163:5,
163:6, 163:8,
163:11, 163:13,
163:14, 163:16,
163:17, 163:19,
163:20, 163:23,
164:1, 164:4, 164:5,
164:7, 164:9,
164:11, 164:13,
164:15, 164:20,
164:23, 165:3,
165:7, 165:10,
165:12, 165:13,
165:16, 165:18,
165:23, 165:25,
166:2, 166:6, 166:7,
166:9, 166:10,
166:11, 166:12,
166:13, 166:21,
166:22, 166:23,
166:25, 167:2,
167:5, 167:7, 167:8,
167:10, 167:11,
167:13, 167:15,
167:16, 167:18,
167:19, 167:20,
167:21, 167:22,
168:1, 168:3, 168:4,
168:8, 168:9,
168:11, 168:14,
168:15, 168:22,
168:24, 168:25,
169:1, 169:5, 169:7,
169:11, 169:12,
169:17, 169:18,
169:19, 169:20,
169:25, 170:2,
170:3, 170:4, 170:6,
170:7, 170:8, 170:9,
170:10, 170:11,
170:13, 170:14,
170:16, 170:18,
170:23, 170:24,
171:5, 171:8, 171:9,
171:11, 171:13,
171:14, 171:16,

171:17, 171:19,
171:20, 171:24,
171:25, 172:3,
172:7, 172:11,
172:16, 172:17,
172:19, 172:20,
172:21, 172:22,
172:23, 173:1,
173:3, 173:4, 173:5,
173:9, 173:10,
173:15, 173:16,
173:17, 173:19,
173:22, 173:23,
173:25, 174:2,
174:4, 174:11,
174:12, 174:14,
174:15, 174:17,
174:20, 174:25,
175:12, 175:16,
175:20, 175:21,
175:24, 176:1,
176:3, 176:4, 176:5,
176:8, 176:9,
176:12, 176:13,
176:17, 176:22,
176:24, 176:25,
177:2, 177:3, 177:4,
177:5, 177:7,
177:13, 177:17,
177:21, 177:23,
177:24, 178:1,
178:2, 178:4, 178:5,
178:13, 178:14,
178:18, 178:20,
178:21, 178:22,
178:24, 179:1,
179:5, 179:6,
179:12, 179:19,
179:22, 179:23,
180:1, 180:9,
180:13, 180:16,
180:19, 180:22,
180:24, 181:1,
181:5, 181:6, 181:9,
181:13, 181:14,
181:15, 181:17,
181:24, 182:2,
182:5, 182:6, 182:8,
182:11, 182:15,
182:16, 182:21,
182:23, 182:24,
183:1, 183:2, 183:3,
183:4, 183:5, 183:6,
183:9, 183:10,
183:11, 183:13,
183:14, 183:19,
183:22, 183:24,
184:1, 184:2, 184:3,
184:4, 184:5, 184:8,
184:10, 184:13,
184:14, 184:15,

184:17, 184:19,
184:21, 184:22,
185:2, 185:4, 185:5,
185:7, 185:12,
185:13, 185:15,
185:17, 185:19,
185:20, 185:21,
185:23, 185:24,
186:1, 186:3, 186:4,
186:5, 186:6, 186:9,
186:11, 186:14,
186:16, 186:17,
186:19, 186:23,
186:25, 187:7,
187:10, 187:12,
187:13, 187:18,
187:19, 187:20,
187:22, 188:2,
188:5, 188:9,
188:10, 188:15,
188:18, 188:19,
188:21, 188:23,
188:24, 188:25,
189:1, 189:3, 189:4,
189:5, 189:7,
189:13, 189:15,
189:16, 189:21,
189:22, 190:3,
190:4, 190:6,
190:10, 190:16,
190:21, 190:23,
190:25, 191:7,
191:11, 191:12,
191:18, 191:20,
191:22, 191:24,
191:25, 192:3,
192:9, 192:10,
192:12, 192:15,
192:20, 192:22,
192:24, 192:25,
193:6, 193:7,
193:12, 193:15,
193:17, 193:19,
193:21, 193:22,
193:24, 193:25,
194:3, 194:4, 194:8,
194:9, 194:13,
194:15, 194:16,
194:17, 194:20,
194:22, 194:24,
194:25, 195:2,
195:3, 195:5, 195:6,
195:11, 195:14,
195:16, 195:19,
195:21, 195:22,
196:2, 196:3, 196:6,
196:7, 196:8,
196:10, 196:12,
196:14, 196:17,
196:20, 196:22,
196:23, 196:24,

196:25, 197:5,
197:6, 197:10,
197:11, 197:12,
197:13, 197:14,
197:15, 197:16,
197:18, 197:19,
197:20, 197:22,
197:23, 197:24,
198:2, 198:4, 198:7,
198:10, 198:12,
198:13, 198:15,
198:19, 198:20,
198:24, 199:3,
199:5, 199:8,
199:12, 199:13,
199:15, 199:17,
199:19, 199:22,
199:25, 200:2,
200:5, 200:7, 200:8,
200:9, 200:12,
200:17, 200:18,
200:25, 201:1,
201:2, 201:8,
201:10, 201:11,
201:13, 201:16,
201:19, 201:20,
201:22, 201:23,
201:25, 202:3,
202:5, 202:7,
202:11, 202:12,
202:14, 202:16,
202:17, 202:22,
203:1, 203:3, 203:4,
203:5, 203:6, 203:9,
203:10, 203:12,
203:14, 203:16,
203:17, 203:21,
203:22, 203:24,
204:1, 204:3, 204:6,
204:8, 204:10,
204:15, 204:17,
204:19, 204:20,
205:4, 205:6, 205:7,
205:8, 205:10,
205:12, 205:16,
205:18, 205:21,
205:25, 206:5,
206:6, 206:10,
206:12, 206:13,
206:14, 206:16,
206:17, 206:19,
206:22, 207:1,
207:2, 207:4, 207:6,
207:8, 207:10,
207:12, 207:15,
207:16, 207:17,
207:20, 207:22,
207:25, 208:5,
208:7, 208:8,
208:17, 208:21,
208:23, 208:25,

209:4, 209:7, 209:9,
209:10, 209:15,
209:17, 209:22,
209:23, 209:24,
210:2, 210:4, 210:5,
210:7, 210:8,
210:10, 210:11,
210:14, 210:15,
210:16, 210:17,
210:18, 210:20,
210:22, 211:2,
211:4, 211:8, 211:9,
211:10, 211:11,
211:12, 211:15,
211:17, 211:20,
211:24, 212:3,
212:4, 212:6, 212:7,
212:10, 212:11,
212:15, 212:23,
212:25, 213:3,
213:5, 213:6, 213:7,
213:9, 213:11,
213:13, 213:16,
213:19, 213:21,
213:25, 214:9,
214:11, 214:15,
214:19, 214:20,
215:6, 215:15,
215:18, 215:22,
215:25, 216:8,
216:11, 216:15,
217:8, 217:13,
217:16, 217:19,
217:24, 218:1,
218:4, 218:9,
218:17, 235:2,
235:9, 235:12,
235:15, 235:18,
235:21, 235:23,
236:4, 242:2, 242:6,
242:8, 248:14,
248:19, 248:21,
248:23, 249:1,
249:2, 249:4, 249:5,
252:5, 252:8,
252:10, 252:24,
253:5, 253:12,
253:24, 255:1,
255:25, 256:4,
256:7, 257:10,
257:13, 257:22,
257:23, 258:7,
258:21, 258:24,
259:13, 259:15,
259:19, 260:5,
260:7, 260:8,
260:11, 260:12,
260:13, 262:10,
262:16, 262:21,
262:24, 265:2,
265:5, 265:9, 266:7,

266:11, 266:22,
267:2, 268:1,
268:23, 269:2,
269:6, 269:11,
269:20, 269:22,
270:8, 270:14,
271:8, 271:22,
272:4, 272:6, 272:8,
272:13, 272:17,
273:2, 273:11,
273:18, 273:23,
274:3, 274:9,
275:14, 275:17,
275:24, 276:2,
276:8, 276:14,
276:20, 277:3,
277:6, 277:12,
278:4, 278:8,
278:13, 278:19,
279:11, 279:14,
280:2, 280:12,
281:1, 281:3,
281:19, 281:23,
282:13, 282:24,
283:3, 283:7
**theater** [4] - 53:21,
53:22, 53:23, 54:3
**Theater** [1] - 53:24
**THEE** [1] - 81:7
**themselves** [1] - 3:5
**therapist** [1] - 27:16
**therapy** [1] - 177:10
**thereafter** [1] - 23:23
**therefore** [3] - 22:1,
79:4, 155:17
**thievery** [2] - 119:24,
121:7
**thinking** [3] - 117:2,
156:4, 245:15
**thinks** [4] - 156:16,
157:25, 158:4, 268:6
**third** [1] - 231:13
**thirty** [1] - 189:5
**thirty-five** [1] - 189:5
**Thomas** [1] - 190:5
**thoughts** [4] - 22:12,
52:20, 160:24,
230:14
**thousands** [1] -
240:23
**threatening** [1] -
243:13
**three** [12] - 9:20, 9:23,
18:18, 37:3, 40:13,
40:14, 133:22,
136:19, 164:4,
164:8, 249:18,
274:13
**throughout** [4] -
223:4, 223:8,

261:13, 279:6
**thwart** [1] - 241:1
**TIA** [1] - 248:22
**Tia** [4] - 2:3, 17:2,
248:17, 249:13
**Tim** [1] - 3:17
**timing** [1] - 275:18
**timing-wise** [1] -
275:18
**Timothy** [3] - 15:19,
221:12, 263:24
**TIMOTHY** [1] - 1:16
**timothy_watkins@fd
.org** [1] - 1:20
**tiny** [1] - 68:16
**Tippet** [1] - 17:4
**tired** [1] - 103:13
**title** [2] - 16:21, 92:21
**Tobacco** [1] - 19:21
**today** [33] - 5:2, 7:7,
13:1, 24:18, 28:18,
55:25, 60:1, 62:16,
65:22, 70:3, 73:2,
75:19, 87:20, 92:7,
117:19, 118:15,
122:21, 127:4,
135:6, 149:12,
161:14, 161:17,
191:3, 202:8,
204:14, 215:7,
218:6, 218:15,
222:13, 229:13,
235:4, 267:23,
273:24
**together** [6] - 10:9,
89:25, 155:16,
163:25, 234:21,
237:12
**token** [2] - 271:12,
272:24
**tomorrow** [1] - 267:5
**tone** [3] - 147:13,
147:17, 177:5
**tonight** [3] - 229:12,
280:14, 281:21
**took** [2] - 147:25,
238:24
**top** [2] - 47:22, 57:16
**topic** [1] - 144:18
**topics** [1] - 90:18
**totally** [6] - 36:23,
61:8, 61:9, 110:9,
246:23, 271:1
**touch** [2] - 193:22,
252:19
**tour** [1] - 261:5
**toward** [2] - 8:9, 239:1
**towards** [4] - 179:19,
189:20, 189:23,
189:24

**tower** [1] - 256:13
**town** [7] - 53:23,
70:23, 70:24, 115:7,
123:7, 236:17,
242:25
**Toxics** [1] - 69:6
**track** [2] - 10:23, 14:2
**trade** [5] - 52:7,
144:12, 144:15,
144:17, 144:18
**Trade** [2] - 32:25, 33:3
**trades** [1] - 112:19
**Trading** [1] - 121:2
**trails** [1] - 281:16
**training** [1] - 30:16
**traitor** [1] - 239:10
**transcript** [4] - 1:25,
283:14, 283:15,
283:19
**TRANSCRIPT** [1] - 1:6
**transcription** [1] -
1:25
**transcripts** [1] -
226:21
**transfer** [2] - 236:19,
240:25
**transparent** [1] -
246:23
**transported** [1] - 7:17
**trauma** [1] - 165:4
**traumatic** [4] - 165:1,
177:8, 177:14,
201:13
**traumatized** [2] -
164:12, 203:16
**travel** [2] - 123:10,
124:5
**traveled** [1] - 245:16
**traveling** [5] - 66:9,
66:10, 123:7,
123:23, 124:2
**treason** [1] - 239:10
**treat** [1] - 247:21
**treated** [8] - 36:22,
61:21, 61:22,
106:15, 106:22,
189:2, 247:23
**tremendous** [1] -
247:12
**trespassers** [1] -
238:15
**trial** [66] - 5:1, 5:20,
7:24, 8:6, 8:12, 8:16,
8:18, 11:4, 13:2,
14:15, 15:12, 15:25,
16:20, 17:8, 17:16,
18:17, 18:22, 20:20,
20:23, 21:1, 21:25,
33:10, 50:13, 71:13,
130:21, 156:2,

156:22, 156:23,
159:23, 183:18,
193:1, 201:17,
218:11, 218:13,
218:21, 218:25,
219:8, 219:21,
220:5, 220:15,
220:22, 220:24,
221:5, 221:18,
223:4, 223:8,
223:18, 224:2,
225:14, 226:3,
226:7, 226:9,
226:24, 227:16,
227:17, 228:19,
229:10, 231:21,
232:3, 234:2, 234:7,
234:9, 241:11,
241:16, 241:24,
267:9
**TRIAL** [1] - 1:6
**trials** [1] - 6:24
**tried** [5] - 38:7,
158:17, 165:1,
212:18, 246:25
**tries** [1] - 231:13
**Trinity** - 174:16
**trip** [4] - 123:17,
125:2, 125:24, 126:4
**trouble** [3] - 168:12,
175:10, 188:16
**troubled** [1] - 243:12
**true** [3] - 200:25,
283:13, 283:14
**Trump** [8] - 243:5,
243:7, 243:8,
243:10, 243:16,
246:2, 246:9, 275:15
**Trusts** [1] - 162:5
**truth** [1] - 180:15
**truthful** [2] - 9:12,
42:6
**truthfully** [3] - 11:16,
11:20, 42:16
**try** [8] - 13:3, 40:20,
130:10, 234:3,
239:6, 239:13,
244:7, 244:11
**trying** [7] - 70:18,
71:21, 189:5,
199:20, 210:24,
281:20, 282:12
**tunnel** [12] - 236:20,
236:21, 236:24,
238:21, 239:21,
239:25, 240:2,
240:18, 255:8,
274:21, 279:3,
279:12
**turn** [7] - 23:20,

181:20, 226:1,
231:6, 237:8,
268:18, 269:4
**turned** [2] - 197:25,
219:10
**TV** [4] - 60:17, 114:19,
189:17, 242:19
**Tweeting** [1] - 230:9
**twelfth** [1] - 138:8
**Twelfth** [1] - 237:10
**twenty** [3] - 125:11,
183:13, 249:18
**twenty-nine** [1] -
183:13
**twenty-three** [1] -
249:18
**twice** [5] - 8:17, 106:3,
169:1, 209:24, 210:1
**Twitter** [2] - 96:21,
229:6
**two** [35] - 3:12, 15:5,
25:6, 25:7, 25:8,
52:3, 63:1, 88:23,
109:17, 126:5,
143:11, 144:22,
144:23, 146:9,
155:15, 168:2,
168:6, 168:9,
168:11, 169:25,
174:12, 207:14,
216:1, 216:6, 216:8,
240:20, 250:16,
268:23, 269:6,
274:19, 278:18,
278:22, 278:23,
280:23, 282:7
**type** [4] - 120:6, 120:7,
159:7, 210:20
**types** [1] - 227:16
**typically** [1] - 216:1

## U

**U.S** [45] - 1:21, 1:22,
13:19, 15:3, 17:21,
17:24, 18:10, 19:22,
31:21, 40:10, 57:3,
62:23, 70:12, 77:19,
77:25, 78:1, 78:6,
79:2, 79:3, 79:4,
85:8, 88:7, 88:13,
88:21, 89:9, 90:25,
104:6, 114:2, 114:5,
140:23, 162:24,
169:14, 202:21,
203:25, 208:14,
222:24, 237:22,
249:16, 249:23,
250:2, 250:4, 251:6,
251:11, 257:2,

263:15
**U.S./India** [1] - 203:25
**UDC** [1] - 104:16
**ultimately** [1] - 246:15
**um-hum** [2] - 94:11,
184:2
**unable** [1] - 158:18
**unacceptable** [9] -
156:17, 156:25,
157:25, 158:4,
158:9, 270:19,
270:20, 271:1, 271:2
**unanimous** [2] - 22:7,
233:23
**unauthorized** [1] -
237:24
**unclear** [1] - 275:4
**uncomfortable** [3] -
14:14, 55:4, 160:4
**under** [11] - 50:8,
106:4, 154:22,
154:23, 155:4,
155:6, 155:14,
155:18, 220:5,
233:15, 269:15
**understood** [8] -
55:21, 133:6,
151:22, 154:3,
154:7, 271:6, 271:7,
273:10
**undertake** [1] - 247:18
**undertaken** [1] - 79:8
**undisputed** [1] - 222:2
**undue** [1] - 162:17
**unfair** [1] - 233:2
**unfold** [2] - 114:21,
189:16
**unfortunately** [4] -
13:1, 119:14,
203:21, 233:5
**uniform** [1] - 130:7
**uninterrupted** [1] -
16:13
**union** [3] - 67:2, 67:7,
84:9
**UNITED** [4] - 1:1, 1:2,
1:7, 1:9
**United** [30] - 1:9, 3:2,
3:7, 3:8, 3:9, 5:5,
13:9, 13:12, 14:21,
14:22, 14:23, 17:1,
17:2, 17:3, 17:18,
56:12, 66:12, 107:3,
211:6, 221:9,
222:14, 222:17,
236:14, 249:15,
263:2, 263:5, 263:6,
263:10, 263:12,

263:25
**university** [1] - 48:18
**University** [3] - 80:19,
142:15, 174:16
**unknown** [1] - 156:5
**unlawfully** [6] - 13:14,
13:17, 13:20,
222:19, 222:22,
222:25
**unless** [3] - 21:20,
55:19, 223:4
**unlikely** [1] - 231:13
**unrelated** [1] - 133:7
**unselected** [1] -
218:16
**unsettling** [2] - 190:2,
201:14
**unsustained** [1] -
269:19
**up** [157] - 6:11, 6:18,
7:18, 10:5, 10:10,
16:10, 17:11, 26:18,
26:21, 28:4, 28:6,
28:21, 29:17, 29:19,
31:4, 31:14, 33:14,
36:15, 36:17, 37:8,
39:8, 39:10, 39:19,
41:9, 41:13, 44:5,
44:7, 45:17, 48:18,
50:24, 52:25, 53:6,
54:6, 54:8, 57:16,
60:4, 65:25, 67:11,
67:13, 67:16, 68:7,
68:16, 69:14, 69:16,
70:2, 72:4, 72:11,
79:23, 80:1, 80:5,
80:21, 80:23, 84:11,
84:13, 89:1, 91:17,
91:19, 92:2, 92:6,
95:16, 96:10, 97:17,
102:5, 102:8,
102:14, 102:16,
102:19, 102:25,
103:22, 107:7,
107:9, 110:15,
110:21, 110:23,
111:9, 113:7, 113:9,
116:24, 117:1,
117:16, 122:5,
122:7, 124:18,
125:13, 125:15,
125:21, 126:10,
130:24, 131:1,
134:15, 134:17,
135:4, 137:22,
137:24, 144:24,
145:1, 145:8,
148:15, 148:17,
151:10, 153:6,
153:8, 154:20,

156:15, 165:19,
168:8, 174:18,
174:20, 175:12,
184:6, 184:8, 186:7,
186:9, 186:21,
190:18, 190:19,
196:12, 199:23,
200:15, 201:6,
201:7, 201:14,
207:18, 207:20,
211:13, 211:15,
213:14, 213:16,
215:22, 219:22,
220:2, 226:9,
232:19, 233:7,
235:12, 240:13,
242:6, 243:5,
244:13, 246:16,
247:5, 247:10,
252:10, 257:21,
270:8, 272:2,
272:22, 274:15,
275:11, 275:21,
277:25, 279:2,
280:7, 282:2, 282:12
**Up** [1] - 120:22
**upgraded** [1] - 6:6
**upper** [2] - 9:21, 9:24
**upset** [3] - 86:21,
86:23, 87:1
**upsetting** [1] - 246:20
**Urban** [1] - 139:22
**urge** [1] - 234:10
**urgent** [6] - 18:24,
44:22, 116:2,
117:23, 123:2,
212:11
**USAO** [1] - 1:13
**USCP** [2] - 263:12,
263:18
**USCP-controlled** [1] -
263:18
**uses** [1] - 243:1

## V

**vacation** [1] - 243:20
**vaccinated** [1] - 176:3
**valuables** [1] - 234:11
**value** [2] - 226:14,
274:6
**Van** [1] - 104:16
**Vancouver** [1] -
198:25
**vandalism** [4] -
194:14, 194:16,
194:17, 194:23
**variety** [1] - 90:18
**various** [7] - 75:11,

96:21, 105:2, 121:7, 121:8, 121:23, 141:2
**vary** [1] - 18:21
**venire** [4] - 4:3, 4:5, 4:10, 7:16
**verdict** [14] - 12:5, 21:20, 22:5, 22:6, 22:10, 22:15, 189:10, 221:1, 225:10, 227:7, 229:7, 233:23, 234:8
**verdicts** [1] - 233:25
**versus** [2] - 3:3, 263:2
**via** [3] - 168:7, 168:10, 232:17
**Vice** [2] - 237:16, 238:7
**victim** [31] - 20:9, 20:16, 21:4, 35:6, 35:8, 36:11, 36:20, 37:14, 37:17, 42:25, 49:17, 66:4, 67:18, 101:13, 102:20, 110:7, 119:17, 120:3, 120:9, 129:25, 132:2, 173:13, 173:21, 194:11, 194:13, 194:19, 195:8, 209:19, 210:3, 210:5, 210:12
**video** [26] - 236:25, 237:1, 237:5, 240:16, 241:12, 255:24, 263:10, 263:13, 263:16, 263:18, 263:19, 263:22, 264:8, 273:15, 274:13, 280:11, 280:16, 280:20, 280:22, 280:24, 281:1, 281:5, 281:7, 281:10, 281:12, 281:17
**videos** [10] - 244:8, 244:10, 244:12, 244:17, 245:23, 274:19, 278:18, 278:22, 279:9
**videotapes** [4] - 115:10, 201:17, 219:16, 277:6
**view** [12] - 19:7, 47:9, 76:24, 161:3, 232:20, 255:15, 261:5, 261:25, 262:1, 262:3
**views** [8] - 22:20, 43:17, 53:14, 82:13,

82:24, 83:9, 281:25, 282:5
**VINCENT** [1] - 1:4
**Vincent** [19] - 3:3, 3:18, 5:5, 13:10, 15:12, 15:16, 18:4, 18:8, 18:13, 60:9, 60:21, 63:25, 73:11, 96:18, 221:14, 222:15, 242:9, 263:3, 263:7
**violating** [2] - 13:10, 222:15
**violence** [3] - 119:24, 236:8, 239:16
**violent** [4] - 13:18, 120:5, 222:23, 241:9
**violently** [1] - 239:5
**Virginia** [1] - 81:21
**virtually** [1] - 156:6
**virus** [1] - 5:12
**visible** [1] - 119:22
**vision** [1] - 19:3
**visit** [5] - 34:16, 123:23, 193:19, 260:2, 260:14
**visited** [2] - 34:18, 34:25
**visitor** [1] - 261:4
**Visitor** [1] - 261:6
**visitors** [4] - 250:1, 259:24, 260:24, 260:25
**visitors'** [1] - 261:9
**vital** [1] - 12:3
**voice** [1] - 274:10
**void** [1] - 283:18
**voir** [5] - 11:14, 12:24, 24:3, 30:7, 222:14
**volume** [2] - 76:7, 76:8
**volunteer** [2] - 130:5, 130:19
**Volunteer** [1] - 130:5
**vote** [4] - 242:17, 245:10, 245:18, 247:2
**voted** [2] - 242:17, 243:9
**votes** [4] - 236:13, 238:7, 243:24, 244:1
**voting** [1] - 9:3
**vs** [1] - 1:3
**vulnerable** [1] - 155:23

**W**

**wait** [11] - 12:16,

23:11, 184:16, 186:15, 196:18, 200:6, 208:1, 211:21, 214:1, 214:12, 271:4
**waiting** [7] - 12:21, 13:3, 13:4, 13:5, 24:4, 154:19, 214:1
**walk** [2] - 231:6, 260:19
**walkie** [1] - 215:23
**walkie-talkies** [1] - 215:23
**walking** [2] - 246:12, 274:14
**walkthrough** [2] - 260:16, 260:19
**Wall** [1] - 120:22
**wallet** [1] - 194:21
**wallets** [1] - 35:10
**waning** [1] - 240:5
**wants** [6] - 12:3, 47:6, 268:3, 268:6, 273:16, 282:4
**war** [1] - 35:24
**warm** [1] - 195:23
**warranted** [4] - 269:20, 269:23, 269:24, 274:5
**Wash** [1] - 142:17
**Washington** [12] - 1:5, 1:10, 15:4, 17:17, 26:7, 37:13, 42:7, 91:6, 142:15, 150:2, 171:8, 210:6
**waste** [3] - 13:5, 47:1, 235:13
**Watch** [1] - 21:7
**watch** [4] - 114:18, 231:23, 231:24, 242:18
**watched** [1] - 189:16
**watching** [2] - 219:15, 242:21
**water** [1] - 235:5
**Watkins** [12] - 3:17, 15:19, 17:6, 156:20, 221:12, 224:19, 247:19, 263:25, 272:19, 277:16, 278:23, 281:19
**WATKINS** [62] - 1:16, 3:16, 3:25, 4:4, 4:6, 17:7, 155:1, 155:11, 155:15, 156:10, 156:18, 157:1, 157:4, 157:9, 157:18, 158:2, 158:5, 158:11, 158:14, 168:12,

252:4, 253:23, 254:25, 255:23, 256:2, 257:9, 258:20, 259:14, 262:18, 265:1, 266:6, 268:13, 269:1, 269:3, 269:9, 269:16, 269:21, 269:24, 270:11, 271:7, 271:11, 272:1, 272:7, 272:10, 272:16, 272:20, 273:10, 273:13, 274:12, 275:16, 275:23, 275:25, 276:4, 276:13, 276:18, 278:7, 278:11, 281:22, 281:24, 282:19, 283:1, 283:6
**ways** [3] - 99:17, 219:24, 247:6
**weapons** [1] - 260:23
**wear** [2] - 5:22, 6:1
**Wear** [1] - 120:23
**wearing** [4] - 5:23, 39:3, 238:22, 241:14
**wears** [1] - 162:13
**Web** [1] - 207:9
**website** [1] - 230:10
**Wednesday** [3] - 123:8, 125:24, 158:24
**week** [21] - 18:25, 43:4, 44:23, 45:4, 71:13, 116:3, 117:24, 119:3, 121:16, 121:17, 123:3, 168:6, 168:10, 168:11, 169:2, 212:12, 212:16, 212:18, 212:20, 234:7, 274:12
**weekend** [1] - 154:21
**weeks** [3] - 115:6, 201:7, 240:21
**weigh** [3] - 97:13, 226:15, 248:9
**weight** [2] - 21:16, 226:13
**welcome** [4] - 4:21, 27:6, 65:4, 153:14
**west** [20] - 236:22, 238:19, 239:25, 252:18, 254:4, 254:11, 255:6, 255:14, 255:17, 255:19, 257:16, 258:1, 264:8,

264:17, 265:17, 265:18, 274:18, 274:20, 279:3, 279:12
**West** [1] - 81:21
**whatsoever** [3] - 198:19, 245:19, 275:3
**White** [1] - 179:14
**whole** [7] - 29:15, 72:4, 86:24, 86:25, 281:10, 281:17, 282:16
**Wi** [1] - 243:3
**Wi-Fi** [1] - 243:3
**wider** [1] - 141:23
**wife** [6] - 31:23, 32:24, 33:12, 33:18, 42:9, 146:15
**wife's** [1] - 57:6
**window** [5] - 35:9, 37:18, 38:19, 205:17, 274:25
**wings** [1] - 261:8
**winner** [1] - 237:14
**wiring** [2] - 197:16, 197:24
**wise** [1] - 275:18
**wish** [6] - 12:1, 12:21, 134:24, 138:17, 221:4, 230:17
**wishes** [1] - 271:18
**withdrawn** [1] - 228:5
**witness** [50] - 20:9, 20:11, 20:16, 20:18, 21:17, 35:6, 35:7, 42:19, 42:25, 43:1, 49:17, 49:18, 50:13, 56:12, 66:4, 66:5, 101:13, 101:14, 119:17, 119:18, 119:19, 132:3, 132:4, 133:4, 133:5, 194:11, 194:12, 209:19, 209:20, 222:5, 222:8, 224:6, 224:8, 225:16, 226:18, 235:6, 235:8, 244:9, 244:12, 245:23, 248:15, 248:22, 248:24, 252:21, 253:2, 253:4, 253:10, 258:4, 267:4, 282:14
**WITNESS** [7] - 2:2, 249:1, 249:4, 257:23, 260:7, 260:11, 260:13
**witnessed** [1] - 146:25

**witnesses** [24] - 6:11, 16:19, 17:8, 19:6, 21:12, 61:12, 74:1, 112:13, 199:10, 219:15, 219:19, 224:6, 224:20, 225:11, 225:13, 226:15, 226:16, 226:20, 227:1, 227:10, 230:6, 230:20, 231:3, 231:5
**wondered** [1] - 276:8
**wondering** [3] - 125:17, 138:2, 276:14
**wooden** [1] - 254:14
**word** [7] - 129:21, 151:22, 165:4, 194:15, 272:1, 272:11
**words** [3] - 21:15, 177:14, 258:5
**worker** [1] - 138:3
**Workers** [1] - 67:9
**workplace** [1] - 206:21
**works** [22] - 6:22, 16:12, 51:19, 52:6, 57:7, 81:21, 92:21, 93:22, 99:5, 108:11, 108:13, 108:16, 108:21, 112:1, 135:14, 152:8, 162:1, 166:23, 182:23, 185:5, 192:13, 192:21
**world** [1] - 113:6
**World** [2] - 213:1, 213:4
**worn** [6] - 268:18, 269:4, 277:23, 277:24, 278:10, 278:24
**worried** [3] - 55:24, 114:20, 243:10
**worse** [1] - 160:3
**wounds** [1] - 240:7
**wow** [1] - 249:20
**write** [3] - 9:20, 221:3, 229:4
**writing** [1] - 90:17
**written** [1] - 274:9

## X

**X-ray** [1] - 260:18

## Y

**yanked** [1] - 239:5
**Yard** [2] - 205:10, 205:14
**year** [15] - 25:23, 52:3, 79:19, 84:5, 84:7, 88:23, 112:6, 134:11, 140:1, 163:5, 182:25, 203:13, 250:16
**years** [89] - 5:9, 8:14, 25:19, 26:15, 27:24, 29:11, 29:12, 30:15, 30:25, 34:6, 34:9, 40:13, 40:14, 42:6, 42:17, 43:9, 49:5, 49:8, 49:22, 49:23, 51:20, 54:3, 54:4, 56:14, 66:16, 67:4, 67:5, 69:1, 71:22, 74:6, 74:23, 75:3, 77:23, 84:4, 88:23, 94:1, 100:10, 101:24, 103:1, 104:12, 107:5, 109:8, 109:18, 112:9, 113:6, 125:11, 128:7, 128:8, 130:3, 132:10, 132:14, 134:5, 135:20, 136:19, 136:22, 137:20, 141:1, 141:4, 143:12, 144:22, 144:23, 145:12, 146:24, 151:9, 152:24, 172:18, 172:19, 172:20, 172:25, 173:2, 173:3, 174:13, 178:19, 183:13, 184:4, 188:15, 189:4, 191:19, 194:21, 195:18, 196:5, 206:13, 207:13, 249:18, 249:20, 250:17, 251:23, 264:10
**yelling** [1] - 239:10
**York** [1] - 124:3
**you-all** [4] - 14:3, 218:22, 252:11, 281:5
**younger** [4] - 25:4, 25:14, 25:24, 193:13
**yourself** [10] - 24:19, 73:3, 79:8, 84:1, 97:25, 231:1, 260:3,

260:15, 260:20, 270:24
**yourselves** [3] - 226:2, 247:23, 267:21

## Z

**zero** [1] - 274:6
**zoom** [1] - 257:20